Justin Riddle

16422 Patrick Ave

Omaha, NE 68116

402-813-2156

Justinriddle1@gmail.com

Pro Se Litigant

FILED

JAN 13 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                      DEPUTY

1:25CV00073 DII

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

Justin Riddle

Vs

X-CORP

MOTION FOR LEAVE TO PAY FILING FEE THROUGH PACER

COMES NOW Justin Riddle , pro se litigant, and respectfully moves this Court for leave to pay the filing fee through the Court's existing PACER payment system. In support thereof, Movant states:

1

1. This motion does not seek a waiver or reduction of the filing fee. Movant is prepared to pay the fee in full and merely requests to do so through PACER for the convenience of the Court and in the interest of equal access.

2. The federal judiciary has made great strides in modernizing court operations, as exemplified by the widespread adoption of electronic filing via CM/ECF and online public access through PACER. Enabling electronic fee payment is a natural and necessary extension of this progress.

3. Currently, represented parties enjoy the ability to easily pay filing fees electronically through their attorney's CM/ECF account. In contrast, pro se litigants must take on the additional burden, time and expense of obtaining and delivering a physical check or money order to the court.

4. This disparity in payment options between represented and unrepresented parties raises equal protection concerns and imposes practical barriers that disproportionately impact pro se litigants. Justice should not move at different speeds depending on whether a party has counsel.

5. Permitting filing fee payment through PACER would mitigate this inequality by giving all litigants, regardless of representation status, a straightforward way to pay fees using the infrastructure the courts already maintain for other purposes.

6. PACER is a known quantity, already used daily by litigants and court staff alike for matters involving payments, such as document access fees. It has a proven track record of secure and reliable payment processing fully integrated with the courts' systems.

7. Movant maintains an active PACER account in good standing, regularly used for accessing court records and paying associated fees. The negligible administrative burden of accepting the filing fee through this existing setup is far outweighed by the benefits of expanding access.

8. Numerous other districts have taken this step to excellent result, finding that it improves efficiency, reduces administrative costs, and advances the fair administration of justice. This district would be well served by doing the same.

9. At a time of rising inequality, our courts must lead by example in identifying and remedying barriers to equal participation in the legal system. How fees are paid may seem a small thing, but the symbolism is significant. It sends the message that justice is not reserved for some.

WHEREFORE, Movant respectfully requests that this Court grant leave to pay the full filing fee through PACER, not as a personal convenience, but to establish a more just and accessible system for all.

Respectfully submitted,

Justin Riddle

Plaintiff Pro Se

402-813-2156