I certify under penalty of perjury that Service through USPS was performed and delivered. Dates and tracking numbers below.



Justin Riddle
Plaintiff Pro Se

402-813-2156