*PRESS FIRMLY TO SEAL*

 

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

 | **PRIORITY**® MAIL



**P**

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Jan 07 2025
Mailed from ZIP 68154
PRIORITY MAIL
ZONE 5 FLAT –RATE ENV
10554330
Commercial



**USPS PRIORITY MAIL**

Justin Riddle    `C006`
16422 PATRICK AVE
OMAHA NE 68116

Shipped using PostalMate
Pkg:9977

*B/C*

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

SHIP TO:
**US District Clerks Office**
**501 W 5TH ST STE 1100**
**AUSTIN TX 78701–3812**

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED





PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**USPS TRACKING #**



9405 5118 9956 0416 5959 85

Riddle
16422 Patrick Ave.
Omaha, Ne. 68116

US District Clerks Office
501 West 5th St. Suite 1100
Austin, TX. 78701-