IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUSTIN RIDDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-73-DII |
| | § | |
| X CORP. *formerly known as* TWITTER, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On January 16, 2025, the Court granted Plaintiff's motion to pay the filing fee through Pacer. (Text Order, dated January 16, 2025). As of the date of this order, Plaintiff has yet to pay the filing fee.

Accordingly, Plaintiff is **ORDERED** to pay the filing fee **on or before February 3, 2025.** Failure to do so may result in the dismissal of this action with prejudice. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**SIGNED** on January 27, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE