# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

**9505526549075021388545**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered in or at the mailbox at 10:57 am on January 25, 2025 in BASTROP, TX 78602.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, In/At Mailbox
BASTROP, TX 78602
January 25, 2025, 10:57 am

**Out for Delivery**
BASTROP, TX 78602
January 25, 2025, 7:38 am

**Arrived at Post Office**
BASTROP, TX 78602
January 25, 2025, 7:27 am

**Departed USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
January 25, 2025, 5:30 am

**Arrived at USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
January 25, 2025, 3:02 am

**Arrived at USPS Regional Destination Facility**
AUSTIN TX PACKAGE SORTING CENTER
January 24, 2025, 7:11 pm

**Processing Exception, Regional Weather Delay**
January 24, 2025, 4:27 pm

**Arrived at USPS Regional Facility**
AUSTIN TX DISTRIBUTION CENTER
January 24, 2025, 4:12 pm

**In Transit to Next Facility**
January 24, 2025, 4:12 pm

**In Transit to Next Facility**
January 24, 2025, 1:32 pm

**Departed USPS Regional Facility**
DALLAS TX LOGISTICS CENTER
January 24, 2025, 11:19 am

**Arrived at USPS Regional Facility**
DALLAS TX LOGISTICS CENTER
January 23, 2025, 7:05 pm

**In Transit to Next Facility**
January 23, 2025, 5:31 pm

**In Transit to Next Facility**
January 23, 2025, 1:01 pm

**In Transit to Next Facility**
January 23, 2025, 7:46 am

**Departed USPS Regional Facility**
OMAHA NE PACKAGE SORTING CENTER
January 23, 2025, 4:16 am

**Arrived at USPS Regional Origin Facility**
OMAHA NE PACKAGE SORTING CENTER
January 22, 2025, 8:10 am

**USPS in possession of item**
OMAHA, NE 68116
January 21, 2025, 11:20 am

Hide Tracking History

What Do USPS Tracking Statuses Mean?

Text & Email Updates