UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WESTERN TEXAS

JUSTIN RIDDLE

V

X-CORP

Case No. 1:25-cv-00073-DII

NOTICE OF FILING FEE PAYMENT AND SERVICE

PLEASE TAKE NOTICE that the filing fee for the above-captioned matter was paid in full on January 30th, 2025.

Additionally service with case number and complete record to date was served by USPS on January 25th, 2025 to X Corp headquarters in Bastrop, TX.



Dated: January 29, 2025


Respectfully submitted,



CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Justin Riddle

Pro Se Litigant

402-813-2156