UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

JUSTIN RIDDLE,

Plaintiff,

v.

**X CORP. (Formerly Twitter, Inc.),**

Defendant.

**Civil Action No. 1:25-CV-0073**

**PLAINTIFF'S PROOF OF SERVICE TO REGISTERED AGENT CT CORPORATION SYSTEM**

TO THE HONORABLE COURT:

Plaintiff **Justin Riddle** submits this **Proof of Service** regarding the summons and complaint served upon Defendant **X Corp. (formerly Twitter, Inc.)** through its **registered agent of record, CT Corporation System.**

1. On **February 6, 2025**, Plaintiff sent the **entire case packet**, including the **Summons, Complaint, and all required enclosures**, to **CT Corporation System**, the registered agent for X Corp., via **certified mail with tracking and return receipt.**

2. According to official delivery records, **CT Corporation System received and signed for the package on February 12, 2025.**

3. Plaintiff **has not received any notice** from CT Corporation System indicating that service was refused, misdirected, or otherwise improper.

4. **Under established legal standards**, a registered agent is obligated to accept and forward legal service of process to its client. Since **CT Corporation System did not reject the documents or notify Plaintiff of any issue, service is presumed valid and properly executed.**

5. Plaintiff submits this **Proof of Service** to the Court as official documentation that **Defendant X Corp. has been lawfully served**, and the deadline for its response under **Federal Rule of Civil Procedure 12(a)(1)(A)(i)** is **21 days from February 12, 2025.**

6. If Defendant fails to respond within the allotted timeframe, Plaintiff reserves the right to seek **default judgment** pursuant to **Federal Rule of Civil Procedure 55(a).**

**Respectfully submitted,**

**Justin Riddle**

Plaintiff, Pro Se

402-813-2156

[Justinriddle1@gmail.com](mailto:Justinriddle1@gmail.com)

