IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JUSTIN RIDDLE,<br><br>        Plaintiff,<br><br>v.<br><br>X CORP. formerly known as TWITTER, INC.,<br><br>        Defendant. | Civil Action No. 1:25-cv-00073-ADA |

### **DEFENDANT X CORP.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant X Corp. respectfully submits the following disclosure statement in accordance with Federal Rule of Civil Procedure 7.1:

X Corp. states that X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp.

Dated: March 5, 2025

Respectfully submitted,

By: */s/Norma N. Bennett* _____
    Norma N. Bennett
    Texas Bar No. 24028492
    nbennett@shb.com
    Michella Gibbs
    Texas Bar No, 24107371
    mgibbs@shb.com
    SHOOK, HARDY & BACON, LLP
    600 Travis, Suite 3400
    Houston, Texas 77002
    (713) 227-8008 (Telephone)
    (713) 227-9508 (Facsimile)

    Kenneth M. Trujillo-Jamison
    (application for pro hac vice admission forthcoming)
    ktrujillo-jamison@willenken.com
    WILLENKEN LLP

707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
(213) 955-9240 (Telephone)
(213) 955-9250 (Facsimile)

*Attorneys for Defendant X Corp.*

4929-7736-6052 V1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 5, 2025, I filed the foregoing document with the clerk of court for the United States District Court, Western District of Texas, Austin Division, using the Court's CM/ECF filing system.  I hereby certify that I have served all parties in the manner authorized by the Federal Rules of Civil Procedure, including those parties not registered for electronic filing.

Justin Riddle
16422 Patrick Ave
Omaha, NE 68116
402-813-2156
Email: justinriddle1@gmail.com

*Pro Se Plaintiff*

                   */s/ Norma N. Bennett*