**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**FILED**

March 06, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw _____
DEPUTY

**JUSTIN RIDDLE**

-vs-

**X CORP. formerly known as TWITTER, INC.**

Case No. **1:25-cv-00073-ADA**

**O R D E R**

BE IT REMEMBERED on this the ___5th___ day of ___March___, 20 _25_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Kenneth M. Trujillo-Jamison** ("Applicant"), counsel for **Defendant X Corp.** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Defendant X Corp.** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the ___6th___ day of ___March___ 20 _25_.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE