





**Case# 0300130782: Your account is suspended or locked [ ref:_00DA0K0A8._5004w2aJvwS:ref ]**
1 message

**Twitter Support** <support@twitter.com>  Tue, Dec 20, 2022 at 8:16 AM
To: justinriddle1@gmail.com <justinriddle1@gmail.com>

Hello,

Your account has been suspended and will not be restored because it was found to be violating Twitter's Terms of Service, specifically the Twitter Rules against hateful conduct.

It is against our rules to promote violence against or directly attack or threaten other people on the basis of race, ethnicity, national origin, sexual orientation, gender, gender identity, religious affiliation, age, disability, or disease.

Additionally, if we determine that the primary purpose of an account is to incite harm towards others on the basis of these categories, that account may be suspended without prior warning.

You can learn more about our policy against hateful conduct here: https://help.twitter.com/rules-and-policies/hateful-conduct-policy.

Thanks,

Twitter



Help | Privacy



A.5

Hello,

Thanks for bringing this to our attention. However, it seems that you are trying to report an impersonation or harassment issue, not one relating to copyright. Please file a new report using the appropriate form: https://support.twitter.com/forms/.





**Sent:** Tuesday, January 30, 2024 6:28:06 PM
**To:** Justin Riddle <owner@charterwestbanksucks.com>
**Subject:** Your X account has been suspended



Hello,

Your account, ProSeSelfHelp, has been suspended for violating the X Rules due to a user report.

Specifically, for:

**Violating our rules against platform manipulation and spam.**
You may not use X's services in a manner intended to artificially amplify or suppress information or engage in behavior that manipulates or disrupts people's experience on X.

Note that if you attempt to evade a suspension by creating new accounts, we will suspend your new accounts. If you wish to appeal this suspension, please contact our support team.

If you have an active X Premium subscription, it will not be automatically canceled by X. To

 

## Notifications

All    Verified    Mentions

  **99OG** @99og_grey · 2h    X|

Replying to @ProSeSelfHelp

Billionaires have First Amendment rights, too, you dumb commie.

💬 1    🔁 1        📊 1    🔖    

🚩 We've added a temporary label to your account which may impact its reach. Learn more here

↗ Your promotion is up and running! Check out how it's performing in your post analytics.

↗ We couldn't create your promotion with this post as it doesn't meet our advertising guidelines.



↗ We couldn't create your promotion with this post as it doesn't meet our advertising guidelines.





# Post activity

> **www.SelfLegal...** ✓ @ProSeSe... · 1h
>
> "X-CORP'S ATTORNEYS DISCOVER ANCIENT LEGAL SCROLLS GRANTING IMMUNITY FROM ALL LAWS"
>
> Briefs in connected posts:...
>
> Show this thread

| ♡ 1 0% | ⟲ 2 0% | 💬 1 0% |

**Impressions** ⓘ
**20**
0% from promotion



A-12

**Engagements** ⓘ
**5**
0%

**Detail expands** ⓘ
**0**
0%

## Your promotion is running

$0 of $150 spent     2 days 22 hours left





