**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| JUSTIN RIDDLE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>X CORP. formerly known as TWITTER, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:25-cv-00073-ADA |

**ORDER GRANTING DEFENDANT X CORP.'S UNOPPOSED MOTION SEEKING CLARIFICATION OF X CORP.'S DEADLINE TO RESPOND TO PLAINTIFF'S EMERGENCY MOTION FOR PRESERVATION OF EVIDENCE AND IMMEDIATE JUDICIAL INTERVENTION**

　　　The Court reviewed Defendant X Corp.'s Unppposed Motion Seeking Clarification of X Corp.'s Deadline to Respond to Plaintiff's Emergency Motion for Preservation of Evidence and Immediate Judicial Intervention ("Plaintiff's Motion").

　　　Upon consideration, the Court finds that the Motion should be **GRANTED**. It is, therefore **ORDERED, ADJUDGED and DECREED** that Defendant X Corp.'s deadline to respond to Plaintiff's Emergency Motion for Preservation of Evidence and Immediate Judicial Intervention is extended through and includes March 31, 2025.

　　　Signed this ____ day of _____, 20___.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE