**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| JUSTIN RIDDLE,<br><br>      Plaintiff,<br><br>v.<br><br>X CORP. formerly known as TWITTER, INC.,<br><br>      Defendant. | Civil Action No. 1:25-cv-00073-ADA |

**DEFENDANT X CORP.'S OPPOSED MOTION SEEKING CLARIFICATION OF X CORP.'S DEADLINE TO RESPOND TO PLAINTIFF'S "SUPPLEMENTAL EMERGENCY MOTION REGARDING UNAUTHORIZED LOCATION TRACKING AND ONGOING TECHNICAL MANIPULATION" (DKT. 26)**

  X Corp. respectfully submits this opposed Motion Seeking Clarification of X Corp.'s Deadline to Respond to Plaintiff's "Supplemental Emergency Motion Regarding Unauthorized Location Tracking and Ongoing Technical Manipulation" ("Supplemental Motion") (Dkt. 26, filed on March 23, 2025). The Supplemental Motion purports to supplement Plaintiff's pending "Emergency Motion for Preservation of Evidence and Immediate Judicial Intervention" ("Original Motion") (Dkt. 24). X Corp. believes that filing one response to both motions would serve the interests of judicial economy, because it would avoid piecemeal responses to allegations raised in both motions.[1] Therefore, X Corp. respectfully requests that the Court clarify or set X Corp.'s deadline to respond to the Supplemental Motion to be April 7, 2025, and to reset its deadline to respond to the Original Motion to April 7, 2025.

  In support of this motion, X Corp. states as follows:

  Plaintiff filed his Original Motion on March 16, 2025. There, Plaintiff alleges X Corp.

---

[1] Plaintiff admits that his "filing [of] supplemental motions in rapid succession is not ideal for judicial economy." Supplemental Motion at 1.

"deliberately modified its platform [*i.e.*, X, the social media platform operated by X Corp.] to hide [certain purported advertising] metrics from Plaintiff while continuing to charge for promotional services." *See e.g.* Original Motion at 1. Currently, X Corp.'s deadline to respond to the Original Motion is next Monday, March 31, 2025.

As in Plaintiff's Original Motion, Plaintiff's Supplemental Motion alleges that X Corp. has "charge[d] Plaintiff for promotional services while manipulating metrics to conceal performance data." *Id.* at 2; *see also id.* at 5 (alleging that "X Corp. modified its platform to prevent Plaintiff from accessing the very metrics identified in his" First Amended Complaint). The Supplemental Motion also alleges that X Corp. "remotely reactivat[ed] [Plaintiff's] location tracking settings," which he alleges is part of "[e]scalating [t]echnical [m]anipulation." Supplemental Motion at 1, 3. Given the overlap in Plaintiff's allegations, X Corp. believes it would serve the interests of judicial economy for it to respond to Plaintiff's motions in one response.

X Corp. understands that, by operation of LR CV-7(d)(2), its response to Plaintiff's Supplemental Motion may be due on either March 31, 2025 (if deemed a discovery motion) or April 7, 2025 (if deemed an ordinary motion). *See id.* As X Corp. explained in its prior motion for clarification of the deadline to respond to Plaintiff's Original Motion (Dkt. 25), Plaintiff's Supplemental Motion also extends beyond the bounds of a discovery motion, as it seeks a wide variety of non-discovery relief, including, forensic examination and monetary sanctions. Plaintiff's Supplemental Motion at 14–15.

As such, X Corp. respectfully requests that the Court grant this motion and either clarify or set X Corp.'s deadline to file a response to Plaintiff's Supplemental Motion to be April 7, 2025, and to reset X Corp.'s deadline to respond to Plaintiff's Original Motion also to be April 7, 2025. X Corp. makes this request in good faith and not for the purpose of delay. Plaintiff opposes this

motion.

Dated: March 27, 2025

Respectfully submitted,

By: */s/ Norma N. Bennett*
Norma N. Bennett
Texas Bar No. 24028492
nbennett@shb.com
Michella Gibbs
Texas Bar No, 24107371
mgibbs@shb.com
SHOOK, HARDY & BACON, LLP
600 Travis, Suite 3400
Houston, Texas 77002
(713) 227-8008 (Telephone)
(713) 227-9508 (Facsimile)

Kenneth M. Trujillo-Jamison
(admitted pro hac vice)
ktrujillo-jamison@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
(213) 955-9240 (Telephone)
(213) 955-9250 (Facsimile)

*Attorneys for Defendant X Corp.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 25, 2025, counsel for X Corp. conferred with pro se Plaintiff Justin Riddle via e-mail regarding this motion. Plaintiff stated that he opposes this motion.

*/s/ Norma N. Bennett*
Norma N. Bennett

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2025, I filed the foregoing document with the clerk of court for the United States District Court, Western District of Texas, Austin Division, using the Court's CM/ECF filing system. I hereby certify that I have served all parties in the manner authorized by the Federal Rules of Civil Procedure, including those parties not registered for electronic filing.

Justin Riddle
16422 Patrick Ave
Omaha, NE 68116
402-813-2156
Email: justinriddle1@gmail.com

***Pro Se Plaintiff***

                                         */s/ Norma N. Bennett*
                                         Norma N. Bennett