IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JUSTIN RIDDLE,<br><br>                    Plaintiff,<br><br>v.<br><br>X CORP. formerly known as TWITTER, INC.,<br><br>                    Defendant. | Civil Action No. 1:25-cv-00073-ADA |

**ORDER GRANTING DEFENDANT X CORP.'S OPPOSED MOTION SEEKING CLARIFICATION OF X CORP.'S DEADLINE TO RESPOND TO PLAINTIFF'S "SUPPLEMENTAL EMERGENCY MOTION REGARDING UNAUTHORIZED LOCATION TRACKING AND ONGOING TECHNICAL MANIPULATION" (DKT. 26)**

The Court reviewed Defendant X Corp.'s Opposed Motion Seeking Clarification of X Corp.'s Deadline to Respond to Plaintiff's "Supplemental Emergency Motion Regarding Unauthorized Location Tracking and Ongoing Technical Manipulation" (Dkt. 26).

Upon consideration, the Court finds that the Motion should be **GRANTED**. It is, therefore **ORDERED, ADJUDGED and DECREED** that Defendant X Corp.'s deadline file a response to Plaintiff's Supplemental Emergency Motion Regarding Unauthorized Location Tracking and Ongoing Technical Manipulation (Dkt. 26) is April 7, 2025 and X Corp.'s deadline to file a response to Plaintiff's Emergency Motion for Preservation of Evidence and Immediate Judicial Intervention (Dkt. 24) is extended to and includes April 7, 2025.

Signed this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE