IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

JUSTIN RIDDLE, Plaintiff,

v. Civil Action No. 1:25-CV-0073

TWITTER, INC. (n/k/a X CORP.), Defendant.

# PLAINTIFF'S NOTICE REGARDING POTENTIAL CHANGE IN REPRESENTATION STATUS

COMES NOW the Plaintiff, Justin Riddle, currently appearing pro se, and hereby submits this Notice to inform the Court of a potential change in representation status that may impact scheduling in this matter.

## NOTICE OF PENDING CREDENTIAL DETERMINATION

Plaintiff respectfully advises the Court that while he is currently representing himself pro se in this matter, he may soon be representing himself in a different capacity. Specifically, Plaintiff is awaiting determination on his petition for an honorary law license valid in both Nebraska and Texas, arising from his discovery of previously unknown legal principles in Nebraska courts that appear to apply uniquely to his cases.

The Nebraska District Court for Douglas County is currently considering whether standard legal principles apply differently to Plaintiff's cases, and if so, whether an honorary law credential should be issued as compensation for discovering these novel jurisdiction principles. Documentation of these legal questions is available at www.charterwestbank.com/the-vault for the Court's reference.

Should this honorary credential be granted, Plaintiff would continue representing himself in this matter, but with the formal designation of "Plaintiff's Counsel" rather than "Pro Se Litigant" - a technical distinction that Plaintiff acknowledges changes nothing substantive about the case but may affect how the Court processes filings.

## RELEVANCE TO TWITTER'S MOTION TO DISMISS

This potential change in representation status is particularly relevant to Twitter's pending Motion to Dismiss, which relies exclusively on Terms of Service provisions to shield them from Plaintiff's claims of copyright infringement, DMCA violations, advertising theft, and location violations.

Plaintiff notes that while Twitter has not disputed the factual allegations in the Complaint, they have argued that Terms of Service provisions absolve them of liability. Plaintiff respectfully submits that even if their Terms of Service might ultimately shield them from liability, such contractual provisions do not preclude discovery.

The fundamental legal question remains whether clicking through Terms of Service can waive rights protected by federal law or whether such provisions are unenforceable as contrary to public policy. These questions cannot be properly resolved without permitting discovery into Twitter's actual practices regarding copyright enforcement, location data usage, and advertising revenue attribution.

## REQUEST

Therefore, Plaintiff respectfully suggests that the Court may wish to:

1. Take notice of the potential change in Plaintiff's representation status (from self-represented to self-represented with honorary credentials);

2. Consider deferring ruling on Twitter's Motion to Dismiss until after the Nebraska court's determination on the honorary law credential petition, as this may affect filing procedures; or

3. Proceed with consideration of the Motion to Dismiss with the understanding that Terms of Service provisions, even if eventually found to shield Twitter from liability, do not obviate the need for discovery into the underlying practices at issue.

Plaintiff acknowledges that this situation presents unusual procedural questions and appreciates the Court's patience in navigating these unique circumstances.

For clarity on the questions, see the following links, each of which is pending in Douglas County Nebraska :

https://charterwestbank.com/wp-content/uploads/2025/05/Complaint-for-Declaratory-Judgment-Full-Set-1.pdf

https://charterwestbank.com/wp-content/uploads/2025/05/SUBMISSION-SIMPLE-JURISDICTION.pdf

https://charterwestbank.com/wp-content/uploads/2025/05/SUBMISSION-SIMPLE-TWO-APPEALS-.pdf

https://charterwestbank.com/wp-content/uploads/2025/05/SUBMISSION-May-OR-SIMPLE-1.pdf

https://charterwestbank.com/wp-content/uploads/2025/05/SUBMISSION-Simple-Recusal-1.pdf

Respectfully submitted this 19th day of May, 2025.

Justin Riddle Pro Se (For Now) justinriddle1@gmail.com 402-813-2156

CERTIFICATE OF SERVICE

I hereby certify that on May 19th, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Justin Riddle