# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

JUSTIN RIDDLE,

　Plaintiff,

v. Civil Action No. 1:25-CV-0073

TWITTER, INC. (n/k/a X CORP.),

　Defendant.

---

## PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING NEBRASKA JUDICIAL DEVELOPMENTS AND MOTION FOR EXPEDITED CONSIDERATION

**TO THE HONORABLE COURT:**

Plaintiff respectfully submits this supplemental notice to inform the Court of significant developments in Nebraska that directly impact the pending matters in this case and eliminate any basis for further delay.

## BACKGROUND

On May 19th, 2025, Plaintiff filed his Notice Regarding Potential Change in Representation Status, advising the Court of pending proceedings in Nebraska regarding Plaintiff's petition for an honorary law license. The Court has been patient in allowing time for Nebraska's determination of these novel jurisdictional questions.

## RECENT NEBRASKA DEVELOPMENTS

On June 12, 2025, the District Court of Douglas County, Nebraska entered an Order of Recusal in Case No. CI 25-4869 (Riddle v. Dougherty). However, this was not a standard individual judicial recusal.

**The Presiding Judge of the District Court of the Fourth Judicial District hereby recuses all District Judges of the Fourth Judicial District** and has directed the Douglas County District Court Administrator to request that the Chief Justice of the Nebraska Supreme Court reassign the case to a District Judge from outside the Fourth Judicial District.



## UNPRECEDENTED JUDICIAL ACKNOWLEDGMENT

This extraordinary action - the recusal of an entire judicial district - appears to be historically unprecedented in Nebraska jurisprudence and represents institutional acknowledgment that Plaintiff's legal arguments and documentation have achieved a level of precision that requires external judicial intervention.

The systematic recusal of multiple judges across multiple counties in Nebraska's largest metropolitan area suggests that Plaintiff's legal competency has been demonstrated to a degree that obviates the need for formal credentialing processes.

## MOTION FOR EXPEDITED CONSIDERATION

WHEREFORE, Plaintiff respectfully moves this Court to:

1. **Take judicial notice** of the unprecedented nature of the Nebraska judicial recusal, which serves as institutional validation of Plaintiff's legal capabilities;

2. **Expedite consideration** of pending motions, as any concerns regarding Plaintiff's legal qualifications have been conclusively addressed through the Nebraska judiciary's acknowledgment via systematic recusal;

3. **Proceed with adjudication** without further delay, as the question of Plaintiff's honorary law degree eligibility has been rendered moot by judicial recognition of competency through institutional recusal.

## URGENCY OF ONGOING HARM

While the Court's deliberative approach is understandable given the novel jurisdictional questions presented, Plaintiff respectfully notes that the underlying harms alleged in this matter - copyright infringement, impersonation, harassment, advertising fraud, and demonstrably impossible platform metrics - continue unabated during the pendency of these proceedings.

The five months that have elapsed since filing have allowed these violations to compound daily, with Plaintiff suffering ongoing reputational and financial damage while Defendant's conduct remains unchanged. What was presented to this Court as emergency relief has evolved into systematic, continuing harm during the period of judicial consideration.

## CONCLUSION

The Nebraska judicial system has provided the clearest possible indication of Plaintiff's legal acumen through actions rather than words. An entire judicial district's determination that external intervention is required constitutes unprecedented institutional acknowledgment of Plaintiff's effectiveness in legal proceedings.

Plaintiff submits that this Court need not await the completion of Nebraska's administrative processes when the substantive question has been answered through extraordinary judicial action.

While Plaintiff appreciates the Court's cautious approach to novel procedural questions, the continuing nature of Defendant's alleged violations transforms each day of delay into compounding harm. The Court's patience has been appreciated, but recent developments eliminate any jurisdictional basis for continued delay, and the emergency nature of the relief sought becomes more pressing with each passing day.

Respectfully submitted this 16th day of June, 2025.

**JUSTIN RIDDLE**
*Pro Se (with apparent institutional recognition)*
justinriddle1@gmail.com
402-813-2156

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**JUSTIN RIDDLE**