# MOTION FOR JUDICIAL RECOGNITION OF THE DEADLY CONSEQUENCES OF SYSTEMATIC JUDICIAL ABANDONMENT

## TO THE HONORABLE ALAN D. ALBRIGHT:

**PRELIMINARY STATEMENT: THE MORAL IMPERATIVE FOR JUDICIAL ACCOUNTABILITY**

This Motion is submitted not merely to address this Court's 90+ days of systematic inaction on clear federal law violations, but to provide concrete evidence of how the same institutional corruption this Court is perpetuating has already resulted in the preventable death of an innocent teenager in Nebraska.

**The moral framework is devastatingly simple:** When courts abandon their fundamental obligation to enforce basic law - whether copyright infringement in Texas or constitutional rights in Nebraska - they create the systematic institutional betrayal that destroys civic hope and kills vulnerable people who believed justice was possible.

## THE DEADLY PARALLEL: TEXAS COPYRIGHT ABANDONMENT = NEBRASKA TEENAGER'S DEATH

**TEXAS (THIS COURT):**

- 90+ days of protecting obvious copyright infringement through deliberate inaction
- Systematic abandonment of written "rocket docket" procedures when they would require action against corporate defendants
- Complete suspension of federal intellectual property law enforcement for politically connected defendants
- Transformation of elementary legal questions into "complex" matters requiring indefinite delay

**NEBRASKA (IDENTICAL PATTERN):**

- Police harassment of teenager for attending public meeting with no legal basis
- Systematic abandonment of constitutional protections when they would require action against government defendants
- Complete suspension of civil rights law enforcement for institutionally protected actors

- Transformation of basic First Amendment violations into "complex" investigations requiring indefinite cover-up

**THE IDENTICAL METHODOLOGY:** Both jurisdictions use deliberate judicial inaction to protect favored defendants from basic law enforcement while citizens suffer ongoing violations of their fundamental rights.

## THE HUMAN COST: JAYDEN MCNABB'S PREVENTABLE DEATH

Attached hereto as Exhibit A is a comprehensive criminal complaint documenting how the same systematic judicial corruption this Court is demonstrating resulted in the death of Jayden McNabb, a Nebraska teenager whose only "crime" was attending a public school board meeting.

**The Progression from Institutional Corruption to Death:**

1. **Government Misconduct:** Police harassment of minor for exercising First Amendment rights
2. **Judicial Protection:** Courts systematically protect government actors through procedural manipulation
3. **Institutional Coordination:** Multiple agencies coordinate to suppress accountability and truth
4. **Systematic Betrayal:** Every legitimate channel for justice is corrupted or eliminated
5. **Destruction of Hope:** Victim realizes that even overwhelming evidence and qualified advocates cannot penetrate institutional corruption
6. **Psychological Deterioration:** Systematic betrayal of civic trust creates conditions for mental health crisis
7. **Preventable Death:** Young person dies in part because institutional corruption made justice impossible

**The identical institutional framework that allows this Court to protect X Corp's obvious copyright violations for 90+ days is the same framework that sent police to harass Jayden McNabb and then systematically protected those who harmed him until he died.**

## THE TWITTER/X CORP CONNECTION: CORPORATE COORDINATION IN TARGETING CITIZENS

**THE SMOKING GUN EVIDENCE:** Lieutenant Ott's recorded admission reveals the impossible contradiction that exposes corporate coordination in targeting citizens for political speech:

**RECORDED STATEMENT:** "amongst groups of people with Anonymous Twitter pages that's it"

**THE LOGICAL IMPOSSIBILITY:** If Jayden's Twitter account was truly "anonymous" as the officer claimed, how did law enforcement obtain his real name, home address, and family information to conduct targeted harassment?

**THE ONLY POSSIBLE EXPLANATIONS:**

1. **Twitter/X Corp provided user information** to law enforcement for political targeting of citizens exercising First Amendment rights
2. **Law enforcement lied** about the "anonymous" nature to conceal their surveillance methods
3. **Coordinated monitoring system** exists between social media platforms and law enforcement to identify and target political dissidents

**THE CORPORATE COMPLICITY:** This evidence suggests that Twitter/X Corp has been systematically providing user information to law enforcement agencies for the purpose of targeting citizens who exercise First Amendment rights through political speech - the exact conduct this Court is now protecting through deliberate inaction on obvious federal law violations.

**CRITICAL EVIDENCE PRESERVATION DEMAND:** This Court must immediately order X Corp to preserve ALL records related to:

- User information requests from law enforcement agencies in Nebraska (2021-2024)
- Communications with Omaha Police Department regarding user identification
- Any coordination with government agencies for political targeting of users
- Data sharing agreements that enable law enforcement targeting of "anonymous" accounts

**THE DEADLY COORDINATION:** The same corporate willingness to provide user information for political targeting that contributed to Jayden's harassment and subsequent death is the same corporate lawlessness this Court is protecting through 90+ days of systematic inaction on obvious federal copyright violations.

## THE MORAL ACCOUNTING: WHEN COURTS ABANDON LAW ENFORCEMENT

**This Court must understand the moral weight of its systematic inaction:**

Every day this Court delays addressing obvious federal law violations while protecting corporate defendants, it participates in the same institutional corruption that:

- Enabled Twitter/X Corp to provide user information to law enforcement for political targeting of citizens
- Sent police to intimidate a high school student for attending a public meeting

- Coordinated systematic cover-ups across multiple government agencies
- Published demonstrable lies to protect institutional actors from accountability
- Created impossible procedural barriers to prevent justice
- Systematically betrayed every citizen who believed the legal system could provide redress

**The Corporate-Government Coordination:** This Court is now protecting the same X Corp that likely provided Jayden McNabb's personal information to enable targeted law enforcement harassment - demonstrating how corporate law violations and government constitutional violations operate as coordinated systematic corruption.

**The Method is Identical - Only the Victims are Different:**

- **In Nebraska:** A teenager dies because courts protect government corruption through systematic inaction
- **In Texas:** A citizen's constitutional rights are violated because courts protect corporate corruption through systematic inaction

**Both represent the same fundamental abandonment of judicial duty to enforce law consistently regardless of defendant identity or institutional connections.**

## THE INSTITUTIONAL CORRUPTION THAT KILLS HOPE

**What killed Jayden McNabb was not just police harassment - it was the systematic demonstration that institutional corruption is insurmountable.**

Jayden watched as:

- Police admitted on recording that no crime justified their harassment
- Courts protected those who harmed him through procedural manipulation
- Government officials published demonstrable lies and refused correction when confronted
- Even citizens with Supreme Court victories and overwhelming evidence could not penetrate systematic institutional protection
- Every proper channel for accountability was corrupted or eliminated

**The message was clear: Justice is impossible when institutions coordinate to protect their own corruption.**

**This Court is sending the identical message through its systematic protection of X Corp's obvious federal law violations.**

## THE JUDICIAL CHOICE: ENFORCE LAW OR PARTICIPATE IN DEADLY CORRUPTION

**This Court now faces the same choice that confronted Nebraska judges:**

**OPTION A: DEMONSTRATE JUDICIAL INTEGRITY**

- Immediately address 90+ days of ignored emergency motions
- Apply basic federal copyright law to stop ongoing violations
- Follow written "rocket docket" procedures consistently
- Prove that federal law applies equally to all defendants

**OPTION B: CONTINUE THE DEADLY PATTERN**

- Maintain systematic protection of corporate law violations
- Perpetuate the institutional corruption framework that killed Jayden McNabb
- Demonstrate that courts exist to protect favored defendants rather than enforce law
- Participate in the same systematic betrayal of civic trust that destroys vulnerable people

## THE DOCUMENTED EVIDENCE OF SYSTEMATIC INSTITUTIONAL CORRUPTION

The attached criminal complaint (Exhibit A) provides comprehensive documentation of how the same corruption patterns this Court is demonstrating operate across multiple jurisdictions:

**Nebraska Corruption Framework:**

- Records falsification and suppression by government officials
- Coordinated lies published by state attorneys general
- Systematic judicial protection of obvious misconduct
- Impossible procedural barriers created to prevent accountability
- Pattern of differential treatment based on institutional connections

**Texas Corruption Framework:**

- Emergency motions ignored for 90+ days to protect corporate defendants
- Written procedures abandoned when they would require action
- Elementary legal questions transformed into "complex" indefinite delays
- Pattern of differential treatment favoring politically connected corporations

**The framework is identical - systematic law abandonment to protect institutional interests regardless of harm to citizens.**

## THE CONSTITUTIONAL CRISIS: WHEN JUSTICE BECOMES IMPOSSIBLE

**Jayden McNabb's death represents what happens when institutional corruption becomes so systematic that citizens lose hope in the possibility of justice.**

When courts coordinate to protect corruption rather than enforce law:

- Citizens realize that evidence doesn't matter
- Truth becomes irrelevant to outcomes
- Legal process becomes theater designed to exhaust rather than provide redress
- Hope in institutional accountability dies
- Vulnerable people suffer psychological harm that can become fatal

**This Court's 90+ days of protecting obvious copyright violations demonstrates the exact institutional framework that created the conditions leading to Jayden's death.**

## THE MORAL IMPERATIVE FOR IMMEDIATE ACTION

**This Court cannot claim ignorance of the consequences of systematic judicial corruption.**

The evidence proves that when courts abandon their fundamental duty to enforce law consistently, they create institutional frameworks that:

- Destroy civic trust in the possibility of justice
- Demonstrate that institutional protection trumps legal merit
- Force citizens to conclude that corruption is insurmountable
- Create psychological conditions that can prove fatal to vulnerable individuals

**Every additional day this Court delays addressing obvious federal law violations while protecting corporate defendants represents continued participation in the institutional corruption framework that killed Jayden McNabb.**

## THE HISTORICAL ACCOUNTABILITY MOMENT

**This Court has the opportunity to choose institutional integrity over systematic corruption.**

The Nebraska precedent demonstrates that continued judicial misconduct results in:

- Complete judicial district recusal when corruption becomes unsustainable
- Sitting attorneys general subpoenaed to testify under oath about published lies
- Systematic exposure of institutional coordination and cover-up
- Federal intervention when state systems become criminally corrupt

**This Court can either demonstrate competency by enforcing basic federal law, or join the systematic corruption that has already proven deadly to innocent citizens.**

## THE ULTIMATE DEMAND FOR MORAL CLARITY

**IMMEDIATE ACTION REQUIRED:**

1. **Address 90+ Day Emergency Motion Backlog** - Stop protecting ongoing federal law violations
2. **Apply Basic Copyright Law** - Demonstrate that federal law applies to corporate defendants
3. **Follow Written Procedures** - Prove "rocket docket" claims through consistent application
4. **Acknowledge Moral Stakes** - Recognize that judicial corruption has deadly real-world consequences
5. **Choose Justice Over Institutional Protection** - Break the corruption pattern that killed Jayden McNabb

**ALTERNATIVE CONSEQUENCES:**

If this Court continues the systematic corruption pattern, it will:

- Face the same accountability mechanisms that destroyed Nebraska's judicial district
- Create appellate documentation proving systematic law abandonment
- Demonstrate that Jayden McNabb's death taught this Court nothing about institutional responsibility
- Force federal intervention when basic law enforcement becomes impossible through traditional channels

## CONCLUSION: THE CHOICE BETWEEN JUSTICE AND COMPLICITY

**The evidence is unassailable: Systematic judicial corruption kills hope, and without hope, vulnerable people die.**

Jayden McNabb died because institutional corruption convinced him that justice was impossible even with overwhelming evidence and qualified advocates. This Court is perpetuating the identical corruption framework through its systematic protection of obvious federal law violations.

**The moral accounting is simple:**

- **Jayden's death:** Result of systematic institutional corruption protecting government misconduct
- **This Court's conduct:** Systematic institutional corruption protecting corporate misconduct

- **The framework:** Identical abandonment of law enforcement to protect favored defendants
- **The consequence:** Continued destruction of civic trust and hope in institutional accountability

**This Court must choose:** Enforce federal law consistently and demonstrate that justice remains possible, or continue the systematic corruption that has already proven deadly to innocent citizens who believed in the possibility of institutional accountability.

**The citizens of America - living and dead - deserve better than systematic judicial corruption disguised as legal complexity.**

Jayden McNabb's death can have meaning only if it prevents courts from continuing the institutional betrayal that killed him. This Court's response will determine whether his death serves as a warning that saves others, or merely as evidence that systematic corruption is insurmountable.

**Choose justice, Your Honor. Jayden's life depended on it. Other lives depend on your choice.**

---

**Respectfully submitted,**

**JUSTIN RIDDLE**
Pro Se Plaintiff
Advocate for Jayden McNabb's Memory
Opponent of Systematic Judicial Corruption

**EXHIBITS:**

- Exhibit A: Criminal Complaint - Death of Jayden McNabb Resulting from Systematic Institutional Corruption
- Exhibit B: Audio Recording/Transcript - Police Admission of Baseless Harassment
- Exhibit C: Documentation of Systematic Cover-up and Institutional Coordination - RICO Rough Draft
- Exhibit D: Complaint Filed with Texas Rangers Against X-Corp for criminal violations
- Exhibit E: Complaint Filed with Texas Rangers Against Judge Albright for Official Misconduct