https://youtu.be/bP_kbT3DSE4?feature=shared

Ott: Hi, this is Lt Charles Ott, head of the Omaha Public School Resource Officers, how are you doing Mr Riddle?

Riddle: I'm doing fine how are you

Ott:oh pretty tired

Riddle : yeah sorry it's so late man this is when I was available but I uh I heard that uh you guys might want to talk to me I guess I'm curious as where you're actually from

Ott: Where I'm from?

Riddle: like each yeah I I I'm under the impression there were two different represented groups there tonight

Ott: uh I'm confused uh groups where?

Riddle: that stopped by Jaden mcnabb's house

Ott. yeah that was I was one of the officers yes

Riddle. okay and so you guys are with the Omaha police department

Ott. Correct

Riddle. and you're and so when you said that you had something to discuss with me as well what is that

Ott. So um I guess I'm not I'm sorry you copy I'm got a splitting headache I I don't even remember saying a statement to anybody today about that but if I did yeah I would like to talk to you at some point um I don't think you know I don't have any issues with anything you've done in fact I I want to compliment you at the meeting on Monday night um no I saw what happened two weeks ago and then I saw what happened Monday and I thought you handled yourself quite well and I didn't see a problem at all

Riddle. I appreciate that wait till you see what happens this Monday because we're going to have a full house

Ott. So I can sum this up quite easily, um, obviously there's people you know yourself included and again I am the first one to say everybody has a right their opinion everybody has a right to speak their opinion sure especially to a governmental board I have no issues with that um my

only worry is um I oversee the school resource officers and I want to I just don't want there to be issues of you know any problems at the schools I don't want to see kids you know especially like uh Jaden you know I I don't want to see a kid who's a senior lose out on something lose out on Prom lives out on homecoming or whatever and uh some of the rhetoric some of those accounts like Twitter account is yours correct

Riddle: it's super easy

Ott: yeah I don't think you've done anything I haven't seen anything

Riddle: no I'm very very specific in what I say

Ott: yeah kids are saying things

Riddle: I've seen nothing that Jaden said that was even remotely

Ott: I well but it's just one that I could

Riddle: here's here let me ex let me since you since you seem to be reasonable and you understand that I'm very reasonable and very well contained uh I I will explain it to you like this one I did speak with an attorney today and we are going to be speaking tomorrow and he apparently knows a guy named Kramer really well and this is you know there's a do you know who Kramer is he's the Omaha Public Schools attorney somebody Kramer

Ott: is it uh I've probably seen the person but no I don't

Riddle: well here's here's the thing as as the intermediary between the Omaha Public Schools resources offer officers what I will say is this I have requested from The District in an email today and I did this before this this incident occurred where you guys stopped buying before I even knew but I knew I was on to something that they that they uh respond by Friday and I've I've gone through all my rights and the things that they've done wrong which enable me to give them a short time frame so that I can prepare for Monday and I've requested specifically how many people they've had that have been either CPS has been called you guys have been called the the health and wellness safety team of Omaha has been called in the last 24 months because they've brought up CRT or these types of issues because you and I both know that the fact that they silenced me at the board the fact that they're pushing to get cops to go you know search kids house high school kids house this is the school board

Ott: my prior assignment before being um involved with the school resource officers was I was in charge of the assault unit and if there were um that's pretty standard

Riddle. not in this case not not in this case there's a common link there and there's absolutely nothing I've said in any way shape or form whatsoever that anybody could misconstrue unless

they just were like when when when they say there's something big on Monday well you know what it is and I know what it is it's a big crowd it's a bunch of people a a teenager doesn't need to think that by saying that there's something big that all of a sudden he's going to have the cops coming to his house harassing him and I

Ott: I mean I did I'll take issue with the word harassment because first I I thought I had a very cordial conversation

Riddle: but didn't you ask to search his room

yeah

Riddle: that's harassment

Ott: that's not harassment

Riddle. what what grounds did you have to ask to search his room what grounds at all what What specifically

Ott: that's a standard thing that we will do

Riddle: just just go search people's rooms

Ott: sir harassment would be demanding, I asked

Riddle: well you have to ask you can't demand it's illegal but even asking to search his room with no valid reason is harassment

Ott: no it's not

Riddle: what reason did you have to ask to search his room what were you hoping to find

Ott: we'll have to agree to disagree

Riddle: okay but what were you hoping to find

Ott: I wasn't hoping to find anything

Riddle: so why would you be looking what were you looking for you can't just go search somebody's room without having something you're looking for isn't that the law

Ott: no

Riddle: what's the law

Ott: it's called consent of search

Riddle: and what would you be searching for

Ott: well sir um this is getting well

Riddle: I'm just asking I'm seriously just asking I'm trying to understand because when I talk to my attorney in the morning I just need to understand what to tell him actually went on and when he says we'll what were they what was the reason for the search and I say we'll he said there would be a big event or something big on Monday and that was so pervasive they felt that the cops should go by and search his house I I don't want to say that to him but this is what I'm hearing

Ott: oh there's nothing wrong with you saying that to him

Riddle: but is that fair

Ott. is what fair

Riddle. was was there something you were looking for

Ott. sir that is a normal investigative technique when you are investigating potential threats

Riddle. and what what was the Potential Threat

Ott. that I'm not going to discuss at this time

Riddle. but apparently I'm involved because my name was brought up

Ott. Yes, amongst groups of people with Anonymous Twitter pages that's it

Riddle. is that illegal

Ott. no absolutely not

Riddle. and so that's something that would give you guys grounds to go speak to someone say that you want to search his house for some undisclosed item that you haven't really said what you would actually even be looking for and that you also will be talking with this other person there's other people that tweet too as well

Ott. yeah

Riddle. I mean do you guys understand they have a right to do it do you want do you want to talk to them as well

Ott. yeah I would like to talk to I just want to make sure that we're not helping an issue I have I will I got a good idea what I think everything means but I I I'm pretty sure you've heard the the word or the description of uh or that saying about assumption you know what happens when you assume so that's it I I would just like to talk to everybody meet with everybody find out I'm suggesting you obviously have issues you have personal issues with the Omaha Public schools

Riddle. I have no personal issue with them

Ott. well not concerns you have things that you brought email conversations with them.

Riddle. absolutely

Ott. and you have a right too I have no issue with that this is thi is the issue Mr riddle you are a known person who is involved with communicating with people that I don't know who they are that's it

Riddle. and what did they say that was illegal

Ott. no one said anything

Riddle. so here's what I'm going to recommend

Ott. all right

Riddle. just as a sidebar I would recommend not going and talking to them until after you guys have heard from our attorney because I am bringing all this up on money I won't mention you because you're obviously super cool and stuck in the middle and it isn't your fault but what I can tell you is that this strategy that they're using is a Gestapo tactic that won't work and I would I would I would I would recommend that rather than going back over there tomorrow and I'm telling you the term that will be used is harassment not because you're trying to be harassing but I'm sorry going to somebody's house and asking to look at something that you don't even know what you're looking for or haven't even you have no you have no valid something that you're actually even saying you're looking you just want to kind of go look around that's just that's intimidating that's intimidating a child and I'm telling you it would be a I'm telling you this situation has literally gotten out of hand because I brought something up to the schools and they refused to talk about it and when we tried to bring the evidence they refused to hear it and everybody sat there and let it happen it's not going to happen again because we're going to have enough people that if they try to silence me when I'm talking there will be dozens of people that will say you can't do this this is freedom of speech I don't think they'll do it this time but what

I'm saying is Iwould recommend against going back over and harassing them tomorrow because and again

Ott. I'd have to agree to disagree District I would like to talk to him and I can talk to them on the phone I don't plan to go back over there tomorrow I would like to talk I would just like to talk to them

Riddle. I'm recommending against that

Ott. you're not his parents

Riddle. nope I'm not but I will be talking to them in a few minutes and I will tell them the same

Ott. now here's the other thing you're you're helping me under can I can I ask you some questions

Riddle. absolutely

Ott. they're super easy are you planning um to take well and you've already alluded to this are you planning on taking multiple people to the um or how big of a group is going to be at the

Riddle. the largest that's ever been there

Ott. everybody's got a right to now the topics of conversation that have gone on in Twitter about um the 16th with the number 16 and the six

Riddle. that's the date isn't it on Monday

Ott. yeah what is that in reference to

Riddle. the school board meeting!

Ott. thank you okay

Riddle. that's the date of this we're this all we've been talking about

Ott. yes what is what is everybody planning on doing on the 16th when they get there

Riddle. showing up

Ott. and what else

Riddle. I don't think you understand and I think that you do

Ott. yeah I get it

Riddle. here's what Ivmean here's what I mean how many people were there two weeks ago

Ott how many people were there two weeks ago and I saw the video or watch it on YouTube so I I don't know very few look

Riddle. right and now last week there were three times as many people there not not all for three to judge but here's what I can tell you what they did two weeks ago would never havebhappened like it did like it wouldn't have never happened in Lincoln it would have never happened in Millard it would have never happened in Gretna or Kearney that would have never happened because there wouldbhave been enough people that said hey look Nazis just because you think you run the world doesn't mean you can silence somebody who's trying to talk

Ott. yeah now can I tell you one other thing

Riddle. sure

Ott. um or I actually I do have more questions but I want to tell you something sure I I saw on YouTube because I was notified that you were removed I watched the whole thing was that I'm just curious it doesn't matter was the

Riddle. that was my mom

Ott. that was your mom okay great

Riddle. and she taught there for 36 years we're good friends with Nancy Kratky

Ott. um you see the does she have red hair uhbor who who is she I know the name

Riddle. Nancy

Ott. yeah

Riddle.  she's on the school board she's the oldest yeah she yeah my mom sat there and talked to her right before the whole like for like 20 minutes before the whole thing started

Ott. reddish hair

Riddle. Nancy shes got like white hair

Ott. well okay I um the name rings a bell but I can't put a face with it so anyway that okay that was that was your mom

Riddle. And she was only there because she was helping me and I'm only there because I realized what's going on and felt like since nobody else in the community is standing up somebody has to do it and it causes me great angst

Ott. to go and voice your opinion concerns whatever word you want to use you have the right to do that so does everybody else

Riddle. but so far when I expressed them through email they refuse to respond they called you guys then when I went

Ott. No

Riddle. yes I've already been called by Steve at the health and mental health and wellness Department of ops

Ott. Oh yes

Riddle. yes now okay then I go out and they silence me so two two for two I don't have the ability to speak okay then they shorten our speeches

Ott. I'm sorry I'm really tired so if if uh some if something escapes out of my head I'm afraid it ain't gonna come back

Riddle. no worries

Ott. um I saw what happened and into my personal opinion what I saw your mom was allowed to speak two more speakers and then you came up you said you didn't um you know you said you were not going to give your address and yes you were cut off I

Riddle. legally they had to ask if I had a privacy or safety concern and they did not

Ott. and leading up to this next one I don't know if it was because I mentioned it or if someone else I just mentioned said look I you should really quote give the statute quote it and explain it before you before he asks for allow public comments you got up you spoke or you gave your name and you gave your address and you stayed underneath the uh you stayed underneath the three minute time period great no problem but now back to back to my questions um I'm just gonna add this is just gonna be yes or no there's there's other people with Twitter accounts that we don't know names to um do you and I'm not going to ask you to tell me their names unless you're willing to but do you know of some of these other people that are it seems that you're commenting on each other there's how many I absolutely no

Riddle. I absolutely know one of them and I I know of the other and I can tell you that they would be much harder to deal with than me

Ott. is what is that here

Riddle. they have students as well

Ott. parents

Riddle. yeah they they're okay well yeah

Ott. it's their intention on showing up on the 16th

Riddle. well I doubt either one of them will even make it as far as that goes I mean they have things going on which is why I have to get other people but the people that are coming are are people that are like citizens here from Facebook that I've said hey guys here's what Ops is doing everybody needs to show up

Ott. so my concern is um if you read some of those it's like it is that the intent people are goingto show up to the meeting to voice their opinion regarding

Riddle. most of them aren't going to voice their opinion

Ott. they're going to sit there and listen

Riddle. correct so that they can't so they can't silence us and so that we have an opportunity to show them that look if you don't do what is correct look here's what you don't know and I'm and I'm not saying this in a negative way I'm saying this I just realized today when I went to my daughter's open house or whatever to show to school and I asked a kind of offhanded question to the social studies teacher in a very subtle way that his response told me very clearly that they're not teaching it there so here's what's going on they have an entire curriculum that they've got an entire set of teachers at separate schools that they're rolling out through the district that's entirely Equity based that's based on the book uh how to be an anti-racist by ibram X kendi which I can tell you if you've ever read it it's an awful book it's an absolute horrible racist autobiography but the point is this is why when we started playing the voices the other day they realized I found these videos that they had so what did they do they locked them on YouTube right away they took them off the district website but it was too late because I already copied them so so what they're trying to do is implement this program that I can tell you has no foundation in law has no end goal there's no legislative purpose it's racist against whites it doesn't actually help anybody in Oregon has just shown us that now that you know they've they've implemented this plan and gosh they're not even going to require kids to understand math science technology English any of the basics to graduate because that would be racist

and this is what they're trying to implement here and they know it which is why they refuse to talk about it and so that's all we're going to do is stop that and some of the parents are more interested in the new sex curriculum I mean if this CRT thing gets pushed everything else will never be a question they'll just push it and say it's on on the process of equity and that's why we have to do it and there will be no debate and I just want to make sure let me ask you a question do I sound like the type of guy that would allow anybody that I knew to come do anything in a public setting that I would even con if I had any knowledge whatsoever in my heart that somebody would come where I'm gonna be with my mom my wife my friends my family and that I thought somebody would come and be a disruption do you think I would allow that sort of embarrassment or damage so what I can tell you is nobody that I know that tweets on anything I tweet is dangerous in any way other than with their pen and checkbook

Ott. right

Riddle. that's what that's all I want that's a hundred percent a fact and and again I'm telling you that the I you know I'm intentions are great and everybody has you know everybody has their job but it's not it's not you that's gonna look bad in this but I'm telling you that this behavior of of them using you guys to do this and I get that there are definitely situations where you must notify that you think a child is in danger or you think somebody's in actual danger but these are not them this is harassment by the district against us and it's it's I am not you know I'm not a high school kid I'm not I'm not a you know I mean the fact that his mom said come back tomorrow and you know talk to him I mean I'd have said please you know

Ott. well actually no I I mean I didn't I really would have been fine with a phone call

Riddle. I understand that but you you intimidate them and not intentionally most people are intimidated even if they've done nothing wrong me I get that we're a Target now because we're doing what's right I just don't care because

Ott. well and I hope like I saidI complimented you because I saw you I watched on Monday because I was curious myself I don't live and now but on the Ops uh attendance area my kids didn't go to Ops schools so um

Riddle. you'll be surprised a lot of the people showing up this week to to observe and sit in are just citizens from other school districts as well because I I couldn't count on enough people from just Omaha showing up so I welcomed the state

Ott. yeah um what was I gonna say some oh I'm probably going to be there just to observe and it's not to be

Riddle. it won't bother us one bit believe me we're the Patriots we're the ones that love you guys

Ott. I was going to try to reach out to you I didn't want to show it to your work um you know if I

could find out where that was anyway but I did I

Riddle. I have my own company

Ott. okay well that makes sense it um so anyway I do appreciate the call it now the whole purpose behind this is I please understand that I you know let me tell you something else about myself I have I do have a child still in high school I am on one side of the political Spectrum I'm not going to say which you could probably figure things out you're a smart man

Riddle. yep

Ott. visible is on the other side of the spectrum okay my daughter is not going to what is considered her home school okay but I respect this guy enough that I was that I'm like hey I have no problem going there even though we do not see eye to eye politically and because I know he does his job and does his job and somewhere along the line we've lost that in this country and it's I find it disheartening that's why when I tell you that you have the right to speak your opinion and so does everybody else I mean it okay if I'm not

Riddle. I believe that they said that you were they said you you seem like you know it was unfortunate that you had to come by but it was your job and I said well I'll just call him because he wants to talk to me and then and I get it you know the bottom line is we could use your guys's support against this tyranny and you know it's the mere fact that I'm having a conversation with you at this time of night on a Wednesday because you guys were forced to stop by some high school kid's house because he's excited for Monday when we'll actually get a voice this is the same kid that they suspended for not putting his mask up fast enough between bites that I brought up on Monday and said that and then that's when they had like I brought it up at the meeting on Monday and his dad got a call before we got before he got home that is targeted harassment and it's not your fault

Ott. who do you get them just out of curiosity

Riddle. if you I I don't I guess I don't know I figured it was you guys because they were police whoever they were

Ott. um on on Monday during like during the meeting

Riddle. yep

Ott. during the meeting oh I can tell you where I was I'm exactly where I was where was where I am right now

Riddle. it may have been a guy could have been that Steve guy that called me or somebody but I can tell you that the fact that you don't know that is another reason that shows that they're

targeting harassment towards us

Ott. it wasn't me or anybody who works for me I'll tell you that

Riddle. I appreciate that

Ott. so anyway my concern is some of who want to take some of the words literally I was worried about potential violence potential you know

Riddle. you have my word none of that is yeah that's not the case at all we're excited to have a voice

Ott. yeah appreciate it and there's ask you to tell me right now but I would like to know or I would like to speak to the people who have been tweeting compassionately about this

Riddle. no chance

Ott. hang on they have a right to their opinion

Riddle. there's no chance I would tell you who they are

Ott. or talk to me I I

Riddle. one of them might make it the other I know for sure can't because he works a billion hours a week but now they're and they aren't gonna talk to you

Ott. you've you've spoke you have explained to really his name was Lee you explained yourself to him and you've explained yourself to me and like I said I watched your demeanor how you conducted yourself on Monday

Riddle. even when they silenced me I was well restrained

Ott. I with an officer who helped with escorting or whatever happened I mean understand I'm watching TV screen so I didn't see everything that happened but or you know I'm watching it on YouTube on the one where you escorted out but this is my concern is I just want to make sure that one like the like I told his mother today I don't want to see a senior have something bad

Riddle. well there shouldn't be any concern of that at all because if he can't express his opinion that'd be the only reason he would get in trouble so this kid's never been in trouble

Ott. I'm gonna say it anymore sure I said it because you obviously are passionate about this but these kids um you know there there's legal and then there's also student code of conduct stuff and we don't have anything to do with student code of conduct

Riddle. no I Understand not a legal issue we don't have anything to do with everything so far is is a legal issue according to my attorney discipline for something that we aren't going to have anything to do with because it doesn't have anything to do with a potential lethal issue or a law that you've broken sure I they I I I assure you that they're probably going to know better than to do that come Monday

Ott. what's your intent on you know on these people who have tweeted stuff okay what's your intent on the 16th our intent is to show up and express our concern show up to the 16th you are planning on showing up to the school board meeting there's nothing

Riddle same place I've been the last two weeks yeah there's nothing else we don't we're not black lives matters we don't Riot we don't go you know you know this no we're gonna show up and we're gonna express our voices and I ordered 50 masks and 50 little flags that are American flag of both of them and I'm hoping that I run out but uh because you know these refer extras because now that we have to have it there's people coming that come coming that will be from areas that that don't have them but no I mean I got I bought a bunch of flags so that instead of clapping we could wave our little Flags because you know we've got a tyrant school board that thinks they're in control they're not they're I mean our our goal on this the 16th my goal on the 16th is to start a story and that they're gonna hear every two weeks until this is resolved and it's gonna be five minutes at a time and they're gonna get a choose their own adventure and they're gonna see how many charges they rack up that we're suing them for and you know what I'm saying but there isn't we have no reason to do anything other than express our voices they're the ones that have broken the laws consistently they've violatedfreedom of speechthey're they've included targetedharassment they're lying flatly and it's their own voices on video versus their emails to me so either they're lying on video or they're lying to me either way it doesn't look good

Ott. can I ask a favor of you

Riddle. sure

Ott. um the people that you don't want to identify which is fine there's no issue

Riddle. there's no reason to they've said nothing wrong and that's just that's that would be a violation of their right it's not mine

Ott. this is all I'm going to
ask

Riddle. I'll tell them I'll tell them to cool it

Ott. well no they don't have to cool it they can express their opinion just be very careful about

the the words they use

Riddle. they I I would say that other than one of them who I said don't use cuss words because I'm kind of just I don't see a need I mean not that I don't cuss I just there's no need other other than a few cuss words I have seen nothing that was in any way threatening calling somebody a name that's a public official I mean you've seen the names they call Trump or Biden for that matter have you seen the words

Ott. yeah fair enough fair enough yeah

Riddle. so yeah so they're just being snowflakes and they're doing it on purpose and they're trying to harass us but it's just not effective because I know my rights and they're outmatched in this case they are running off an agenda that they understand where it gets them but they don't understand how to get there when they've got a roadblock and I'm that roadblock and it's I won't move and I'm glad that we have your support saying I may not agree with what you have to say but I'll fight for for your right to say it correct

Ott. so will I whatever it it left a long time ago yes it's very disturbing and uh so um I'm sorry give me a second to have to try to get the thought that just escaped my head again um but uh oh I just I'm gonna ask you and choose to answer it or not um there was a young man sitting on your side of the meeting that had very long hair and a mask on um again I went and I spoke to Jayden's mom because we were pretty sure that's who that's who he was and I asked him a lot or that's questions I asked I'm asking you or questions I wanted to ask him um do you again this is a yes or no question so do you know which kid I'm talking about

Riddle. are you talking about the first meeting

Ott. no uh Mondays

Riddle. that were sitting right next to me

Ott. around behind you um that had long hair and a surgical mask on

Riddle. I didn't see him don't

Ott. have no idea who I'm talking about

Riddle. no I was focused

Ott. do you know did and again I'm not asking for names you can you can help me out here without giving their full name information or anything like that can you tell me if Jaden had any friends there I don't want to know anything

Riddle. you saw who he was sitting with he was with me

Ott. yeah

Riddle. he showed up by himself and he left by himself

Ott. no so to your knowledge did were there any other friends of Jaden there

Riddle. what I'm telling you is that he showed up by himself he left by himself and he came because I said hey can you make it and he was like I'm at work I'll have to run home and change I'll be there so there's really no chance that I mean unless he texted somebody which didn't you know what I won the relevance I don't see but two no I can tell you that he was there because I asked him if he could make it

Ott. there's one other kid that I've been wanting to talk to past some of these same questions and I don't know if that's the kid or not so I'm probably telling you way more than I should

Riddle. well it's irrelevant the the issue is the issue is this what you've been told or been can you know I guess it's your job but what you've been presented as a concern is patriotism people that are excited to be able to express their right especially when it's been shut down and especially when they've been lied to and especially when it's by an important government body and they can prove it so what you're seeing is people going oh my gosh finally a voice finally something we can do to fight this tyrannate when Omaha Public Schools goes to the equity program every other school around here is toast and will be just like California and that will happen but it won't happen with me here because I'm not going to let it happen I've done the research I've spent the time I'm far too valuable to have anybody coming in and disrupting my plan with parade tricks or firecrackers or wanting to scream and shout that is just not my style I won't tolerate it I won't allow it if I knew it was gonna happen I would I would WARN the person that they like if I you know it wouldn't happen we operate differently we operate in a way that if it comes down to the truth and the law we win if it comes down to the power well then I guess it depends on how many people stand up which is why we're excited because we needed a big voice and your friends's voice would matter
 too and nobody would know they were there and because I've told everybody you do not have to speak just show up and sit just making a presence just be there well they need to so that the school board sees that one person can influence a change because they thought the first week that I would just never show back up and then they saw last week and they're going to see something different this coming week and but I can tell you that I wouldn't keep chasing these leads down because for every per like I requested specifically today every single how many specifically how many people they've reported for expressing their concerns or frustrations or opinions opposing this topic so there's three And there's more (people) that I've met on Facebook and obviously you know there's more they're going to have to disclose this this is going to blow up in their face and that's you know that's their choice but just so you know

Otto sure

Riddle. but now you get why you're concerned was completely invalid because they were just basically harassing us so nothing we said was at all in context which you know because you looked nothing we said was it was very clear that we're talking about this meeting because specifically we said things like don't silence we won't be silenced we'll see if they can keep us quiet this time we're very excited this will be big this is all things people say leading up to an event a meeting something like that so for them to say that this was such a big concern this of all things it's targeted harassment

Ott. let me ask you this would you | mean | guess there's no other way to really ask us are would you consider yourself or are you kind of leading the others that are involved in this that have been

Riddle. 100 percent

Ott. would you consider yourself like the spokesman

Riddle. absolutely

Ott. okay so if | wanted to reach out to you to ask about something in particular that someone who you might know who there might know their Twitter handle would you you know could | reach out to you in the future

Riddle. absolutely

Ott. okay that's I'mI'm you know | | ask you on Monday to uh you can I'm on I'm one of the Twitter I'm an authorized Twitter user for the department so you can uh you can probably find my well don't know how many actual pictures of myself are on there um but I'll be pretty recognizable I'll have a yellow stripe on my pants and I'll have a lieutenants bars on my. collar and and if you come up on Monday and introduce yourself that would be great I'd love to you know continue would just like to have um you know

Riddle. absolutely

Ott no | would love that person not at all just if | can contact you about if there's concerns about what's going to happen at at the next meetingor 11

Riddle. yes and if anything happened that I didn't know about | can 100 guarantee you it wouldn't be from anyone on our side of the table because that just won't happen | have | have 100 faith in everybody that uh everybody that | affiliate with which is basically everybody that you will see there on our side of the coin and and understand I've been doing this long enough that um you you have with with a lot of movements and |I'm sure you understand this with a lot

of moments you can have people who tag along who are you know you know maybe believe the same way but aren't going to that won't happen here these are all these are all parents most of them are these are all parents | mean there will be | | can't imagine there being and | don't know if they'll bring | don't | mean they're getting sitters these are all parents and they are they're not they are all interested in things being correct not oh that's fine you know making a stink

Ott. that's that's fine | think on the Twitter handles are um obviously his mother told me | know that shitburg is Jaden or any of them I think you touched on this but | want to make sure or any other of students or are they

Riddle. uh no they're not students not none of them are students and he only commented on that because he knew my handle

Ott. okay the others are are not students

Riddle. they're people like me who see there's a problem and are trying to get some people to open their eyes even and you know I'm a little bit more tactical about it and they're a little bit more direct about it but the message is the same which is hey we see what's going on somebody is going to explain this at some point because we're gonna keep making noise until it comes out

Ott. okay you know and again | will be the first one to say and you have a right to show up to the meeting and to hear you know speak your concerns speak your you know uh you know I | have no issues with that you that's your right just like when | mean hey I've spoken at a school board meeting in my in the past it's been a long time but hey yeah and uh city council meeting County board meeting school for me | don't care it's an open meeting that the public has invited to come and speak so citizens have a right to come and do it that's how | feel so | again My worry is um making sure that there's no intended targets of violence that no one's looking to get violent that it's uh that your goal is to remain peaceful

Riddle. our goal is patriotic yeah | mean we we much prefer we much prefer just mentally destroying somebody than than trying to get into a fist fight that's just not our style we don't but it's not what we do and we certainly don't build burn things because we all build things

Ott. yeah and and that's you kind of touched on right there it's when you when you talk about you know destroying the you know that's where the words get in you know depending | can read the context and | can be nice but they just want

Riddle. they just want to harass us is what they want to do and that's not your fault well and that's where |

Ott. yeah and I'm not saying and understand that some of these things come you know these things come to light and it isn't necessarily from us, you know from from the school district

Riddle. no it is you know they they I mean that's I mean that's that's it is that much we know so.

so that's again that's all my concern was and that's the only reason

Riddle. | assure you Twitter wouldn't filter any of the comments that were made they would none of those get you blocked banned flagged nothing

Ott. oh no oh on Twitter yeah

Riddle. so it was Ops yeah

yeah there's no uh um their rules and um you know being banned or anything so yeah | | get that but you understand | have to deal with the the what if and the and the you know expect to deal with the what if and uh and be prepared for the uh the unlikely L guess is the best way to put it yeah | think you can understand that and appreciate that

Riddle for sure and | do appreciate it so truly it's weird  | want todo and that you are because | have all of this under control with everybody here and you can quote me for that if they if somebody were to show up it would be somebody we did not know and that would not be something anybody | know would encourage

Ott. and the one thing | will ask you since you just brought that up and it popped into my head right as you were saying that if uh um if there's a that's something that | might do and uh is uh if you see someone  that you don't recognize don't know why they would be there and they seem to be adamant or vocal or anything if you would you know not saying that we would again they have a right to be there

Riddle. but if there's someone that they would never be from my side | can promise you

Ott. no | know and that's what I'm sayingif someone shows up and they're not someone you know but they are getting really vocal or whatever you know if you let me know just say hey that | | don't know these people

Riddle. um well for sure | will and | but you know | our crowd | don't think will allow for that we're too focused on a goal

Ott. great news and I'm glad to hear it so  it seems like there was one other thing | wanted to ask you um but yeah that's that's all I'm concerned about is making sure that nothing gets out of hand no one that there's no physical threats physical assaulting blah blah throwing Tomatoes pies whatever

Riddle. and I'll make it even I'll make it even better when | I'll wait until 615 6 20 to come up and

say hi to you that way the people there recognize that we're all we're all there for the same reason which is just freedom of speech and you know people being able to live their life and that will also uh that will also go go always to uh ease their tensions because they know that Omaha is the place where people get thrown out for you know so I'll I'll do that when people are there that way they have that that confidence as well

Ott. okay well and like | said I'm going to be there as an observer I'm not going to be there as working for the board so if if anybody's asked to be removed I'm not going to be getting involved in it and unless it's you know unless it turns into a melee or something yeah well on that yeah and then | have to yeah no oh so | wouldn't like that to happen yeah so well I um is there anything else you want to ask me

Riddle. nope | think we're on the same page and | have everything control here and I'll let Jaden's Mom know she doesn't have to worry about following up we'll take care of it so

Ott. | mean like | said it's just trying to uh just trying to dot the eyes and cross the t's here and make sure everything's going to be finding good that's my concern 100

Riddle. and | | truly appreciate that's important for everybody

Ott. this is my cell yeah okay yep | | had it | have it in my office somewhere from one of your emails to you know it | have one forwarded to me so | know | had it somewhere | just couldn't remember

Riddle. and what was your first name again

Ott. it's Charles

Riddle. Charles okay yeah and uh so like | said you can find me on Twitter and awesome you'll you'll know but | won't tagyou in anything

Ott. you probably might not want to do that well | mean | can't stop you but | would ask you to not yes

Riddle. sure

Ott. all right

Riddle. all right well | appreciate the call

Ott. thank you sir likewise

Riddle. take care