# CRIMINAL COMPLAINT FOR FEDERAL JUDICIAL MISCONDUCT AND OBSTRUCTION OF JUSTICE

**JUSTIN RIDDLE**

Complainant and Victim of Federal Judicial Criminal Enterprise

Constitutional Rights Advocate and Anti-Corruption Specialist

**Date:** June 26th, 2025

**TO: TEXAS RANGER DIVISION - PUBLIC CORRUPTION UNIT**

---

## COMPLAINANT INFORMATION

**Name:** Justin Riddle

**Address:** 16422 Patrick Avenue, Omaha, NE 68116

**Phone:** 402-813-2156

**Email:** justinriddle1@gmail.com

---

## DEFENDANT

**DEFENDANT:** The Honorable Alan D. Albright

**Position:** United States District Judge, Western District of Texas

**Court Address:** 501 W 5th Street, Austin, TX 78701

**Federal Case:** Riddle v. X Corp, Case No. 1:25-CV-0073-ADA

# CRIMINAL VIOLATIONS ALLEGED

## FEDERAL CRIMES:

### 1. 18 U.S.C. § 1503 - Obstruction of Justice

- Classification: Felony (up to 10 years imprisonment)
- Corruptly obstructing federal court proceedings
- Systematic protection of ongoing federal crimes

### 2. 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law

- Classification: Felony (up to 10 years imprisonment)
- Willful deprivation of constitutional rights
- Acting under color of federal judicial authority

### 3. 18 U.S.C. § 371 - Conspiracy Against the United States

- Classification: Felony (up to 5 years imprisonment)
- Conspiracy to obstruct federal law enforcement
- Coordinated protection of corporate criminal activity

### 4. 18 U.S.C. § 1341/1343 - Mail and Wire Fraud

- Classification: Felony (up to 20 years imprisonment)
- Fraudulent representations regarding "rocket docket" efficiency
- False claims of intellectual property expertise

## TEXAS STATE CRIMES:

### 1. Texas Penal Code § 39.02 - Abuse of Official Capacity

- Classification: Third Degree Felony (2-10 years imprisonment)
- Misuse of government office for personal/political benefit

- Violation of oath of office and official duties

**2. Texas Penal Code § 39.03 - Official Oppression**

- Classification: Class A Misdemeanor (up to 1 year imprisonment)
- Acting under color of office to deny constitutional rights
- Systematic deprivation of due process rights

**3. Texas Penal Code § 37.10 - Tampering with Governmental Record**

- Classification: Second Degree Felony (2-20 years imprisonment)
- Falsifying federal court records and docket entries
- Creating false procedural justifications

---

# JURISDICTIONAL BASIS

## Federal Jurisdiction:

- Federal judicial officer violating federal civil rights laws
- Obstruction of federal court proceedings and law enforcement
- Conspiracy to protect corporate violations of federal law
- Civil rights violations under color of federal authority

## Texas State Jurisdiction:

- Official misconduct occurring within Texas state boundaries
- Federal judicial district operating within Texas state jurisdiction
- Texas criminal law application to federal officials committing state crimes within Texas
- **Active federal case demonstrating ongoing criminal conduct** (Case No. 1:25-CV-0073-ADA)

---

## SUMMARY OF CRIMINAL ENTERPRISE

This complaint documents systematic criminal misconduct by Federal Judge Alan D. Albright involving 180+ days of willful protection of ongoing federal copyright infringement, systematic obstruction of emergency federal law enforcement, fraudulent efficiency representations, and coordinated conspiracy to enable corporate criminal activity through judicial immunity abuse.

**Core Criminal Elements:**

1. **Systematic Obstruction of Federal Law Enforcement** - 180+ days protecting obvious copyright violations
2. **Emergency Motion Abandonment** - 90+ days ignoring two separate emergency motions
3. **False Expertise and Efficiency Claims** - "Rocket docket" fraud to attract high-profile cases
4. **Coordinated Corporate Protection** - Enabling ongoing criminal activity through judicial inaction
5. **Constitutional Rights Violations** - Systematic denial of due process and equal protection
6. **Procedural Fraud** - Weaponizing administrative delays to protect corporate defendants

---

## COUNT 1: SYSTEMATIC OBSTRUCTION OF FEDERAL LAW ENFORCEMENT

**18 U.S.C. § 1503 and Texas Penal Code § 39.02**

### The Criminal Act:

Judge Albright has systematically obstructed federal copyright law enforcement for 180+ days, willfully protecting ongoing federal crimes while maintaining full knowledge of clear statutory violations and constitutional duties.

### Specific Criminal Conduct:

**1. 180+ Days of Willful Copyright Law Abandonment:**

- **January 15, 2025:** Initial complaint filed documenting clear copyright infringement
- **March 16, 2025:** First emergency motion for evidence preservation - IGNORED
- **March 23, 2025:** Second emergency motion for ongoing violations - IGNORED
- **June 24, 2025:** 180+ days of systematic protection for ongoing federal crimes
- **Daily continuing violations:** Each day of inaction = separate obstruction count

**2. Emergency Federal Law Violations Enabled:**

- Copyright infringement continuing under judicial protection
- Identity theft and impersonation ongoing without federal intervention
- Advertising fraud proceeding with federal court knowledge and protection
- Evidence destruction occurring during active federal litigation

**3. Conscious Knowledge and Willful Protection:**

- Comprehensive legal briefs documenting ongoing federal violations
- Emergency motions with detailed evidence of continuing crimes
- Corporate admissions of "impersonation" proving knowledge of violations
- Technical documentation proving systematic evidence destruction

**4. Administrative Theater to Justify Criminal Protection:**

- Focus on irrelevant "dropdown menu selection" errors while federal crimes continue
- Harassment over formatting minutia while ignoring copyright infringement
- Procedural perfectionism applied only to pro se plaintiff, not corporate defendants
- Systematic differential treatment enabling ongoing criminal activity

## Documentary Evidence:

- **Federal Court Docket:** Complete 180+ day timeline of systematic law abandonment
- **Emergency Motions:** Two ignored emergency motions with comprehensive evidence
- **Corporate Admissions:** X Corp acknowledgments of ongoing violations
- **Evidence Preservation Requests:** Detailed documentation of systematic evidence destruction

- **Judicial Orders:** Pattern of protection for corporate defendants while harassing pro se plaintiff

## Federal Criminal Statutes Violated:

- **18 U.S.C. § 1503** - Obstruction of justice through systematic federal law abandonment
- **18 U.S.C. § 1512** - Tampering with witness/victim through intimidation and harassment
- **18 U.S.C. § 1519** - Obstruction of federal investigation through evidence destruction protection

## Texas Criminal Statutes Violated:

- **Texas Penal Code § 39.02** - Abuse of official capacity for personal/political benefit
- **Texas Penal Code § 37.09** - Tampering with evidence through protection of corporate evidence destruction

---

# COUNT 2: FRAUDULENT "ROCKET DOCKET" EFFICIENCY CLAIMS

**18 U.S.C. § 1341/1343 and Texas Penal Code § 32.46**

## The Criminal Act:

Judge Albright has systematically defrauded the federal court system and litigants through false representations of intellectual property expertise and "rocket docket" efficiency while deliberately abandoning those standards to protect corporate defendants.

## Specific Criminal Conduct:

### 1. False Efficiency Marketing for Case Acquisition:

- **Cultivated national reputation** based on claims of rapid IP case resolution

- **"Rocket Docket" marketing** to attract high-profile technology cases from other jurisdictions
- **Pulled this case** from another judge's assignment based on false efficiency claims
- **Comprehensive procedural documentation** (OGP Version 4.4) promising specific timelines and efficiency

**2. Systematic Abandonment of Promised Efficiency:**

- **Elementary copyright matter** transformed into 180+ day contemplation period
- **Emergency motions ignored** for 90+ days despite "rocket docket" promises
- **Simple photo theft** treated as requiring months of judicial consideration
- **Written procedural standards** abandoned when they would require action against corporate defendants

**3. Wire Fraud Through Interstate Reputation Management:**

- **Interstate case attraction** based on false efficiency representations
- **Electronic communications** promoting false judicial competency claims
- **Federal court resources** obtained through misrepresentation of actual capabilities
- **Systematic deception** regarding intellectual property expertise and case management

**4. Financial and Resource Fraud:**

- **Federal judicial resources** obtained through false competency claims
- **Court administration costs** wasted through deliberate inefficiency
- **Litigant expenses** increased through fraudulent delay tactics
- **System-wide fraud** enabling case shopping based on false judicial marketing

## Documentary Evidence:

- **"Rocket Docket" Marketing Materials:** Published efficiency claims and IP expertise representations
- **Case Assignment Records:** Documentation of case acquisition from other judges
- **Procedural Standards Documentation:** OGP Version 4.4 promising specific timelines

- **Actual Performance Records:** 180+ day delay on elementary copyright matter
- **Comparative Analysis:** Efficiency promises vs. actual systematic abandonment

## Criminal Statutes Violated:

- **18 U.S.C. § 1343** - Wire fraud through interstate electronic efficiency marketing
- **18 U.S.C. § 1341** - Mail fraud through systematic misrepresentation
- **Texas Penal Code § 32.46** - Fraudulent use of identifying information (judicial reputation)
- **Texas Penal Code § 32.45** - Deceptive business practices in federal court operations

---

# COUNT 3: CONSTITUTIONAL RIGHTS VIOLATIONS UNDER COLOR OF LAW

**18 U.S.C. § 242 and Texas Penal Code § 39.03**

## The Criminal Act:

Judge Albright has systematically violated complainant's constitutional rights through willful deprivation of due process, equal protection, and access to federal courts while acting under color of federal judicial authority.

## Specific Criminal Conduct:

**1. Due Process Violations:**

- **Denial of timely adjudication** despite clear federal law violations
- **Emergency motion abandonment** creating systematic due process failure
- **Procedural weaponization** to deny constitutional rights through administrative harassment
- **Equal protection denial** through differential treatment of corporate vs. individual litigants

**2. Systematic Discrimination and Bias:**

- **Pro se harassment** through irrelevant procedural complaints while ignoring corporate violations
- **Differential enforcement** of court rules based on litigant status and representation
- **Administrative theater** designed to exhaust constitutional rights through procedural manipulation
- **Corporate protection scheme** enabling ongoing federal crimes through judicial immunity abuse

### 3. Access to Courts Denial:

- **Systematic obstruction** of federal court access through procedural barriers
- **Emergency relief denial** during ongoing constitutional violations
- **Administrative harassment** designed to prevent effective federal court utilization
- **Judicial retaliation** against citizen seeking federal law enforcement

### 4. First Amendment Violations:

- **Retaliation against petitioning government** for redress of grievances
- **Punishment for exercising constitutional rights** through systematic judicial harassment
- **Chilling effect** on future constitutional rights exercise through intimidation
- **Government speech suppression** through procedural obstruction and delay

## Documentary Evidence:

- **Constitutional Violations Timeline:** 180+ days of systematic rights violations
- **Differential Treatment Records:** Harassment of pro se plaintiff vs. corporate protection
- **Emergency Motion Documentation:** Clear constitutional violations ignored by federal court
- **Administrative Harassment Evidence:** Focus on irrelevant procedures while federal crimes continue
- **Comparative Analysis:** Treatment of corporate defendants vs. individual constitutional rights

## Criminal Statutes Violated:

- **18 U.S.C. § 242** - Deprivation of constitutional rights under color of federal law
- **42 U.S.C. § 1983** - Civil rights violations under color of government authority
- **Texas Penal Code § 39.03** - Official oppression through systematic rights denial

---

# COUNT 4: CONSPIRACY TO ENABLE CORPORATE CRIMINAL ACTIVITY

**18 U.S.C. § 371 and Texas Penal Code § 15.02**

## The Criminal Act:

Judge Albright has conspired with corporate defendants to systematically obstruct federal law enforcement, enabling ongoing criminal activity through coordinated judicial protection and procedural manipulation.

## Specific Criminal Conduct:

### 1. Coordinated Protection Scheme:

- **Systematic enabling** of ongoing copyright infringement through judicial inaction
- **Emergency motion suppression** allowing continued criminal activity
- **Evidence destruction protection** through failure to issue preservation orders
- **Corporate criminal enterprise facilitation** through federal judicial immunity abuse

### 2. Pattern of Conspiracy Elements:

- **Corporate crime enablement** through systematic federal law abandonment
- **Coordinated timing** of judicial protection with corporate evidence destruction
- **Administrative theater** designed to justify federal law non-enforcement
- **Institutional cover-up** of obvious federal criminal violations

### 3. Financial Conspiracy Benefits:

- **Case acquisition benefits** from false efficiency marketing
- **Institutional reputation protection** through corporate defendant protection
- **Judicial immunity abuse** enabling systematic federal law violations
- **Coordinated financial benefits** through enabling corporate criminal revenue

**4. Interstate Criminal Conspiracy:**

- **Multi-jurisdictional coordination** with corporate criminal enterprise
- **Federal law enforcement suspension** enabling interstate criminal activity
- **Systematic rights violations** coordinated with corporate criminal conduct
- **Constitutional authority abuse** for personal and institutional benefit

## Documentary Evidence:

- **Conspiracy Timeline:** Correlation between judicial protection and corporate criminal activity
- **Coordination Patterns:** Systematic enabling of corporate evidence destruction
- **Financial Benefit Analysis:** Case acquisition and institutional benefits from corporate protection
- **Interstate Activity Documentation:** Federal crimes enabled through judicial conspiracy
- **Pattern Recognition:** Systematic coordination between judicial and corporate criminal conduct

## Criminal Statutes Violated:

- **18 U.S.C. § 371** - Conspiracy against the United States through federal law obstruction
- **18 U.S.C. § 1962** - RICO violations through systematic criminal enterprise participation
- **Texas Penal Code § 15.02** - Criminal conspiracy under state law
- **Texas Penal Code § 71.02** - Engaging in organized criminal activity

# AGGRAVATING FACTORS AND PATTERN OF FEDERAL JUDICIAL CRIMINAL ENTERPRISE

## Systematic Federal Judicial Corruption:

This criminal conduct represents coordinated federal judicial enterprise spanning multiple violations of federal civil rights laws:

1. **Constitutional Level:** Systematic violations of due process, equal protection, and First Amendment rights
2. **Federal Law Level:** Obstruction of copyright enforcement and federal court proceedings
3. **Administrative Level:** Procedural weaponization and systematic harassment of constitutional rights
4. **Financial Level:** Fraudulent efficiency marketing and resource acquisition through false representations
5. **Conspiracy Level:** Coordinated enabling of corporate criminal activity through judicial immunity abuse
6. **Pattern Evidence:** 180+ days of documented systematic federal judicial criminal conduct

## Federal Court System Corruption:

- **"Rocket Docket" Fraud:** False marketing to acquire high-profile cases through efficiency misrepresentation
- **Selective Law Enforcement:** Federal copyright law abandoned when corporate defendants benefit
- **Administrative Weaponization:** Procedural harassment of constitutional rights while protecting corporate crimes
- **Emergency Authority Abuse:** Systematic abandonment of emergency federal law enforcement duties

## Constitutional Crisis Creation:

- **Federal Law Enforcement Failure:** Complete abandonment of federal copyright law enforcement
- **Judicial Immunity Abuse:** Using federal judicial authority to enable corporate criminal activity
- **Due Process Elimination:** Systematic denial of constitutional rights through procedural manipulation
- **Equal Protection Destruction:** Different legal standards for corporate vs. individual defendants

## Ongoing Federal Criminal Activity:

- **Daily Obstruction Violations:** Each day of continued law abandonment = separate federal crime
- **Continuing Constitutional Violations:** Systematic rights deprivation during ongoing federal court proceedings
- **Federal Conspiracy Activity:** Active coordination with corporate criminal enterprise through judicial protection
- **Escalating Federal Criminal Exposure:** Multiplying violations with each day of continued judicial criminal conduct

---

# FEDERAL SYSTEM INSTITUTIONAL FAILURE AND CORRUPTION

## The Federal Judicial Criminal Enterprise Pattern:

This case documents systematic federal judicial corruption that mirrors exactly the patterns documented in **Nebraska state court proceedings** where identical judicial misconduct resulted in complete judicial district recusal and criminal charges against sitting judges.

## Federal vs. State Corruption Comparison:

**NEBRASKA STATE CORRUPTION:**

- Systematic protection of government lies and institutional misconduct
- Procedural weaponization against constitutional rights advocates
- Administrative harassment while protecting documented criminal activity
- **RESULT:** Complete Fourth Judicial District recusal and criminal charges against judges

**TEXAS FEDERAL CORRUPTION (JUDGE ALBRIGHT):**

- Systematic protection of corporate federal law violations
- Procedural weaponization against constitutional rights advocates
- Administrative harassment while protecting documented federal criminal activity
- **PREDICTED RESULT:** Federal judicial recusal and criminal charges when exposed

## The Federal "Expertise" Fraud Pattern:

**Judge Albright's Criminal Business Model:**

1. **Market false "rocket docket" efficiency** to attract high-profile IP cases from other jurisdictions
2. **Acquire cases** based on false competency and efficiency representations
3. **Abandon promised efficiency** when cases require action against politically connected corporate defendants
4. **Transform simple legal matters** into complex indefinite proceedings to justify inaction
5. **Harass constitutional rights advocates** through procedural theater while protecting corporate criminals

## Federal Court Administration Complicity:

**Chief Judge and Administrative Coordination:**

- **Case assignment manipulation** to ensure corporate-friendly judges receive sensitive cases
- **Administrative support** for systematic federal law abandonment
- **Institutional protection** of judicial misconduct through administrative cover-up
- **Federal judicial immunity abuse** enabling systematic constitutional violations

# NEBRASKA PRECEDENT: PROVEN CAPABILITY FOR JUDICIAL ACCOUNTABILITY

## Documented Judicial Criminal Charges Success:

While Judge Albright has been systematically protecting corporate federal crimes, complainant has **successfully filed criminal charges against Nebraska state judges** for identical misconduct patterns:

**NEBRASKA VICTORIES:**

- **Complete Fourth Judicial District Recusal:** Entire judicial district eliminated through systematic misconduct exposure
- **Criminal Charges Against Sitting Judges:** Formal criminal complaints filed for official misconduct
- **Attorney General Subpoena:** Current Nebraska AG subpoenaed to testify under oath about documented government lies
- **Law Enforcement Partnership:** Douglas County Sheriff coordination to document judicial criminal conduct

## Identical Misconduct Patterns Across Jurisdictions:

**NEBRASKA STATE JUDGES:**

- Systematic protection of government lies through procedural manipulation
- Administrative harassment of constitutional rights advocates
- Emergency motion abandonment during clear legal violations
- Constitutional rights violations through judicial immunity abuse

**TEXAS FEDERAL JUDGE ALBRIGHT:**

- Systematic protection of corporate crimes through procedural manipulation ✓

- Administrative harassment of constitutional rights advocates ✓
- Emergency motion abandonment during clear federal violations ✓
- Constitutional rights violations through federal judicial immunity abuse ✓

## Proven Methodology for Federal Judicial Accountability:

**Template Established in Nebraska:**

1. **Systematic documentation** of judicial criminal misconduct
2. **Pattern recognition** proving coordinated rather than isolated violations
3. **Criminal charges** against sitting judges for official misconduct
4. **Law enforcement coordination** to document institutional criminal activity
5. **Complete judicial accountability** through systematic exposure

**Application to Federal Judge Albright:**

- **Federal criminal violations** documented across 180+ days
- **Pattern evidence** proving systematic rather than isolated federal crimes
- **Texas Ranger jurisdiction** over federal officials committing state crimes in Texas
- **Law enforcement coordination** available through Texas Rangers Public Corruption Unit
- **Federal judicial accountability** achievable through state criminal enforcement

---

# VICTIM IMPACT AND ONGOING FEDERAL CONSTITUTIONAL HARM

## Federal Constitutional Rights Violations:

- **Due Process Destruction:** 180+ days of systematic denial of timely federal court adjudication
- **Equal Protection Elimination:** Different legal standards for corporate vs. individual federal court users

- **First Amendment Violations:** Retaliation against petitioning federal government for constitutional redress
- **Access to Federal Courts Denial:** Systematic barriers to federal court utilization through procedural harassment

## Federal Law Enforcement Failure:

- **Copyright Law Abandonment:** Complete suspension of federal intellectual property law enforcement
- **Emergency Authority Abuse:** Systematic refusal to exercise emergency federal judicial powers
- **Federal Crime Enablement:** Active judicial protection of ongoing federal criminal activity
- **Constitutional Crisis Creation:** Federal judge making federal law enforcement impossible for citizens

## Ongoing Federal Criminal Exposure:

- **Daily Federal Violations:** Each day of continued judicial protection = additional federal crimes
- **Escalating Federal Evidence:** Systematic documentation creating comprehensive federal criminal record
- **Federal Judicial Criminal Enterprise:** Active participation in corporate criminal activity through judicial immunity abuse

## Personal Security Implications from Federal System Failure:

- **Corporate Criminal Desperation:** Federal judicial protection creating corporate incentive for extralegal solutions
- **Federal Protection Failure:** Judge Albright's criminal conduct abandoning federal protection duties
- **Escalating Personal Risk:** Federal system failure creating personal security dangers for constitutional rights advocates

# EVIDENCE PRESERVATION AND INVESTIGATION REQUIREMENTS

## Comprehensive Federal Evidence Available:

Complainant possesses extensive documentation including:

- **Complete Federal Court Docket:** 180+ day timeline of systematic federal judicial criminal conduct
- **Emergency Motion Documentation:** Two ignored emergency motions with comprehensive federal evidence
- **Federal Law Violation Evidence:** Clear documentation of ongoing federal crimes protected by judge
- **Constitutional Violations Timeline:** Systematic federal civil rights violations under color of law
- **Administrative Harassment Records:** Pattern of procedural weaponization against constitutional rights

## Investigation Urgency for Federal Crimes:

**Time-Critical Federal Criminal Evidence:** Judge Albright continues daily federal criminal conduct through ongoing obstruction of federal law enforcement and constitutional rights violations.

**Federal Criminal Capabilities:**

- **Federal judicial authority abuse** enabling immediate systematic federal law abandonment
- **Federal court administration coordination** supporting systematic constitutional violations
- **Federal emergency powers abandonment** protecting ongoing federal criminal activity
- **Federal judicial immunity abuse** enabling systematic federal criminal enterprise participation

## Texas Ranger Jurisdiction Over Federal Criminal Activity:

**Clear State Jurisdiction Over Federal Officials:** Texas Penal Code provides criminal jurisdiction over federal officials committing state crimes within Texas boundaries, regardless of federal employment status.

**Federal Official Criminal Liability:** Federal judges committing state crimes within Texas are subject to Texas criminal law and Texas Ranger investigation, prosecution, and arrest authority.

---

# WITNESS LIST FOR FEDERAL JUDICIAL CRIMINAL INVESTIGATION

## Federal Court Personnel with Knowledge:

- **Federal Court Clerks:** Direct knowledge of systematic administrative harassment and procedural weaponization
- **Federal Court Administration:** Coordination with systematic federal law abandonment and constitutional violations
- **Case Assignment Personnel:** Evidence of strategic case manipulation and false efficiency marketing
- **Federal Emergency Systems:** Documentation of systematic emergency authority abandonment

## Federal Law Enforcement Documentation:

- **U.S. Attorney's Office:** Federal prosecutors provided evidence but coordinating with judicial criminal protection
- **Federal Court Security:** Personnel witnessing systematic harassment and differential treatment patterns
- **Federal Administrative Personnel:** Documentation of procedural weaponization and systematic bias

## Legal and Constitutional Expert Witnesses:

- **Federal Constitutional Law Experts:** Testimony regarding systematic federal civil rights violations
- **Federal Judicial Ethics Experts:** Analysis of federal judicial misconduct and immunity abuse
- **Federal Court Administration Experts:** Testimony regarding systematic efficiency fraud and case acquisition manipulation
- **Federal Criminal Law Experts:** Analysis of federal obstruction of justice and conspiracy violations

---

# CONSTITUTIONAL AND LEGAL URGENCY FOR FEDERAL ACCOUNTABILITY

## Federal System Constitutional Crisis:

When federal courts systematically abandon federal law enforcement to protect corporate criminal conduct while violating citizen constitutional rights, state criminal enforcement becomes constitutionally necessary to preserve rule of law and federal constitutional protections.

## Time-Critical Federal Criminal Enforcement:

- **Daily Federal Crimes:** Each day of continued judicial criminal conduct = additional federal violations
- **Escalating Constitutional Crisis:** Federal judicial criminal activity threatening constitutional system integrity
- **Federal Criminal Conspiracy:** Active federal judicial participation in corporate criminal enterprise
- **Constitutional System Failure:** Federal courts becoming criminal enterprises rather than constitutional protectors

## Federal vs. State Criminal Jurisdiction:

**Federal System Failure Requires State Intervention:** When federal judicial system becomes criminal enterprise, state criminal law provides necessary accountability mechanism for federal officials committing state crimes within state boundaries.

**Texas Criminal Law Authority:** Texas Rangers possess clear jurisdiction to investigate, charge, and arrest federal officials committing Texas state crimes, regardless of federal employment status or claimed federal immunity.

---

# PRAYER FOR RELIEF AND IMMEDIATE FEDERAL ACCOUNTABILITY

## Immediate Investigation and Federal Criminal Charges:

**Complainant respectfully requests immediate Texas Ranger investigation leading to:**

1. **Federal Criminal Charges:** Filing comprehensive state criminal charges against Judge Albright
2. **Federal Asset Investigation:** Analysis of financial benefits from false efficiency marketing and case acquisition fraud
3. **Federal Court Evidence Preservation:** Immediate investigation preventing further federal court evidence destruction
4. **Federal Conspiracy Investigation:** Comprehensive analysis of coordination between federal judge and corporate criminal enterprise
5. **Federal Constitutional Restoration:** State criminal enforcement restoring federal constitutional rights protection
6. **Federal Judicial System Reform:** Demonstration that federal judicial criminal conduct will face state accountability

## Systematic Federal Accountability:

1. **Federal Judicial Criminal Prosecution:** Full criminal charges under state and federal law

2. **Federal System Constitutional Restoration:** State enforcement when federal system fails citizens
3. **Federal Judicial Reform:** Investigation of systematic federal judicial corruption patterns
4. **Constitutional Rights Protection:** State criminal law protecting federal constitutional rights when federal system fails

## Federal Judicial System Emergency Intervention:

1. **Federal Criminal Enterprise Investigation:** Texas Rangers investigation of federal judicial participation in corporate criminal activity
2. **Interstate Federal Accountability:** State prosecution of federal officials when federal system protects federal criminals
3. **Constitutional Crisis Resolution:** State criminal enforcement restoring constitutional rights when federal courts become criminal enterprises
4. **Federal Rule of Law Restoration:** Demonstration that no federal official enjoys immunity from state criminal prosecution for state crimes

---

# CONCLUSION

Judge Alan D. Albright has systematically engaged in federal obstruction of justice, constitutional rights violations, fraudulent efficiency marketing, and conspiracy to enable corporate criminal activity while abusing federal judicial immunity for 180+ days of documented federal criminal conduct.

This represents a comprehensive federal judicial criminal enterprise combining obstruction of federal law enforcement, systematic constitutional violations, administrative fraud, and coordinated protection of corporate criminal activity.

**Every element of multiple federal and state crimes is provable through 180+ days of federal court documentary evidence.**

The federal criminal conduct continues daily, creating multiplying federal violations and escalating constitutional crisis with each day of continued federal judicial criminal activity.

**Federal system failure makes state criminal enforcement constitutionally necessary.**

When federal courts become criminal enterprises protecting corporate crime while violating citizen constitutional rights, state law enforcement must intervene to preserve constitutional rights and rule of law.

The evidence demands immediate state criminal prosecution of federal judicial criminal conduct and comprehensive investigation of the systematic federal judicial criminal enterprise Judge Albright has operated with federal judicial immunity.

**The citizens of Texas and the integrity of constitutional rights require immediate state criminal action against this documented federal judicial criminal enterprise.**

Respectfully submitted,

**JUSTIN RIDDLE**
Pro Se Complainant
Victim of Federal Judicial Criminal Enterprise
Constitutional Rights Advocate
Expert in Federal Judicial Accountability Patterns
402-813-2156

---

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Criminal Complaint has been prepared for submission to the Texas Ranger Division Public Corruption Unit, and that copies will be provided to relevant federal oversight organizations monitoring systematic federal judicial criminal conduct and constitutional violations.

**JUSTIN RIDDLE**
Complainant, Pro Se