We've got your report about @VeangefulDubz 0351310824 [ref:00DA0 000000K0A8.5004w00002riX7O:ref]

 **Twitter Support**
Justin Riddle

11/29/2023



Hello,

Thank you for letting us know about this. We know it can be tough to be in a situation where you have to file a report, and we appreciate you for speaking up.

Someone on our support team will take a look and make it a priority to quickly remove any of your private information that's on Twitter. We'll be in touch again soon.

Thanks again,

Twitter

image

ref:00DA0000000K0A8.50 04w00002riX7O:ref

**Help** | **Privacy**

X Corp. 1355 Market Street, Suite

↩ ⌄ Reply

Re: Case# 0351310824: Your report about @VeangefulDubz has been received. [ref:00DA0000000K0A8.5004w00002riX7 O:ref]



**Twitter Support**
support@twitter.com

To **You** owner@charterwestbanksucks.com
Tuesday, May 7 at 2:18 PM



Hello,

Because of a technical problem, your earlier report wasn't reviewed. We know this isn't a great experience, and we've fixed the issue that caused it to happen.

If you're still having the problem, please submit a new report.

We appreciate your help and understanding.

Thanks,

X Support

image

ref:00DA0000000K0A8.50 04w00002riX7O:ref

Help | Privacy

X Corp. 1355 Market Street, Suite 900 San Francisco, CA 94103

**Justin Riddle**
Twitter Support

May 7



" hi sir! We just wanted to tell you that now that we've seen your 8th circuit appeal, we understand you are coming after us. We apologize for some weird System error that caused us to be incapable of doing the most simple and important part of our jobs, but don't worry, 8 months later, we got it all figured out. We're fairly sure nobody has killed themselves because of our actions. Let us know if you need anything like us to stop billing you for an account that you can't use! We'll guide you to a website that won't allow you to do anything! Well, thanks again! The Twitter team, but please call us X"

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

...

↩ ⌄ Reply all





   

Subject: We have an update for you about VeangefulDubz
To: TheProSeSelfHelpNetwork
<[justin@bulldog-roof.com](mailto:justin@bulldog-roof.com)>



Hello,

We're writing to let you know that after reviewing the available information, we didn't find a violation of our rules in the content you reported.

We appreciate that you let us know what happened, and encourage you to reach out again in the future if you see any potential violations.

We know we don't always get it right. So if you think we made a mistake, you can click this link and provide any additional information you have about this content.

Thanks,

Twitter

 Reply

Subject: We have an update for you about VeangefulDubz
To: TheProSeSelfHelpNetwork <justin@bulldog-roof.com>



Hello,

We're writing to let you know that after reviewing the available information, we didn't find a violation of our rules in the content you reported.

We appreciate that you let us know what happened, and encourage you to reach out again in the future if you see any potential violations.

We know we don't always get it right. So if you think we made a mistake, you can click this link and provide any additional information you have about this content.

Thanks,

Twitter

Reply

# Hi
# TheProSeSelfHelpNetwork,

Your post was reported and has had its
visibility limited for violating the X rules.
Specifically:

## We have determined your post violated our
## rules against Abuse and Harassment

You may not engage in the targeted harassment
of someone, or incite other people to do so.

 **TheProSeSelfHelpNetwork**
@ProSeSelfHelp

@Dutch2412 @VeangefulDubz
@likehoneyortar @RahnAppraisals
@mirroredmuriel @NickElback4You
@hellosf77 @ProfessorD61034
@GuacamoleTrash Sorry, what? You are
trying to have sex with me and I'm the
looney? All you freaks ever talk about is
sex. You also love these books in schools.
You are an absolute freak.

## We have determined your post violated our
## rules against Abuse and Harassment

You may not engage in the targeted harassment
of someone, or incite other people to do so.

 **TheProSeSelfHelpNetwork**
@ProSeSelfHelp

@RahnAppraisals @milkjellyjam
@VeangefulDubz @GuacamoleTrash
@Dutch2412 @likehoneyortar
@mirroredmuriel @NickElback4You
@hellosf77 @ProfessorD61034 I'm sorry
freak, why not just say that you agree with
Moms for Liberty and me, and that these
books should NOT be in schools? I say they
should NOT, but you say what again? They
should, but I'm the freak? How do you
function?

## We have determined your post violated our
## rules against Abuse and Harassment

You may not engage in the targeted harassment
of someone, or incite other people to do so.

 **TheProSeSelfHelpNetwork**
@ProSeSelfHelp

@GuacamoleTrash @Dutch2412
@VeangefulDubz @likehoneyortar
@RahnAppraisals @mirroredmuriel
@NickElback4You @hellosf77
@ProfessorD61034 Thanks freak. Tell me
again why you believe that kids should learn
to be "scissor sisters".





We received your Twitter
case about mirroredmuriel

`External`  `Trash`

notify@x.com Yesterday
to me ⌄

🐦

Hello,

Thank you for reporting this. We've
opened a case, and are investigating.

@VeangefulDubz @ProSeSelfHelp I'd
message all of them. Especially the
wife

For reference, your Twitter case
number is
RAAEYAQJ25hehgAABABcYQUpaInAAf
___w

We'll be in touch with more information
as soon as it is available.

Thank you,

Twitter

2023/11/29 01:07 AM

---

Twitter Yesterday
to me ⌄

🐦

Hello,

Thank you for reporting this. We've
opened a case, and are investigating.

@VeangefulDubz @ProSeSelfHelp
Make a call tomorrow

For reference, your Twitter case number
is
RAAEYAQK6GFcRogABABcYQUpaInAAf
___w

We'll be in touch with more information
as soon as it is available.

Thank you,

Twitter

2023/11/29 01:09 AM

---

Twitter Yesterday
to me ⌄

🐦

Hello,

Thank you for reporting this. We've
opened a case, and are
investigating.

@ProSeSelfHelp @VeangefulDubz
You definitely have bitch tits

For reference, your Twitter case
number is RAAEYASx_
5BdwZAABABcYQUpaInAAf___w

We'll be in touch with more
information as soon as it is
available.

Thank you,

Twitter

2023/11/29 04:04 AM

---

↩ Reply    ↩ Reply all    ↪ Forward





**notify@x.com** 7:19 AM

to me ∨



# Hi TheProSeSelfHelpNetwork, Your account, @ProSeSelfHelp has been locked for violating the Twitter Rules.

Specifically for:

**Violating our rules against abuse and harassment.**

You may not engage in the targeted harassment of someone, or incite other people to do so.



**TheProSeSelfHelpNetwork**
@ProSeSelfHelp

Not the only one, they support all of the following books that teach kids the wonders of "Anal lube" and the joys of "sucking on a strap on dildo". Freak. Say I'm wrong. Do you agree with Moms for Liberty or do you love kids reading this stuff?

**Violating our rules against abuse and**

 **Notifications** 

All          Verified          Mentions

# Your account is locked

After careful review, we determined your account broke the X Rules. Your account is temporarily in read-only mode, which means you can't post, Repost, or Like content. Most accounts regain full access in a week, but it could take longer.

 **myra** @mirroredmuriel · 11m

Replying to @VeangefulDubz and @ProSeSelfHelp

This man is Patrick Star irl

 1              ♡ 1              ⌣

 

**Evan** liked a post you were mentioned in

Right? He really only responds to that jibe

 We put a warning on one or more posts because they might have sensitive content. If you think this warning is a

                    

02:30



Hello,

Thank you for reporting this. We've opened a case, and are investigating.

@VeangefulDubz @ProSeSelfHelp I'd message all of them. Especially the wife

For reference, your Twitter case number is RAAEYAQJ25hehgAABABcYQUpalnAAf____w

We'll be in touch with more information as soon as it is available.

Thank you,

Twitter

2023/11/29 01:07 AM

← **Post**



**myra** @mirroredmuriel · 2 im ⋮

Replying to @VeangefulDubz and @ProSeSelfHelp

I had a stalker who would not let up until I just said screw it, found his father's IG and messaged him about his son. Hasn't bothered me since though.

💬 2        🔁 1        ♡ 1        ᐧᐧᐧ 18        ⌁



**Veangeful Dubz** @VeangefulD... · 18m ⋮

Replying to @mirroredmuriel and @ProSeSelfHelp

I currently have this guy's Facebook, YouTube Channel, and personal info, his son in law's LinkedIn, and the personal information of his wife, daughter, and son in law as well. We have the daughter's socials too. We're being extremely nice.

💬 1        🔁        ♡ 1        ᐧᐧᐧ 8        ⌁



**myra**
@mirroredmuriel                    [ Follow ]    ⋮

Replying to @VeangefulDubz and @ProSeSelfHelp

I'd message all of them. Especially the wife

6:59 PM · 28 Nov 23 · **4** Views

―――――――――――――――――――――――

**1** Like

Post your reply                                    



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-519-728**
**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
February 22, 2024

## Title

**Title of Work:** JustinRiddleBusinessCard

## Completion/Publication

Year of Completion: 2023

## Author

- **Author:** Justin Riddle
  **Author Created:** photograph
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Justin Riddle
16927 Patrick Ave, Omaha, NE, 68116

## Certification

**Name:** Justin Riddle
**Date:** December 04, 2023

**Correspondence:** Yes

Page 1 of 1



# JustinERiddle

@JustinERid99862

Not followed by anyone you're following

You are blocked from following @JustinERid99862 and viewing @JustinERid99862's posts. Learn more

We have an update for you 0351774143
[ ref:!00DA00K0A8.!5004w02rkFkt:ref ]



# Case# 0351375367: DMCA - Copyright owner  [ ref:!00DA00K0A8.!5004w02rioLv:ref ]

**Twitter Support**                                   Nov 30
Justin Riddle



Hello,

Thanks for bringing this to our attention. However, it seems that you are trying to report an impersonation or harassment issue, not one relating to copyright. Please file a new report using the appropriate form:

https://support.twitter.com/forms/

.

↩ ⌄ Reply



# Hi
# TheProSeSelfHelpNetwork,

Your post was reported and has had its visibility limited for violating the X rules. Specifically:

### We have determined your post violated

@JonStone55 @laurenboebert Thanks dumbshit. Let me rehash the facts... How about you give me the facts that the prosecution missed, since you are a genius.

### We have determined your post violated our rules against Abuse and Harassment

You may not engage in the targeted harassment of someone, or incite other people to do so.

 **TheProSeSelfHelpNetwork**
@ProSeSelfHelp

@BrendaDyche @revivaldubz @5280_chick @Activist1One @JonStone55 @laurenboebert What the hell are you doing back here, snatch? Didn't you decide to exit when you couldn't explain what legal right the child rapist had to attack Kyle? Before I address your stupid ass again, answer



← We flagged these po...    Done

We put a warning message
on these posts because they
might have sensitive content
— like nudity, sexual content,
violence, gore, or hateful
symbols.

We know we don't always get
it right. So if you think we
flagged your post by mistake,
you can appeal the warning
by clicking on each post.
Keep in mind, this doesn't
guarantee it'll be removed.

**TheProSeSelfHelpNet...** · Jan
@schwatd2 Not to you, which I
said in my repost... Thanks for
playing, banana fists
https://t.co/vmIvpPUHFi

**TheProSeSelfHelpNet...** · Jan
@kristy_joy @kissel_adam
@kaylayoungforwv What would
you classify teaching kids how
to be scissor sisters or work a
bus stop glory hole?

Normal people call it porn, and
also inappropriate for children.

You call it _____.
https://t.co/FuvN4kxUKn

**TheProSeSelfHelpNet...** · Jan
True #goldfish. Seconds apart.
https://t.co/uoHGsllkek
https://t.co/GrfjJrbmZY

**TheProSeSelfHelpNet...** · Jan
@JerryGallo32424
@lisa_liberal One of the best
movies ever.
https://t.co/Msvq4E99vG

**TheProSeSelfHelpNet...** · Jan
@kristy_joy @kissel_adam
@kaylayoungforwv It starts
with accepting the truth.

Much like Hunter Biden's laptop
is real, so too are the concerns.

That being said, do you support
these in school libraries?

Maybe you don't.
https://t.co/ah5Y2KSZWj

**TheProSeSelfHelpNet...** · Jan
@BMBJumpshot Which is it
goldfish?
https://t.co/jxIQk8vMYy

**TheProSeSelfHelpNet...** · Jan
@seanshook3
@GaryBaumgarten7
@lisa_liberal She had no point.
Just wanted to be emotionally
heard
https://t.co/TQDnn64M3R

**TheProSeSelfHelpNet...** · Jan
@brandonschwa7 Just so
everyone can see what you are
struggling to easily read.

This way, everyone can see
how easy it is to understand
and that you support
government overreach.
https://t.co/e3wnpVLDof



← **Post**

**TheProSeSelfHelpNetwork** @P... · 3h

Look who's back folks! It's Mayo, the painting, dancing teaching daycare running haughty!

**myra** @mirroredmuriel · 11h
Replying to @ProSeSelfHelp

But you said your wife is hot...why lie?

💬 3       ⟲       ♡       ᐧ�  ᐧ 20       ⤶

**Revivaldubz**
@revivaldubz                    **Follow**

Replying to @ProSeSelfHelp

Why did you lie about your wife. She's gilt as fuck. That's y'all in my profile pic. And y'all have only gotten older and uglier since then.

12:54 PM · 06 Dec 23 · **1** View

💬       ⟲       ♡       🔖       ⤶

Post your reply                                        📷



# Revivaldubz

@revivaldubz

Not followed by anyone you're following

You are blocked from following @revivaldubz and viewing @revivaldubz's posts. Learn more



## Hans Meyer
53.7K posts

**Follow**

**Posts**   **Replies**   **Media**   **Likes**



OF PEOPLE, MANY FROM PRISONS & MENTAL
INSTITUTIONS, TO INVADE OUR COUNTRY,
SCREWED UP IN AFGHANISTAN, & JOE BIDEN'S
MISFITS & THUGS, LIKE DERANGED JACK
SMITH, ARE COMING AFTER ME, AT LEVELS OF
PERSECUTION NEVER SEEN BEFORE IN OUR
COUNTRY??? IT'S CALLED ELECTION
INTERFERENCE. MERRY CHRISTMAS!

💬 268      🔁 591      ♡ 1,437      📊 41.3K      ⌁

**Show more replies**

**JustinERiddle** @JustinERid998... · 13h        ⋮
Replying to @ProSeSelfHelp
@HansMeyer360 and @ItsJeffHudson
Don't bother engaging with this
@ProSeSelfHelp fool. Just mock him. I
found out he was pretending to be me, so
I had to join X to try to put a stop to it. I
think he's an employee of the bank I
successfully sued.

💬 1        🔁        ♡ 1        📊 13        ⌁

**Hans Meyer** @HansMeyer360 · 2h        ⋮
Thank you, my friend.

💬 1        🔁 1        ♡ 1        📊 28        +

**TheProSeSelfHelpNetwork** @... · 15h     ⋮

← **Post**



**Evan**
@daviddunn177

**Follow**

⋮

Oh @revivaldubz. Please tell us you did not marry that. @ProSeSelfHelp @BookerT2024



1:37 PM · 29 Dec 23 · **254** Views

**4** Likes

♡  🔖  ⤳

You're unable to view this Post because this account owner limits who can view their Posts. Learn more



**Evan** @daviddunn177 · 9h

⋮

Post your reply

Show more replies

 **JustinERiddle** @JustinERid998... · 11h ⋮

Replying to @ProSeSelfHelp @HansMeyer360 and @ItsJeffHudson

Don't bother engaging with this @ProSeSelfHelp fool. Just mock him. I found out he was pretending to be me, so I had to join X to try to put a stop to it. I think he's an employee of the bank I successfully sued.

💬 1        ⟲        ♡ 1        ᴫ 8        ⤳

 **Hans Meyer** @HansMeyer360 · 3m
Thank you, my friend.

💬        ⟲        ♡        ᴫ 2        ⤳

← **People in this conversation**



**Jeff Hudson** ✔
@ItsJeffHudson

**Follow**

Political Junkie. Mental Health
Advocate. LGBTQ+ Advocate. #VoteBlu…



**TheProSeSelfHelpNet…**
@ProSeSelfHelp

**Follow**

If you have ever been wronged and
attorneys refused to help, I can show yo…



**JustinERiddle**
@JustinERid99862

**Follow**

I fought a Supreme Court and won.
Check out my YouTube video.

← from:@Dr_Dharma_Bum Th...

Top    **Latest**    People    Media    Lists



☣️ **Dr. Dharma Bum** 🧬🔬 @Dr_... · 1m ⋮

Replying to @tbshredded80123 and @JoJoFromJerz

Amber **Thurman** was her name. She had a 6 year old son

💬 1        ⟲        ♡        ᴧᵢ 3        🔖        ⥹



**Follow**

# Myra Freeman

@MOMof3npt

📅 Joined December 2011

**267** Following    **442** Followers

Not followed by anyone you're following

**Posts**        Replies        Media        Likes

---

↻ **Myra Freeman reposted**



**Jo** @JoJoFromJerz · 42m

Uh oh, smells like another lawsuit for
@FoxNews 💰💰💰

> 👤 **Matthew Gertz** @MattGertz · 2h
> Sean Hannity's Fox News show ran
> with this informant's claims in at least
> 85 separate segments last year,
> including 28 monologues. He said
> they proved Joe Biden engaged in "p...

💬 45        ↻ 515        ♡ 2,232        ılıl 37.9K

---

↻ **Myra Freeman reposted**

**L. Louise Lucas** @SenLouiseLuc... · 4h

← **Followers**                                    ⋮

|  Verified  |  **All**  |
|---|---|

**Evan**
@daviddunn177                                    [ Follow ]

Don't ever ask me to respect someone
who voted for Donald Trump. I won't. #T...

**mj** 🔒
@mirrorsformyra                                  [ Follow ]

I'll be your mirror

**Nancy**
@jones_nancy41                                   [ Follow ]

**NickZBack**
@NickZBack                                       [ Follow ]

Saint Nick is Eternal, Blue Team Forever,
Right Wingers get lumps of coal for Xmas.

**Ruth**
@hilker_ruth                                     [ Follow ]

**Gill Rider**
@GillRider4                                      [ Follow ]

**yiivaa** ✓
@r_susan16                                       [ Follow ]

Movie lovers/ R&B/ Lofi/ Jazz
Wish will just be wish if you don't






# JustinERiddle

@JustinERid99862

Not followed by anyone you're following

You are blocked from following @JustinERid99862 and viewing @JustinERid99862's posts. Learn more



# JustinERiddle

@JustinERid99862

Not followed by anyone you're following

You are blocked from following @JustinERid99862 and viewing @JustinERid99862's posts. Learn more

← **Post**

 **Evan**
@daviddunn177

 **Follow**    ⋮

Oh @revivaldubz. Please tell us you did not marry that. @ProSeSelfHelp @BookerT2024



1:37 PM · 29 Dec 23 · **254** Views

**4** Likes

  💬  ⟲  ♡  🔖  ⌁

You're unable to view this Post because this account owner limits who can view their Posts. Learn more

 **Evan** @daviddunn177 · 9h    ⋮

Post your reply    



**Follow**

# Dubzterreborn

@dubzterreborn

youtube.com/shorts/0tRQoB4...

🗓 Joined February 2024

**70** Following   **7** Followers

Not followed by anyone you're following

**Posts**    Replies    Media    Likes

---

**Dubzterreborn** @dubzterreborn · 1d      ⋮
They are.

> 🧑 **Being J Wood** @BeingJWood · 1d
> Does MAGA think America just wires money into Ukraine's bank account?
>
> Are they REALLY that simple-minded?

💬          ⟲          ♡          📊 16          ⤳

---

⟲ **Dubzterreborn reposted**

 **Luke Zaleski** ✔ @ZaleskiLuke · 1d
The world's longest largest contin
propaganda dump and disinformation

➕

← **Hans Meyer**
53.7K posts

**Follow**

Posts   **Replies**   Media   Likes

OF PEOPLE, MANY FROM PRISONS & MENTAL
INSTITUTIONS, TO INVADE OUR COUNTRY,
SCREWED UP IN AFGHANISTAN, & JOE BIDEN'S
MISFITS & THUGS, LIKE DERANGED JACK
SMITH, ARE COMING AFTER ME, AT LEVELS OF
PERSECUTION NEVER SEEN BEFORE IN OUR
COUNTRY??? IT'S CALLED ELECTION
INTERFERENCE. MERRY CHRISTMAS!

💬 268      🔁 591      ♡ 1,437      ᥬ 41.3K      ⦵

Show more replies



**JustinERiddle** @JustinERid998... · 13h ⋮
Replying to @ProSeSelfHelp
@HansMeyer360 and @ItsJeffHudson
Don't bother engaging with this
@ProSeSelfHelp fool. Just mock him. I
found out he was pretending to be me, so
I had to join X to try to put a stop to it. I
think he's an employee of the bank I
successfully sued.

💬 1      🔁      ♡ 1      ᥬ 13      ⦵

**Hans Meyer** @HansMeyer360 · 2h ⋮
Thank you, my friend.

💬 1      🔁 1      ♡ 1      ᥬ 28       +

 **TheProSeSelfHelpNetwork** @... · 15h ⋮

← **Followers** ⋮

Verified          **All**



**Dubzresearchfoundati...**    **Follow**
@Dubzresearch

**ProfessorD**    Follow
@ProfessorD61034
Schooling Magats

name cannot be blank ...    Follo
@GuacamoleTrash
This is what happens when you mee
stranger in the alps....

**JustinRiddleCase** 🔒    Follo
@theebitchy_dee
🚫Fake Christians. 🚫 Dms unless
we follow each other. I'm a BITCH 🖤. Pl...

**Carole Hallett**    **Follow**
@CaroleHallett4

**Kevin Garaty**    **Follow**
@OvaltineJ3nk1ns
Blocked by all hate groups and their
leaders, cause they can't answer questi...

**CatHyde**    **Follow**
@cathyde
Wife. Mom. Triathlete. IRONMAN.
no harm, take no shit. #safeperson...

# Hans Meyer
53.7K posts

**Follow**

Posts    **Replies**    Media    Likes

~~Show more replies~~



**JustinERiddle** @JustinERid998... · 11h    ⋮
Replying to @ProSeSelfHelp
@HansMeyer360 and @ItsJeffHudson
Don't bother engaging with this
@ProSeSelfHelp fool. Just mock him. I
found out he was pretending to be me, so
I had to join X to try to put a stop to it. I
think he's an employee of the bank I
successfully sued.

💬 1         ⟲         ♡ 1         ıl. 8         ⤳



**Hans Meyer** @HansMeyer360 · 3m    ⋮
Thank you, my friend.

💬         ⟲         ♡         ıl. 2         ⤳



**TheProSeSelfHelpNetwork** @... · 13h    ⋮
Replying to @HansMeyer360 and
@ItsJeffHudson
Most might, but no one who can discuss
3 topics with me and not lie or attack. 🤷

Take a swing. You pick the first topic.

💬 2         ⟲         ♡         ıl. 20         ⤳



**Hans Meyer** @HansMeyer360 · 3m    ⋮
"...but no one who can discuss 3 top^
==with me and not lie or attack.==                    ➕🖊

See: Self-delusion

← **People in this conversation**

 **Jeff Hudson** ✔
@ItsJeffHudson

**Follow**

Political Junkie. Mental Health
Advocate. LGBTQ+ Advocate. #VoteBlu...

 **TheProSeSelfHelpNet...**
@ProSeSelfHelp

**Follow**

If you have ever been wronged and
attorneys refused to help, I can show yo...

 **JustinERiddle**
@JustinERid99862

**Follow**

I fought a Supreme Court and won.
Check out my YouTube video.



 **Follow**

# JustinERiddle
@JustinERid99862

I fought a Supreme Court and won. Check out my YouTube video.

⌖ Omaha Nebraska

🗓 Joined December 2023

**7** Following    **2** Followers

Not followed by anyone you're following

| Posts | Replies | Media | Likes |
|---|---|---|---|

📌 **Pinned**

 **JustinERiddle** @JustinERid99... · 12m    ⋮

Check out my story, a legal win over a Supreme Court.

⚖ **TheProSeSelfHelpNet...** · 04 Jun

youtu.be/KkghwVXabjc
#supremecourt
#proselitigant #prose
#selfrepresented #legalhelp

 1        ♥ 1     3    ⌗



# Notifications ⚙

| **All** | Verified | Mentions |
| --- | --- | --- |

🛡 We received your report.

---

 **Revivaldubz** @revivaldubz · 3m ⋮
Replying to @Mentor2TheGods

You're not black. You're Justin Riddle, the person whose image I'm using since it made him cry like a bitch when I started doing it. Speaking of, how's your lawsuit against Twitter going?

💬    🔁    ♡    📊 3    ⤳

---

 **Revivaldubz** @revivaldubz · 4m ⋮
Replying to @Mentor2TheGods and @ProSeSelfHelp

Lol, you think I hate this. This is the most fun I have, exposing that you indeed are @ProSeSelfHelp, exposing that you talk to yourself... This is so fun.

💬 1    🔁    ♡    📊 4    ⤳

---

**Revivaldubz** @revivaldubz · 7m ⋮
Replying to @Mentor2TheGods

At least you acknowledge you're bitch made.

💬 1    🔁    ♡    📊 6

+

        

← **Post**

**Revivaldubz** @revivaldubz · 6m
Replying to @Mentor2TheGods

Oh, is that what you think? Because I sure as hell never said that, boy.

💬 1        ⟲        ♡        �group 5        ⤴

**Mentor2TheGods** @Mentor2T... · 5m
Replying to @revivaldubz

Sure thing #racist. Just bc I'm black doesn't mean shit

💬 1        ⟲        ♡        ⟳ 3        ⤴

**Revivaldubz**
@revivaldubz                        **Follow**

Replying to @Mentor2TheGods

You're not black. You're Justin Riddle, the person whose image I'm using since it made him cry like a bitch when I started doing it. Speaking of, how's your lawsuit against Twitter going?

6:05 PM · 24 Dec 23 · **3** Views

💬        ⟲        ♡        🔖        ⤴

Post your reply                        📷

← **myra**
1,042 posts

**Follow**

Posts    **Replies**    Media    Likes

**TomsCigars** ✓ @TomsCigars · 31m      ⋮
Replying to @mirroredmuriel
@ProSeSelfHelp and 5 others
Lol not even high school level

💬 1        ↻        ♡ 1        ᵢₗᵢ 8        ⋘

**myra** @mirroredmuriel · 30m      ⋮
I'm just glad I'm not the only person who
thinks @ProSeSelfHelp has a dog for a
wife.



💬 1        ↻ 1        ♡        ᵢₗᵢ 9        ⋘

**Ricky Lahey** @RickyLahey88 · 36      +
Replying to @mirroredmuriel
@ProSeSelfHelp and 5 others

← **CatHyde** 

**Follow**

165K Likes

Wife. Mom. Triathlete. IRONMAN. Do no harm, take no shit. #safeperson #neurodiversity #Vaccineswork #autismmom #FAFO #toy🤙🇺🇦 
🌻🏳️‍🌈☮️🟧🟦🇺🇸👩🏻‍🦰⏏️

🗓 Joined February 2009

**2,447** Following   **2,704** Followers

Not followed by anyone you're following

Posts        Replies        Media        **Likes**

 **Gladys (It can be my name or...** ... · 2d  ⋮
Best news EVER!!

✕              **Report**



Report · December 19, 2023

## You submitted a report for abusive behavior

View Rule

**VIOLATION FOUND**

We suspended @NataliaBru17093's account for breaking our abusive behavior rule. We found they broke our abusive behavior rule through different reports we received about their behavior.

They aren't allowed to create new accounts. We let people know that they've been suspended, the safety rules they broke, and which content broke our rules.

Thanks again for bringing this to our atten...

＋

←     🔍   ⋮




**Follow**

# JustinERiddle
@JustinERid99862

I fought a Supreme Court and won. Check out my YouTube video.

📍 Omaha Nebraska

📅 Joined December 2023

**5** Following  **2** Followers

Not followed by anyone you're following

**Posts**    Replies    Media    Likes

📌 **Pinned**

 **JustinERiddle** @JustinERid99... · 12m  ⋮
Check out my story, a legal win over a Supreme Court.

> ⚖️ **TheProSeSelfHelpNet...** · 04 Jun
> youtu.be/KkghwVXabjc
> #supremecourt
> #proselitigant #prose
> #selfrepresented #legalhelp

 1    ⟲     1     3    ⋯  +

←                                                                    ⋮

**Nothing is True, Everyt...**                    ⬭ **Follow**
@TheLuthorz

@OrtentyMienal

Shut up fed, I was talking about you, not to
you... Don't you have a new account to create
or something?

💬 1              ⟲              ❤️ 1              ᵢₗᵢ 5              ⬔

**Revivaldubz** @revivaldubz · 5m                              ⋮
I was going to create a couple new burners. I
totally dozed this guy, and I'm about to make
an account impersonating him so that when I
get violent Trumpist scum to be violent again
and ask where I live, I'll give them that guy's
address. 😂😂😂😂😂

💬              ⟲              ♡              ᵢₗᵢ 1              ⬔

💬              ⟲              ♡ 1              ᵢₗᵢ              ⬔

Post your reply

← **Post**

💬 2     ⇄     ♡     ᴵᥣᵢ 62     ⤳



**MedicalMom**
@MomtoaCDHHero

**Follow**

Replying to @Mentor2TheGods

Dude shut the fuck up and leave her the fuck alone.  God damn you have to be some real pathetic shit stain to take shit as far as you are.  What you are doing is illegal.  But keep fucking around and you disgusting slobs are going to find out.

5:36 PM · 10 Dec 23 · **7** Views

💬     ⇄     ♡     🔖     ⤳

**MedicalMom** @MomtoaCDH... · 49m     ⋮
Replying to @MomtoaCDHHero and @Mentor2TheGods

I don't fucking play when it comes to anyone I remotely care about.  And that includes pocket friends on X.  You've been warned knock your shit off or face criminal charges.

💬     ⇄     ♡     ᴵᥣᵢ 7     ⤳



Post your reply     📷

# Notifications

**All**        Verified        Mentions

**Revivaldubz** @revivaldubz · 30s
Replying to @Mentor2TheGods
Lol, you put "mons" instead of "moms".
😂😂😂😂😂

**Revivaldubz** @revivaldubz · 1m
Replying to @Mentor2TheGods
@ColoFightsBack and 3 others
And then what happened, crybaby?

**Revivaldubz** @revivaldubz · 2m
Replying to @Mentor2TheGods
Thank you. Glad you're a fanboy.

⟲ 1         ilı 2

**Revivaldubz** @revivaldubz · 3m
Replying to @Mentor2TheGods
Lol, did the other third graders think that
was a clever reply?

💬 1                         ilı 1

🇺🇸**Colorado John**🇺🇦🟧 @ColoFi...
Replying to @Mentor2TheGods
@JEA9999 and 2 others

+

# Notifications

**All**        Verified        Mentions

**Revivaldubz** @revivaldubz · 2m
Replying to @Mentor2TheGods
Lol, you put "mons" instead of "moms".
😂😂😂😂😂

**Revivaldubz** @revivaldubz · 2m
Replying to @Mentor2TheGods
@ColoFightsBack and 3 others
And then what happened, crybaby?

**Revivaldubz** @revivaldubz · 4m
Replying to @Mentor2TheGods
Thank you. Glad you're a fanboy.

1    5

**Revivaldubz** @revivaldubz · 5m
Replying to @Mentor2TheGods
Lol, did the other third graders think that
was a clever reply?

1    5

🇺🇸**Colorado John**🇺🇦 @ColoFi...
Replying to @Mentor2TheGods
@JEA9999 and 2 others

    

← **Post**

 **NanaG-no fux left...** ✓
@quiltsbypagan

 Follow ⋮

This PAB has just doxxed a woman, has threatened to have forced relations with her daughters and is now bragging about it.

The hashtag is not legitimate and is part of his doxxing.

You all know what to do.

>  **Mentor2TheGods** @Mentor2TheGo... · 1h
> Replying to @revivaldubz @cathyde and 7 others
>
> Thanks for the #falseoutrage #degiosio

3:17 PM · 10 Dec 23 · **194** Views

**2** Reposts  **3** Likes  **1** Bookmark

💬   ⟲   ♡   🔖   ⌁

## Discover more

Sourced from across X

Post your reply   📷





# Revivaldubz

@revivaldubz

Not followed by anyone you're following

You are blocked from following @revivaldubz and viewing @revivaldubz's posts. Learn more



# Revivaldubz

@revivaldubz

Not followed by anyone you're following

You are blocked from following @revivaldubz and viewing @revivaldubz's posts. Learn more

← **Post**

💬 2        🔁 1        ♡ 1        ᠁ 12        ⤳

**NickZBack** @NickZBack · 34m                          ⋮
Replying to @Mentor2TheGods

Nope, you are obviously Dubz Bitch.
Tell us how he lives in your head and
makes you cry.

💬 1        🔁 1        ❤️ 2        ᠁ 30        ⤳

**Mentor2TheGods** @Mentor2... · 34m          ⋮
Replying to @NickZBack

I'm sorry cunt, what's ur question? Hard
to tell with that giant cock in ur mouth.

💬 3        🔁 1        ♡ 1        ᠁ 11        ⤳

**Revivaldubz**                           [ Follow ]          ⋮
@revivaldubz

Replying to @Mentor2TheGods and @NickZBack

He thinks I have a giant cock. You all
saw it. 😂😂😂😂😂

11:03 PM · 06 Dec 23 · **8** Views

**1** Quote

💬        🔁        ♡        🔖        ⤳

Post your reply                                        📷

← **Post**

 **TheProSeSelfHelpNetwork** @P... · 5h ⋮
Replying to @wurmcake and @mirroredmuriel

You follow some of the most lying trolls on the internet, jump in to engage someone who was doing the exact same thing, have a problem with it, yet started it.

I know I didn't ask you to join, and I don't think that guy did either, so how did you end up here?

💬 2    ↻    ♡    �phl 11    ⤳

 **würm** @wurmcake · 4h ⋮
Replying to @ProSeSelfHelp and @mirroredmuriel

I'm friends with @mirroredmuriel. so why did that mean I deserve to have him repeatedly try to paint the mental picture of my son being murdered? what purpose did that serve than to try to intentionally upset a woman giving birth in a few weeks?

💬 2    ↻    ♡    �lhl 13    ⤳

 **myra** @mirroredmuriel · 4h ⋮
Replying to @wurmcake and

Post your reply        📷

← **Post**

**TheProSeSelfHelpNetwork** @P... · 3h ⋮
Look who's back folks! It's Mayo, the painting, dancing teaching daycare running haughty!

> **myra** @mirroredmuriel · 11h
> Replying to @ProSeSelfHelp
>
> But you said your wife is hot...why lie?

💬 3        ⟲        ♡        �📊 20        ⤳

**Revivaldubz**                    **Follow**
@revivaldubz

Replying to @ProSeSelfHelp

Why did you lie about your wife. She's gilt as fuck. That's y'all in my profile pic. And y'all have only gotten older and uglier since then.

12:54 PM · 06 Dec 23 · **1** View

💬        ⟲        ♡        🔖        ⤳

Post your reply                    📷

← **Post**

**Revivaldubz**
@revivaldubz

**Follow**

Replying to @ProSeSelfHelp @Mentor2TheGods and 10 others

Lol, ur gey.

8:46 PM · 06 Dec 23 · **2** Views

Post your reply



# Revivaldubz

@revivaldubz

Not followed by anyone you're following

You are blocked from following @revivaldubz and viewing @revivaldubz's posts. Learn more

# Notifications

All        Verified        Mentions

**Revivaldubz** @revivaldubz · 8s
Replying to @ProSeSelfHelp
Cry harder.

**Revivaldubz** @revivaldubz · 18s
Replying to @ProSeSelfHelp
Cry louder.

**Revivaldubz** @revivaldubz · 31s
Replying to @ProSeSelfHelp
Lol, well you're not winning either, so...

**Revivaldubz** @revivaldubz · 1m
Replying to @ProSeSelfHelp
Ew. I am formally rejecting your sexual advances.

**Revivaldubz** @revivaldubz · 1m
Replying to @ProSeSelfHelp
Know your place, boy.

← **Post**

**Revivaldubz**
@revivaldubz

Follow

Replying to @ProSeSelfHelp

Buddy, I'm just using a picture of your wife. I'm not actually your bitch wife.

10:45 PM · 04 Dec 23 · **6** Views

  

Post your reply



# Erin Armetta Riddle

 Friends     Message    ···

🏠 Lives in **Omaha, Nebraska**

📍 From **Omaha, Nebraska**

··· See Erin's About Info

## Friends
128 mutual friends



← 🇺🇸**Colorado John**🇺🇦...    **Follow**
83.5K posts

Posts    **Replies**    Media    Likes

💬 11      🔁 20      ♡ 143      ili 4,947      ⋖°

⚖ **TheProSeSelfHelpNetwork** ...   ·15m   ⋮
Imagine being @ColoFightsBack.

I know, no one wants to be that weak, but imagine just for a moment.

Now imagine copying someone else that blocked you, cropping in my name and claiming that despite the seconds between responding, I have blocked him, so he will do the same...🤣🤡

💬 1      🔁      ♡      ili 9      ⋖°

**Show more replies**

**CatHyde** @cathyde · 12m                    ⋮
**Replying to @ColoFightsBack**
Imagine being Prose, and thinking  his words carry weight. 🤣🤣

💬 1      🔁      ♡ 1      ili 9      ⋖°

🇺🇸**Colorado John**🇺🇦🟧  @ColoF... ·11m   ⋮
It's kind of pathetic, oh hell it's massively pathetic. Especially the way he's losing it right now. And too stupid to block me back.

💬 1      🔁      ♡ 1      ili 8      ➕

←    ⋮

# Case# 0351375367: DMCA - Copyright owner   [ ref:!00DA00K0A8.!5004w02rioLv:ref ]

 **Twitter Support**    Nov 30
Justin Riddle    ⋮





Hello,

Thanks for bringing this to our attention. However, it seems that you are trying to report an impersonation or harassment issue, not one relating to copyright. Please file a new report using the appropriate form:

https://support.twitter.com/forms/
.

↩ ⌄    Reply

✓ Sending post...

**View post**

**Revivaldubz** @revivaldubz · 1h
Replying to @ProSeSelfHelp

Lol, the autist thinks we have a leader, instead of him just being an obnoxious unlikeable fuck.

💬 1          ⟲          ♡          ⊪ 24          ⤳

**Revivaldubz** @revivaldubz · 1h                    ⋮
Replying to @ProSeSelfHelp

Are you autistic? Why won't you answer the question? It's ok to be autistic. I just assumed based on your lack of answer and symptomatic behavior that you're autistic.

💬 1          ⟲          ♡ 1          ⊪ 5          ⤳

**CatHyde**                                    **Follow**    ⋮
@cathyde

Replying to @revivaldubz and @ProSeSelfHelp

I'd love to hear the answer to that. You've asked several times. Not a hard question, IMO.

12:55 PM · 03 Dec 23 · **1** View

Post your reply                                         📷

← **Post**



**NanaG-no fux left...** ✔️
@quiltsbypagan

 **Follow**   ⋮

Replying to @ProSeSelfHelp @cathyde and @revivaldubz

Doxxing, huh? Since you think you know the law, tell us how hacking someone's personal information and posting it tosocial media is legal? And whiner, I can block and unblock you anytime I want. It means cutting off the oxygen to your vile posts.

2:32 PM · 03 Dec 23 · **7** Views

**1** Like

💬    ⟲    ♡    🔖    ⤳

Post your reply                                    📷

← from:@quiltsbypagan live

**Top**    Latest    People    Media    Lists

**NanaG-no fux left to give** ✔ · 31 Oct

Replying to **@JamieAA_Again @cathyde and 8 others**

You really are the dimmest person I have encountered in all my years of life. Disprove atoms and molecules, child.

Viruses have lived longer than man and will continue to **live** long after humanity wipes the earth bare. Viruses have been discovered on the moon and Mars and under... Show more

💬 3    🔁    ♡ 1    �! 28    ⌳

**NanaG-no fux left to give** ✔ · 15 Oct

Replying to **@VernMachil @ColoFightsBack and 3 others**

Only one hearing voices is you. How many mommy personalities **live** in your head?

💬 1    🔁    ♡ 2    ⌁ 45    ⌳

**NanaG-no fux left to give** ✔ · 15 Oct

Replying to **@Sept11thGroyp and @ChafyMcStretchy**

You caused this woman even more heartache by being an absolute s 💩. The risk of her own self harm w already high and you increased it by

All          Verified          Mentions

**Revivaldubz** @revivaldubz · 1m
Replying to @ProSeSelfHelp
Lol, the autist thinks we have a leader, instead of him just being an obnoxious unlikeable fuck.

**Revivaldubz** @revivaldubz · 2m
Replying to @ProSeSelfHelp
What does that mean? Who are you talking to? Do you have autism?

**Revivaldubz** @revivaldubz · 2m
Replying to @ProSeSelfHelp
There was. He couldn't do it. That's tough for him. Cry louder. Maybe Twitter won't laugh at you this time.

**Revivaldubz** @revivaldubz · 3m
Replying to @ProSeSelfHelp
Making you pussies cry is indeed something to be proud of. I've been laughing my ass off at how mad you are that you're my profile pic and that other Trumpists think you look like a rat faced bitch.

**Revivaldubz** @revivaldubz · 5m

← **Post**

He blocked me. Fastest ever.

💬 1          ⟲          ♡          ılıl 5          ⤙

**Revivaldubz**
@revivaldubz                                    **Follow**    ⋮

Replying to @ProSeSelfHelp

Making you pussies cry is indeed something to be proud of. I've been laughing my ass off at how mad you are that you're my profile pic and that other Trumpists think you look like a rat faced bitch.

12:19 PM · 03 Dec 23 · **4** Views

💬          ⟲          ♡          🔖          ⤙

**TheProSeSelfHelpNetwork** @... · 4m   ⋮
Replying to @revivaldubz
On the contrary, you handed me an airtight case by stealing my images.

X had the opportunity to take them down. By choosing not to, they are liable.

💬 1          ⟲          ♡          ılıl 3          ⤙

Post your reply                                      📷

← **Post**

Replying to @daviddunn177
You are part of it. Absolutely.

You will be introduced to demonstrate that not only didn't they protect my copyright, but allowed a troop of losers to incite harassment.

The copyright issue was the key.

Absent that, I'm arguing with the wind, but when they disregarded my... Show more

💬 2          🔁          ♡          📊 49          ⌁

**Revivaldubz** @revivaldubz · 2h          ⋮
Replying to @ProSeSelfHelp and @daviddu
They did not give up their "section 230 claims". That's stupid. You're stupid. And rat faced. And skinny fat. And your wife is an ugly twat. And you have no friends. Your life is a joke for me to laugh at.

💬 1          🔁 1          ♡ 1          📊 317          ⌁

**INeverSaidIWasNice...**          [ **Follow** ]    ⋮
@PWusch

Replying to @revivaldubz @ProSeSelfHelp and @daviddunn177

Don't work yourself in a frenzy, bot. We wouldn't want your head to explode!

9:41 AM · 03 Dec 23 · **20** Views

**2** Likes

💬          🔁          ❤️          🔖          ⌁

**TheProSeSelfHelpNetwork** @P... · 1h    ⋮
Replying to @PWusch @revivaldubz and @daviddunn177
Careful, he is sensitive.

💬 1          🔁          ♡          📊 9          ⌁

Show replies

Post your reply                    📷

← **Post**



**TheProSeSelfHelpNetwork** @... · 19h    ⋮
Replying to @daviddunn177
I'm glad that you are still as upset about Jan 6th as pearl harbor and 9/11.

As long as people like you are completely irrational, I know I will always have a place to call home.

💬 1    🔁 1    ♡    📊 780    ⤳



**Revivaldubz** @revivaldubz · 19h    ⋮
Replying to @ProSeSelfHelp and @daviddunn177
Lol, those traitors are going to jail. Still. For a long time. And Joe Biden is going to be your president for five more years.

💬 1    🔁    ♡ 8    📊 25    ⤳



**Revivaldubz**                    [ Follow ]    ⋮
@revivaldubz

Replying to @revivaldubz @ProSeSelfHelp and @daviddunn177

@ProSeSelfHelp, this post as more likes than you do followers

5:04 PM · 02 Dec 23 · **6** Views

**1** Like

Post your reply                    



← **Post**

**TheProSeSelfHelpNetwork**
@ProSeSelfHelp

Replying to @BrendaDyche and @ColoFightsBack

No one has been willing. Oddly enough, when everyone is purely attacking me, there's no real point in debating. I mean, what's the point of playing dozens with strangers on X?

Now you have engaged me in a debatable topic, so let's discuss it.

9:45 AM · 03 Dec 23 · **3** Views

ili View post activity

**Revivaldubz** @revivaldubz · 38m
Replying to @ProSeSelfHelp @BrendaDyche and @ColoFightsBack
Lol, but all you do is screech and throw shit at the wall, like an autist. You've never answered that question, by the way. Are you autistic?

ili 1

Post your reply

# Notifications

**All**    Verified    Mentions

---

**Revivaldubz** @revivaldubz · 3m
Replying to @ProSeSelfHelp

Lol, remember when you got so mad, you threw a hissy fit about pedophiles unprompted, and also when you got so mad you called someone on their cell phone because they hurt your feelings.

💬        ⟲        ♡        ᯤ 1        ⟨

---

**Evan** @daviddunn177 · 1h

I haven't seen you this angry since I told you I'm straight.

> **TheProSeSelfHelpNetwork** · 18h
> Replying to @daviddunn177
>
> I'm glad that you are still as upset about Jan 6th as pearl harbor and 9/11.
>
> As long as people like you are compl...

💬 2        ⟲ 6        ♡ 17        ᯤ 626        ⟨

---

**Evan** @daviddunn177 · 1h
I remember the days when you we    complain to Twitter about the peop    u stalk and harass and Twitter laughed at

+

     

← **Post**

**Kate** @Lessafetoday08 · 51m
Replying to @daviddunn177
How the hell did you get to pearl harbour.

💬 2          ↻          ♡ 2          ᯤ 12          ⦿ₒ

**Evan** @daviddunn177 · 49m
It started with Kyle Rittenhouse I think so inevitably you're going to end up at Pearl Harbor 🤔

💬 2          ↻ 1          ♡ 3          ᯤ 16          ⦿ₒ

**Kate** @Lessafetoday08 · 47m
Replying to @daviddunn177
Poor A.M.W. got stuck with the sad guy yesterday.

💬 1          ↻          ♡          ᯤ 11          ⦿ₒ

**Evan** @daviddunn177 · 44m
Replying to @Lessafetoday08
Yeah so did @Meerkatwonder who found out what a sketchy criminal Mr. 7 followers is....

💬          ↻ 1          ♡ 1          ᯤ 11          ⦿ₒ

**Show more replies**

Post your reply                                    📷

**We flagged these Tweets** Done

00:49

We put a warning message on these Tweets because they might have sensitive content — like nudity, sexual content, violence, gore, or hateful symbols.

We know we don't always get it right. So if you think we flagged your Tweet by mistake, you can appeal the warning by clicking on each Tweet. Keep in mind, this doesn't guarantee it'll be removed.

**TheProSeSelfHelpNet...** · Dec
@MetallicLink @revivaldubz @daviddunn177 We're all going to win when I prove that X Moderation has been taken back over by leftist activists.

They suspended me for sharing this image of the books at my kids school, while overruling my reports of clear harassment and more importantly, copyright infringement.
https://t.co/yJECV7toSb

← **Followers**     ⋮

**Verified**                    All



**Rural America for M...** ✓
@StopTheWars2024

**Follow**

All human life is sacred. Either we go
on the way we are & kill ourselves, or cr...



← **Post**

**myra**
@mirroredmuriel

Follow ⋮

Replying to @gabriel69815102 @wurmspred and 3 others

I teach dance for a living. Hard to be heavy with how much I have to move every day

5:19 PM · 21 Nov 23 · **18** Views

**More replies**

**Armando Bronca** @gabriel… · 21 Nov ⋮
Replying to @mirroredmuriel @wurmspred and 3 others
Aww….I still don't care.



GIF  ALT

💬 2    ↻    ♡    ᴑ 24    ⤴

Post your reply    

← **Followers**                                    ⋮

Verified                        **All**



**JoeLefty4Ever**                      Follow
@JoeLefty4Ever

Left is the only way.

← **Post**

📌 Pinned



**Rural America for...** ✅
@StopTheWars2024



The rules are simple:
1. Support the Working Class.
2. Don't be a dick.
3. Don't be a purity troll.
4. Don't be a fascist.

7:35 PM · 01 Mar 23 · **8,791** Views

**42** Reposts  **2** Quotes  **203** Likes

←    🎤    🗑    🗄    ⋮

**Case# 0351375367: DMCA -
Copyright owner  [ ref:!00DA00K0A8.!
5004w02rioLv:ref ]**

**TS**   **Twitter Support**     Yesterday
      Justin Riddle         ⋮

                              ☺



Hello,

Thanks for bringing this to our
attention. However, it seems that
you are trying to report an
impersonation or harassment
ᵀʰᵃⁿᵏˢ,

Twitter
image

Help | Privacy

X Corp. 1355 Market Street, Suite
900 San Francisco, CA 94103

↩ ⌄ Reply

← **Post**



**Evan**
@daviddunn177

**Follow**  ⋮

We know your online behavior.

We know your offline behavior.

We have people (more than just @RahnAppraisals) who would testify to both.

We know the laws.

Someone using a photo of you as his profile pic is the least of your troubles.

> ⚖️ **TheProSeSelfHelpNetwork** @Pr... · 27m
> Replying to @daviddunn177
>
> Similarly, people can't hide behind "it was just online banter", when they are committing continous abusive, aggressive, inciteful and illegal behavior.
> ...

11:40 AM · 01 Dec 23 · **148** Views

**4** Likes

Post your reply    

← **Post**

**Evan** @daviddunn177 · 21m

We know your online behavior.

We know your offline behavior.

We have people (more than just @RahnAppraisals) who would testify to both.

We know the laws.

Someone using a photo of you as his profile pic is the least of your troubles.

> ⚖️ **TheProSeSelfHelpNetwork** · 30m
> Replying to @daviddunn177
>
> Similarly, people can't hide behind "it was just online banter", when they are committing continous abusive, aggressive, inciteful and illegal behavior....

🗨 2        ⟲        ♡ 4        �.ıl 168        ⤳

**TheProSeSelfHelpNetwork** @P... · 0s    :
Replying to @daviddunn177 and @RahnAppraisals

This sounds like cyber stalking, bullying, inciting violence and harassment... But only according to the content, definition and context.

🗨        ⟲        ♡        �ıl        ⤳

**NannyGoat** @NancyRobbins5 · 17m    :
Replying to @daviddunn177 and @RahnAppraisals

Oh, this is fun.

🗨        ⟲        ♡ 1        .ıl 6        ⤳

Post your reply                                📷

← **Evan**
   42.5K posts

**Follow**

Posts   **Replies**   Media   Likes

behavior....

💬 2      🔁      ♡ 4      ᵢₗᵢ 176      ⦇°

**Evan** @daviddunn177 · 26m                    ⋮
"Defense of what?"

We've been gathering your online
behavior & your offline behavior

This isn't about your feelings getting hurt
because someone is using a photo of you
as his profile pic since you want to hide
behind a justice scale

"What will we discover?" is right

> ⚖️ **TheProSeSelfHelpNetwork** · 33m
> Replying to @daviddunn177
> @NickElback4You and 5 others
>
> Defense of what?
> . This is how you folks shoot yourself
> in the foot.
>
> You think me calling someone who b...

💬 2      🔁      ♡ 4      ᵢₗᵢ 177      ⦇°

**Evan** @daviddunn177 · 1h                     ➕
After his expulsion vote, reporters

← **Post**

 **Evan**
@daviddunn177

[ Follow ]    ⋮

"Defense of what?"

We've been gathering your online behavior & your offline behavior

This isn't about your feelings getting hurt because someone is using a photo of you as his profile pic since you want to hide behind a justice scale

"What will we discover?" is right

---

 **TheProSeSelfHelpNetwork** @Pr... · 20m
Replying to @daviddunn177
@NickElback4You and 5 others

Defense of what?
. This is how you folks shoot yourself in the foot.

You think me calling someone who brought...

---

11:35 AM · 01 Dec 23 · **138** Views

---

**4** Likes

---

Post your reply                                    

← **Post**

⚖ **TheProSeSelfHelpNetwork** @Pr... · 28m
Replying to @daviddunn177
@NickElback4You and 5 others

Defense of what?
. This is how you folks shoot yourself in the foot.

You think me calling someone who brought...

11:35 AM · 01 Dec 23 · **157** Views

───────────────────────

**4** Likes

───────────────────────

💬    ⇄    ♡    🔖    ⤳

───────────────────────

**TheProSeSelfHelpNetwork** @... · 6m    ⋮
Replying to @daviddunn177
You are the scholar🙇

💬    ⇄    ♡    ᵢₗᵢ 2    ⤳

───────────────────────

**Revivaldubz** @revivaldubz · 16m    ⋮
Replying to @daviddunn177
The answer is that he won't discover shit, and he'll be laughed out of court. Assuming he files a Goddamned thing, which he isn't. Unless he's a moron, which he is.

💬    ⇄    ♡1    ᵢₗᵢ 4    ⤳

───────────────────────

Post your reply                          📷

← **People in this conversation**

 **Veangeful Dubz**
@VeangefulDubz

`Follow`

 **Stitch *Duke of Cool* J...**
@GetsumUSA

`Follow`

US Marine Vet. Been there. Done that.
I will not entertain crybabies. Against st...

 **Ryan Suleski** ✔
@Mufasaspride911

`Follow`

Truck driver, commercial helicopter pilot,
J6 defendant with time served, father, a...

 **TheProSeSelfHelpNetwork**
@ProSeSelfHelp

If you have ever been wronged and the
attorneys didn't care to help, I can show...

 **NickElback4You**
@NickElback4You

`Follow`

Nick is Back for You.
Nick Elback not the band.

 **Ricky Lahey**
@RickyLahey88

`Follow`

Fuck the Ukraine, fuck Russia, fuck
Israel, and fuck Hamas. Not my countri...

 **Mike Sington** ✔
@MikeSington

`Follow`

Senior Executive at NBCUniversal
(Ret) • Hollywood's Ultimate Insider • En...



Hello,

After reviewing the available information, we determined that there were no violations of the Twitter rules in the content you reported.

We appreciate your help, and encourage you to reach out again in the future if you see any potential violations.

For more resources about how to control your Twitter experience please visit our Help Center.

Thank you,

Twitter

↩ ∨  Reply



Hello,

Thanks for bringing this to our attention. However, it seems that you are trying to report an impersonation or harassment issue, not one relating to copyright. Please file a new report using the appropriate form: https://support.twitter.com/forms/

.

Thanks,

Twitter


Reply



Hello,

After reviewing the available information, we determined that there were no violations of the Twitter rules in the content you reported.

We appreciate your help, and encourage you to reach out again in the future if you see any potential violations.

For more resources about how to control your Twitter experience please visit our Help Center.

Thank you,

Twitter

Reply



Hello,

Thanks for bringing this to our attention. However, it seems that you are trying to report an impersonation or harassment issue, not one relating to copyright. Please file a new report using the appropriate form: https://support.twitter.com/forms/ .

Thanks,

Twitter


Reply

# Veangeful Dubz
6,397 posts

 Follow

Posts   **Replies**   Media   Likes

Additionally I'll point out that this will only cost me filing fees.

X already violated their own policies so many times that the arbitration requirements are legally waived, meaning they can ask, but will fail to get a Federal Judge to require arbitration before discovery 🤔🙉

💬 1          🔁          ♡          ᐧ�❙ᐧ❙ᐧ 11          ⤢

**Veangeful Dubz** @VeangefulD... · 9m    ⋮
Lmao. That's crazy. That's also the last thing that'll happen in your "lawsuit" before a judge pisses themselves laughing at you.

💬 1          🔁          ♡ 1          ᐧ❙ᐧ❙ᐧ 5          ⤢

 **TheProSeSelfHelpNetwork** ...   · 18m    ⋮
Replying to @VeangefulDubz @daviddunn177 and 5 others
You may believe that low level biased moderators that allow your behavior are the same as attorneys in a copyright lawsuit, but X and you are both aware you have stolen my image.
This is not subjective like harassm
It's an easily proven, uncontested
Per occurrence.



general

(a) Copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories:

(1) literary works;

(2) musical works, including any accompanying words;

(3) dramatic works, including any accompanying music;

(4) pantomimes and choreographic works;

(5) pictorial, graphic, and sculptural works;

(6) motion pictures and other audiovisual works;

(7) sound recordings; and

(8) architectural works.

(b) In no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work.

## 103. Subject matter of copyright: Compilations and derivative works

← **Post**

**Veangeful Dubz**
@VeangefulDubz

Follow

⋮

Replying to @daviddunn177 @ProSeSelfHelp and 5 others

He's going to get shit on in court.

10:36 PM · 30 Nov 23 · **34** Views

**2** Likes

💬   ⟲   ♡   🔖   ⋘

**TheProSeSelfHelpNetwork** @P... · 1s   ⋮

Replying to @VeangefulDubz @daviddunn177 and 5 others

You may believe that low level biased moderators that allow your behavior are the same as attorneys in a copyright lawsuit, but X and you are both aware you have stolen my image.
This is not subjective like harassment. It's an easily proven, uncontested fact. Per occurrence.

that violates Section 230 good faith
requirements.
● But copyright infringement itself may
have limited damages compared to
physical/reputational harm.
● Focusing legal arguments on negligent
duty of care in moderation, rather than
just objecting to abusive content, may
get around Section 230.
● Calling for Section 230 reform to

their terms of service and
community guidelines.

● Twitter refused to take any meaningful
action, showing negligence and
disregard for user safety.
● The victim suffered direct harm as a
result of Twitter's inaction.
● While not guaranteed, focusing the
argument on Twitter's duty of care
and willful negligence helps overcome
Section 230 defenses.
● Recent cases and calls for Section

plaintiff can also choose to claim
actual damages and any profits the
infringer earned from the use of the

Post your reply   

## 102. Subject matter of copyright: In general[28]

(a) Copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories:

(1) literary works;

(2) musical works, including any accompanying words;

(3) dramatic works, including any accompanying music;

(4) pantomimes and choreographic works;

(5) pictorial, graphic, and sculptural works;

(6) motion pictures and other audiovisual works;

(7) sound recordings; and

(8) architectural works.

(b) In no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work.

## 103. Subject matter of copyright.

Back to top

# Veangeful Dubz
6,397 posts

 Follow

| Posts | **Replies** | Media | Likes |

Additionally I'll point out that this will only cost me filing fees.

X already violated their own policies so many times that the arbitration requirements are legally waived, meaning they can ask, but will fail to get a Federal Judge to require arbitration before discovery 🤔🙉

💬 1          ↻          ♡          ᷉ᴸ 11          ⬦

**Veangeful Dubz** @VeangefulD... · 9m    ⋮
Lmao. That's crazy. That's also the last thing that'll happen in your "lawsuit" before a judge pisses themselves laughing at you.

💬 1          ↻          ♡ 1          ᷉ᴸ 5          ⬦

 **TheProSeSelfHelpNetwork** ... · 18m    ⋮
Replying to @VeangefulDubz
@daviddunn177 and 5 others
You may believe that low level biased moderators that allow your behavior are the same as attorneys in a copyright lawsuit, but X and you are both aware you have stolen my image.
This is not subjective like harassm
It's an easily proven, uncontested
Per occurrence.



← **Post**

**Veangeful Dubz**
@VeangefulDubz

Follow

Replying to @Mufasaspride911 @RickyLahey88 and 3 others

Reminder for the fourth time, that this is a picture of Trumpist @ProSeSelfHelp. Justin, he keeps calling your dog wife ugly. You gonna let him do that shit?

1:21 PM · 30 Nov 23 · **7** Views

**NickElback4You** @NickElback4... · 2h
Replying to @VeangefulDubz @ProSeSelfHelp and 4 others
Watch out Justin gonna call subpoena Wells Fargo again

♡ 1   ᵢₗᵢ 5

Post your reply

← **Post**

**NickElback4You**
@NickElback4You

**Follow**  ⋮

Replying to @VeangefulDubz @ProSeSelfHelp and 4 others

## Watch out Justin gonna call subpoena Wells Fargo again

2:31 PM · 30 Nov 23

**1** Like

💬    ⇄    ♡    🔖    ⋘

Post your reply

# Veangeful Dubz
6,305 posts

**Follow**

Posts    **Replies**    Media    Likes

♥ 29        �)↓349        ♡ 1,257        ıllı 30K        ∿

**NickElback4You** @NickElbac... · 57m    ⋮
Replying to @VeangefulDubz
He probably donates cash to Hamas

💬 1        ⇄        ♡        ıllı 7        ⤳

**Veangeful Dubz** @Veangeful... · 56m    ⋮
Probably donates more than that. We
know he got worn out in prison.

💬 1        ⇄        ♡        ıllı 3        ⤳

**NickElback4You** @NickElbac... · 59m    ⋮
Replying to @VeangefulDubz
#Mossad should probably pay him some
attention since he literally proclaimed his
NAZI beliefs

💬 1        ⇄        ♡ 1        ıllı 7        ⤳

**Veangeful Dubz** @Veangeful... · 58m    ⋮
Fitting. A terrorist can join a new terrorist
group.

💬 1        ⇄        ♡        ıllı 5        ⤳

**NickElback4You** @NickElback4... · 1h    ⋮
Replying to @Mufasaspride911
@VeangefulDubz and 3 others
Remember this story?
You look like such a loser, no won̶d̶
shave your head Nazi

＋

← **Post**

**NickElback4You** @NickElback4... · 1d  ⋮
Replying to @ProSeSelfHelp
@VeangefulDubz and 3 others
You literally called a guy and threatened him, and now you play the victim?
You sound deranged.

💬 2          🔁          ♡ 2          � ᴵ ᴸ 27          ⤴

**TheProSeSelfHelpNetwork** @P... · 1d  ⋮
On how you keep saying that, but you can't say how I threatened it. I didn't threaten anyone . Telling somebody that you are going to show people how they act online is not a threat. If they are bothered by it, it's because they know their behavior is abhorrent

💬 2          🔁          ♡          ᴬᴵᴸ 32          ⤴

Show replies

**Veangeful Dubz** @VeangefulDubz · 1d  ⋮
Replying to @ProSeSelfHelp
@NickElback4You and 3 others
Tell you what, you drop Erin and Morgan's handle, and we'll show them.

💬          🔁          ♡          ᴬᴵᴸ 4          ⤴

Post your reply                              

← **Post**

**Ricky Lahey** @RickyLahey88 · 10h

Replying to @NickElback4You
@Mufasaspride911 and 3 others

So you just said they all should have
been shot. You can't back out of that one

💬 1          ⟲          ♡          �features 14          ⤳

**Veangeful Dubz**          [Follow]
@VeangefulDubz

Replying to @RickyLahey88 @NickElback4You and
3 others

Why would we want to back out of that
one? That's exactly what should have
happen. Your kids should have had
to identify you. That would've been a
great learning experience for them.

10:57 PM · 29 Nov 23 · **11** Views

**1** Like

💬          ⟲          ♡          🔖          ⤳

**NickElback4You** @NickElback... · 10h

Replying to @VeangefulDubz
@RickyLahey88 and 3 others

That is the punishment for Treason isn't
it?

Post your reply          📷

← **Post**

**Ricky Lahey** @RickyLahey88 · 10h
Replying to @NickElback4You
@Mufasaspride911 and 3 others
So you just said they all should have been shot. You can't back out of that one

💬 1    🔁    ♡    �archived 14    ⤳

**Veangeful Dubz** @VeangefulDubz    [ Follow ]

Replying to @RickyLahey88 @NickElback4You and 3 others

Why would we want to back out of that one? That's exactly what should have happen. Your kids should have had to identify you. That would've been a great learning experience for them.

10:57 PM · 29 Nov 23 · **11** Views

**1** Like

💬    🔁    ♡    🔖    ⤳

**NickElback4You** @NickElback... · 10h    ⋮
Replying to @VeangefulDubz
@RickyLahey88 and 3 others
That is the punishment for Treason isn't it?

Post your reply    📷

## 102. Subject matter of copyright: In general[28]

(a) Copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories:

(1) literary works;

(2) musical works, including any accompanying words;

(3) dramatic works, including any accompanying music;

(4) pantomimes and choreographic works;

(5) pictorial, graphic, and sculptural works;

(6) motion pictures and other audiovisual works;

(7) sound recordings; and

(8) architectural works.

(b) In no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work.

## 103. Subject matter of copyright.

Back to top

← **Post**

**Veangeful Dubz**
@VeangefulDubz

**Follow** ⋮

Replying to @daviddunn177 @ProSeSelfHelp and 5 others

## He's going to get shit on in court.

10:36 PM · 30 Nov 23 · **34** Views

**2** Likes

💬        ⟲        ♡        🔖        ⤳

**TheProSeSelfHelpNetwork** @P... · 1s  ⋮
Replying to @VeangefulDubz
@daviddunn177 and 5 others

You may believe that low level biased moderators that allow your behavior are the same as attorneys in a copyright lawsuit, but X and you are both aware you have stolen my image.
This is not subjective like harassment. It's an easily proven, uncontested fact. Per occurrence.

that violates Section 230 good faith requirements.
● But copyright infringement itself may have limited damages compared to physical/reputational harm.
● Focusing legal arguments on negligent duty of care in moderation, rather than just objecting to abusive content, may get around Section 230.
● Calling for Section 230 reform to

their terms of service and community guidelines.

● Twitter refused to take any meaningful action, showing negligence and disregard for user safety.
● The victim suffered direct harm as a result of Twitter's inaction.
● While not guaranteed, focusing the argument on Twitter's duty of care and willful negligence helps overcome Section 230 defenses.
● Recent cases and calls for Section

plaintiff can also choose to claim actual damages and any profits the infringer earned from the use of the

Post your reply                                    



## Me
12:11 PM, Nov 30

I'm not going to let anyone know about you directly. Instead, I'm following a copyright infringement lawsuit for the guy using my images without permission, and Twitter allowing it.

Copyright is the only way to go, because harassment has too high of a bar for a judge to get past a 12b, but copyright is simple, easily proven with already available evidence, and X has overruled my requests to have it taken down.

This will easily survive a 12b and force X to either individually accept liability for allowing it, or expose everyone involved to the Court, making alt accounts an easy thing to spot.

Then, everyone will be deposed. I'll include the copyright as part of the harassment claim so I can bring it all up in Court.

That's a more professional way for me to handle it anyways.

I apologize for calling your wife, but I figured you had some control over the people who you brought in, considering you are all equally inappropriate. That being said, Twitter might or might not comply with the subpoena, but, again, copyright is black and white.



← **Post**

**Veangeful Dubz**
@VeangefulDubz

**Follow**

Replying to @Mufasaspride911 @RickyLahey88 and 3 others

Reminder for the fourth time, that this is a picture of Trumpist @ProSeSelfHelp. Justin, he keeps calling your dog wife ugly. You gonna let him do that shit?

1:21 PM · 30 Nov 23 · **7** Views

**NickElback4You** @NickElback4... · 2h
Replying to @VeangefulDubz @ProSeSelfHelp and 4 others
Watch out Justin gonna call subpoena Wells Fargo again

♡ 1     ￼ 5

Post your reply

← **Post**

**NickElback4You**
@NickElback4You

**Follow**

⋮

Replying to @VeangefulDubz @ProSeSelfHelp and 4 others

## Watch out Justin gonna call subpoena Wells Fargo again

2:31 PM · 30 Nov 23

**1** Like

Post your reply

# Veangeful Dubz

6,305 posts

**Follow**

Posts | **Replies** | Media | Likes

💬 29       ⭆ 349       ♡ 1,257       ▥ 30K       ⌁

**NickElback4You** @NickElbac... · 57m   ⋮
Replying to @VeangefulDubz
He probably donates cash to Hamas

💬 1       ⭆       ♡       ▥ 7       ⦏

**Veangeful Dubz** @Veangeful... · 56m   ⋮
Probably donates more than that. We know he got worn out in prison.

💬 1       ⭆       ♡       ▥ 3       ⦏

**NickElback4You** @NickElbac... · 59m   ⋮
Replying to @VeangefulDubz
#Mossad should probably pay him some attention since he literally proclaimed his NAZI beliefs

💬 1       ⭆       ♡ 1       ▥ 7       ⦏

**Veangeful Dubz** @Veangeful... · 58m   ⋮
Fitting. A terrorist can join a new terrorist group.

💬 1       ⭆       ♡       ▥ 5       ⦏

**NickElback4You** @NickElback4... · 1h   ⋮
Replying to @Mufasaspride911
@VeangefulDubz and 3 others
Remember this story?
You look like such a loser, no wond... shave your head Nazi

+

← **Post**

**NickElback4You** @NickElback4... · 1d ⋮
Replying to @ProSeSelfHelp
@VeangefulDubz and 3 others
You literally called a guy and threatened
him, and now you play the victim?
You sound deranged.

💬 2          ⟲          ♡ 2          ᵭ 27          ⌁

**TheProSeSelfHelpNetwork** @P... · 1d ⋮
On how you keep saying that, but you
can't say how I threatened it. I didn't
threaten anyone . Telling somebody that
you are going to show people how they
act online is not a threat. If they are
bothered by it, it's because they know
their behavior is abhorrent

💬 2          ⟲          ♡          ᵭ 32          ⌁

⋮    Show replies

**Veangeful Dubz** @VeangefulDubz · 1d ⋮
Replying to @ProSeSelfHelp
@NickElback4You and 3 others
Tell you what, you drop Erin and Morgan's
handle, and we'll show them.

💬          ⟲          ♡          ᵭ 4          ⌁

Post your reply                              📷

# Veangeful Dubz

**Follow**

6,246 posts

@VeangefulDubz

🗓 Joined September 2023

**31** Following   **38** Followers

Not followed by anyone you're following

**Posts**   Replies   Media   Likes

📌 Pinned

**Veangeful Dubz** @Veangef... · 28 Oct ⋮
#KAT. Every single one. Old and young, man and women. All of them.



🟦 **Luke Zaleski** ✓ @Zalesk... · 28 Oct
MAGA wants you to forget they did this. Don't.

0:09

On January 6, 2021 while defending Capitol, our law enforcement officers were ruthlessly brutalized by the violent Insurrectionist mob that was sent there.
In the days that followed the riot, Officer deFreytag, Officer Hashida, Officer Smith and Officer Liebengood succumbed to their severe PTSD and committed suicide.

0:31

💬 14   🔁 4   ♡ 9   📊 2,405   ⤴



**Veangeful Dubz** @Veangeful... · 5⋮
Thanks Speaker! Hang 'em high.

🟦 **Scott MacFarlane** @MacFarl... · 1h

➕