← **Post activity**



Two pictures that eliminate confusion or doubt.



9:37

# ⚙ ads.x.com/reporting_dashboard/  



| X Ads | Campaigns ∨ | Creatives ∨ | Tools ∨ | Free Ad Credit | | Help? | TheProSeSelfHelpNetwork ∨ |

Delivered  ×    Save    Clear All

⚠ This account is ineligible to run X Ads due to a policy violation by one or more users. Any active campaigns have been paused. Please contact **X Ads Support** to resolve this issue. Learn more about **X Ads Policies.**

| Impressions | Spend |
|---|---|
| **618,050** | **$1,109.57** |

| Funding sources | Campaigns | Ad groups | Ads | Audiences |

Resume   Pause   **Delete**          ✕ Show deleted    Metrics: Summary ∨    Breakdowns: None ∨    ⬇ Export ∨   ⟳

| | Campaign Name | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS DOUGLAS... | ⋮ - | • Halted | Website traffic and sales | 0 | $0.00 | Apr 25, 2025 2:46 PM |
| ☐ | Quick promote - Android - BREAKING NEWS DONALD... | ⋮ - | • Expired | Website traffic and sales | 13,791 | $49.87 | Apr 8, 2025 9:12 PM |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ - | • Expired | Website traffic and sales | 10,088 | $30.00 | Apr 7, 2025 6:57 AM |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ - | • Expired | Website traffic and sales | 11,273 | $39.76 | Mar 31, 2025 11:13 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ - | • Expired | Engagements | 997 | $148.31 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ - | • Expired | Engagements | 1,183 | $149.94 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp just... | ⋮ - | • Expired | Website traffic and sales | 31,500 | $150.00 | Mar 8, 2025 9:46 PM |
| ☐ | Quick promote - #Section or the... | ⋮ - | • Expired | Engagements | 601 | $75.00 | Jan 22, 2025 8:35 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ - | • Expired | Website traffic and sales | 6,705 | $48.34 | Oct 18, 2024 7:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ - | • Expired | Engagements | 885 | $45.94 | Sep 25, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ - | • Expired | Engagements | 325 | $30.00 | Sep 17, 2024 7:02 PM |
| ☐ | Qu... | ⋮ - | • Expired | Website traffic and sales | 9,549 | $30.00 | Sep 8, 2024 11:29 PM |
| ☐ | Qu... | ⋮ - | • Expired | Website traffic and sales | 18,648 | $30.00 | Sep 1, 2024 5:18 PM |
| ☐ | Qu... | ⋮ - | • Expired | Engagements | 3,203 | $73.48 | Aug 26, 2024 6:08 PM |
| ☐ | Qu... | ⋮ - | • Expired | Engagements | 1,055 | $50.00 | Aug 10, 2024 10:38 AM |
| ☐ | Qu... | ⋮ - | • Expired | Engagements | 2,561 | $30.00 | Aug 3, 2024 ...AM |







The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

← **Post activity**



🚨🚨BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨🚨...



| ♡ | ⇄ | ♡ |
|---|---|---|
| **39** | **8** | **6** |
| 100% | 25% | 33% |

Impressions ⓘ

# 14,619

94% from promotion

Engagements ⓘ

# 556

100%

Detail expands ⓘ

# 174

98%

New followers ⓘ

# 0

Profile visits ⓘ

# 197

96%

← **Post activity**



🏴 **www.SelfLe…** ✓ @P… · Jan 24, 2024

Lake rejects billion $ bribe caught on tape - this patriot can't be bought! We need incorruptible warriors like her fighting for America First against the crooked establishment destroying our …

| ♡ | ↻ | ♡ |
|---|---|---|
| **14** | **3** | **1** |
| 100% | 33% | 100% |

### Impressions ⓘ
# 29,661
99% from promotion



### Engagements ⓘ
# 266
100%

### Detail expands ⓘ
# 106
99%

### New followers ⓘ
# 1
100%

### Profile visits ⓘ
# 21
95%

# Post activity



**www.SelfLe...** ✓ @P... · Jan 24, 2024

Lake rejects billion $ bribe caught on tape - this patriot can't be bought! We need incorruptible warriors like her fighting for America First against the crooked establishment destroying our ...

13                                    1

100%              50%              100%

Impressions ⓘ
## 29,661
99% from promotion

Engagements ⓘ          Detail expands ⓘ
## 266                    ## 106
100%                      99%

New followers ⓘ          Profile visits ⓘ
## 1                      ## 21
100%                      95%

← **Post activity**

 **www.SelfLega...** ✓ @ProSe... · Apr 25

 🚨🚨🔴BREAKING NEWS🔴🚨🚨

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ↻ | ♡ |
|---|---|---|
| **2** | **3** | **2** |

### Impressions ⓘ
# 115

### Engagements ⓘ
# 24

### Detail expands ⓘ
# 6

### New followers ⓘ
# 0

### Profile visits ⓘ
# 0

### Link clicks ⓘ
# 1



Ads Manager

 

| ype | Activity | Description | Modified by |
|---|---|---|---|
| argeting | Twitter placement selection applied | All on Twitter | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| argeting | Targeted 1 location | United States of America | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| argeting | Targeted 1 age | 18 and up | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| ds | Started promoting Tweet | 1918762853072551987 | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| udget | Set pay by | Impression | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| udget | Set bid strategy | Autobid | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| udget | Set goal | Max reach | www.CharterWestBank.com @FitingInjustice using Quick Promote |
| tatus | Created ad group | Untitled Starts May 3, 2025, 1:25 PM Ends May 6, 2025, 1:25 PM | www.CharterWestBank.com @FitingInjustice using Quick Promote |





Sql                                            Copy code

```sql
SELECT account_id
FROM ad_campaigns
WHERE engagement_promo_pct = 100
      repost_promo_pct < 100;
```

Edit profile

# www.CharterWestBank.com ✓

@FitingInjustice

Genius untethered from principle is no virtue – it's only when brilliance is harnessed to the plow of progress that it becomes a true force for good~ NOT A BANK

◎ Everywhere I am needed

⬠ SelfLegalAid.com   ▤ Joined June 2024

**42** Following   **40** Followers

**Posts**   Replies   Highlights   Articles   ▮



www.CharterWest... ✓ · 04 Apr ∅   ⋮

🚨🔥BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP".

STORY BELOW.

charterwestbank.com/
breaking-news-...

TERM AS "DONNA"





www.CharterWes... ✔ @FitingI... · 1h
🔔 🔴 ‼️ BREAKING NEWS ‼️ 🔴
ATTENTION:
...

♡          ↻          ♡
3          3          0

Impressions ⓘ
109
79% from promotion

Engagements ⓘ        Detail expands ⓘ
8                      2
13%                    50%

New followers ⓘ       Profile visits ⓘ
0                      0

**Video**
Metrics for the video you shared

Unique views ⓘ        Views ⓘ
15                     21
67%                    52%

Audience retention ⓘ ⊕
                                    100%
                                    50%
                                    0%
00:00  01:58  03:56  05:54  07:52

Promoted
**Audience**
The estimated breakdown of the people that
have seen your post

**Gender** ⊕

Female
18%

Male
81.1%

Other / Not specified
0.9%

**Age**

| Age | |
|---|---|
| Under 20 | 0.9% |
| 20-29 | 26.2% |
| 30-39 | 30.8% |
| 40-49 | 9.3% |
| Above 50 | 32.7% |

**Your promotion is running**

$1 of $75 spent        2 days 22 hours left



www.CharterWe... ✓ @Fiting... · 16h

🔺 ● ‼ BREAKING NEWS ‼ ●

ATTENTION:

...

| ♡ | ↻ | ♡ |
|---|---|---|
| 2 | 3 | 0 |

Impressions ⓘ
## 3,677
99% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| 78 | 48 |
| 100% | 98% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| 0 | 25 |
| | 96% |

## Video
Metrics for the video you shared

| Unique views ⓘ | Views ⓘ |
|---|---|
| 592 | 615 |
| 99% | 97% |



Audience retention ⓘ ⊕

100%

50%

0%

00:00  01:58  03:56  05:54  07:52

Promoted

## Audience
The estimated breakdown of the people that
have seen your post

### Gender ⊚



Female
**17.8%**

Male
**81.3%**

Other / Not specified
**0.9%**

### Age

| | |
|---|---|
| Under 20 | 1.7% |
| 20-29 | 39.8% |
| 30-39 | 25.1% |
| 40-49 | 14.3% |
| Above 50 | 19.2% |

**Your promotion is running**

$27 of $75 spent     2 days 7 hours left

← # Post activity



www.CharterWes... ✔ @FitingI... · 4h

🚨 🔴 ‼️ BREAKING NEWS ‼️ 🔴 🚨

ATTENTION:

...

| ♡ | ↻ | ♡ |
|:---:|:---:|:---:|
| **2** | **3** | **0** |

Impressions ⓘ
# 1,394
**97% from promotion**

Engagements ⓘ            Detail expands ⓘ
# 31                      # 21
**100%**                  **95%**

## Your promotion is running

$12 of $75 spent        2 days 19 hours left

← **Post activity**



www.CharterWes... ✔ @FitingI... · 4h

🚨🔴 ‼️ BREAKING NEWS ‼️🔴

# Engagements

Total number of times a user has interacted with a post. This includes all clicks anywhere on the post (including hashtags, links, avatar, username, and post expansion), reposts, replies, follows, and likes.

**% from all promotions to date**

OK

Engagements ⓘ        Detail expands ⓘ

## 31                    21

**100%**                 **95%**

## Your promotion is running

$12 of $75 spent      2 days 19 hours left

## Post activity



www.CharterWes... ✔ @FitingI... · 4h

🚨 🔴 ‼️ BREAKING NEWS ‼️ 🔴

ATTENTION:

...

| ♡ | ⟲ | ♡ |
|---|---|---|
| **2** | **3** | **0** |

**Impressions** ⓘ

# 1,394

`97% from promotion`

**Engagements** ⓘ          **Detail expands** ⓘ

**31**                              **21**

`100%`                           `95%`

**New followers** ⓘ          **Profile visits** ⓘ

**0**                                **12**

                                      `92%`

## Video

Metrics for the video you shared

**Unique views** ⓘ          **Views** ⓘ

**224**                            **239**

`98%`                            `92%`

**Audience retention** ⓘ ⊛



`Promoted`

## Audience

The estimated breakdown of the people that
have seen your post

### Your promotion is running

$12 of $75 spent          2 days 19 hours left



**www.CharterWes...** ✓ @FitingI... · 3h

🔺🔴 ‼ BREAKING NEWS ‼ 🔴

7:52

ATTENTION:

...

♡            ↻            ♡
2            3            0

Impressions ⓘ
# 1,033
97% from promotion

Engagements ⓘ                Detail expands ⓘ
25                            17
100%                         94%

New followers ⓘ              Profile visits ⓘ
0                            10
                             90%

## Video
Metrics for the video you shared

Unique views ⓘ              Views ⓘ
165                         174
97%                         91%



Audience retention ⓘ ⊕
                                    100%

                                    50%

                                    0%
00:00  01:58  03:56  05:54  07:52

`Promoted`

## Audience
The estimated breakdown of the people that
have seen your post

### Gender ⊛



Female
**19.4%**

Male
**79.7%**

Other / Not specified
**0.9%**

### Age

| | |
|---|---|
| Under 20 | **1.2%** |
| 20-29 | **35.5%** |
| 30-39 | **23.8%** |
| 40-49 | **14.2%** |
| Above 50 | **25.2%** |

### Your promotion is running

$9 of $75 spent        2 days 20 hours left



**www.CharterWes...** ✔ @FitingI... · 2h

🚨🔴 ‼️ BREAKING NEWS ‼️ 🔴

ATTENTION:

...

♡ 3    ⇄ 3    ♡ 0



Impressions ⓘ

## 669

95% from promotion

Engagements ⓘ          Detail expands ⓘ
## 11                    ## 7
100%                     86%

New followers ⓘ          Profile visits ⓘ
## 0                     ## 6
                         83%



# Video
Metrics for the video you shared

Unique views ⓘ          Views ⓘ
## 106                   ## 113
95%                      88%

Audience retention ⓘ ⊗
                                              100%

                                              50%

                                              0%
00:00  01:58  03:56  05:54  07:52

Promoted

# Audience
The estimated breakdown of the people that
have seen your post

## Gender ⓘ



| Female | 20.4% |
| Male | 78.7% |
| Other / Not specified | 0.9% |

## Age



**Your promotion is running**

$5 of $75 spent       2 days 21 hours left





← **Post**



**www.SelfLegalAid.com** ✔
@ProSeSelfHelp

Does anyone know what they are looking at here?

I can tell you, it's bad. HIGHLY ILLEGAL.



🖊️ Last edited 8:40 AM · 01 May 25

📊 View post activity

○    ⟲    ♡    🔖    ☌

Most relevant replies ⌄

Post your reply

⚠ This account is ineligible to run X Ads due to a policy violation by one or more users. Any active campaigns have been paused. Please contact **X Ads Support** to resolve this issue. Learn more about **X Ads Policies**.

| Impressions | Spend |
|---|---|
| **618,050** | **$1,109.57** |



| Funding sources | Campaigns | | Ad groups | | Ads | | Audiences |
|---|---|---|---|---|---|---|---|

Resume   Pause   **Delete**          ✕ Show deleted   Metrics: Summary ⌄   Breakdowns: None ⌄   ⬇ Export ⌄   ⟳

| | Campaign Name | | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS DOUGLAS... | ⋮ | - | • Halted | Website traffic and sales | 0 | $0.00 | Apr 25, 2025 2:46 PM |
| ☐ | Quick promote - Android - BREAKING NEWS DONALD... | ⋮ | - | • Expired | Website traffic and sales | 13,791 | $49.87 | Apr 8, 2025 9:12 PM |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | - | • Expired | Website traffic and sales | 10,088 | $30.00 | Apr 7, 2025 6:57 AM |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | - | • Expired | Website traffic and sales | 11,273 | $39.78 | Mar 31, 2025 11:12 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | - | • Expired | Engagements | 997 | $148.31 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | - | • Expired | Engagements | 1,183 | $149.94 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp just... | ⋮ | - | • Expired | Website traffic and sales | 31,500 | $150.00 | Mar 6, 2025 9:46 PM |
| ☐ | Quick promote - #Section or the... | ⋮ | - | • Expired | Engagements | 601 | $75.00 | Jan 22, 2025 8:35 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ | - | • Expired | Website traffic and sales | 6,705 | $48.34 | Oct 18, 2024 7:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | - | • Expired | Engagements | 885 | $46.94 | Sep 25, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | - | • Expired | Engagements | 325 | $30.00 | Sep 17, 2024 7:02 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | - | • Expired | Website traffic and sales | 9,549 | $30.00 | Sep 8, 2024 11:29 PM |
| ☐ | Quick promote - Mate EPIC PRO... | ⋮ | - | • Expired | Website traffic and sales | 18,648 | $30.00 | Sep 1, 2024 5:18 PM |
| ☐ | Quick promote - #Prose #Litigant Level... | ⋮ | - | • Expired | Engagements | 3,203 | $73.46 | Aug 26, 2024 6:08 PM |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | - | • Expired | Engagements | 1,059 | $50.00 | Aug 10, 2024 10:38 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | - | • Expired | Engagements | 2,561 | $30.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for a... | ⋮ | - | • Expired | Engagements | 1,467 | $50.00 | Jul 28, 2024 8:17 PM |
| ☐ | Quick promote - Time to fix... | ⋮ | - | • Expired | Website traffic and sales | 474,822 | $50.00 | Jul 27, 2024 5:26 PM |
| ☐ | Quick promote - #PINetwork family Any... | ⋮ | | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:27 PM |
| ☐ | Quick promote - #XSupportIsBrokenAf @premium I... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:21 PM |
| ☐ | Quick promote - Lake rejects billion... | | - | • Expired | Website traffic and sales | 29,393 | $27.92 | Jan 24, 2024 8:23 PM |

1 - 21 of 21 items   ‹  1  ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



| | • Halted | Website traffic and | 0 |
| | ☐ **Appeal** | Request an appeal. | |
| – | • Expired | Website traffic and sales | 0 |
| – | • Expired | Website traffic and sales | 0 |
| – | • Expired | Website traffic and sales | 11,273 |
| – | • Expired | Engagements | 0 |
| – | • Expired | Engagements | 0 |
| – | • Expired | Website traffic and sales | 0 |



⚬⚬ ads.x.com/reporting_dashboard/

X Ads    Campaigns ∨    Creatives ∨    Tools ∨    Free Ad Credit                    Help?    ⚠ Something went wrong    ✕
                                                                                        Please try again at a later time.
Q Search                    ⚌ Filters    Go to Analytics              Charts on    📅 3/...... ......... ∨

Save    Clear All

Impressions                Spend
11,273                     $39.78

9,000
8,000
7,000
6,000
5,000
4,000
3,000
2,000
1,000
            Mar 31, 2025        Apr 1, 2025        Apr 3, 2025        Apr 5, 2025        Apr 4, 2025        Apr 5, 2025

Funding sources        Campaigns            Ad groups              Ads                Audiences

Resume    Pause    Delete                        Metrics: Summary ∨    Breakdowns: None ∨    ⤓ Export 1 ∨    ⚙

☐  Campaign Name                    Status            Objective            Impressions    Spend        Campaign start

☐  -                        -    • Halted         Website traffic and    0        $0.00        -
                                ⊟ Appeal         Request an appeal.

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Expired        Website traffic and    11,273   $39.78       -
                                                 sales

☐  -                             • Halted         Engagements          0        $0.00

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Engagements          0        $0.00        -

☐  -                        -    • Expired        Website traffic and    0        $0.00        -
                                                 sales

☐  -                        -    • Halted         Engagements          0        $0.00        -
                                ⊟ Appeal

☐  -                        -    • Halted         Engagements          0        $0.00        -
                                ⊟ Appeal

☐  -                        -    • Halted         Website traffic and    0        $0.00        -
                                ⊟ Appeal         sales

                                                            1 - 21 of 21 items    ‹  1  ›

**History log**

CAMPAIGN

**Quick promote · Android · BRE...**

AD GROUPS

**Untitled** ⌄

   Ad group history

   **Untitled Ad**

| Updated date & time | Type | Activity | Description | Modified by |
|---|---|---|---|---|
| Apr 23, 2025, 3:11 PM | Status | Started creative | - | Ryan (Rhyannh ) Other |
| Apr 14, 2025, 2:12 AM | Status | Started creative | - | @ using Other |
| Apr 14, 2025, 2:11 AM | Status | Started creative | - | @ using Other |
| Apr 8, 2025, 9:52 PM | Status | Started creative | - | ND10012025 and10012025&& Other |
| Apr 8, 2025, 9:12 PM | Status | Started creative | - | @ using Other |
| Apr 8, 2025, 9:12 PM | Status | Creative added | Untitled | www.SelfLegalAl @ProSoSelfHelp Quick Promote |

Close

ads.x.com/reporting_dashboard/



















ads.x.com/reporting/dashboard

05:57

**Modified by**

Ryan @Ryanmh_X using Other

@ using Other

@ using Other

AK09012025 @ak090120255278 using Other

@ using Other

www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote

---

12:13
@ using Other

Sushant Arora @suar0626 using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

MDN08172021 @mdn08172021 using Other

@ using Other

www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote

---

@ using Other

06:34ng Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

Mohammed Shah Nawaz Salmani @Mohamme84272255 using Other

@ using Other

Prateek Sachdeva @ps122721 using Other

@ using Other

@ using Other

Untitled — www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote

---

01:10

| Description | Modified by |
| --- | --- |
| - | Ryan @Ryanmh_X using Other |
| - | @ using Other |
| - | @ using Other |
| - | ND10012025 @nd1001202588403 using Other |
| - | @ using Other |
| Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

---

| Activity | Description | Modified by |
| --- | --- | --- |
| Started creative | - | Ryan @Ryanmh_X using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | Mighty Mouf @AntSocializer using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | Sushant Arora @suar0626 using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | @ using Other |
| Started creative | - | 06:36 Other |
| Started creative | - | @ using Other |
| Creative added | Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

Sushant Arora @suar0626
08:03 Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

RA07252022
@RA07252022 using Other

@ using Other

Untitled

www.SelfLegalAid.com
@ProSeSelfHelp using
Quick Promote

@ using Other

07:33

— @ using Other

- @ using Other

— @ using Other

- @ using Other

— @ using Other

- @ using Other

— @ using Other

- Mohammed Shah Nawaz
  Salmani
  @Mohamme84272255
  using Other

— @ using Other

- Prateek Sachdeva
  @ps122721 using Other

— @ using Other

- @ using Other

Untitled        www.SelfLegalAid.com
                @ProSeSelfHelp using
                Quick Promote

| | |
|---|---|
| - | @ using Other |
| - | 0 6@39ng Other |
| - | @ using Other |
| - | @ using Other |
| - | @ using Other |
| - | @ using Other |
| - | @ using Other |
| - | @ using Other |
| - | @ using Other |
| - | Mohammed Shah Nawaz Salmani @Mohamme84272255 using Other |
| - | @ using Other |
| - | Prateek Sachdeva @ps122721 using Other |
| - | @ using Other |
| - | @ using Other |
| Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

ads.x.com/reporting>dashboard/  

01:17    ×

## History log

| CAMPAIGN | ate & time | Type | Activity | Description | Modified by |
|---|---|---|---|---|---|
| Quick promote · #Section or th... | 26, 7:41 PM | Status | Started creative | - | Ryan Bryannn X using Other |
| | 26, 7:12 AM | Status | Started creative | - | @ using Other |
| **AD GROUPS** | 26, 7:11 AM | Status | Started creative | - | @ using Other |
| Untitled ⌄ | 25, 1:02 AM | Status | Started creative | - | @ using Other |
|   Ad group history | (29, 10:27 PM | Status | Started creative | - | @ using Other |
|   **Untitled Ad** | 29, 6:11 PM | Status | Started creative | - | @ using Other |
| | 29, 6:09 PM | Status | Started creative | - | @ using Other |
| | 9, 10:31 AM | Status | Started creative | - | Mighty Mouf @MufSocialdotcu using Other |
| | 5, 6:58 PM | Status | Started creative | - | @ using Other |
| | 3, 8:36 PM | Status | Started creative | - | @ using Other |
| | 3, 12:53 PM | Status | Started creative | - | @ using Other |
| | 25, 8:57 PM | Status | Started creative | - | Sustant Avant ipsum0526 using Other |
| | 26, 4:57 AM | Status | Started creative | - | @ using Other |
| | 26, 4:57 AM | Status | Started creative | - | @ using Other |
| | 26, 8:39 PM | Status | Creative added | Untitled | www.SefLegalAid.com @PreSafef1ldp using Quick Promote |

Close

      

    

| Activity | Description | Modified by |
|---|---|---|
| Started creative | – | Ryan @Ryanmh_X using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | Mighty Mouf @AntSocializer using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | Sushant Arora @suar0626 using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | @ using Other |
| Started creative | – | 06:36 @ using Other |
| Started creative | – | @ using Other |
| Creative added | Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

| n | Modified by |
|---|---|
|   | Ryan @Ryanmh_X using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | Mighty Mouf @AntSocializer using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | Sushant Arora @suar0626 using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | @ using Other |
|   | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

01:10

| | Description | Modified by |
|---|---|---|
| | – | Ryan @Ryanmh_X using Other |
| | – | @ using Other |
| | – | @ using Other |
| | – | ND10012025 @nd1001202588403 using Other |
| | – | @ using Other |
| | Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

ads.x.com/reporting>dashboard/

05:57

## Modified by

Ryan @Ryanmh_X using Other

@ using Other

@ using Other

AK09012025 @ak090120255278 using Other

@ using Other

www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote

ads.x.com/reporting>dashboard/



# History log

| CAMPAIGN | Updated date & time | Type | Activity | Description | Modified by |
|---|---|---|---|---|---|
| Quick promote - Lake rejects bl... | Apr 28, 2025, 7:40 PM | Status | Started creative | - | ?par ?2Ryean!uO Other |
| AD GROUPS | Apr 26, 2025, 10:43 PM | Status | Started creative | | www.SalfLogo/Ai @PreSeSalfHelp Manage |
| Untitled ∨ | Mar 3?, 2025, 1:02 AM | Status | Started creative | - | @ using Other |
| Ad group history | Mar 30, 2025, 10:27 PM | Status | Started creative | - | @ using Other |
| Untitled Ad | Feb 1, 2025, 8:23 PM | Status | Started creative | - | @ using Other |
| | Feb 1, 2025, 1:53 PM | Status | Started creative | - | @ using Other |
| | Nov 2, 2024, 8:17 PM | Status | Started creative | - | @ using Other |
| | Nov 1, 2024, 9:53 PM | Status | Started creative | - | @ using Other |
| | Oct 14, 2024, 8:58 PM | Status | Started creative | - | @ using Other |
| | Oct 10, 2024, 9:58 PM | Status | Started creative | | @ using Other |
| | Sep 29, 2024, 11:45 PM | Status | Started creative | | @ using Other |
| | Sep 29, 2024, 11:23 PM | Status | Started creative | | @ using Other |
| | Aug 26, 2024, 9:58 PM | Status | Started creative | - | @ using Other |
| | Aug 21, 2024, 10:20 PM | Status | Started creative | - | @ using Other |
| | Feb 3, 2024, 1:11 PM | Status | Started creative | - | @ using Other |
| | Jan 27, 2024, 12:37 PM | Status | Started creative | - | @ using Other |
| | Jan 25, 2024, 7:03 AM | Status | Started creative | - | @ using Other |
| | Jan 24, 2024, 8:23 PM | Status | Started creative | - | @ using Other |
| | Jan 24, 2024, 8:23 PM | Status | Started creative | - | @ using Other |
| | Jan 24, 2024, 8:23 PM | Status | Creative added | Untitled | www.SalfLogo/Ai @PreSeSalfHelp QuiokPromote |

Close

ads.x.com/reporting_dashboard/



ads.x.com/reporting>dashboard/

X Ads    Campaigns ∨    Creatives ∨    Tools ∨    Free Ad Credit                    Help?    TheProf    06:52

Q Search        ⊟ Filters    Go to Analytics            Charts on    ⊟ 3/31/25 – 4/6/25 ∨        Create Campaign

Save    Clear All

| Impressions | Speed |
|---|---|
| 11,273 | $39.78 |

| Funding sources | Campaigns | | Ad groups | Ads | Audiences |
|---|---|---|---|---|---|

Resume    Pause    Delete                    Metrics: Summary ∨    Breakdowns: None ∨    ⬆ Export ▼ ∨    ⟳

| ☐ Campaign Name | Total budget | Daily budget | Results | Results rate | Cost per result |
|---|---|---|---|---|---|
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 37 | 0.33% | $1.08 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |
| ☐ - | $0.00 | $0.00 | 0 | 0.00% | $0.00 |

1 – 21 of 21 items    ‹    1    ›

## Past exports



This export may require up to 24 hours to complete. You will be alerted when the export is ready to download.

| Report name | Created by | Created on | Expiration |
|---|---|---|---|
| - | @YoSeSelfHelp | Apr 25, 2025, 5:54 PM | - |

## Post activity



www.SelfLega... ✔ @ProSe... · Apr 25

🎌 🚨 🔴 BREAKING NEWS🔴 🚨 🎌

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ↻ | ♡ |
|---|---|---|
| 2 | 3 | 2 |

Impressions ⓘ
# 93

Engagements ⓘ
# 20

Detail expands ⓘ
# 3

New followers ⓘ
# 0

Profile visits ⓘ
# 0

Link clicks ⓘ
# 1

# Video
Metrics for the video you shared

Unique views ⓘ
# 10

Views ⓘ
# 14

Audience retention ⓘ ⊛



100%

50%

0%

00:00  00:40  01:21  02:02  02:43

## Your promotion is running

$0 of $50 spent        1 day 20 hours left

# ← Post activity



www.SelfLega... ✔ @ProSe... · Apr 25

🚨🚨🔴 BREAKING NEWS 🔴🚨🚨

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ↻ | ♡ |
|---|---|---|
| 2 | 3 | 2 |

Impressions ⓘ

## 64

Engagements ⓘ          Detail expands ⓘ

**17**                         **2**

New followers ⓘ         Profile visits ⓘ

**0**                          **0**

Link clicks ⓘ

**1**

---

# Video

Metrics for the video you shared

Unique views ⓘ          Views ⓘ

**8**                          **11**

Audience retention ⓘ ⊛



100%

50%

0%

00:00  00:40  01:21  02:02  02:43

---

## Your promotion is running

$0 of $50 spent          3 days 7 hours left

← **Post activity**



www.SelfLega... ✔ @ProSe... · Apr 25

🚨🚨🔴BREAKING NEWS🔴🚨🚨

DOUGLAS COUNTY COURTHOUSE SWAT TEAM PROTECTS NEARLY TRAGIC LOGIC BREAK IN OMAHA!...

| ♡ | ⇄ | ♡ |
|---|---|---|
| **2** | **3** | **2** |

Impressions ⓘ
# 64

Engagements ⓘ          Detail expands ⓘ
**17**                  **2**

New followers ⓘ         Profile visits ⓘ
**0**                   **0**

Link clicks ⓘ
**1**

## Video
Metrics for the video you shared

Unique views ⓘ          Views ⓘ
**8**                   **11**

Audience retention ⓘ ⊛



|        |       | 100% |
|--------|-------|------|
|        |       | 50%  |
|        |       | 0%   |

00:00  00:40  01:21  02:02  02:43

---

### Your promotion is running

$0 of $50 spent        3 days 13 hours left

# Post activity



www.SelfLega... ✔ @ProSe... · Apr 25

🎆 🎆 🔴 BREAKING NEWS 🔴 🎆 🎆

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ⇆ | ♡ |
|:---:|:---:|:---:|
| **2** | **3** | **2** |

Impressions ⓘ
# 58

Engagements ⓘ
## 17

Detail expands ⓘ
## 2

New followers ⓘ
## 0

Profile visits ⓘ
## 0

Link clicks ⓘ
## 1

---

# Video
Metrics for the video you shared

Unique views ⓘ
## 8

Views ⓘ
## 11

Audience retention ⓘ ⊛



100%

50%

0%

00:00  00:40  01:21  02:02  02:43

---

## Your promotion is running

$0 of $50 spent        4 days 0 hours left

← **Post activity**

---

 **www.SelfLegal...** ✔ @ProSeSe... · 1h

🎌🎌🔴BREAKING NEWS🔴🎌🎌

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ⟲ | ◯ |
|---|---|---|
| **3** | **3** | **1** |

**Impressions** ⓘ

# 35

**Engagements** ⓘ

# 16

**Detail expands** ⓘ

# 2

**New followers** ⓘ

# 0

**Profile visits** ⓘ

# 0

## Your promotion is running

$0 of $50 spent       4 days 23 hours left

← **Post activity**



**www.SelfLegal...** ✔ @ProSeS... · 59m

🚨🚨🔴BREAKING NEWS🔴🚨🚨

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ⇄ | ♡ |
|---|---|---|
| 3 | 3 | 1 |

Impressions ⓘ

**33**

Engagements ⓘ

**15**

Detail expands ⓘ

**2**

New followers ⓘ

**0**

Profile visits ⓘ

**0**

Link clicks ⓘ

**0**

# Video

Metrics for the video you shared

Unique views ⓘ

**6**

Views ⓘ

**9**

Audience retention ⓘ ⊛





**Boost post**

← **Post activity**



Impressions ⓘ

# 18

Engagements ⓘ          Detail expands ⓘ

# 12                     # 2

New followers ⓘ          Profile visits ⓘ

# 0                      # 0

Link clicks ⓘ

# 0

---

# Video

Metrics for the video you shared

Unique views ⓘ          Views ⓘ

# 4                      # 6

Audience retention ⓘ ⊛



---

**Boost post**

← **History** 

Individual account ⌄          All types ⌄

# April

| | |
|---|---|
| **Sell NVDA $108 Call 04/25**<br>Apr 25 | +$261.00 |
| **Sell NVDA $108 Call 04/25**<br>Apr 24 | +$54.00 |
| **Buy NVDA $108 Call 04/25**<br>Apr 23 | -$37.00 |
| **Sell NVDA $108 Call 04/25**<br>Apr 23 | +$64.00 |
| **Buy NVDA $108 Call 04/25**<br>Apr 22 | -$32.00 |

← **Post activity**



www.SelfLeg... ✔ @ProS... · Mar 30

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨

https://charterwestbank.com/75...

| ♡ | ⇄ | ◯ |
|---|---|---|
| **23** | **10** | **4** |
| **100%** | **30%** | |

Impressions ⓘ

# 21,744

**98% from promotion**

Engagements ⓘ
**741**
**100%**

Detail expands ⓘ
**214**
**96%**

**Boost again**

← **Post activity**



|  ♡ | ⇅ | ◯ |
|---|---|---|
| **23** | **10** | **4** |
| 100% | 30% | |

## Impressions ⓘ

# 21,743

98% from promotion

## Engagements ⓘ

# 741

100%

## Detail expands ⓘ

# 214

96%

## New followers ⓘ

# 0

## Profile visits ⓘ

# 310

99%

## Link clicks ⓘ

# 89

85%

**Boost again**

← **Post activity**



www.SelfLega... ✔ @ProSe... · Apr 8

🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨 ...

| ♡ | ⇄ | ♡ |
|---|---|---|
| 37 | 8 | 6 |
| 100% | 25% | 33% |

Impressions ⓘ

# 13,064

**95% from promotion**

Engagements ⓘ

## 527

**100%**

Detail expands ⓘ

## 165

**98%**

New followers ⓘ

## 0

Profile visits ⓘ

## 190

**97%**

Link clicks ⓘ

## 16

**56%**

**Promoted**

**Audience**

## Your promotion is running

$45 of $50 spent          1 day 5 hours left

# Post activity



www.SelfLeg... ✔ @ProS... · Mar 30

🔥 👊 😤 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😤 👊 🔥

https://charterwestbank.com/75...

| ♡ | ⇄ | ♡ |
|---|---|---|
| **23** | **10** | **4** |
| 100% | 30% | |

Impressions ⓘ

## 21,737

98% from promotion

Engagements ⓘ

## 741

100%

Detail expands ⓘ

## 214

96%

New followers ⓘ

## 0

Profile visits ⓘ

## 310

99%

Link clicks ⓘ

## 89

85%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊛

Female
**24.9%**

Male
**74.1%**

Other / Not specified
**1%**



**Boost again**



www.SelfLega... ✓ @ProSe... · Apr 8

🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨 ...

| ♡ | ⇄ | ♡ |
|---|---|---|
| 27 | 7 | 4 |
| 100% | 14% | 25% |

Impressions ⓘ

# 8,475

93% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **364** | **102** |
| 100% | 98% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **150** |
| | 97% |

Link clicks ⓘ

**10**

50%

Promoted

## Audience

The estimated breakdown of the people that have seen your post

### Gender ⓘ



Female
**25.2%**

Male
**73.3%**

Other / Not specified
**1.5%**

### Age

| Under 20 | 3.8% |
|---|---|
| 20-29 | 43.8% |
| 30-39 | 23.1% |
| 40-49 | 14.2% |
| Above 50 | 15.2% |

### Your promotion is running

$27 of $50 spent     3 days 0 hours left

to Brandon ⌄

And before you try to pick apart the words that you already understand, I'm using voice to text and it's windy out

Show quoted text

**Brandon Schwartz** 3:58 PM

to me ⌄

"Anyone can cheat in school. Your actual proof of that."

You're* accusing me of cheating when you can't even spell correctly half the time.

I've already answered your question. You didn't like my answer. That is a you-problem.

The fact that you think people succeed only because of cheating or corruption says a LOT about how you conduct your life. Can't get ahead in anything honestly huh?

Skill issue

Two pictures that eliminate confusion or doubt.





← **Post activity**



www.CharterWe… ✓  @Fiting… · 20h

🚨🔴 ‼️ BREAKING NEWS ‼️🔴 🚨

7:52

ATTENTION:

…

❤️ **2**     🔁 **3**     💬 **1**

Impressions ⓘ

# 4,516

99% from promotion

Engagements ⓘ          Detail expands ⓘ

# 85                        # 52

100%                        98%

## Your promotion is running

$32 of $75 spent        2 days 3 hours left

← **Post activity**



www.CharterWe... ✔ @Fiting... · 20h

🚨🔴 ‼️ BREAKING NEWS ‼️🔴

# Engagements

Total number of times a user has interacted with a post. This includes all clicks anywhere on the post (including hashtags, links, avatar, username, and post expansion), reposts, replies, follows, and likes.

**% from all promotions to date**

OK

Engagements ⓘ
## 85
**100%**

Detail expands ⓘ
## 52
**98%**

---

## Your promotion is running

$32 of $75 spent        2 days 3 hours left

← **Post activity**



 www.SelfLega... ✔ @ProSe... · Apr 8

 💥💥BREAKING NEWS!
DONALD TRUMP TO RUN FOR
3RD TERM AS "DONNA

# Engagements

Total number of times a user has
interacted with a post. This includes
all clicks anywhere on the post
(including hashtags, links, avatar,
username, and post expansion),
reposts, replies, follows, and likes.

**% from all promotions to date**

**OK**

Engagements ⓘ
## 556
**100%**

Detail expands ⓘ
## 174
**98%**

New followers ⓘ
## 0

Profile visits ⓘ
## 197
**96%**

← **Post activity**



🔘 **www.SelfLe...** ✓ @P... · Jan 24, 2024

Lake rejects billion $ bribe caught on tape - this patriot can't be bought! We need incorruptible warriors like her fighting for America First against the crooked establishment destroying our ...

| ♡ | ↻ | ♡ |
|---|---|---|
| **14** | **2** | **1** |
| 100% | 50% | 100% |

**Impressions** ⓘ

# 29,661

99% from promotion

**Engagements** ⓘ

# 266

100%

**Detail expands** ⓘ

# 106

99%

**New followers** ⓘ

# 1

100%

**Profile visits** ⓘ

# 21

95%

← **Post activity**



🔵 **www.SelfLe...** ✓ @P... · Jan 24, 2024

Lake rejects billion $ bribe caught on tape - this patriot can't be bought! We need incorruptible warriors like her fighting for America First against the crooked establishment destroying our ...

| ♡ | ⇄ | ♡ |
|---|---|---|
| **13** | **2** | **1** |
| 100% | 50% | 100% |

**Impressions** ⓘ

# 29,661

99% from promotion

**Engagements** ⓘ

# 266

100%

**Detail expands** ⓘ

# 106

99%

**New followers** ⓘ

# 1

100%

**Profile visits** ⓘ

# 21

95%

← **Post activity**



🔴----🎆----🔥🔥🔥---✅Mate♟

EPIC PRO SE LITIGANT WINS IN THE
SUPREME COURT!!!

...



♡          ⇄          ⃝
**14**        **2**          **5**
**71%**

Impressions ⓘ
# 27,045
**69% from promotion**

Engagements ⓘ
# 805
**100%**

Detail expands ⓘ
# 267
**95%**

New followers ⓘ
# 2
**100%**

Profile visits ⓘ
# 487
**99%**



← **Post activity** ✏ 👤 ⏸ ⏹

01:19

www.CharterWes... ✔ @FitingI... · 3h

7:52

🚨🔴 ‼ BREAKING NEWS ‼🔴
🚨

ATTENTION:

...

| ♡ | ↻ | ◯ |
|---|---|---|
| **2** | **3** | **0** |

**Impressions** ⓘ

# 1,111

**97% from promotion**

**Engagements** ⓘ          **Detail expands** ⓘ

# 25                        # 17

**100%**                    **94%**

## Your promotion is running

$9 of $75 spent          2 days 20 hours left

← **Post activity**



www.CharterWes... ✔ @FitingI... · 3h

🚨🔴 ‼️ BREAKING NEWS ‼️🔴

ATTENTION:

...

| ♡ | ⇄ | ♡ |
|:---:|:---:|:---:|
| **2** | **3** | **0** |

**Impressions** ⓘ

# 1,033

97% from promotion

**Engagements** ⓘ          **Detail expands** ⓘ

# 25                          # 17

100%                          94%

## Your promotion is running

$9 of $75 spent          2 days 20 hours left

# ← Post activity



95%   88%

Audience retention ⓘ ⊛

100%

Watched until 03:56
**1%**

50%

0%

00:00  01:58  03:56  05:54  07:52

---

**Promoted**

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊛



Female
**20.4%**

Male
**78.7%**

---

## Your promotion is running

$5 of $75 spent       2 days 21 hours left

# ← Post activity

95%                    88%



Audience retention ⓘ ⊛

100%

50%

0%

:54   07:52

Watched until 00:00
**100%**

Pro

# Audience

The estimated breakdown of the people that
have seen your post

## Gender ⊛



Female
**20.4%**

Male
**78.7%**

## Your promotion is running

$5 of $75 spent        2 days 21 hours left



**www.CharterWes...** ✓ @FitingI... · 1h

🔔 🔴 ‼️ BREAKING NEWS ‼️ 🔴

ATTENTION:

...

♡ 3    ⇄ 3    ♡ 0

Impressions ⓘ

# 109

79% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **8** | **2** |
| 13% | 50% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **0** |

## Video

Metrics for the video you shared

| Unique views ⓘ | Views ⓘ |
|---|---|
| **15** | **21** |
| 67% | 52% |

Audience retention ⓘ ⊕



00:00  01:58  03:56  05:54  07:52

`Promoted`

## Audience

The estimated breakdown of the people that have seen your post

### Gender ⊕

Female
**18%**

Male
**81.1%**

Other / Not specified
**0.9%**

### Age

| Under 20 | 0.9% |
|---|---|
| 20-29 | 26.2% |
| 30-39 | 30.8% |
| 40-49 | 9.3% |
| Above 50 | 32.7% |

**Your promotion is running**

$1 of $75 spent     2 days 22 hours left

← **Post**



**www.SelfLegalAid.com** ✓
@ProSeSelfHelp

Does anyone know what they are looking at here?

I can tell you, it's bad. HIGHLY ILLEGAL.



✎ Last edited 8:40 AM · 01 May 25

ılı View post activity

Most relevant replies ⌄

Post your reply

Delivered ✕    Save    Clear All

⚠ This account is ineligible to run X Ads due to a policy violation by one or more users. Any active campaigns have been paused. Please contact **X Ads Support** to resolve this issue. Learn more about **X Ads Policies**.

| Impressions | Spend |
|---|---|
| **618,050** | **$1,109.57** |



| Funding sources | Campaigns | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume    Pause    **Delete**          ✕ Show deleted    Metrics: Summary ∨    Breakdowns: None ∨    ⬇ Export ∨    ⟳

| ☐ | Ad Group name | | | Status | Objective | Impressions | Spend | Ad group total budget |
|---|---|---|---|---|---|---|---|---|
| ☐ | Untitled | ⋮ | - | • Halted | Website traffic and sales | 0 | $0.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 13,791 | $49.67 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 10,088 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 11,373 | $38.78 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 997 | $148.31 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 1,183 | $149.94 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 31,500 | $150.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 601 | $75.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 6,705 | $48.54 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 885 | $46.94 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 325 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 9,548 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 15,848 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 3,203 | $73.46 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 1,060 | $50.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 2,581 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 1,467 | $50.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 474,822 | $50.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 0 | $0.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 0 | $0.00 | $0.00 |
| ☐ | Untitled | | - | • Expired | Website traffic and sales | 29,395 | $27.92 | $0.00 |

1 - 21 of 21 items   ‹   1   ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



✕ Ads   Campaigns ∨   Creatives ∨   Tools ∨   Free Ad Credit          Help?   TheProSeSelfHelpNetwork ∨

Delivered ✕    Save    Clear All

⚠ This account is ineligible to run X Ads due to a policy violation by one or more users. Any active campaigns have been paused. Please contact **X Ads Support**
to resolve this issue. Learn more about **X Ads Policies.**

| Impressions | Spend |
|---|---|
| **618,050** | **$1,109.57** |

| Funding sources | Campaigns | | Ad groups | Ads | | Audiences |
|---|---|---|---|---|---|---|

Resume   Pause   **Delete**                    ✕ Show deleted   Metrics: Summary ∨        Breakdowns: None ∨        ⬇ Export ∨     🔗

| | Campaign Name | | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS ⋮ - DOUGLAS... | | | ● Halted | Website traffic and sales | 0 | $0.00 | Apr 25, 2025 2:49 PM |
| ☐ | Quick promote - Android - BREAKING NEWS ⋮ - DONALD... | | | ● Expired | Website traffic and sales | 13,791 | $49.67 | Apr 8, 2025 9:12 PM |
| ☐ | Quick promote - Android - SOCIAL MEDIA ⋮ - AND... | | | ● Expired | Website traffic and sales | 10,068 | $30.00 | Apr 7, 2025 9:57 AM |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... ⋮ - | | | ● Expired | Website traffic and sales | 11,373 | $38.78 | Mar 31, 2025 11:12 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | | ● Expired | Engagements | 997 | $148.51 | Mar 17, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | | ● Expired | Engagements | 1,163 | $149.94 | Mar 11, 2025 10:00 AM |
| ☐ | Quick promote - X Corp just... | ⋮ | - | ● Expired | Website traffic and sales | 31,500 | $150.00 | Mar 6, 2025 9:41 PM |
| ☐ | Quick promote - 2Election or the... | ⋮ | | ● Expired | Engagements | 901 | $75.00 | Jan 22, 2025 8:35 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ | - | ● Expired | Website traffic and sales | 6,705 | $48.34 | Oct 18, 2024 2:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | - | ● Expired | Engagements | 885 | $46.94 | Sep 25, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | | ● Expired | Engagements | 325 | $30.00 | Sep 17, 2024 7:00 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | | ● Expired | Website traffic and sales | 9,543 | $30.00 | Sep 6, 2024 11:39 PM |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | - | ● Expired | Website traffic and sales | 18,548 | $30.00 | Sep 1, 2024 9:18 PM |
| ☐ | Quick promote - ZIYrose #Litigant Level... | ⋮ | | ● Expired | Engagements | 3,200 | $73.16 | Aug 26, 2024 6:06 PM |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPublicSchool... | ⋮ | - | ● Expired | Engagements | 1,058 | $50.00 | Aug 10, 2024 10:32 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | - | ● Expired | Engagements | 2,561 | $30.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for x... | ⋮ | - | ● Expired | Engagements | 1,467 | $50.00 | Jul 28, 2024 8:37 PM |
| ☐ | Quick promote - time to fix... | ⋮ | - | ● Expired | Website traffic and sales | 474,622 | $50.00 | Jul 27, 2024 5:38 PM |
| ☐ | Quick promote - 2PNetwork family Any... | ⋮ | | ● Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:57 PM |
| ☐ | Quick promote - 2XSkipperIsBrokenAl @premium I... | ⋮ | - | ● Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:21 PM |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | - | ● Expired | Website traffic and sales | 29,385 | $27.52 | Jan 24, 2024 8:57 PM |

1 - 21 of 21 items   < 1 >

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be
delayed by up to 2 hours.



| Ad Group name | | | Status | Objective | Impressions | Spend |
|---|---|---|---|---|---|---|
| Untitled | ⋮ | – | • Halted | Website traffic and sales | 0 | $0.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 13,791 | $49.87 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 10,088 | $30.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 11,273 | $39.78 |
| Untitled | ⋮ | – | • Expired | Engagements | 997 | $148.31 |
| Untitled | ⋮ | – | • Expired | Engagements | 1,183 | $149.94 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 31,500 | $150.00 |
| Untitled | ⋮ | – | • Expired | Engagements | 601 | $75.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 6,705 | $48.34 |
| Untitled | ⋮ | – | • Expired | Engagements | 885 | $46.94 |
| Untitled | ⋮ | – | • Expired | Engagements | 325 | $30.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 9,549 | $30.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 18,848 | $30.00 |
| Untitled | ⋮ | – | • Expired | Engagements | 3,203 | $73.46 |
| Untitled | ⋮ | – | • Expired | Engagements | 1,059 | $50.00 |
| Untitled | ⋮ | – | • Expired | Engagements | 2,561 | $30.00 |
| Untitled | ⋮ | – | • Expired | Engagements | 1,467 | $50.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 474,822 | $50.00 |
| Untitled | ⋮ | – | • Expired | Engagements | 0 | $0.00 |
| Untitled | ⋮ | – | • Expired | Engagements | 0 | $0.00 |
| Untitled | ⋮ | – | • Expired | Website traffic and sales | 29,393 | $27.92 |

1 - 21 of 21 items

he data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your



**Ads** | Campaigns ˅ | Creatives ˅ | Tools ˅ | Free Ad Credit    Help ˅ | TheProSeSel | HelpNetwork ˅

| Q Search | ⇌ Filters | **Go to Analytics** | | 🟢 Charts on | 📅 6/12/23 – 4/28/25 ˅ | **Create Campaign** |

Delivered ✕ | Save | Clear All

⚠ This account is ineligible to run X Ads due to a policy violation by one or more users. Any active campaigns have been paused. Please contact **X Ads Support** to resolve this issue. Learn more about **X Ads Policies.**

| Impressions | Speed |
|---|---|
| **618,050** | **$1,109.57** |



Chart with y-axis values: 500,000 / 400,000 / 300,000 / 200,000 / 100,000
x-axis: Jun 30, 2023 | Sep 30, 2023 | Dec 31, 2023 | Mar 31, 2024 | Jun 30, 2024 | Sep 30, 2024 | Dec 31, 2024

| Funding sources | Campaigns | **Ad groups** | Ads | Audiences |
|---|---|---|---|---|

Resume | Pause | **Delete**     ✕ Show deleted | Metrics: Summary ˅ | Breakdowns: None ˅ | ⬇ Export ˅ | ⚙

| ☐ | Ad Group name | | | Status | Objective | Impressions | Speed | Ad group total budget |
|---|---|---|---|---|---|---|---|---|
| ☐ | Untitled | ⋮ | - | • Halted | Website traffic and sales | 0 | $0.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 13,701 | $49.57 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 10,068 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 11,273 | $30.76 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 997 | $148.31 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 1,383 | $149.94 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 31,900 | $190.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 601 | $75.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 6,705 | $68.34 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 885 | $46.94 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 325 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 9,540 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 18,648 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 3,203 | $73.45 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 1,058 | $50.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 2,561 | $30.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 1,467 | $50.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 474,822 | $50.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 0 | $0.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Engagements | 0 | $0.00 | $0.00 |
| ☐ | Untitled | ⋮ | - | • Expired | Website traffic and sales | 20,393 | $2.92 | $0.00 |

1 – 21 of 21 items   ‹ 1 ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



X | Ads    Campaigns ∨    Creatives ∨    Tools ∨    Free Ad Credit                    Help? TheProSeSol HelpNetwork ∨

Delivered ✕        Save        Clear All

⚠ This account is ineligible to run X Ads due to a policy violation by one or more users. Any active campaigns have been paused. Please contact **X Ads Support** to resolve this issue. Learn more about **X Ads Policies.**

| Impressions | Speed |
|---|---|
| **618,050** | **$1,109.57** |

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume    Pause    **Delete**                    ✕ Show deleted    Metrics: Summary ∨    Breakdowns: None ∨    ⤓ Export ∨    ⚙

| | Campaign Name | | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS DOUGLAS... | ⋮ | - | • Halted | Website traffic and sales | 0 | $0.00 | Apr 20, 2025 9:48 PM |
| ☐ | Quick promote - Android - BREAKING NEWS DONALD... | ⋮ | - | • Expired | Website traffic and sales | 12,791 | $40.87 | Apr 8, 2025 9:10 PM |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | - | • Expired | Website traffic and sales | 10,066 | $30.00 | Apr 7, 2025 6:57 AM |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | - | • Expired | Website traffic and sales | 11,273 | $39.78 | Mar 31, 2025 11:13 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | - | • Expired | engagements | 997 | $148.31 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | - | • Expired | Engagements | 1,183 | $149.54 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp Just... | ⋮ | - | • Expired | Website traffic and sales | 31,900 | $190.00 | Mar 8, 2025 9:48 PM |
| ☐ | Quick promote - #Section or the... | ⋮ | - | • Expired | Engagements | 601 | $75.00 | Jan 22, 2025 8:39 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ | - | • Expired | Website traffic and sales | 6,705 | $48.34 | Oct 18, 2024 7:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | - | • Expired | engagements | 886 | $46.04 | Sep 23, 2024 8:10 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | - | • Expired | Engagements | 325 | $30.00 | Sep 17, 2024 7:02 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | - | • Expired | Website traffic and sales | 9,548 | $30.00 | Sep 8, 2024 11:29 PM |
| ☐ | Quick promote - Mate EPIC PRO... | ⋮ | - | • Expired | Website traffic and sales | 13,948 | $30.00 | Sep 1, 2024 5:16 PM |
| ☐ | Quick promote - #Prose At Litigant Level... | ⋮ | - | • Expired | Engagements | 3,303 | $75.46 | Aug 26, 2024 6:06 PM |
| ☐ | Quick promote - SHOCKING VIDEO #OmahaPubSchool... | ⋮ | - | • Expired | engagements | 1,369 | $60.00 | Aug 10, 2024 10:38 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | - | • Expired | Engagements | 2,981 | $30.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for a... | ⋮ | - | • Expired | engagements | 1,487 | $60.00 | Jul 28, 2024 8:17 PM |
| ☐ | Quick promote - Time to fix... | ⋮ | - | • Expired | Website traffic and sales | 494,822 | $50.00 | Jul 24, 2024 9:28 PM |
| ☐ | Quick promote - ZVNetwork family Any... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:27 PM |
| ☐ | Quick promote - #XSupport'sBrokenAI @premium I... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:31 PM |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | - | • Expired | Website traffic and sales | 20,393 | $2.02 | Jan 14, 2024 8:03 PM |

1 - 21 of 21 items    ‹   1   ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

12:49

| me | Type | Activity | Description | Modified by |
|---|---|---|---|---|
| PM | Status | Started creative | - | Ryan @Ryanmh_) Other |
| AM | Status | Started creative | - | @ using Other |
| AM | Status | Started creative | - | @ using Other |
| AM | Status | Started creative | - | @ using Other |
| 27 PM | Status | Started creative | - | @ using Other |
| PM | Status | Started creative | - | @ using Other |
| 9 PM | Status | Started creative | - | @ using Other |
| AM | Status | Started creative | - | Mighty Mouf @AntSocializer u |
| PM | Status | Started creative | - | @ using Other |
| PM | Status | Started creative | - | @ using Other |
| PM | Status | Started creative | - | @ using Other |
| ' PM | Status | Started creative | - | Sushant Arora @ using Other |
| ' AM | Status | Started creative | - | @ using Other |
| PM | Status | Started creative | - | @ using Other |
| PM | Status | Started creative | - | @ using Other |
| 3 PM | Status | Started creative | - | @ using Other |
| 3 PM | Status | Started creative | - | @ using Other |
| 8 PM | Status | Started creative | - | @ using Other |
| 9 PM | Status | Started creative | - | @ using Other |
| : PM | Status | Started creative | - | @ using Other |
| : PM | Status | Creative added | Untitled | www.SelfLegalAi @ProSeSelfHelp Quick Promote |



@ using Other

12:13
@ using Other

Sushant Arora @suar0626
using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

@ using Other

MDN08172021
@mdn08172021 using
Other

@ using Other

www.SelfLegalAid.com
@ProSeSelfHelp using
Quick Promote

# History log

| CAMPAIGN | Updated date & time | Type | Activity | Description | Modified by |
|---|---|---|---|---|---|
| Quick promote - BREAKING NE... | Apr 28, 2025, 9:11 PM | Status | 08:11 eative | - | Ryan Gibramah ) Other |
| **AD GROUPS** | Apr 14, 2025, 7:12 AM | Status | Started creative | - | @ using Other |
| Untitled ⌄ | Apr 14, 2025, 7:11 AM | Status | Started creative | - | @ using Other |
| Ad group history | Mar 31, 2025, 1:03 AM | Status | Started creative | - | @ using Other |
| **Untitled Ad** | Mar 30, 2025, 10:07 PM | Status | Started creative | - | @ using Other |
| | Mar 10, 2025, 6:11 PM | Status | Started creative | - | @ using Other |
| | Mar 10, 2025, 6:09 PM | Status | Started creative | - | @ using Other |
| | Mar 7, 2025, 10:31 AM | Status | Started creative | - | Mighty Mouf @AntiSocialiver @ |
| | Mar 6, 2025, 6:58 PM | Status | Started creative | - | @ using Other |
| | Feb 1, 2025, 8:26 PM | Status | Started creative | - | @ using Other |
| | Feb 1, 2025, 12:53 PM | Status | Started creative | - | @ using Other |
| | Jan 23, 2025, 8:57 PM | Status | Started creative | - | Sushant Arora @ using Other |
| | Jan 23, 2025, 4:07 AM | Status | Started creative | - | @ using Other |
| | Nov 2, 2024, 8:17 PM | Status | Started creative | - | @ using Other |
| | Nov 1, 2024, 9:53 PM | Status | Started creative | - | @ using Other |
| | Oct 14, 2024, 8:59 PM | Status | Started creative | - | @ using Other |
| | Oct 10, 2024, 8:39 PM | Status | Started creative | - | @ using Other |
| | Sep 29, 2024, 9:48 PM | Status | Started creative | - | @ using Other |
| | Sep 29, 2024, 9:29 PM | Status | Started creative | - | @ using Other |
| | Aug 26, 2024, 2:58 PM | Status | Started creative | - | @ using Other |
| | Aug 21, 2024, 10:30 PM | Status | Started creative | - | @ using Other |
| | Aug 3, 2024, 11:48 AM | Status | Started creative | - | RA07253022 @RA07253022 u |
| | Aug 3, 2024, 11:37 AM | Status | Started creative | - | @ using Other |
| | Aug 3, 2024, 11:37 AM | Status | Creative added | Untitled | www.SelfLegalA: @ProSeSelfHelp QuickPromote |



| Updated date & time | Type | | Description | Modified by |
|---|---|---|---|---|
| Apr 28, 2025, 7:41 PM | Status | Started creative | - | Ryan @Ryanmh_) Other |
| Apr 14, 2025, 7:12 AM | Status | Started creative | - | @ using Other |
| Apr 14, 2025, 7:11 AM | Status | Started creative | - | @ using Other |
| Mar 31, 2025, 1:02 AM | Status | Started creative | - | @ using Other |
| Mar 30, 2025, 10:27 PM | Status | Started creative | - | @ using Other |
| Mar 10, 2025, 6:11 PM | Status | Started creative | - | @ using Other |
| Mar 10, 2025, 6:09 PM | Status | Started creative | - | @ using Other |
| Mar 7, 2025, 10:31 AM | Status | Started creative | - | Mighty Mouf @AntSocializer u |
| Mar 6, 2025, 8:58 PM | Status | Started creative | - | @ using Other |
| Feb 1, 2025, 8:26 PM | Status | Started creative | - | @ using Other |
| Feb 1, 2025, 12:53 PM | Status | Started creative | - | @ using Other |
| Jan 23, 2025, 8:57 PM | Status | Started creative | - | Sushant Arora @ using Other |
| Jan 23, 2025, 4:57 AM | Status | Started creative | - | @ using Other |
| Nov 2, 2024, 8:17 PM | Status | Started creative | - | @ using Other |
| Nov 1, 2024, 9:53 PM | Status | Started creative | - | @ using Other |
| Oct 14, 2024, 8:59 PM | Status | Started creative | - | @ using Other |
| Oct 10, 2024, 9:39 PM | Status | Started creative | - | @ using Other |
| Sep 29, 2024, 9:48 PM | Status | Started creative | - | @ using Other |
| Sep 29, 2024, 9:29 PM | Status | Started creative | - | @ using Other |
| Aug 26, 2024, 2:58 PM | Status | Started creative | - | @ using Other |
| Aug 21, 2024, 10:20 PM | Status | Started creative | - | @ using Other |
| Jul 29, 2024, 5:41 PM | Status | Started creative | - | Mohammed Shai Salmani @Mohammed42 using Other |
| Jul 29, 2024, 5:40 PM | Status | Started creative | - | @ using Other |
| Jul 29, 2024, 4:29 PM | Status | Started creative | - | Prateek Sachdev @ps122721 using |
| Jul 29, 2024, 4:28 PM | Status | Started creative | - | @ using Other |
| Jul 27, 2024, 5:28 PM | Status | Started creative | - | @ using Other |
| Jul 27, 2024, 5:28 PM | Status | Creative added | Untitled | www.SelfLegalAl @ProSeSelfHelp Quick Promote |

ads.x.com/reporting>dashboard/   

01:13 ×

## History log

| CAMPAIGN | Updated date & time | Type | Activity | Description | Modified by |
|---|---|---|---|---|---|
| Quick promote - #Section or th... | Apr 28, 2025, 7:41 PM | Status | Started creative | - | Ryan Brtyannh Xu Other |
| **AD GROUPS** | Apr 14, 2025, 7:12 AM | Status | Started creative | - | @-using Other |
| Untitled ⌄ | Apr 14, 2025, 7:11 AM | Status | Started creative | - | @-using Other |
| Ad group history | Mar 31, 2025, 1:02 AM | Status | Started creative | - | @-using Other |
| **Untitled Ad** | Mar 30, 2025, 10:27 PM | Status | Started creative | - | @-using Other |
| | Mar 10, 2025, 6:11 PM | Status | Started creative | - | @-using Other |
| | Mar 10, 2025, 6:09 PM | Status | Started creative | - | @-using Other |
| | Mar 7, 2025, 10:31 AM | Status | Started creative | - | Mighty Mouf @AntSocializer.usir |
| | Mar 6, 2025, 6:58 PM | Status | Started creative | - | @-using Other |
| | Feb 1, 2025, 8:36 PM | Status | Started creative | - | @-using Other |
| | Feb 1, 2025, 12:53 PM | Status | Started creative | - | @-using Other |
| | Jan 23, 2025, 8:57 PM | Status | Started creative | - | Sumani Avani @su using Other |
| | Jan 23, 2025, 4:57 AM | Status | Started creative | - | @-using Other |
| | Jan 23, 2025, 4:57 AM | Status | Started creative | - | @-using Other |
| | Jan 22, 2025, 8:35 PM | Status | Creative added | Untitled | www.SelfLegalAid.c @PreSafeHelp.ss Quick Promote |

Close

      

    

ads.x.com/reporting_dashboard/  



The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

     

    

ads.x.com/reporting>dashboard/  



𝕏 Ads    Campaigns ∨    Creatives ∨    Tools ∨    Free Ad Credit    Help? TheProSe 10:55

| Funding sources | Campaigns | Ad groups | Ads | Audiences |

Resume    Pause    **Delete**    Metrics: Summary ∨    Breakdowns: None ∨    ± Export 1 ∨

☐ Ad preview                                        d type        Status            Objective

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Apr 25                ost    · Halted        Website traffic and
🧑‍⚖️🧑‍⚖️ BREAKING NEWS 🧑‍⚖️🧑‍⚖️                                            ☐ Appeal        sales
DOUGLAS COUNTY COURTHOUSE SWAT TEAM PROTECTS NEARLY
TRAGIC LOGIC BREAK IN OMAHA!

You're causing a disturbance!
[proceeds to put on gloves]

🔴 WARNING DON'T SAY I DIDN'T WARN YOU.

Full story in link.
charterwestbank.com/breaking-swat-... pic.x.com/3dm3l4zEFYg

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Apr 8                ost    · Halted        Website traffic and
🧑‍⚖️🧑‍⚖️ BREAKING NEWS DONALD TRUMP TO RUN FOR 3RD TERM AS            ☐ Appeal        sales
DONNA TRUMP SHATTERING THE GENDER CEILING!! 🧑‍⚖️🧑‍⚖️
charterwestbank.com/breaking-news-...pic.x.com/eig32h54k/

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Mar 30              ost    · Halted        Website traffic and
🧑‍⚖️🧑‍⚖️ SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM            ☐ Appeal        sales
ON TRIAL IN TEXAS! 🧑‍⚖️🧑‍⚖️🧑‍⚖️
charterwestbank.com/7SZ-Z/#pic.x.com/RPtts8gG7Y

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Mar 30              ost    · Halted        Website traffic and
🧑‍⚖️🧑‍⚖️ SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM            ☐ Appeal        sales
ON TRIAL IN TEXAS! 🧑‍⚖️🧑‍⚖️🧑‍⚖️
charterwestbank.com/7SZ-Z/#pic.x.com/RPtts8gG7Y

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Mar 12              ost    · Halted        Engagements
⚫🧑‍⚖️ X-CORP CHARGES PREMIUM FEES TO HIDE YOUR PROMOTED          ☐ Appeal
POSTS! 🧑‍⚖️🧑‍⚖️

TWITTER (X) NOW CLAIMS SECTION 230 GRANTS THEM 'DIVINE
PROCEDURAL IMMUNITY'—allowing them to take your money while
suppressing your content!

Citing TOS: "We May Steal From You."

youtu.be/leKgDxCunfo

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Mar 11              ost    · Halted        Engagements
X CORP'S ATTORNEYS DISCOVER ANCIENT LEGAL SCROLLS                ☐ Appeal
GRANTING IMMUNITY FROM ALL LAWS"

Briefs in connected posts:

charterwestbank.com/2025/03/clustra...

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Mar 5              ost    · Halted        Website traffic and
🧑‍⚖️ X Corp just self destructed 🧑‍⚖️                                    ☐ Appeal        sales

They claim Section 230 makes them an ISP (🧑‍⚖️),
AND the First Amendment protects their editorial decisions.

So which is it? A platform or a publisher 🧑‍⚖️?

They can't have both. 🧑‍⚖️
charterwestbank.com/wp-content/upl...

XSection230 #Twitter #XCorp #FreeSpeech

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Jan 21             ost    · Halted        Engagements
XSection230 or the entire US legal system goes down with this brief.      ☐ Appeal

Mark my words.
pacermonitor.com/public/case/58...

Here's a free copy.

charterwestbank.com/wp-content/upl...

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Oct 18             ost    · Halted        Website traffic and
Thanks to my less SPONSOR!!                                        ☐ Appeal        sales

youtu.be/xuLsGzeeP-NC

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Sep 25            ost    · Halted        Engagements
🧑‍⚖️ SECTION 293 ATTACKED 🧑‍⚖️                                          ☐ Appeal

This lawsuit is going to change the face of Social media and strip away
the protections they use against the people!

youtu.be/NrQUGJiONr4

☐ www.SelfLegalAid.com ✔ @ProSeSelfHelp · Sep 17            ost    · Halted        Engagements
🧑‍⚖️🧑‍⚖️ The absolute DESTRUCTION of a school board in Omaha, NE 🧑‍⚖️     ☐ Appeal
🧑‍⚖️🧑‍⚖️

#DontLieToParents

youtu.be/ zoXX30si_6A

#Accidentally #FBIisCORRUPT #Epstorexd #Pull/Daddy #schoolfights

 ∧                     +

                ⋮





| | ost | – | • Halted | Engagements |
| | | | ☐ Appeal | |
| | ost | – | • Halted | Engagements |
| | | | ☐ Appeal | |
| | ost | – | • Halted | Website traffic and sales |
| | | | ☐ Appeal | |
| | ost | – | • Halted | Engagements |
| | | | ☐ Appeal | |
| | ost | – | • Halted | Engagements |
| | | | ☐ Appeal | |
| | ost | – | • Halted | Website traffic and sales |
| | | | ☐ Appeal declined | |

1 - 21 of 21 items    ‹  1  ›

official for billing purposes. While the data status is current, your other data may be
by up to 2 hours.

✕

| | Description | Modified by |
|---|---|---|
| | - | Ryan @Ryanmh_X using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | Mighty Mouf @AntSocializer using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | Sushant Arora @suar0626 using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | - | @ using Other |
| | Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |

01:44

| | Description | Modified by |
|---|---|---|
| reative | – | Ryan @Ryanmh_X using Other |
| reative | – | @ using Other |
| reative | – | @ using Other |
| reative | – | ND10012025 @nd1001202588403 using Other |
| reative | – | @ using Other |
| added | Untitled | www.SelfLegalAid.com @ProSeSelfHelp using Quick Promote |





ads.x.com/reporting/dashboard/

| X Ads | Campaigns ⌄ | Creatives ⌄ | Tools ⌄ | Free Ad Credit | Help? | ThePro... 06:56 |

| Q Search | ☰ Filters | Go to Analytics | | ⬤ Charts on | 🗓 3/31/25 – 4/6/25 ⌄ | Create Campaign |

Save　Clear All

| Impressions | Speed |
| 11,273 | $39.78 |

| | | | | | |
| 7,000 | | | | | |
| 5,000 | | | | | |
| 5,000 | | | | | |
| 4,000 | | | | | |
| 3,000 | | | | | |
| 2,000 | | | | | |
| 1,000 | | | | | |
| | Mar 31, 2025 | Apr 1, 2025 | Apr 2, 2025 | Apr 3, 2025 | Apr 4, 2025 | Apr 5, 2025 |

| Funding sources | Campaigns | Ad groups | Ads | Audiences |

Resume　Pause　Delete

Metrics: Summary ⌄　Breakdowns: None ⌄　⬇ Export ▼ ⌄　⟳

| ☐ Campaign Name | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
|---|---|---|---|---|---|
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.33% | $1.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ · | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |

1 – 21 of 21 items　⟨　1　⟩

ads.x.com/reporting>dashboard/

| X Ads | Campaigns ⌄ | Creatives ⌄ | Tools ⌄ | Free Ad Credit | | Help? | ThePro... | 06:44 | ⌄ |

Q Search | ⚌ Filters | Go to Analytics | ● Charts on | ⊞ 3/31/25 – 4/6/25 ⌄ | Create Campaign

Save | Clear All

| Impressions | Speed |
|---|---|
| 11,273 | $39.78 |

```
7,000
6,000
5,000
4,000
3,000
2,000
1,000
        Mar 31, 2025   Apr 1, 2025   Apr 2, 2025   Apr 3, 2025   Apr 4, 2025   Apr 5, 2025
```

| Funding sources | Campaigns | Ad groups | Ads | Audiences |

Resume | Pause | Delete | | | Metrics: Summary ⌄ | Breakdowns: None ⌄ | ⌄ Export ⬙ ⌄ | ⟳

| ☐ | Campaign Name | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|
| ☐ | - | - | • Halted  ☰ Appeal | Website traffic and sales | 0 | $0.00 | - |
| {} | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Website traffic and sales | 11,273 | $39.78 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| {} | - | - | • Expired | Engagements | 0 | $0.00 | - |
| {} | - | - | • Expired | Engagements | 0 | $0.00 | - |
| {} | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Expired | Website traffic and sales | 0 | $0.00 | - |
| ☐ | - | - | • Halted  ☰ Appeal | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Halted  ☰ Appeal | Engagements | 0 | $0.00 | - |
| ☐ | - | - | • Halted  ☰ Appeal | Website traffic and sales | 0 | $0.00 | - |

1 – 21 of 21 items  ‹  1  ›

X Ads | Campaigns ∨ Creatives ∨ Tools ∨ Free Ad Credit

Q Search     ≡ Filters     **Go to Analytics**    ❯    ✎    ⬤ ▶ Creation   ⬚ Lifetime   **Create Campaign**

Delivered ✕    Save    Clear All

**06:29**

| Impressions | Spend |
|---|---|
| **618,050** | **$1,109.57** |



| | Jun 30, 2023 | Sep 30, 2023 | Dec 31, 2023 | Mar 31, 2024 | Jun 30, 2024 | Sep 30, 2024 | Dec 31, 2024 |

Y-axis: 500,000 / 400,000 / 300,000 / 200,000 / 100,000

| Funding sources | Campaigns | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume   Pause   **Delete**     ✕ Show deleted   Metrics: Summary ∨   Breakdowns: None ∨   ⬆ Export ∨   ⟳

| | Campaign Name | | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS DOUGLAS... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - Android - BREAKING NEWS DONALD... | ⋮ | 0.07% Link click rate | $5.54 Cost per link click | $0.13 | 0.00% | 97.00% |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | 0.30% Link click rate | $0.77 Cost per link click | $0.00 | 0.00% | 99.99% |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | 0.33% Link click rate | $1.08 Cost per link click | $89.22 | 0.00% | 31.82% |
| ☐ | Quick promote - X CORP' CHARGES... | ⋮ | 19.99% Engagement rate | $0.03 Cost per engagement | $1.60 | 0.00% | 98.88% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | 18.74% Engagement rate | $0.76 Cost per engagement | $0.04 | 0.00% | 99.98% |
| ☐ | Quick promote - X Corp Just... | ⋮ | 0.08% Link click rate | $0.80 Cost per link click | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - #Section or the... | ⋮ | 13.64% Engagement rate | $0.91 Cost per engagement | $0.00 | 0.00% | 96.28% |
| ☐ | Quick promote - Thanks to my... | ⋮ | 0.13% Link click rate | $5.37 Cost per link click | $1.66 | 0.00% | 73.55% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | 17.51% Engagement rate | $0.30 Cost per engagement | $3.06 | 0.00% | 93.58% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | 10.77% Engagement rate | $0.86 Cost per engagement | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | 0.14% Link click rate | $2.31 Cost per link click | $0.00 | 0.00% | 66.57% |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | 0.16% Link click rate | $1.00 Cost per link click | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - #Prose At Highest Level... | ⋮ | 5.74% Engagement rate | $0.40 Cost per engagement | $1.54 | 0.00% | 97.95% |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | 29.49% Engagement rate | $0.16 Cost per engagement | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | 12.69% Engagement rate | $0.00 Cost per engagement | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - Calling for a... | ⋮ | 19.68% Engagement rate | $0.15 Cost per engagement | $0.00 | 0.00% | 94.06% |
| ☐ | Quick promote - Time to fix... | ⋮ | 0.22% Link click rate | $0.05 Cost per link click | $0.00 | 0.00% | 99.97% |
| ☐ | Quick promote - #PRNetwork family Any... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - #XSupport's Broken AI @pronium 1... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | 0.36% Link click rate | $0.26 Cost per link click | $97.08 | 0.00% | 22.34% |

1 - 21 of 21 items   ❮   1   ❯

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

**X** Ads | Campaigns ∨ | Creatives ∨ | Tools ∨ | Free Ad Credit

Q Search | ≡ Filters | Go to Analytics | ❯ | ✎ | ● ⚙ ion | ⏱ Lifetime | Create Campaign

Delivered ✕ | Save | Clear All

**06:25**

| Impressions | | Spend |
|---|---|---|
| **618,050** | | **$1,109.57** |

500,000
400,000
300,000
200,000
100,000

Jun 30, 2023 | Sep 30, 2023 | Dec 31, 2023 | Mar 31, 2024 | Jun 30, 2024 | Sep 30, 2024 | Dec 31, 2024

| Funding sources | Campaigns | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume | Pause | **Delete** ✕ Show deleted | Metrics: Summary ∨ | Breakdowns: None ∨ | ⬇ Export ∨ | ⟳

| ☐ | Campaign Name | | Campaign end | Total budget | Daily budget | Results | Results rate |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS DOUGLAS... | ⋮ | Apr 30, 2025 2:46 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - Android - BREAKING NEWS DONALD... | ⋮ | Apr 13, 2025 8:12 PM | $50.00 | $10.00 | 2 | 0.00% |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | Apr 10, 2025 6:57 AM | $30.00 | $10.00 | 39 | 0.33% |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | Apr 9, 2025 11:12 AM | $125.00 | $25.00 | 37 | 0.33% |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | Mar 15, 2025 2:07 PM | $150.00 | $50.00 | 159 | 15.99% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | Mar 14, 2025 10:02 AM | $150.00 | $50.00 | 196 | 16.74% |
| ☐ | Quick promote - X Corp Just... | ⋮ | Mar 9, 2025 10:46 PM | $150.00 | $50.00 | 19 | 0.06% |
| ☐ | Quick promote - #Section or the... | ⋮ | Jan 25, 2025 5:35 PM | $75.00 | $25.00 | 82 | 13.64% |
| ☐ | Quick promote - Thanks to my... | ⋮ | Oct 20, 2024 7:00 PM | $50.00 | $25.00 | 2 | 0.13% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | Sep 30, 2024 5:40 AM | $50.00 | $10.00 | 156 | 10.91% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | Sep 20, 2024 7:02 PM | $30.00 | $10.00 | 35 | 10.77% |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | Sep 11, 2024 11:28 PM | $30.00 | $10.00 | 15 | 0.14% |
| ☐ | Quick promote - Nate EPIC PRO... | ⋮ | Sep 4, 2024 5:18 PM | $30.00 | $10.00 | 20 | 0.59% |
| ☐ | Quick promote - #Prose At ttigant Level... | ⋮ | Aug 29, 2024 8:05 PM | $75.00 | $25.00 | 184 | 5.74% |
| ☐ | Quick promote - SHOCKING VIDEO #OmahaPubSchool... | ⋮ | Aug 15, 2024 10:58 AM | $50.00 | $10.00 | 312 | 29.46% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | Aug 6, 2024 11:57 AM | $30.00 | $10.00 | 330 | 12.97% |
| ☐ | Quick promote - Calling for a... | ⋮ | Aug 2, 2024 6:17 PM | $50.00 | $10.00 | 274 | 18.68% |
| ☐ | Quick promote - Time to fix... | ⋮ | Aug 1, 2024 5:28 PM | $50.00 | $10.00 | 1,091 | 0.22% |
| ☐ | Quick promote - #PNetwork family Any... | ⋮ | Jan 28, 2024 2:27 PM | $10.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - #XSupportsBrokenAl @premium 1... | ⋮ | Feb 1, 2024 1:21 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | Jan 29, 2024 8:25 PM | $125.00 | $25.00 | 109 | 0.36% |

1 – 21 of 21 items ❬ 1 ❭

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

Ads    Campaigns ∨    Creatives ∨    Tools ∨    Free Ad Credit

Q Search          ⇌ Filters    Go to Analytics    ⟩    ✎           Create Campaign

Delivered ✕    Save    Clear All

06:14

| Impressions | Spend |
|---|---|
| **618,050** | **$1,109.57** |

500,000
400,000
300,000
200,000
100,000

Jun 30, 2023     Sep 30, 2023     Dec 31, 2023     Mar 31, 2024     Jun 30, 2024     Sep 30, 2024     Dec 31, 2024

| Funding sources | Campaigns | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume    Pause    **Delete**          ✕ Show deleted    Metrics: Summary ∨    Breakdowns: None ∨    ⬇ Export ∨    ⟳

| | Campaign Name | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - BREAKING NEWS DOUGLAS... | ⋮ 🟢 | • Running | Website traffic and sales | 0 | $0.00 | Apr 29, 2025 2:48 PM |
| ☐ | Quick promote - Android - BREAKING NEWS DONALD... | ⋮ | • Expired | Website traffic and sales | 13,701 | $49.87 | Apr 9, 2025 9:12 PM |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | • Expired | Website traffic and sales | 10,088 | $30.00 | Apr 7, 2025 6:57 AM |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | • Expired | Website traffic and sales | 11,273 | $30.48 | Mar 31, 2025 11:10 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | • Expired | Engagements | 997 | $148.31 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | • Expired | Engagements | 1,183 | $149.94 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp Just... | ⋮ | • Expired | Website traffic and sales | 31,900 | $190.00 | Mar 6, 2025 9:48 PM |
| ☐ | Quick promote - #Section or the... | ⋮ | • Expired | Engagements | 601 | $75.00 | Jan 23, 2025 8:39 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ | • Expired | Website traffic and sales | 6,705 | $68.34 | Oct 18, 2024 7:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | • Expired | Engagements | 885 | $46.94 | Sep 23, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | • Expired | Engagements | 325 | $30.00 | Sep 17, 2024 7:02 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | • Expired | Website traffic and sales | 9,548 | $30.00 | Sep 6, 2024 11:29 PM |
| ☐ | Quick promote - Nate EPIC PRO... | ⋮ | • Expired | Website traffic and sales | 15,648 | $30.00 | Sep 1, 2024 5:16 PM |
| ☐ | Quick promote - #Pro se #Litigant Level... | ⋮ | • Expired | Engagements | 3,206 | $75.46 | Aug 26, 2024 6:08 PM |
| ☐ | Quick promote - SHOCKING VIDEO #OmahaPubSchool... | ⋮ | • Expired | Engagements | 1,059 | $50.00 | Aug 16, 2024 10:38 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | • Expired | Engagements | 2,561 | $30.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for a... | ⋮ | • Expired | Engagements | 1,467 | $50.00 | Jul 28, 2024 8:17 PM |
| ☐ | Quick promote - Time to fix... | ⋮ | • Expired | Website traffic and sales | 444,822 | $50.00 | Jul 26, 2024 9:28 PM |
| ☐ | Quick promote - #PANetwork family Any... | ⋮ | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:27 PM |
| ☐ | Quick promote - #XSupportsBrokenAI @pronium 1... | ⋮ | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:21 PM |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | • Expired | Website traffic and sales | 20,393 | $2.62 | Jan 24, 2024 8:31 PM |

1 – 21 of 21 items    ‹  1  ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

← Post activity



www.SelfLega... ✔ @ProSe... · Apr 25

🚨 🚨 🔴 BREAKING NEWS 🔴 🚨 🚨

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ | ⇄ | ♡ |
|---|---|---|
| **2** | **3** | **2** |

Impressions ⓘ
# 88

Engagements ⓘ                Detail expands ⓘ
**18**                            **3**

New followers ⓘ                Profile visits ⓘ
**0**                            **0**

Link clicks ⓘ
**1**

# Video
Metrics for the video you shared

Unique views ⓘ                Views ⓘ
**9**                            **12**



Audience retention ⓘ ⊛

100%

50%

0%

00:00  00:40  01:21  02:02  02:43

**Your promotion is running**

$0 of $50 spent        2 days 8 hours left



← **Post activity**

0                          0

Link clicks ⓘ

# 1

# Video

Metrics for the video you shared

Unique views ⓘ              Views ⓘ

# 8                          # 11

Audience retention ⓘ ⊗



# Your promotion is running

$0 of $50 spent          2 days 17 hours left

← **Post activity**



www.SelfLega... ✔ @ProSe... · Apr 25

🎌🎌🔴 BREAKING NEWS 🔴🎌🎌

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

♡ 2      ⇄ 3      ♡ 2

**Impressions** ⓘ
# 77

**Engagements** ⓘ          **Detail expands** ⓘ
## 17                        ## 2

**New followers** ⓘ         **Profile visits** ⓘ
## 0                         ## 0

**Link clicks** ⓘ
## 1

# Video
Metrics for the video you shared

**Unique views** ⓘ          **Views** ⓘ
## 8                         ## 11

## Your promotion is running

$0 of $50 spent          2 days 21 hours left

← **Post activity**



www.SelfLega... ✔ @ProSe... · Apr 25

🚨 🚨 🔴 BREAKING NEWS 🔴 🚨 🚨

DOUGLAS COUNTY COURTHOUSE
SWAT TEAM PROTECTS NEARLY TRAGIC
LOGIC BREAK IN OMAHA!...

| ♡ 2 | ⇄ 3 | ♡ 2 |
|---|---|---|

**Impressions** ⓘ
## 74

**Engagements** ⓘ
## 17

**Detail expands** ⓘ
## 2

**New followers** ⓘ
## 0

**Profile visits** ⓘ
## 0

**Link clicks** ⓘ
## 1

# Video
Metrics for the video you shared

**Unique views** ⓘ
## 8

**Views** ⓘ
## 11

**Audience retention** ⓘ ⊛



100%

50%

0%

00:00  00:40  01:21  02:02  02:43

# Your promotion is running

$0 of $50 spent        3 days 1 hour left

# Post activity



**www.SelfLega...** ✓ @ProSe... · Apr 25

🚨🚨🔴 BREAKING NEWS 🔴🚨🚨

DOUGLAS COUNTY COURTHOUSE SWAT TEAM PROTECTS NEARLY TRAGIC LOGIC BREAK IN OMAHA!...

| ♡ | ⇄ | 💬 |
|---|---|---|
| 2 | 3 | 2 |

Impressions ⓘ
## 64

Engagements ⓘ
## 17

Detail expands ⓘ
## 2

New followers ⓘ
## 0

Profile visits ⓘ
## 0

Link clicks ⓘ
## 1

# Video

Metrics for the video you shared

Unique views ⓘ
## 8

Views ⓘ
## 11

Audience retention ⓘ ⊛

```
100%




50%



0%
00:00  00:40  01:21  02:02  02:43
```

---

## Your promotion is running



$0 of $50 spent        3 days 7 hours left

← **Post**

 🚨🚨🔴BREAKING NEWS🔴🚨🚨

DOUGLAS COUNTY COURTHOUSE SWAT TEAM PROTECTS NEARLY TRAGIC LOGIC BREAK IN OMAHA!

"You're causing a disturbance" (proceeds to put on gloves)

🔴WARNING: DON'T SAY I DIDN'T WARN YOU.

Full story in link:
charterwestbank.com/
breaking-swat-...



**Content warning: Sensitive content**

The post author flagged this post as showing sensitive content.

**Show**

💬 1          ↻ 3          ❤️ 3          📊 33          🔖          ⤴️

 **Enigmatically Si...**          **Follow Back**          ⋮

Post your reply                                        📷

← **Post activity**



**www.SelfLegal...** ✔ @ProSeSe... · 7h

🚨🔴BREAKING NEWS🔴🚨
https://**charterwestbank.com/bre
aking-swat-**saves-douglas-courthouse-from-
dangerous-citizen/**...**
#Nebraska #SCOTUS #SWA...

♡       ⟲       ♡
**1**      **1**      **1**

Impressions ⓘ
**21**

Engagements ⓘ          Detail expands ⓘ
**4**                          **0**

New followers ⓘ          Profile visits ⓘ
**0**                          **0**

**Boost post**



Save    Clear All

| Impressions | Spend |
|---|---|
| 11,273 | $39.78 |

| Funding sources | Campaigns | | Ad groups | | Ads | | Audiences |
|---|---|---|---|---|---|---|---|

Resume    Pause    **Delete**                    ✕ Show deleted    Metrics: Summary ⌄    Breakdowns: None ⌄    ⬆ Export ⌄

| ☐ | Campaign Name | | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | 0.00% | $0.00 | $12.61 | 4.2% | 112.50% |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | 0.33% | $1.05 | $95.22 | 0.00% | 31.82% |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | 0.00% | $0.00 | $1.69 | 0.00% | 98.68% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | 0.00% | $0.00 | $0.06 | 0.00% | 99.96% |
| ☐ | Quick promote - X Corp just... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - #Section or the... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 98.28% |
| ☐ | Quick promote - Thanks to me... | ⋮ | 0.00% | $0.00 | $1.66 | 0.00% | 73.65% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | 0.00% | $0.00 | $3.06 | 0.00% | 93.88% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 66.67% |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - #Prose #Litigant Level... | ⋮ | 0.00% | $0.00 | $1.94 | 0.00% | 97.09% |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - Calling for a... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 94.06% |
| ☐ | Quick promote - Time to fix... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 98.67% |
| ☐ | Quick promote - #PiNetwork family Any... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - #XSupportsBrokenAI @premium J... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | 0.00% | $0.00 | $97.08 | 0.00% | 22.34% |

1 - 19 of 19 items    ‹    1

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



www.SelfLega... ✔ @ProSe... · Apr 8
🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨 ...

| ♡ 29 | ↻ 7 | ♡ 4 |
|---|---|---|
| 100% | 14% | 25% |

Impressions ⓘ
**8,621**
93% from promotion

Engagements ⓘ          Detail expands ⓘ
**374**                 **105**
100%                    98%

New followers ⓘ         Profile visits ⓘ
**0**                   **152**
                        97%

Link clicks ⓘ
**10**
50%



Promoted

# Audience
The estimated breakdown of the people that have seen your post

## Gender ⊕

Female
**25.4%**

Male
**73.1%**

Other / Not specified
**1.5%**

## Age

| Under 20 | **3.8%** |
|---|---|
| 20-29 | **43.6%** |
| 30-39 | **22.9%** |
| 40-49 | **14.2%** |
| Above 50 | **15.5%** |

## Your promotion is running

$28 of $50 spent    2 days 22 hours left

← **Post activity**





| Campaign Name | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
|---|---|---|---|---|---|
| Quick promote · Android · BREAKING NEWS DONALD... | 0.00% | $0.00 | $31.98 | 21.67% | 183.53% |
| Quick promote · Android · SOCIAL MEDIA AND... | 0.00% | $0.00 | $1.18 | 20.38% | 109.10% |
| Quick promote · Web · SOCIAL MEDIA AND... | 0.33% Link click rate | $1.08 Cost per link click | $85.22 | 0.00% | 31.82% |
| Quick promote · X CORP CHARGES... | 0.00% | $0.00 | $1.69 | 0.00% | 98.88% |
| Quick promote · X CORP'S ATTORNEYS... | 0.00% | $0.00 | $0.06 | 0.00% | 99.98% |
| Quick promote · X Corp just | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |



| | Campaign Name | | Total budget | Daily budget | Results | Results rate | Cost per result |
|---|---|---|---|---|---|---|---|
| ○ | Quick promote · Android · BREAKING NEWS DONALD... | ⋮ | $50.00 | $10.00 | 0 | 0.00% | $0.00 |
| ○ | Quick promote · Android · SOCIAL MEDIA AND... | ⋮ | $30.00 | $10.00 | 0 | 0.00% | $0.00 |
| ○ | Quick promote · Web · SOCIAL MEDIA AND... | ⋮ | $125.00 | $25.00 | 37 Link clicks | 0.33% Link click rate | $1.08 Cost per link click |
| ○ | Quick promote · X CORP CHARGES... | ⋮ | $150.00 | $50.00 | 0 | 0.00% | $0.00 |
| ○ | Quick promote · X CORP'S ATTORNEYS... | ⋮ | $150.00 | $50.00 | 0 | 0.00% | $0.00 |
| ○ | Quick promote · X Corp just | ⋮ | $150.00 | $50.00 | 0 | 0.00% | $0.00 |

Resume   Pause   Delete       ✕ Show deleted   Metrics: Summary ⌄   Breakdowns: None ⌄   ⬇ Export ⌄

𝕏 Ads   Campaigns ⌄   Creatives ⌄   Tools ⌄   Free Ad Credit          Help?   TheProSeSelfHelpNetwork ⌄

## Post activity



www.SelfLeg... ✔ @ProS... · Mar 30

🎌 🔥 🥳 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😱 🔥 🎌

https://charterwestbank.com/75...

| ♡ | ⇄ | ♡ |
|---|---|---|
| **23** | **10** | **4** |
| 100% | 30% | |

Impressions ⓘ

# 21,304

98% from promotion

Engagements ⓘ

# 732

100%

Detail expands ⓘ

# 212

96%

New followers ⓘ

# 0

Profile visits ⓘ

# 307

99%

Link clicks ⓘ

# 88

86%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊚

Female
**25%**

Male
**74%**

Other / Not specified
**1%**

## Your promotion is running

$29 of $30 spent 8 hours 37 minutes left



← **Post activity**



**www.SelfLe...** ✔ @Pr... · Sep 1, 2024

🔴----🚨----🔥🔥🔥---✅Mate♟

EPIC PRO SE LITIGANT WINS IN THE SUPREME COURT!!!

...

| ♡ | ⇄ | ♡ |
|---|---|---|
| 15 | 3 | 5 |
| 67% | | |

**Impressions** ⓘ

# 26,466

70% from promotion

**Engagements** ⓘ              **Detail expands** ⓘ

## 805                          267

100%                           95%

**New followers** ⓘ            **Profile visits** ⓘ

## 2                            487

100%                           99%

**Link clicks** ⓘ

## 68

44%

Promoted

# Audience

The estimated breakdown of the people that

**Boost again**

## Post activity



www.SelfLega... ✔ @ProSe... · Apr 8

🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨...

| ♡ | ⇄ | ♡ |
|---|---|---|
| 15 | 4 | 3 |

100%

Impressions ⓘ

# 4,846

95% from promotion

Engagements ⓘ

## 220

100%

Detail expands ⓘ

## 60

98%

New followers ⓘ

## 0

Profile visits ⓘ

## 101

98%

Link clicks ⓘ

## 5

40%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⓘ



Female
**24.7%**

Male
**73.9%**

Other / Not specified
**1.4%**

## Your promotion is running



$17 of $50 spent    4 days 0 hours left



www.SelfLega... ✔ @ProSe... · Apr 8
🚨🚨BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨🚨...

| ♡ | ⇄ | ♡ |
|---|---|---|
| **15** | **4** | **3** |
| 100% | | |

**Impressions** ⓘ

# 4,573

96% from promotion

| **Engagements** ⓘ | **Detail expands** ⓘ |
|---|---|
| 203 | 59 |
| 100% | 98% |

| **New followers** ⓘ | **Profile visits** ⓘ |
|---|---|
| 0 | 86 |
| | 98% |

**Link clicks** ⓘ

3

33%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⓘ



Female
**24.5%**

Male
**74.1%**

Other / Not specified
**1.4%**

## Age

| Under 20 | 3.8% |
|---|---|
| 20-29 | 43.4% |
| 30-39 | 23% |
| 40-49 | 14.5% |
| Above 50 | 15.2% |

### Your promotion is running

$17 of $50 spent    4 days 1 hour left



**< Post activity**

www.SelfLega... ✓ @ProSe... · Apr 8

🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨 ...

♡ **14**    ⇄ **3**    ♡ **3**
**100%**

Impressions ⓘ
# 3,971
97% from promotion

Engagements ⓘ          Detail expands ⓘ
**157**                    **54**
100%                      98%

New followers ⓘ          Profile visits ⓘ
**0**                      **55**
                          96%

Link clicks ⓘ
**2**

Promoted

# Audience
The estimated breakdown of the people that have seen your post

## Gender ⓘ

| Female **24.5%**
| Male **74%**
| Other / Not specified **1.5%**



## Your promotion is running

$15 of $50 spent      4 days 3 hours left

From  justinriddle1@gmail.com

To  S  Steve Davidson

Submitted today

Here's the copy I put in front of the world through pacer in my case against X.

History will remember this moment.

Mark my words.

PDF  37-1.pdf
533 KB

PDF  37.pdf
879 KB

**Post activity**



www.SelfLegal... ✔ @ProSeS... · 22h

🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨...

| ♡ | ↻ | ♡ |
|---|---|---|
| **11** | **3** | **3** |
| **100%** | | |

Impressions ⓘ

# 3,336

96% from promotion

Engagements ⓘ

## 123

100%

Detail expands ⓘ

## 42

98%

New followers ⓘ

## 0

Profile visits ⓘ

## 43

95%

Link clicks ⓘ

## 2



Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊚

| Female | |
|--------|--|
| **24.4%** | |

| Male | |
|------|--|
| **74%** | |

Other / Not specified
**1.6%**



## Your promotion is running



$13 of $50 spent        4 days 7 hours left

# Post activity



www.SelfLegal... ✓ @ProSeS... · 15h

🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨 ...



♡     ⇄     ♡
7      3      3
100%

Impressions ⓘ

## 2,183

96% from promotion

Engagements ⓘ
91
100%

Detail expands ⓘ
34
97%

New followers ⓘ
0

Profile visits ⓘ
29
93%

Link clicks ⓘ
2

Promoted

# Audience

The estimated breakdown of the people that
have seen your post



www.SelfLegal... ✔ @ProSeS... · 15h

🚨🚨BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨🚨...

♡ 7    ⇄ 3    ♡ 3
100%

Impressions ⓘ
**2,183**
96% from promotion

Engagements ⓘ          Detail expands ⓘ
**91**                          **34**
100%                          97%

New followers ⓘ          Profile visits ⓘ
**0**                            **29**
                                    93%

Link clicks ⓘ
**2**



Promoted

## Audience
The estimated breakdown of the people that have seen your post

### Gender ⊕

Female
**25.7%**

Male
**72.6%**

Other / Not specified
**1.7%**

### Age

| Under 20 | 4.4% |
| 20-29 | 43.1% |
| 30-39 | 22.1% |
| 40-49 | 13.9% |
| Above 50 | 16.5% |

**Your promotion is running**

$10 of $50 spent     4 days 14 hours left



www.SelfLegal... ✔ @ProSeSe... · 8h
🚨🚨 BREAKING NEWS!
DONALD TRUMP TO RUN FOR
3RD TERM AS "DONNA
TRUMP" SHATTERING THE
GENDER CEILING!! 🚨🚨 ...

| ♡ | ⇆ | ○ |
|---|---|---|
| **4** | **3** | **2** |
| 100% | | |

Impressions ⓘ
# 1,168
94% from promotion

Engagements ⓘ          Detail expands ⓘ
## 48                  ## 27
100%                   96%

New followers ⓘ        Profile visits ⓘ
## 0                   ## 10
                       80%

Link clicks ⓘ
## 2

Promoted

# Audience
The estimated breakdown of the people that
have seen your post

## Gender ⊗



Female
**22.5%**

Male
**76.1%**

Other / Not specified
**1.4%**

## Age

| Under 20 | 4.4% |
|---|---|
| 20-29 | 36.1% |
| 30-39 | 21.6% |
| 40-49 | 18.2% |
| Above 50 | 19.7% |



**Your promotion is running**

$6 of $50 spent        4 days 21 hours left



✓ **Reply sent**

🔲 **www.SelfLegal...** ✓ @ProSeSe... · 6h

🚨🚨BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨🚨...

♡ 2          ↻ 3          ♡ 2

**Impressions** ⓘ
# 69

**Engagements** ⓘ
## 12

**Detail expands** ⓘ
## 0

**New followers** ⓘ
## 0

**Profile visits** ⓘ
## 2

**Link clicks** ⓘ
## 2

## Your promotion is running

$0 of $50 spent          4 days 23 hours left

← **Post activity**



🚨 🚨 BREAKING NEWS! DONALD TRUMP TO RUN FOR 3RD TERM AS "DONNA TRUMP" SHATTERING THE GENDER CEILING!! 🚨 🚨 ...

www.SelfLegal... ✔ @ProSeSe... · 6h

| ♡ 2 | ⇄ 3 | ♡ 2 |
|---|---|---|

**Impressions** ⓘ
## 57

**Engagements** ⓘ
## 7

**Detail expands** ⓘ
## 0

**New followers** ⓘ
## 0

**Profile visits** ⓘ
## 1

**Link clicks** ⓘ
## 1

## Your promotion is running

$0 of $50 spent        4 days 23 hours left







Save    Clear All

| | Impressions | | Spend |
| --- | --- | --- | --- |
| | **11,273** | | **$39.78** |

| | Funding sources | **Campaigns** | | Ad groups | | Ads | | Audiences |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Resume  Pause  **Delete**    ✕ Show deleted   Metrics: Summary ∨   Breakdowns: None ∨   ± Export ∨

| | Campaign Name | | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | Quick promote - Android - SOCIAL MEDIA AND... | ⋮ | 0.00% | $0.00 | $12.61 | 4.27% | 112.50% |
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | 0.33% Link click rate | $1.06 Cost per link click | $85.22 | 0.00% | 31.82% |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | 0.00% | $0.00 | $1.69 | 0.00% | 55.88% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | 0.00% | $0.00 | $0.06 | 0.00% | 99.26% |
| ☐ | Quick promote - X Corp just... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - A Section or the... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 98.28% |
| ☐ | Quick promote - Thanks to my... | ⋮ | 0.00% | $0.00 | $1.66 | 0.00% | 73.55% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | 0.00% | $0.00 | $3.06 | 0.00% | 93.58% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 66.67% |
| ☐ | Quick promote - Mate EPIC PRO... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - A Prose #Litigant Level... | ⋮ | 0.00% | $0.00 | $1.54 | 0.00% | 97.95% |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - Calling for a... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 94.06% |
| ☐ | Quick promote - Time to fix... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 99.67% |
| ☐ | Quick promote - #FBNetwork family Any... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - #XSupportsBrokenAI @premium.l... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - Lake rejects billion... | ⋮ | 0.00% | $0.00 | $37.98 | 0.00% | 22.34% |

1 - 19 of 19 items  ‹  1

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



www.SelfLeg... ✔ @ProS... · Mar 30

📵🖕🤡 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤡🖕📵
https://charterwestbank.com/75...

| ♡ | ↺ | ♡ |
|---|---|---|
| 13 | 9 | 3 |
| 100% | 33% | |

### Impressions ⓘ
# 11,617
97% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| 374 | 104 |
| 100% | 96% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| 0 | 158 |
| | 99% |

### Link clicks ⓘ
## 47
79%

Promoted

# Audience
The estimated breakdown of the people that have seen your post

## Gender ⊚



Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**

## Age

| Under 20 | 3.5% |
|---|---|
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.2% |

## Your promotion is running

$0 of $30 spent    2 days 23 hours left

# ← XRP(XRP)

Value of spot assets <sup>USD</sup>

## 928.81

| Balance | Available balance ⓘ |
|---|---|
| 507.3267248 XRP | 507.3267248 XRP |

| Cml PnL ⓘ | Cml PnL% ⓘ |
|---|---|
| 13.48 USD | +1.47% |

| Average cost <sup>USD</sup> ⓘ | Last Price <sup>USD</sup> |
|---|---|
| 1.8 › | 1.83 |



| Buy XRP | Sell XRP | Convert XRP | Transaction History |
|---|---|---|---|
| Receive XRP | Send XRP | Deposit USD | Occupation status |

## Related trading pairs:

| XRP / USD | XRP / USDC | XRP / USDT |
|---|---|---|

| | Campaign Name | | Likes | Cost per site visit | Achievements Unlocked - post engagement | Achievements Unlocked | Achievements Unlocked - post view |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | 22 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | 66 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | 90 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - X Corp just... | ⋮ | 53 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - #Section or the... | ⋮ | 36 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - Thanks to my... | ⋮ | 2 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | 106 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | 19 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - the Eighth Circuit... | ⋮ | 6 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | 10 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - @Rose #Litigant Level... | ⋮ | 66 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaHubSchool... | ⋮ | 100 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | 106 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - Calling for a... | ⋮ | 78 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - Time to fis... | ⋮ | 1,849 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - @XNetwork family Any... | ⋮ | 0 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - #XSupportsBrokenAI @premium L... | ⋮ | 0 | $0.00 | 0 | 0 | 0 |
| ☐ | Quick promote - I ake rejects billion... | ⋮ | 25 | $0.00 | 0 | 0 | 0 |

1 - 18 of 18 Items   ‹   1   ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

05:45

| Impressions | Speed |
|---|---|
| **594,171** | **$1,029.70** |



| | Funding sources | Campaigns | Ad groups | | Ads | | Audiences |

| | Resume | Pause | Delete | | | Hide deleted | Metrics: Custom ∨ | Breakdowns: None ∨ | ⊥ Export ∨ | ⟳ |

| | Campaign Name | | Follow rate | Cost per follow | Total audience reach | Engagement rate | Tweet engagements |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | 0.00% | $0.00 | 10,831 | 3.32% | 374 |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | 0.00% | $0.00 | 943 | 13.05% | 139 |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | 0.00% | $0.00 | 1,348 | 10.14% | 138 |
| ☐ | Quick promote - X Corp just... | ⋮ | 0.00% | $0.00 | 29,851 | 2.24% | 675 |
| ☐ | Quick promote - #Section or the... | ⋮ | 0.11% | $75.00 | 970 | 13.60% | 82 |
| ☐ | Quick promote - Thanks to my... | ⋮ | 0.00% | $0.00 | 6,545 | 0.64% | 43 |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | 0.23% | $23.47 | 848 | 17.57% | 159 |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | 0.00% | $0.00 | 318 | 10.77% | 35 |
| ☐ | Quick promote - the Eighth Circuit... | ⋮ | 0.00% | $0.00 | 9,433 | 1.28% | 122 |
| ☐ | Quick promote - Mata EPIC PRO... | ⋮ | 0.01% | $15.00 | 18,744 | 4.32% | 805 |
| ☐ | Quick promote - @Rose #Litigant Level... | ⋮ | 0.00% | $0.00 | 3,013 | 5.91% | 184 |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | 0.00% | $0.00 | 1,039 | 29.45% | 312 |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | 0.04% | $30.00 | 2,232 | 13.89% | 330 |
| ☐ | Quick promote - Calling for a... | ⋮ | 0.00% | $0.00 | 1,367 | 18.68% | 274 |
| ☐ | Quick promote - Time to fix... | ⋮ | 0.00% | $4.17 | 463,972 | 1.31% | 6,218 |
| ☐ | Quick promote - @YNetwork family Any... | ⋮ | 0.00% | $0.00 | 0 | 0.00% | 0 |
| ☐ | Quick promote - @XSupports/BrokenAI @premium.l... | ⋮ | 0.00% | $0.00 | 0 | 0.00% | 0 |
| ☐ | Quick promote - I she rejects billion... | ⋮ | 0.00% | $27.50 | 29,438 | 0.90% | 265 |

1 - 18 of 18 items  ‹ 1 ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

05:38

| Impressions | Speed |
|---|---|
| **594,171** | **$1,029.70** |



| | Funding sources | Campaigns | Ad groups | Ads | Audiences |
|---|---|---|---|---|---|

Resume    Pause    **Delete**    Hide deleted    Metrics: Custom ⌄    Breakdowns: None ⌄    ⬆ Export ⌄

| | Campaign Name | | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing | Follows |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | $1.06 Cost per link click | $85.22 | 0.00% | 31.82% | 0 |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | $0.03 Cost per engagement | $1.83 | 0.00% | 98.88% | 0 |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | $0.78 Cost per engagement | $0.06 | 0.00% | 99.96% | 0 |
| ☐ | Quick promote - X Corp just... | ⋮ | $7.88 Cost per link click | $0.00 | 0.00% | 100.00% | 0 |
| ☐ | Quick promote - #Section or the... | ⋮ | $0.01 Cost per engagement | $0.00 | 0.00% | 98.28% | 1 |
| ☐ | Quick promote - Thanks to my... | ⋮ | $5.37 Cost per link click | $1.88 | 0.00% | 73.85% | 0 |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | $0.30 Cost per engagement | $3.08 | 0.00% | 53.88% | 2 |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | $0.88 Cost per engagement | $0.00 | 0.00% | 100.00% | 0 |
| ☐ | Quick promote - the Eighth Circuit... | ⋮ | $2.31 Cost per link click | $0.00 | 0.00% | 99.67% | 0 |
| ☐ | Quick promote - Mata EPIC PRO... | ⋮ | $1.00 Cost per link click | $0.00 | 0.00% | 100.00% | 2 |
| ☐ | Quick promote - #Prose #Litigant Level... | ⋮ | $0.40 Cost per engagement | $1.54 | 0.00% | 57.59% | 0 |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | $0.48 Cost per engagement | $0.00 | 0.00% | 100.00% | 0 |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | $0.09 Cost per engagement | $0.00 | 0.00% | 100.00% | 1 |
| ☐ | Quick promote - Calling for a... | ⋮ | $0.18 Cost per engagement | $0.00 | 0.00% | 84.08% | 0 |
| ☐ | Quick promote - Time to fix... | ⋮ | $0.05 Cost per follow | $0.00 | 0.00% | 99.67% | 12 |
| ☐ | Quick promote - #XNetwork family Any... | ⋮ | $0.00 | $0.00 | 0.00% | 0.00% | 0 |
| ☐ | Quick promote - #XSupports #brokenAI @premium i... | ⋮ | $0.00 | $0.00 | 0.00% | 0.00% | 0 |
| ☐ | Quick promote - I she rejects billion... | ⋮ | $0.26 Cost per link click | $57.08 | 0.00% | 22.34% | 1 |

1 - 18 of 18 items    ‹  1  ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



**05:29**

| Impressions | Spend |
|---|---|
| **594,171** | **$1,029.70** |

| | Jun 30, 2023 | Sep 30, 2023 | Dec 31, 2023 | Mar 31, 2024 | Jun 30, 2024 | Sep 30, 2024 | Dec 31, 2024 |
|---|---|---|---|---|---|---|---|

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume  Pause  **Delete**   ◉ Hide deleted  Metrics: Custom ⌄  Breakdowns: None ⌄  ⬇ Export ⌄

| | Campaign Name | | Campaign end | Total budget | Daily budget | Results | Results ratio |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | Apr 5, 2025 11:12 AM | $195.00 | $25.00 | 37 | 0.33% |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | Mar 15, 2025 2:57 PM | $150.00 | $50.00 | 190 | 15.95% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | Mar 14, 2025 10:02 AM | $150.00 | $50.00 | 198 | 16.24% |
| ☐ | Quick promote - X Corp just... | ⋮ | Mar 9, 2025 10:46 PM | $150.00 | $50.00 | 19 | 0.06% |
| ☐ | Quick promote - #Section or the... | ⋮ | Jan 25, 2025 8:05 PM | $75.00 | $25.00 | 52 | 13.94% |
| ☐ | Quick promote - Thanks to my... | ⋮ | Oct 30, 2024 7:00 PM | $50.00 | $25.00 | 8 | 0.03% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | Sep 30, 2024 8:40 AM | $50.00 | $10.00 | 195 | 1.09% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | Sep 20, 2024 7:02 PM | $50.00 | $10.00 | 39 | 10.77% |
| ☐ | Quick promote - the Eighth Circuit... | ⋮ | Sep 11, 2024 11:22 PM | $50.00 | $10.00 | 13 | 0.54% |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | Sep 4, 2024 5:13 PM | $50.00 | $10.00 | 30 | 0.18% |
| ☐ | Quick promote - #Prose #Litigant Level... | ⋮ | Aug 20, 2024 5:08 PM | $75.00 | $25.00 | 184 | 5.74% |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | Aug 13, 2024 10:38 AM | $50.00 | $10.00 | 313 | 28.46% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | Aug 6, 2024 11:57 AM | $50.00 | $10.00 | 330 | 12.53% |
| ☐ | Quick promote - Calling for a... | ⋮ | Aug 2, 2024 5:17 PM | $50.00 | $10.00 | 274 | 18.55% |
| ☐ | Quick promote - Time to fin... | ⋮ | Aug 1, 2024 5:26 PM | $50.00 | $10.00 | 1,091 | 0.22% |
| ☐ | Quick promote - @VNetwork family Any... | ⋮ | Jan 28, 2024 9:27 PM | $10.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - ZXSupports BrokenAI @premium L... | ⋮ | Feb 1, 2024 1:21 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - I ake rejects billion... | ⋮ | Jan 29, 2024 5:23 PM | $195.00 | $25.00 | 108 | 0.35% |

1 – 18 of 18 items  ‹  1  ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



## 05:20

| Impressions | Speed |
|---|---|
| **594,171** | **$1,029.70** |

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume | Pause | **Delete** | Hide deleted | Metrics: Custom ⌄ | Breakdowns: None ⌄ | ⤓ Export ⌄ | ⟳

| | Campaign Name | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ ✕ | • Paused | Website traffic and sales | 11,373 | $38.78 | Mar 31, 2025 11:12 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ - | • Expired | Engagements | 997 | $148.31 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ - | • Expired | Engagements | 1,383 | $149.04 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp just... | ⋮ - | • Expired | Website traffic and sales | 31,500 | $150.00 | Mar 6, 2025 9:48 PM |
| ☐ | Quick promote - #Section or the... | ⋮ - | • Expired | Engagements | 601 | $75.00 | Jan 22, 2025 8:35 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ - | • Expired | Website traffic and sales | 6,705 | $48.34 | Oct 18, 2024 2:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ - | • Expired | Engagements | 885 | $96.94 | Sep 25, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ - | • Expired | Engagements | 329 | $30.00 | Sep 17, 2024 7:02 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ - | • Expired | Website traffic and sales | 9,549 | $30.00 | Sep 8, 2024 11:29 PM |
| ☐ | Quick promote - Mate EPIC PRO... | ⋮ - | • Expired | Website traffic and sales | 18,848 | $30.00 | Sep 1, 2024 9:18 PM |
| ☐ | Quick promote - @Rose #Litigant Level... | ⋮ - | • Expired | Engagements | 3,203 | $73.46 | Aug 26, 2024 6:06 PM |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaHubSchool... | ⋮ - | • Expired | Engagements | 1,059 | $50.00 | Aug 10, 2024 10:38 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ - | • Expired | Engagements | 2,581 | $30.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for a... | ⋮ - | • Expired | Engagements | 1,487 | $50.00 | Jul 28, 2024 8:17 PM |
| ☐ | Quick promote - Time to fix... | ⋮ - | • Expired | Website traffic and sales | 491,822 | $50.00 | Jul 27, 2024 5:38 PM |
| ☐ | Quick promote - #YWNetwork family Any... | ⋮ - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:27 PM |
| ☐ | Quick promote - #XSupportsBrokenAI @premium_l... | ⋮ - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:21 PM |
| ☐ | Quick promote - I like rejects billion... | ⋮ - | • Expired | Website traffic and sales | 29,393 | $27.92 | Jan 24, 2024 8:23 PM |

1 - 18 of 18 items  ‹  1  ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



01:51

| | Ad groups | Ads | Audiences |
|---|---|---|---|

Hide deleted | Metrics: Custom ∨ | Breakdowns: None ∨ | Export ∨ | ⌀

| Campaign daily pacing | Campaign flight pacing | Follows | Follow rate | Cost per follow |
|---|---|---|---|---|
| 0.00% | 31.82% | 0 | 0.00% | $0.00 |
| 0.00% | 98.88% | 0 | 0.00% | $0.00 |
| 0.00% | 99.96% | 0 | 0.00% | $0.00 |
| 0.00% | 100.00% | 0 | 0.00% | $0.00 |
| 0.00% | 98.28% | 1 | 0.17% | $75.00 |
| 0.00% | 73.65% | 0 | 0.00% | $0.00 |
| 0.00% | 93.88% | 2 | 0.23% | $23.47 |
| 0.00% | 100.00% | 0 | 0.00% | $0.00 |
| 0.00% | 66.67% | 0 | 0.00% | $0.00 |
| 0.00% | 100.00% | 2 | 0.01% | $15.00 |
| 0.00% | 97.95% | 0 | 0.00% | $0.00 |
| 0.00% | 100.00% | 0 | 0.00% | $0.00 |
| 0.00% | 100.00% | 1 | 0.04% | $30.00 |
| 0.00% | 94.06% | 0 | 0.00% | $0.00 |
| 0.00% | 99.67% | 12 | 0.00% | $4.17 |
| 0.00% | 0.00% | 0 | 0.00% | $0.00 |
| 0.00% | 0.00% | 0 | 0.00% | $0.00 |
| 0.00% | 22.34% | 1 | 0.00% | $27.92 |

1 - 18 of 18 items   ‹   1   ›



Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**

# Age

Under 20                                    **3.5%**



[✦] Remaster                                **41.2%**

---

**Wednesday, April 2, 2025 · 8:50 PM**          Edit

Screenshot_20250402_205026_X.jpg
/Internal storage/DCIM/Screenshots

## Screenshots

1.08 MB  |  1440x6678  |  10MP

# Add tag

⚬ ads.x.com/reporting_dashboard/ 

| Resume | Pause | Delete |  |  | ⊗ Show deleted | Metics: Summary ∨ | Brea |
|---|---|---|---|---|---|---|---|

| | Campaign Name | | Objective | Impressions | Spend |
|---|---|---|---|---|---|
| ☐ | Quick promote · Web - SOCIAL MEDIA AND... | ⋮ | Website traffic and sales | 11,273 | $39.78 |
| ☐ | Quick promote · X CORP CHARGES... | ⋮ | Engagements | 997 | $148.31 |
| ☐ | Quick promote · X CORP'S ATTORNEYS... | ⋮ | Engagements | 1,183 | $149.94 |
| ☐ | Quick promote · X Corp just... | ⋮ | Website traffic and sales | 31,500 | $150.00 |
| ☐ | Quick promote · #Section or the... | ⋮ | Engagements | 601 | $75.00 |
| ☐ | Quick promote · Thanks to my... | ⋮ | Website traffic and sales | 6,705 | $48.34 |
| ☐ | Quick promote · SECTION ATTACKED This... | ⋮ | Engagements | 885 | $46.94 |
| ☐ | Quick promote · The absolute DESTRUCTION... | ⋮ | Engagements | 325 | $30.00 |
| ☐ | Quick promote · The Eighth Circuit... | ⋮ | Website traffic and sales | 9,549 | $30.00 |
| ☐ | Quick promote · Mate EPIC PRO... | ⋮ | Website traffic and sales | 18,648 | $30.00 |
| ☐ | Quick promote · #Prose #Litigant Level... | ⋮ | Engagements | 3,203 | $73.46 |
| ☐ | Quick promote · SHOCKING VIDEO @OmahaPubSchool... | ⋮ | Engagements | 1,059 | $50.00 |
| ☐ | Quick promote · BREAKING NEWS Groundbreaking... | ⋮ | Engagements | 2,561 | $30.00 |
| ☐ | Quick promote · Calling for a... | ⋮ | Engagements | 1,467 | $50.00 |
| ☐ | Quick promote · Time to fix... | ⋮ | Website traffic and sales | 474,822 | $50.00 |
| ☐ | Quick promote · #PiNetwork family Any... | ⋮ | Engagements | 0 | $0.00 |
| ☐ | Quick promote · #XSupportIsBrokenAI @premium J... | ⋮ | Engagements | 0 | $0.00 |
| ☐ | Quick promote · Lake rejects billion... | ⋮ | Website traffic and sales | 29,393 | $27.92 |

       

    



www.SelfLeg... ✔ @ProS... · Mar 30

🚨👊🤠 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😤👊🚨

charterwestbank.com/75...

Show this thread

| ♡ | ⟳ | ♡ |
|---|---|---|
| 13 | 9 | 3 |
| 100% | 33% | |

### Impressions ⓘ
**11,606**
97% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **374** | **104** |
| 100% | 96% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **158** |
| | 99% |

### Link clicks ⓘ
**45**
82%

Promoted

## Audience
The estimated breakdown of the people that have seen your post

### Gender ⓘ

Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**



### Age

| Under 20 | 3.5% |
|---|---|
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.2% |

**Boost again**

x.com/i/account_an

# Analytics



**Impressions** ⓘ
## 43

**Engagement rate** ⓘ
## 18.6%

**Profile visits** ⓘ
## 0

**New follows** ⓘ
## 0

**Replies** ⓘ
## 0

**Likes** ⓘ
## 1

Q Search   Filters   Go to Analytics   Last 7 days   Create Campaign

Save   Clear All



| | Impressions | Spend |
|---|---|---|
| | **11,273** | **$39.78** |

Funding sources | **Campaigns** | Ad groups | Ads | Audiences

Resume   Pause   **Delete**          ✕  Show deleted   **Metrics:** Summary ⌄   **Breakdowns:** None ⌄   ⬇ Export ⌄   🔗

| ☐ | Campaign Name | | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote · Web · SOCIAL MEDIA AND... | ⋮ | 0.33%<br>Link click rate | $1.08<br>Cost per link click | $85.22 | 0.00% | 45.44% |
| ☐ | Quick promote · X CORP CHARGES... | ⋮ | 0.00% | $0.00 | $1.69 | 0.00% | 98.88% |
| ☐ | Quick promote · X CORP'S ATTORNEYS... | ⋮ | 0.00% | $0.00 | $0.06 | 0.00% | 99.96% |
| ☐ | Quick promote · X Corp just... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote · #Section or the... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 98.28% |
| ☐ | Quick promote · Thanks to my... | ⋮ | 0.00% | $0.00 | $1.66 | 0.00% | 73.65% |
| ☐ | Quick promote · SECTION ATTACKED This... | ⋮ | 0.00% | $0.00 | $3.06 | 0.00% | 93.88% |
| ☐ | Quick promote · The absolute DESTRUCTION... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote · The Eighth Circuit... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 66.67% |
| ☐ | Quick promote · Mate EPIC PRO... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote · #Prose #Litigant Level... | ⋮ | 0.00% | $0.00 | $1.54 | 0.00% | 97.95% |
| ☐ | Quick promote · SHOCKING VIDEO @OmahaPubSchool... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote · BREAKING NEWS Groundbreaking... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote · Calling for a... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 94.06% |
| ☐ | Quick promote · Time to fix... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 99.67% |
| ☐ | Quick promote · #PiNetwork family Any... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote · #XSupportIsBrokenAI @premium 1... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |

Q Search    Filters    **Go to Analytics**    Compare on    Last 7 days ∨    **Create Campaign**

Save    Clear All

| Impressions | Spend |
|---|---|
| **11,273** | **$39.78** |

| | Mar 28, 2025 | Mar 29, 2025 | Mar 30, 2025 | Mar 31, 2025 | Apr 1, 2025 | Apr 2, 2025 |
|---|---|---|---|---|---|---|
| 7,000 | | | | | | |
| 6,000 | | | | | | |
| 5,000 | | | | | | |
| 4,000 | | | | | | |
| 3,000 | | | | | | |
| 2,000 | | | | | | |
| 1,000 | | | | | | |

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume    Pause    **Delete**      ✕ Show deleted   **Metrics:** Summary ∨   **Breakdowns:** None ∨   ⬇ Export ∨   ⌀

| ☐ | Campaign Name | ▼ | Campaign end | Total budget | Daily budget | Results | Results rate |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote · Web · SOCIAL MEDIA AND... | ⋮ | Apr 5, 2025 11:12 AM | $125.00 | $25.00 | 37 Link clicks | 0.33% Link click rate |
| ☐ | Quick promote · X CORP CHARGES... | ⋮ | Mar 15, 2025 9:57 PM | $150.00 | $50.00 | 0 | 0.00% |
| ☐ | Quick promote · X CORP'S ATTORNEYS... | ⋮ | Mar 14, 2025 10:02 AM | $150.00 | $50.00 | 0 | 0.00% |
| ☐ | Quick promote · X Corp just... | ⋮ | Mar 9, 2025 10:46 PM | $150.00 | $50.00 | 0 | 0.00% |
| ☐ | Quick promote · #Section or the... | ⋮ | Jan 25, 2025 8:35 PM | $75.00 | $25.00 | 0 | 0.00% |
| ☐ | Quick promote · Thanks to my... | ⋮ | Oct 20, 2024 7:00 PM | $50.00 | $25.00 | 0 | 0.00% |
| ☐ | Quick promote · SECTION ATTACKED This... | ⋮ | Sep 30, 2024 8:40 AM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · The absolute DESTRUCTION... | ⋮ | Sep 20, 2024 7:02 PM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · The Eighth Circuit... | ⋮ | Sep 11, 2024 11:29 PM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · Mate EPIC PRO... | ⋮ | Sep 4, 2024 5:18 PM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · #Prose #Litigant Level... | ⋮ | Aug 29, 2024 6:08 PM | $75.00 | $25.00 | 0 | 0.00% |
| ☐ | Quick promote · SHOCKING VIDEO @OmahaPubSchool... | ⋮ | Aug 15, 2024 10:38 AM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · BREAKING NEWS Groundbreaking... | ⋮ | Aug 6, 2024 11:37 AM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · Calling for a... | ⋮ | Aug 2, 2024 8:17 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · Time to fix... | ⋮ | Aug 1, 2024 5:28 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · #PiNetwork family Any... | ⋮ | Jan 28, 2024 9:27 PM | $10.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote · #XSupportIsBrokenAI @premium J... | ⋮ | Feb 1, 2024 1:21 PM | $50.00 | $10.00 | 0 | 0.00% |

Q Search

Filters    Go to Analytics    Date range    Last 7 days    Create Campaign

Save    Clear All



| Impressions | Spend |
|---|---|
| **11,273** | **$39.78** |

Mar 28, 2025   Mar 29, 2025   Mar 30, 2025   Mar 31, 2025   Apr 1, 2025   Apr 2, 2025

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume   Pause   **Delete**        ✕  Show deleted   Metrics: Summary ⌄   Breakdowns: None ⌄   ⬇ Export ⌄   ⬀

| | Campaign Name | | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - Web - SOCIAL MEDIA AND... | ⋮ | ✕ | • Paused | Website traffic and sales | 11,273 | $39.78 | Mar 31, 2025 11:12 AM |
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp just... | ⋮ | - | • Expired | Website traffic and sales | 0 | $0.00 | Mar 6, 2025 9:46 PM |
| ☐ | Quick promote - #Section or the... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jan 22, 2025 8:35 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ | - | • Expired | Website traffic and sales | 0 | $0.00 | Oct 18, 2024 7:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Sep 25, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Sep 17, 2024 7:02 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | - | • Expired | Website traffic and sales | 0 | $0.00 | Sep 8, 2024 11:29 PM |
| ☐ | Quick promote - Mate EPIC PRO... | ⋮ | - | • Expired | Website traffic and sales | 0 | $0.00 | Sep 1, 2024 5:18 PM |
| ☐ | Quick promote - #Prose #Litigant Level... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Aug 26, 2024 6:08 PM |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Aug 10, 2024 10:38 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for a... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jul 28, 2024 8:17 PM |
| ☐ | Quick promote - Time to fix... | ⋮ | - | • Expired | Website traffic and sales | 0 | $0.00 | Jul 27, 2024 5:28 PM |
| ☐ | Quick promote - #PiNetwork family Any... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:27 PM |
| ☐ | Quick promote - #XSupportIsBrokenAI @premium I... | ⋮ | - | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:21 PM |



Q Search    ☲ Filters    Go to Analytics    🔵 Charts on    ☐ Last 7 days ∨    Create Campaign

Save    Clear All

| Impressions | Spend |
|---|---|
| 11,273 | $39.78 |

Funding sources | **Campaigns** | Ad groups | Ads | Audiences

Resume    Pause    Delete        ⊗ Show deleted    Metrics: Summary ∨    Breakdowns: None ∨    ⬇ Export ∨    🔗

| | Campaign Name | | Daily budget | Results | Results rate | Cost per result | Remaining campaign budget |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote · Web · SOCIAL MEDIA AND... | ⋮ | $25.00 | 37 Link clicks | 0.33% Link click rate | $1.08 Cost per link click | $85.22 |
| ☐ | Quick promote · X CORP CHARGES... | ⋮ | $50.00 | 0 | 0.00% | $0.00 | $1.69 |
| ☐ | Quick promote · X CORP'S ATTORNEYS... | ⋮ | $50.00 | 0 | 0.00% | $0.00 | $0.06 |
| ☐ | Quick promote · X Corp just... | ⋮ | $50.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · #Section or the... | ⋮ | $25.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · Thanks to my... | ⋮ | $25.00 | 0 | 0.00% | $0.00 | $1.66 |
| ☐ | Quick promote · SECTION ATTACKED This... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $3.06 |
| ☐ | Quick promote · The absolute DESTRUCTION... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · The Eighth Circuit... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · Mate EPIC PRO... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · #Prose #Litigant Level... | ⋮ | $25.00 | 0 | 0.00% | $0.00 | $1.54 |
| ☐ | Quick promote · SHOCKING VIDEO @OmahaPubSchool... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · BREAKING NEWS Groundbreaking... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · Calling for a... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · Time to fix... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · #PiNetwork family Any... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| ☐ | Quick promote · #XSupportIsBrokenAI @premium J... | ⋮ | $10.00 | 0 | 0.00% | $0.00 | $0.00 |

ads.x.com/reporting_dashboard/  



| | Campaign Name | | Daily budget | Results | Results rate | Cost per result | Remaining campaign budget |
|---|---|---|---|---|---|---|---|
| | Quick promote - Web - SOCIAL MEDIA AND... | : | $25.00 | 37 | 0.33% | $1.08 | $85.22 |
| | Quick promote - X CORP CHARGES... | : | $50.00 | 0 | 0.00% | $0.00 | $1.69 |
| | Quick promote - X CORP'S ATTORNEYS... | : | $50.00 | 0 | 0.00% | $0.00 | $0.06 |
| | Quick promote - X Corp Just... | : | $50.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - #Section or the... | : | $25.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - Thanks to my... | : | $25.00 | 0 | 0.00% | $0.00 | $1.66 |
| | Quick promote - SECTION ATTACKED This... | : | $10.00 | 0 | 0.00% | $0.00 | $3.06 |
| | Quick promote - The absolute DESTRUCTION... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - The Eighth Circuit... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - Mate EPIC PRO... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - #Prose At litigant Level... | : | $25.00 | 0 | 0.00% | $0.00 | $1.54 |
| | Quick promote - SHOCKING VIDEO #DevaluePubSchool... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - BREAKING NEWS #worldbreaking... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - Calling for a... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - Time to fix... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - #PINetwork family Any... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |
| | Quick promote - #XSupport&BrokenAI @proxinen_i... | : | $10.00 | 0 | 0.00% | $0.00 | $0.00 |

   

ads.x.com/reporting_dashboard/  



| Campaign Name | | Spend | Campaign start | Campaign end | Total budget | Daily budget |
|---|---|---|---|---|---|---|
| Quick promote - Web - SOCIAL MEDIA AND... | : | $39.78 | Mar 31, 2025 11:12 AM | Apr 5, 2025 11:12 AM | $125.00 | $25.00 |
| Quick promote - X CORP CHARGES... | : | $0.00 | Mar 12, 2025 9:57 PM | Mar 15, 2025 9:57 PM | $150.00 | $50.00 |
| Quick promote - X CORP'S ATTORNEYS... | : | $0.00 | Mar 11, 2025 10:00 AM | Mar 14, 2025 10:00 AM | $150.00 | $50.00 |
| Quick promote - X Corp just... | : | $0.00 | Mar 6, 2025 10:48 PM | Mar 9, 2025 10:48 PM | $150.00 | $50.00 |
| Quick promote - #Section or the... | : | $0.00 | Jan 22, 2025 8:35 PM | Jan 25, 2025 8:35 PM | $75.00 | $25.00 |
| Quick promote - Thanks to my... | : | $0.00 | Oct 18, 2024 7:00 PM | Oct 20, 2024 7:00 PM | $50.00 | $25.00 |
| Quick promote - SECTION ATTACKED This... | : | $0.00 | Sep 25, 2024 8:40 AM | Sep 30, 2024 8:40 AM | $50.00 | $10.00 |
| Quick promote - The absolute DESTRUCTION... | : | $0.00 | Sep 17, 2024 7:00 PM | Sep 20, 2024 7:00 PM | $30.00 | $10.00 |
| Quick promote - The Eighth Circuit... | : | $0.00 | Sep 8, 2024 11:39 PM | Sep 11, 2024 11:39 PM | $30.00 | $10.00 |
| Quick promote - Meta EPIC PRO... | : | $0.00 | Sep 1, 2024 6:18 PM | Sep 4, 2024 6:18 PM | $30.00 | $10.00 |
| Quick promote - 3)Rose #Litigant Level... | : | $0.00 | Aug 26, 2024 6:06 PM | Aug 29, 2024 6:06 PM | $75.00 | $25.00 |
| Quick promote - SHOCKING VIDEO @OmahaPubSchool... | : | $0.00 | Aug 10, 2024 10:38 AM | Aug 15, 2024 10:38 AM | $50.00 | $10.00 |
| Quick promote - BREAKING NEWS Groundbreaking... | : | $0.00 | Aug 3, 2024 11:37 AM | Aug 8, 2024 11:37 AM | $30.00 | $10.00 |
| Quick promote - Calling for a... | : | $0.00 | Jul 28, 2024 8:11 PM | Aug 2, 2024 8:11 PM | $50.00 | $10.00 |
| Quick promote - Time to fix... | : | $0.00 | Jul 27, 2024 5:28 PM | Aug 1, 2024 5:28 PM | $50.00 | $10.00 |
| Quick promote - #XNetwork family Any... | : | $0.00 | Jan 27, 2024 9:37 PM | Jan 28, 2024 9:37 PM | $10.00 | $10.00 |
| Quick promote - 2)XSupportIsBrokenAt @premium.i... | : | $0.00 | Jan 27, 2024 1:21 PM | Feb 1, 2024 1:21 PM | $50.00 | $10.00 |



www.SelfLeg... ✔ @ProS... · Mar 30

🚨👊🔥 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS!

😡👊🚨

https://charterwestbank.com/75...

Show this thread

| ♡ | ↻ | ♡ |
|---|---|---|
| **13** | **9** | **3** |
| 100% | 33% | |

Impressions ⓘ

# 11,565

97% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **374** | **101** |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **158** |
| | 99% |

Link clicks ⓘ

**45**

82%

---

Promoted

## Audience

The estimated breakdown of the people that have seen your post

### Gender ⊕



| Female | |
|---|---|
| **24.6%** | |

Male
**74.6%**

Other / Not specified
**0.8%**

### Age



| Under 20 | 3.5% |
|---|---|
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.2% |

**Your promotion is paused**

$40 of $125 spent    2 days 14 hours left



www.SelfLeg... ✅ @ProS... · Mar 30

🔴💪💯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😤💪🔴

httos://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ♡ |
|---|---|---|
| 14 | 9 | 3 |
| 100% | 33% | |

Impressions ⓘ

# 11,560

98% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| 374 | 101 |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| 0 | 158 |
| | 99% |

Link clicks ⓘ

45

82%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊕



Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**

## Age

| Under 20 | 3.5% |
|---|---|
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.2% |

**Your promotion is paused**



$40 of $125 spent    2 days 17 hours left



www.SelfLeg... ✓ @ProS... · Mar 30

🚨🔥😡 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😡🔥🚨

https://charterwestbank.com/75...

Show this thread

| ♡ 13 | ⇄ 8 | ♡ 3 |
|---|---|---|
| 100% | 38% | |

Impressions ⓘ

# 11,560

98% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| 374 | 101 |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| 0 | 158 |
| | 99% |

Link clicks ⓘ

45

82%



Promoted

## Audience

The estimated breakdown of the people that have seen your post

### Gender ⓘ

Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**



### Age

| Under 20 | 3.5% |
|---|---|
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.2% |

### Your promotion is paused

$40 of $125 spent     2 days 18 hours left



www.SelfLeg... ✔ @ProS... · Mar 30

🟪🖐️😡 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😡🖐️🟪

https://charterwestbank.com/75...

Show this thread

| ♡ | ↻ | ♡ |
|---|---|---|
| **13** | **8** | **3** |
| 100% | 38% | |

Impressions ⓘ

# 11,552

98% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **374** | **101** |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **158** |
| | 99% |

Link clicks ⓘ

**45**

82%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⓘ



Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**

## Age

| | |
|---|---|
| Under 20 | 3.5% |
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.2% |

**Your promotion is paused**

$40 of $125 spent    2 days 22 hours left

← **Post activity**



www.SelfLegal... ✔ @ProSeS... · 11h

🚨🔥🐻 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🐻🔥🚨

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ♡ |
|:---:|:---:|:---:|
| **2** | **0** | **2** |

Impressions ⓘ
# 60

Engagements ⓘ          Detail expands ⓘ
## 14                      ## 1

New followers ⓘ          Profile visits ⓘ
## 0                       ## 1

Link clicks ⓘ
## 6

**Boost post**



THE UNITED STATES JUSTICE
SYSTEM ON TRIAL IN TEXAS!
🤯🔥🚨
https://charterwestbank.com/75...

Show this thread



♡          ⇄          ♡
**10**       **5**        **2**
**100%**    **40%**

Impressions ⓘ

# 9,892

**98% from promotion**

Engagements ⓘ              Detail expands ⓘ

# 269                        # 78

100%                        99%

Tuesday, April 1, 2025 · 10:13 AM          Edit

Screenshot_20250401_101348_X.jpg
/Internal storage/DCIM/Screenshots

**Screenshots**

607 KB | 1440x2838 | 4MP

# Add tag



www.SelfLeg... ✓ @ProS... · Mar 30

📱🔥🤠 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤠🔥📱

https://charterwestbank.com/75...

Show this thread

| ♡ | ↻ | ♡ |
|---|---|---|
| 13 | 8 | 3 |
| 100% | 38% | |

Impressions ⓘ

# 11,463

98% from promotion



| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **361** | **97** |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **157** |
| | 99% |

Link clicks ⓘ

**42**

81%

Promoted

## Audience

The estimated breakdown of the people that have seen your post

### Gender ⓘ



Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**

## Age

| Under 20 | 3.5% |
|---|---|
| 20-29 | 41.2% |
| 30-39 | 23.8% |
| 40-49 | 13.4% |
| Above 50 | 18.1% |

### Your promotion is paused

$40 of $125 spent      3 days 2 hours left

## Post activity



**www.SelfLeg...** ✓ @ProS... · Mar 30

🚨🔥😱 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😱🔥🚨

https://charterwestbank.com/75...

Show this thread

|  ♡  |  ⇅  |  ♡  |
|-----|-----|-----|
| **13** | **8** | **3** |
| 100% | 38% | |

Impressions ⓘ

# 11,462

**98% from promotion**

Engagements ⓘ

## 361

100%

Detail expands ⓘ

## 97

99%

New followers ⓘ

## 0

Profile visits ⓘ

## 157

99%

Link clicks ⓘ

## 42

81%

**Promoted**

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊛



Female
**24.6%**

Male
**74.6%**

Other / Not specified
**0.8%**

## Your promotion is paused

$40 of $125 spent      3 days 2 hours left

← **Post activity**



www.SelfLeg... ✔ @ProS... · Mar 30

🚨🔥🧑‍⚖️ SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🧑‍⚖️🔥🚨

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ○ |
|---|---|---|
| 13 | 8 | 3 |
| 100% | 38% | |



**Impressions** ⓘ

# 11,462

98% from promotion

**Engagements** ⓘ

# 361

100%

**Detail expands** ⓘ

# 97

99%

**New followers** ⓘ

# 0

**Profile visits** ⓘ

# 157

99%

**Link clicks** ⓘ

# 42

81%

Promoted

## Your promotion is paused

$40 of $125 spent    3 days 2 hours left



www.SelfLeg... ✔ @ProS... · Mar 30

🔲🔥🌶️ SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😱🔥🔲

httos://charterwestbank.com/75...

Show this thread

| ♡ | ⟲ | ♡ |
|---|---|---|
| 10 | 5 | 2 |
| 100% | 40% | |

Impressions ⓘ

# 10,532

98% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| 328 | 88 |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| 0 | 153 |
| | 99% |

Link clicks ⓘ

32

81%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⓘ

Female
**25.3%**

Male
**73.8%**

Other / Not specified
**0.9%**



## Age

| | |
|---|---|
| Under 20 | 3.8% |
| 20-29 | 43.9% |
| 30-39 | 23.9% |
| 40-49 | 12.3% |
| Above 50 | 16.1% |

## Your promotion is running

$36 of $125 spent    3 days 18 hours left



# Notifications

All    Verified    Mentions

     

**Pat Tranbarger** and 6 others liked your post

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨
charterwestbank.com/752-2/# pic.x....



**David James** reposted your post

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨
charterwestbank.com/752-2/# pic.x....



**Anti-Corruption Party Of America** 🇺🇸 🇺🇸🇺🇸 liked 10 of your posts
Why aren't the left giving Trump credit for decreasing egg prices?  They blamed him for the increase.
Show all

Jim Turner @JayTurner17 · 1d

     



analytics.google.com/analytics/web/#/p377419325/reports/explorer?params=_u..r

| 1 | /752-2/ | | |
|---|---|---|---|
| | Mar 30 - Apr 1, 2025 | 69 (74.19%) | 41 (7 |
| | Mar 27 - Mar 29, 2025 | 0 (0%) | |

**10**          **5**          **2**

100%          40%

## Impressions ⓘ

# 10,062

98% from promotion

## Engagements ⓘ                    ## Detail expands ⓘ

# 291                              # 85

100%                              99%

## New followers ⓘ                  ## Profile visits ⓘ

# 0                                # 147

**Tuesday, April 1, 2025 · 11:56 AM**          Edit

Screenshot_20250401_115657_X.jpg

/Internal storage/DCIM/Screenshots

**Screenshots**

453 KB │ 1440x2838 │ 4MP

\# Add tag



# 10,198

**98% from promotion**

Engagements ⓘ
## 303
**100%**

Detail expands ⓘ
## 84
**99%**

New followers ⓘ
## 0

Profile visits ⓘ
## 148
**99%**

Link clicks ⓘ
## 26
**77%**

**Promoted**

# Audience

Tuesday, April 1, 2025 · 1:44 PM                    Edit

Screenshot_20250401_134419_X.jpg
/Internal storage/DCIM/Screenshots

Screenshots

883 KB  |  1440x5398  |  8MP

# Add tag



www.SelfLeg... ✔ @ProS... · Mar 30

🧑‍⚖️🔥🤖 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 👀🔥🧑‍⚖️

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇅ | ♡ |
|---|---|---|
| **10** | **5** | **2** |
| 100% | 40% | |

Impressions ⓘ
## 10,198
98% from promotion



| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **303** | **84** |
| 100% | 99% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| **0** | **148** |
| | 99% |

Link clicks ⓘ
## 26
77%

Promoted

## Audience
The estimated breakdown of the people that have seen your post

### Gender ⊕



Female
**25.5%**

Male
**73.6%**

Other / Not specified
**0.9%**

### Age



| Under 20 | 3.9% |
|---|---|
| 20–29 | 44.9% |
| 30–39 | 23.9% |
| 40–49 | 12% |
| Above 50 | 15.2% |

← **Post activity**



www.SelfLegal... ✅ @ProSeS... · 16h

🎇🔥🙀🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😯🔥🎇

https://charterwestbank.com/75...

Show this thread



♡ **2**          ⇄ **0**          ○ **2**

Impressions ⓘ
## 92

Engagements ⓘ
## 14

Detail expands ⓘ
## 1

New followers ⓘ
## 0

Profile visits ⓘ
## 1

Link clicks ⓘ
## 6

## Your promotion is running

$0 of $125 spent          4 days 19 hours left

← **Post activity**

4    3    2

**50%**

Impressions ⓘ

# 3,640

**96% from promotion**

Engagements ⓘ

## 35

**100%**

Detail expands ⓘ

## 19

**95%**

New followers ⓘ

## 0

Profile visits ⓘ

## 2

**50%**

Link clicks ⓘ

## 11

**45%**

## Your promotion is running

$25 of $125 spent    4 days 12 hours left

# Post activity



www.SelfLeg... ✔ @ProS... · Mar 30

🔥 👊 😈 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😈 👊 🚨

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇆ | ♡ |
|---|---|---|
| 10 | 5 | 2 |
| 100% | 40% | |

**Impressions** ⓘ
# 10,198
98% from promotion

**Engagements** ⓘ
## 303
100%

**Detail expands** ⓘ
## 84
99%

**New followers** ⓘ
## 0

**Profile visits** ⓘ
## 148
99%

**Link clicks** ⓘ
## 26
77%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊛



Female
**25.5%**

Male
**73.6%**

Other / Not specified
**0.9%**

# Age

Under 20                        3.0%

← **Post activity**



https://**charterwestbank.com/75...**

Show this thread

| ♡ | ⇄ | ◯ |
|:-:|:-:|:-:|
| **10** | **5** | **2** |
| 100% | 40% | |

**Impressions** ⓘ

# 10,062

98% from promotion

**Engagements** ⓘ

# 291

100%

**Detail expands** ⓘ

# 85

99%

**New followers** ⓘ

# 0

**Profile visits** ⓘ

# 147

99%

## Your promotion is running

$34 of $125 spent     3 days 23 hours left

≡    **ChatGPT**        ⋮

## *Forensic Comparison: 9:23 AM vs. 10:13 AM*

| Metric | 9:23 AM | 10:13 AM | Net Change |
|---|---|---|---|
| Impressions | 9,965 | 9,892 | -73 |
| Engagements | 276 | 269 | -7 |
| Detail Expands | 79 | 78 | -1 |
| Profile Visits | 143 | 143 | 0 |
| Followers | 0 | 0 | 0 |

Ask anything

          



THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS!

🤯🔥🎆

https://charterwestbank.com/75…

Show this thread

| ♡ | ⇄ | ♡ |
|---|---|---|
| **10** | **5** | **2** |
| 100% | 40% | |

## Impressions ⓘ

# 9,892

98% from promotion

## Engagements ⓘ
# 269
100%

## Detail expands ⓘ
# 78
99%

Tuesday, April 1, 2025 · 10:13 AM          Edit

Screenshot_20250401_101348_X.jpg
/Internal storage/DCIM/Screenshots

**Screenshots**
607 KB ⏐ 1440x2838 ⏐ 4MP

# Add tag

## Impressions ⓘ

# 9,965

**98% from promotion**

## Engagements ⓘ

# 276

**100%**

## Detail expands ⓘ

# 79

**99%**

## New followers ⓘ

# 0

## Profile visits ⓘ

# 143

**99%**

## Link clicks ⓘ

**Tuesday, April 1, 2025 · 9:23 AM**          Edit

Screenshot_20250401_092345_X.jpg

/Internal storage/DCIM/Screenshots

### Screenshots

395 KB  |  1440x2838  |  4MP

# Add tag

← **Post activity**



**www.SelfLeg...** ✔ @ProS... · Mar 30

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ♡ |
|---|---|---|
| **10** | **5** | **2** |
| 100% | 40% | |

Impressions ⓘ

# 9,892

98% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| **269** | **78** |
| 100% | 99% |

## Your promotion is running

$34 of $125 spent     4 days 0 hours left

← **Post activity**

| ♡ | ⇄ | ⬭ |
|:---:|:---:|:---:|
| **10** | **5** | **2** |
| 100% | 40% | |

### Impressions ⓘ
# 9,965
98% from promotion

### Engagements ⓘ
# 276
100%

### Detail expands ⓘ
# 79
99%

### New followers ⓘ
# 0

### Profile visits ⓘ
# 143
99%

### Link clicks ⓘ
# 24

## Your promotion is running

$34 of $125 spent          4 days 1 hour left

← **Post**



 **www.SelfLegalAid.com** ✔
@ProSeSelfHelp

This guy may as well be John Smith in Boston.

> This Post is from an account that no longer exists. Learn more

10:18 PM · 28 Mar 25 · **94** Views

 View post activity

**1** Like

Most relevant replies ⌄

Post your reply



www.SelfLeg... ✓ @ProS... · Mar 30
🔒🔊🌮 SOCIAL MEDIA AND
THE UNITED STATES JUSTICE
SYSTEM ON TRIAL IN TEXAS!
😨🔊🔒
ht:tox:ocharterwestbank.com/75...
Show this thread

♡           �17          ♡
10           5           2
100%        40%

Impressions ⓘ
**9,812**
98% from promotion

Engagements ⓘ        Detail expands ⓘ
**269**              **76**
100%                 99%

New followers ⓘ      Profile visits ⓘ
**0**                **138**
                     99%

Link clicks ⓘ
**24**
75%

Promoted

## Audience

The estimated breakdown of the people that
have seen your post

### Gender ⓘ



Female
**25.7%**

Male
**73.4%**

Other / Not specified
**0.9%**

### Age

| | |
|---|---|
| Under 20 | 4% |
| 20-29 | 45.6% |
| 30-39 | 23.8% |
| 40-49 | 11.8% |
| Above 50 | 14.7% |



**Your promotion is running**

$34 of $125 spent     4 days 2 hours left

← **Thread**

↻ **You reposted**



**www.SelfLegalA**  **Promote Again** ⋮
@ProSeSelfHelp

 ---✅Mate ♟

# EPIC PRO SE LITIGANT WINS IN THE SUPREME COURT!!!

youtu.be/KkghwVXabjc

#GameChanger #JusticeForAll
#ProseWarrior #Legal #law
#Constitution #SCOTUS
#Nebraska #CORRUPTION #GOAT
#ThePeoplesWarrior #GettingRiddled
#JusticeJanitorsUnited #Freedom

▶ YouTube



Post your reply                    📷

← **Post activity**

Impressions ⓘ

# 25,741

**72% from promotion**

Engagements ⓘ

# 805

**100%**

Detail expands ⓘ

# 267

**95%**

New followers ⓘ

# 2

**100%**

Profile visits ⓘ

# 487

**99%**

Link clicks ⓘ

# 66

**45%**

**Promoted**

**Boost again**

# Post activity



https://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ♡ |
|---|---|---|
| 9 | 5 | 2 |
| 100% | 40% | |

## Impressions ⓘ

# 9,519

98% from promotion

## Engagements ⓘ

# 253

100%

## Detail expands ⓘ

# 73

99%

## New followers ⓘ

# 0

## Profile visits ⓘ

# 127

99%

## Your promotion is running

$33 of $125 spent          4 days 3 hours left

← **Post activity**



www.SelfLeg... ✓ @ProS... · Mar 30

🎌 👊 🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯 👊 🎌

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ♡ |
|---|---|---|
| **9** | **5** | **2** |
| **100%** | **40%** | |

**Impressions** ⓘ

# 9,452

98% from promotion

**Engagements** ⓘ     **Detail expands** ⓘ

## 251          ## 71

100%          99%

**New followers** ⓘ     **Profile visits** ⓘ

## 0          ## 127

99%

**Link clicks** ⓘ

## 23

74%

Promoted

## Your promotion is running

$33 of $125 spent    4 days 4 hours left



# Notifications

All        Verified        Mentions

 

**David James** reposted your post
🥫🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🥫
charterwestbank.com/752-2/# pic.x....



**Anti-Corruption Party Of America** 🇺🇸
🇺🇸🇺🇸 liked 10 of your posts
Why aren't the left giving Trump credit for decreasing egg prices?  They blamed him for the increase.
Show all

**Jim Turner** @JaxTurner17 · 16h
Replying to @ProSeSelfHelp
Don't give a fuck what you say you dumb bitch but apparently you can't comprehend anything which why you are a low life loser 🤡 no wonder your family disowned you

   ıll 3

     

← **Post activity**

4  3  2

**50%**

Impressions ⓘ
# 3,640

**96% from promotion**

Engagements ⓘ
# 35
**100%**

Detail expands ⓘ
# 19
**95%**

New followers ⓘ
# 0

Profile visits ⓘ
# 2
**50%**

Link clicks ⓘ
# 11
**45%**

## Your promotion is running

$25 of $125 spent    4 days 12 hours left

← **Post activity**



www.SelfLegal... ✔ @ProSeS... · 23h

🆘 🔥 😺 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😺 🔥 🆘

https://charterwestbank.com/75...

Show this thread

| ♡ | ⇄ | ♡ |
|---|---|---|
| **4** | **3** | **2** |
| 50% | | |

Impressions ⓘ

# 3,592

96% from promotion

| Engagements ⓘ | Detail expands ⓘ |
|---|---|
| 35 | 19 |
| 100% | 95% |

| New followers ⓘ | Profile visits ⓘ |
|---|---|
| 0 | 2 |
| | 50% |

Link clicks ⓘ

11

45%

Promoted

## Audience

The estimated breakdown of the people that have seen your post

## Gender ⊛



| Female |
|---|
| **25.2%** |

| Male |
|---|
| **74.7%** |

Other / Not specified

## Your promotion is running

$25 of $125 spent    4 days 13 hours left

← **Post activity**



**www.SelfLegal...** ✔ @ProSeS... · 16h

🚨🔥😱 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 😱🔥🚨

https://charterwestbank.com/75...

Show this thread

♡ 2          ⇄ 0          ♡ 2

Impressions ⓘ

# 92

Engagements ⓘ

# 14

Detail expands ⓘ

# 1

New followers ⓘ

# 0

Profile visits ⓘ

# 1

Link clicks ⓘ

# 6

## Your promotion is running

$0 of $125 spent          4 days 19 hours left



# ← Post activity

Show this thread



♡  ⇄  ♡
2  0  2

*2.5*

## Impressions ⓘ
**78** —

## Engagements ⓘ
**14** — *18%*

## Detail expands ⓘ
**1**

## New followers ⓘ
**0**

## Profile visits ⓘ
**1**

## Link clicks ⓘ
**6** — *8*

---

## Your promotion is running

$0 of $125 spent      4 days 23 hours left

## Reposted
by Uhtred son of Uhtred

Show this thread



**www.SelfLegalAid.com** ✔ @... · 12h ⋮
🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨
charterwestbank.com/752-2/#



## Self-Represented Litigant Collapses Entire U.S. Judicial System in One Afternoon

March 31, 2025

💬 2     ↻     ❤ 2     📊 78     🔖     ⤳

Show this thread

---

👤 Follows you



**Uhtred son of Uhtr...**    **Follow Back**
@GeorgeP35621628

My pronouns are bacon bits/strips

# Post activity



www.SelfLegal... ✔ @ProSeS... · 12h

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨

https://charterwestbank.com/75...

Show this thread

♡ 2     ↻ 0     ♡ 2

## Impressions ⓘ
# 76

## Engagements ⓘ
# 14

## Detail expands ⓘ
# 1

## New followers ⓘ

## Profile visits ⓘ

## Your promotion is running

$0 of $125 spent     4 days 23 hours left

# Post activity



**www.SelfLegal...** ✔ @ProSeS... · 12h

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨

https://charterwestbank.com/75...

Show this thread



♡ **2**          ⟲ **0**          ♡ **2**

Impressions ⓘ

# 76

Engagements ⓘ

# 14

Detail expands ⓘ

# 1

New followers ⓘ          Profile visits ⓘ

## Your promotion is running

$0 of $125 spent          4 days 23 hours left

# Post activity



**Impressions** ⓘ

# 76

**Engagements** ⓘ                    **Detail expands** ⓘ

# 14                                  # 1

**New followers** ⓘ                   **Profile visits** ⓘ

## Your promotion is running

$0 of $125 spent          4 days 23 hours left

← **Post activity**



**www.SelfLegal...** ✅  @ProSeS...  · 12h

🚨 🔥 🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS!

🤯 🔥 🚨

https:// charterwestbank.com/75...

Show this thread

| ♡ | ⟲ | 🗨 |
|---|---|---|
| 2 | 0 | 2 |

**Impressions** ⓘ

# 76

**Engagements** ⓘ

## 14

**Detail expands** ⓘ

## 1

**New followers** ⓘ

## 0

**Profile visits** ⓘ

## 1

**Link clicks** ⓘ

## 6

## Your promotion is running

$0 of $125 spent        4 days 23 hours left



# Post activity

00:29

www.SelfLegal... ✔ @ProSeS... · 12h

🚨🔥🤯 SOCIAL MEDIA AND THE UNITED STATES JUSTICE SYSTEM ON TRIAL IN TEXAS! 🤯🔥🚨

https://charterwestbank.com/75...

Show this thread

♡ 2    ⇄ 0    ◯ 2

## Impressions ⓘ
# 76

## Engagements ⓘ
# 14

## Detail expands ⓘ
# 1

## New followers ⓘ

## Profile visits ⓘ

# Your promotion is running

$0 of $125 spent    4 days 23 hours left

← X **Ads Support** ✅ ❌ 📷 🕑

We have added a new account(18ce55rrn9n) for you on X Ads. On your next visit to ads.x.com you will see two accounts to select from: your existing account and also a new account with the text '(new)' written after your handle.

Click on the new account to select a timezone and country. This will only apply to the new account (RPGBe ardo&#91;NEW&#93;). Your currency will depend on the country selected. If you had previous campaigns they will not carry over, you will need to create new campaigns for this account.

Please note:

If you had campaigns on the existing account you will need to pause or stop those campaigns to prevent future charges from accruing. Customers are responsible for charges accrued in all X Ads accounts associated with their handle, irrespective of currency settings.

If you do not intend to run campaigns in the old account, we suggest pausing or deleting existing campaigns and deleting the credit card. You may also access the existing account at any time to see previous campaign data.

If you are an agency requesting a new ads account for your client, your client will need to grant you Administrator Access to the Ads account (if they have not already done so). This level of access will allow you to see and access the ads account, add a payment method and begin creating campaigns on the Ads account.

If this account will be promoting Political Campaigning Ads in the United States, you must apply



  Start a message

**Post activity**



www.SelfLega... ✔ @ProSe... · Mar 11

"X-CORP'S ATTORNEYS DISCOVER ANCIENT LEGAL SCROLLS GRANTING IMMUNITY FROM ALL LAWS"

Briefs in connected posts:...

| ♡ | ↻ | ♡ |
|---|---|---|
| 49 | 10 | 4 |
| 100% | 60% | 75% |

Impressions ⓘ

# 1,484

80% from promotion

Engagements ⓘ

## 198

100%

Detail expands ⓘ

## 36

39%

New followers ⓘ

## 0

Profile visits ⓘ

## 82

99%

Link clicks ⓘ

## 17

24%

Promoted

# Audience

The estimated breakdown of the people that have seen your post

## Gender ⊚



Female
**34.9%**

Male
**64.3%**

Other / Not specified
**0.8%**

**Boost again**

← **Post activity**



🔴----💥----🔥🔥🔥---✅Mate🧍

EPIC PRO SE LITIGANT WINS IN THE
SUPREME COURT!!!

...

Show this thread

| ♡ | ⇄ | 💬 |
|---|---|---|
| **14** | **3** | **6** |
| 71% | | |

**Impressions** ⓘ

# 25,475

73% from promotion

**Engagements** ⓘ
# 805
100%

**Detail expands** ⓘ
# 267
95%

**New followers** ⓘ
# 2
100%

**Profile visits** ⓘ
# 487
99%

**Link clicks** ⓘ
# 66
45%

Promoted

**Audience**

**Boost again**

Ads   Campaigns   Creatives   Tools ∨   Free Ad Credit   Help ∨   TheProSeSelfHelpNetwork ∨

🔍 Search   |   ⇄ Filters   |   **Go to Analytics**                     Charts on   |   📅 Last 7 days ∨   |   **Create Campaign**

**Save**   **Clear All**

| Impressions | Spend |
|---|---|
| **0** | **$0.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | | | | | | |
| 90 | | | | | | |
| 60 | | | | | | |
| 40 | | | | | | |
| 20 | | | | | | |
| | Mar 25, 2025 | Mar 26, 2025 | Mar 27, 2025 | Mar 28, 2025 | Mar 29, 2025 | Mar 30, 2025 |

| **Funding sources** | Campaigns | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume   Pause   **Delete**        ✕ Show deleted   Metrics: Summary ∨   Breakdowns: None ∨        ⬆ Export ∨   ⟳

| ☐ | Funding source name | Status | Funding source start | ▼ | Funding source end | Funding source lifetime budget | Funding source lifetime spend |
|---|---|---|---|---|---|---|---|
| ☐ | Credit/debit card | • Running | Jun 12, 2023 3:09 PM | | - | $991.66 | $989.93 |

1 - 1 of 1 items   ‹   1   ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



Q Search          ≡ Filters   **Go to Analytics**          ✓○ Charts on   ▦ Last 7 days ∨   **Create Campaign**

**Save**   **Clear All**

| Impressions | Spend |
|---|---|
| 0 | $0.00 |

| | Mar 25, 2025 | Mar 26, 2025 | Mar 27, 2025 | Mar 28, 2025 | Mar 29, 2025 | Mar 30, 2025 |
|---|---|---|---|---|---|---|

| Funding sources | Campaigns | | Ad groups | Ads | | Audiences |
|---|---|---|---|---|---|---|

**Resume**   **Pause**   **Delete**          ✓○ Hide deleted   Metrics: Summary ∨   Breakdowns: None ∨   ⬆ Export ∨   ⟳

| | Campaign Name | | Results rate | Cost per result | Remaining campaign budget | Campaign daily pacing | Campaign flight pacing |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | 0.00% | $0.00 | $1.69 | 0.00% | 98.88% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | 0.00% | $0.00 | $0.09 | 0.00% | 99.96% |
| ☐ | Quick promote - X Corp just... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - #Section or the... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 98.28% |
| ☐ | Quick promote - Thanks to my... | ⋮ | 0.00% | $0.00 | $1.66 | 0.00% | 73.63% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | 0.00% | $0.00 | $3.06 | 0.00% | 93.58% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 66.57% |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - #Those #Litigant Level... | ⋮ | 0.00% | $0.00 | $1.94 | 0.00% | 97.05% |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 100.00% |
| ☐ | Quick promote - Calling for a... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 94.96% |
| ☐ | Quick promote - Time to Re... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 99.97% |
| ☐ | Quick promote - @XNetwork family Any... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - #XSupportIsBrokenAf @premium i... | ⋮ | 0.00% | $0.00 | $0.00 | 0.00% | 0.00% |
| ☐ | Quick promote - I also rejects billion... | ⋮ | 0.00% | $0.00 | $97.06 | 0.00% | 25.34% |

1 - 17 of 17 items   ‹   1   ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.

Q Search | ≡ Filters | Go to Analytics ◯ Charts on 📅 Last 7 days ∨ **Create Campaign**

Save | Clear All

| Impressions | Spend |
|---|---|
| 0 | $0.00 |

100
80
60
40
20

Mar 23, 2025 | Mar 26, 2025 | Mar 27, 2025 | Mar 28, 2025 | Mar 29, 2025 | Mar 30, 2025

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume | Pause | **Delete** | ✓ Hide deleted | Metrics: Summary ∨ | Breakdowns: None ∨ | ⬇ Export ∨ | ⟳

| | Campaign Name | | Campaign end | Total budget | Daily budget | Results | Results rate |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | Mar 19, 2025 9:57 PM | $196.00 | $50.00 | 0 | 0.00% |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | Mar 14, 2025 10:02 AM | $196.00 | $50.00 | 0 | 0.00% |
| ☐ | Quick promote - X Corp just... | ⋮ | Mar 8, 2025 10:49 PM | $150.00 | $50.00 | 0 | 0.00% |
| ☐ | Quick promote - #Section or the... | ⋮ | Jan 25, 2025 8:35 PM | $75.00 | $25.00 | 0 | 0.00% |
| ☐ | Quick promote - Thanks to my... | ⋮ | Oct 20, 2024 7:00 PM | $50.00 | $25.00 | 0 | 0.00% |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | Sep 30, 2024 8:40 AM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | Sep 20, 2024 9:02 PM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | Sep 11, 2024 11:29 PM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - Make EPIC PRO... | ⋮ | Sep 4, 2024 6:18 PM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - @Rose #Litigant Level... | ⋮ | Aug 20, 2024 6:06 PM | $75.00 | $25.00 | 0 | 0.00% |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | Aug 15, 2024 10:38 AM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | Aug 6, 2024 11:37 AM | $30.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - Calling for a... | ⋮ | Aug 2, 2024 8:37 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - Time to lis... | ⋮ | Aug 1, 2024 5:38 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - @VNetwork family Any... | ⋮ | Jan 25, 2024 9:27 PM | $10.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - #XSupportsBrokenAI @premium J... | ⋮ | Feb 1, 2024 1:21 PM | $50.00 | $10.00 | 0 | 0.00% |
| ☐ | Quick promote - I also rejects billion... | ⋮ | Jan 28, 2024 8:23 PM | $125.00 | $25.00 | 0 | 0.00% |

1 – 17 of 17 items ‹ 1 ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.



Q. Search | ≡ Filters | **Go to Analytics** | ⬤ Charts on | 🗓 Last 7 days ⌄ | **Create Campaign**

Save | Clear All

| Impressions | | Spend | |
|---|---|---|---|
| **0** | | **$0.00** | |

100
80
60
40
20

Mar 25, 2025 | Mar 26, 2025 | Mar 27, 2025 | Mar 28, 2025 | Mar 29, 2025 | Mar 30, 2025

| Funding sources | **Campaigns** | Ad groups | Ads | Audiences |
|---|---|---|---|---|

Resume | Pause | **Delete** | ⬤ Hide deleted | Metrics: Summary ⌄ | Breakdowns: None ⌄ | ⬇ Export ⌄ | ⟳

| ☐ | Campaign Name | | Status | Objective | Impressions | Spend | Campaign start |
|---|---|---|---|---|---|---|---|
| ☐ | Quick promote - X CORP CHARGES... | ⋮ | • Expired | Engagements | 0 | $0.00 | Mar 12, 2025 9:57 PM |
| ☐ | Quick promote - X CORP'S ATTORNEYS... | ⋮ | • Expired | Engagements | 0 | $0.00 | Mar 11, 2025 10:02 AM |
| ☐ | Quick promote - X Corp Just... | ⋮ | • Expired | Website traffic and sales | 0 | $0.00 | Mar 6, 2025 9:48 PM |
| ☐ | Quick promote - #Section or the... | ⋮ | • Expired | Engagements | 0 | $0.00 | Jan 22, 2025 8:35 PM |
| ☐ | Quick promote - Thanks to my... | ⋮ | • Expired | Website traffic and sales | 0 | $0.00 | Oct 18, 2024 2:00 PM |
| ☐ | Quick promote - SECTION ATTACKED This... | ⋮ | • Expired | Engagements | 0 | $0.00 | Sep 25, 2024 8:40 AM |
| ☐ | Quick promote - The absolute DESTRUCTION... | ⋮ | • Expired | Engagements | 0 | $0.00 | Sep 17, 2024 7:02 PM |
| ☐ | Quick promote - The Eighth Circuit... | ⋮ | • Expired | Website traffic and sales | 0 | $0.00 | Sep 8, 2024 11:29 PM |
| ☐ | Quick promote - Male EPIC PRO... | ⋮ | • Expired | Website traffic and sales | 0 | $0.00 | Sep 1, 2024 9:18 PM |
| ☐ | Quick promote - #Those #Litigant Level... | ⋮ | • Expired | Engagements | 0 | $0.00 | Aug 29, 2024 6:06 PM |
| ☐ | Quick promote - SHOCKING VIDEO @OmahaPubSchool... | ⋮ | • Expired | Engagements | 0 | $0.00 | Aug 10, 2024 10:38 AM |
| ☐ | Quick promote - BREAKING NEWS Groundbreaking... | ⋮ | • Expired | Engagements | 0 | $0.00 | Aug 3, 2024 11:37 AM |
| ☐ | Quick promote - Calling for a... | ⋮ | • Expired | Engagements | 0 | $0.00 | Jul 28, 2024 8:17 PM |
| ☐ | Quick promote - Time to lis... | ⋮ | • Expired | Website traffic and sales | 0 | $0.00 | Jul 27, 2024 5:58 PM |
| ☐ | Quick promote - #TWNetwork family Any... | ⋮ | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 9:27 PM |
| ☐ | Quick promote - #XSupportIsBrokenAI @premium 1... | ⋮ | • Expired | Engagements | 0 | $0.00 | Jan 27, 2024 1:21 PM |
| ☐ | Quick promote - I also rejects billion... | ⋮ | • Expired | Website traffic and sales | 0 | $0.00 | Jan 24, 2024 8:23 PM |

1 - 17 of 17 items ‹ 1 ›

The data reported on this page is an estimate, and should not be considered official for billing purposes. While the data status is current, your other data may be delayed by up to 2 hours.





**file_00000000397051f78d9e81731500d457_conversation_id=67e80f...**
file_00000000397051f78d9e81731500d457_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_idc8e21a3e-139f-4425-9253-4444f1a0db06.png

Edit                                     Copy URL to clipboard



**file_000000002a1051f78d365f855b31f4a8_conversation_id=67e80f...**
file_000000002a1051f78d365f855b31f4a8_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_id46a4ac99-9eec-4570-83ca-f2bc6adb26ae.png

Edit                                     Copy URL to clipboard



**file_00000000f7c851f78e30c5409371d20a_conversation_id=67e80f...**
file_00000000f7c851f78e30c5409371d20a_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_id6ce34099-8ac9-4ec3-90a9-e1ac56721afb.png

Edit                                     Copy URL to clipboard



**file_000000007c645230ad17ce3086c52f42_conversation_id=67e80f...**
file_000000007c645230ad17ce3086c52f42_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_id635a5ac9-3fa7-4893-ad01-c401045a61dc-1.png

Edit                                     Copy URL to clipboard



**file_00000000b3c452309921275ed5d8cee5_conversation_id=67e80f...**
file_00000000b3c452309921275ed5d8cee5_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_id719d1153-92bf-4997-b3a8-147c4b686090.png

Edit                                     Copy URL to clipboard



**file_00000000f20c51f6b0e70de8c8eefbab_conversation_id=67e80f...**
file_00000000f20c51f6b0e70de8c8eefbab_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_idf3811d55-8299-450a-9e80-1e18d7e78ba4-1.png

Edit                                     Copy URL to clipboard



**file_000000007c645230ad17ce3086c52f42_conversation_id=67e80f...**
file_000000007c645230ad17ce3086c52f42_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_id635a5ac9-3fa7-4893-ad01-c401045a61dc.png

Edit                                     Copy URL to clipboard



**file_000000004c785230b3989e8d68b63f05_conversation_id=67e80f...**
file_000000004c785230b3989e8d68b63f05_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_id73e20762-a4ac-4369-9ca2-984b153b3e9f-1.png

Edit                                     Copy URL to clipboard



**file_00000000f20c51f6b0e70de8c8eefbab_conversation_id=67e80f...**
file_00000000f20c51f6b0e70de8c8eefbab_conversation_id67e80f3d-48a4-8009-b809-
6bdb51627b3fmessage_idf3811d55-8299-450a-9e80-1e18d7e78ba4-2.png

Edit                                     Copy URL to clipboard