IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JUSTIN RIDDLE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>X CORP. formerly known as TWITTER, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 1:25-cv-00073-ADA |

**DECLARATION OF KENNETH M. TRUJILLO-JAMISON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND SANCTIONS (ECF NO. 53)**

I, Kenneth M. Trujillo-Jamison, declare as follows:

1. I am an attorney at the law firm Willenken LLP, counsel of record for Defendant X Corp. in the above-captioned case. I make this declaration in support of X Corp.'s Opposition to Plaintiff's Motion for Default Judgment and Sanctions (ECF No. 51; "Motion").

2. Before filing his Motion, Plaintiff did not meet and confer with counsel for X Corp. as required by Local Rule CV-7(c)(2). X Corp. was not aware of the Motion until it was filed with the Court.

3. The parties have not yet begun discovery. No written discovery has been served and no depositions have been noticed or taken.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 11, 2025　　　　　　　　　　　　　_/s/ Kenneth M. Trujillo-Jamison_
　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Trujillo-Jamison