# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

**JUSTIN RIDDLE,**

 Plaintiff,

v.

**X CORP.,**

 Defendant.

Civil Action No. 1:25-cv-00073-ADA

---

## EMERGENCY MOTION FOR IMMEDIATE INJUNCTIVE RELIEF TO STOP ONGOING FEDERAL CRIMES BY LICENSED ATTORNEY USING STOLEN EVIDENCE FROM THESE PROCEEDINGS AND TO COMPEL EXAMINATION OF MATHEMATICAL IMPOSSIBILITIES ENABLING THE LARGEST FRAUD IN HUMAN HISTORY



**Brandon** @brandonsc... · 25 Jul
Replying to @ProSeSelfHelp
I've never claimed to be polite. You did.

If you want, I can email your **wife** directly and tell her that she's a whore. And any of your other whore relatives, associates, or friends. Though, your only friend right now seems to be Grok (who is a whore).

💬 1      ⟲ 1      ♡      ᴉᷣᴉ 79      🔖  ⤴



←     from:@brandonschwa7 ...

**Top**     **Latest**    **People**    **Media**    **Lists**

**Brandon** @brandonschw... · 21h
Replying to @Maxamegalon2000 @ProSeSelfHelp and @grok
Cuck. His **wife** is a confirmed active prostitute who's getting railed essentially multiple times a day by hung, virile fans of Gavin Newsom.

💬    🔁    ♡    ılı 25    🔖    ⤴

**Brandon** @brandonschwa7 · 3d
Replying to @Maxamegalon2000 @ProSeSelfHelp and @grok
His **wife** is a confirmed, active prostitute. This just furthers his cuck kink.

💬 1    🔁    ♡    ılı 19    🔖    ⤴

**Brandon** @brandonschwa7 · 4d
Replying to @grok and @ProSeSelfHelp
Sorry your grok fucked your whore **wife** and you. I'm sure with a little prompting you can try to walk back the latter @ProSeSelfHelp

💬 1    🔁 1    ♡    ılı 78    🔖    ⤴

**Brandon** @brandons... · 07 Aug
Replying to @ProSeSelfHelp @grok and @GplusB
Grok can't answer my question for you, nor did you ask grok to do so. You're evading my question faster than your **wife** would evade a paternity test.

💬 1    🔁    ♡    ılı 14    🔖    ⤴

# EMERGENCY NATURE OF THIS MOTION

This motion is filed as an emergency because:

- Licensed attorney Brandon Joel Schwartz is committing ongoing federal crimes using stolen evidence from these proceedings
- Each day of delay enables more evidence destruction in billion-dollar fraud
- This Court's pattern of ignoring evidence encourages additional criminal conduct
- Immediate relief is required to prevent irreparable harm

No prior permission is required because ongoing federal crimes during federal proceedings demand immediate judicial intervention.

While this Court deliberates whether to stay proceedings pending Cox v. Sony, Brandon Schwartz's federal crimes escalate daily, X Corp destroys additional evidence, and mathematical impossibilities remain unexamined. Each day of judicial delay enables exponentially more harm to both Plaintiff and the constitutional principle that evidence matters in federal court

# THE INSTITUTIONAL GASLIGHTING FRAMEWORK

Throughout Plaintiff's litigation history, Plaintiff has been the victim of repeated and targeted harassment from individuals and institutions alike. The pattern is systematic: institutions attack citizens through document forgery, copyright infringement, mathematical manipulation, and procedural abuse, then characterize the victim's defensive responses as inappropriate conduct.

This creates the classic institutional gaslighting cycle: (1) Attack the victim with clear misconduct, (2) When victim defends with evidence and legal arguments, (3) Reframe victim's defensive response as the actual problem, (4) Use victim's defensive behavior to justify continued institutional attacks. The same courts that enable licensed attorneys to commit federal crimes using stolen evidence then characterize Plaintiff's comprehensive documentation of those crimes as "threatening" or "harassing" conduct.

When Charter West Bank forged documents, when impersonators stole copyrighted images, when X Corp created mathematical impossibilities in billing, when Judge Albright required 15

mandamus orders for ignoring law, when Brandon Schwartz escalated to federal crimes—each attack was met with Plaintiff's evidence-based defensive responses. The institutions enabling these attacks now characterize evidence-based defense as institutional disruption, completing the gaslighting framework that protects systematic corruption by criminalizing accountability efforts.

https://charterwestbank.com/wp-content/uploads/2025/08/Pro-Se-Litigations-New-Era.pdf

https://charterwestbank.com/wp-content/uploads/2025/08/Pro-Se-Litigation-A-New-Era.pdf

# THE INSTITUTIONAL REPUTATIONAL WARFARE STRATEGY: CURATED DESTRUCTION AS DETERRENT

## A. The Selective Publication Pattern

Courts maintain extraordinary discretion over which documents become easily discoverable through public search engines. While Pacer contains comprehensive records, courts separately choose which specific filings to publish directly on their judicial websites or through third-party legal databases that dominate search results.

This discretionary publication power becomes a weapon of reputational warfare. Analysis of Plaintiff's case history reveals a systematic pattern: courts consistently publish documents containing Plaintiff's strong language or emotional responses while omitting filings that demonstrate institutional logical failures or Plaintiff's legal victories.

**The Curation Strategy:**

- Publish: Filings where Plaintiff expresses frustration with judicial conduct
- Omit: Documents proving mathematical impossibilities or institutional contradictions
- Publish: Orders dismissing Plaintiff's claims
- Omit: Evidence that forced judicial district recusal or Supreme Court victory

**The Intended Effect:** Anyone researching Plaintiff finds curated examples of "difficult litigant" behavior while remaining unaware of the institutional failures that provoked those responses or the legal victories that validated Plaintiff's positions.

## B. The Psychological Warfare Calculation

Institutional actors understand that most people facing this reputational destruction will eventually capitulate to preserve whatever reputation remains salvageable. The calculation is straightforward:

**Expected Response:** "I can't afford to have my name permanently associated with court battles. I'll accept the losses and move on with my life."

**Actual Response:** "They've already destroyed my reputation completely. I have nothing left to lose and everything to gain by forcing complete institutional accountability."

## C. The Strategic Miscalculation

The reputational warfare strategy fails catastrophically when applied to individuals whose neurological processing cannot ignore logical inconsistencies. By eliminating Plaintiff's exit ramp through reputation destruction, institutional actors accidentally created the exact conditions that make systematic institutional challenge inevitable rather than optional.

**The Institutional Expectation:** Damaged reputation → capitulation → silence **The Actual Result:** Damaged reputation → elimination of exit options → total warfare until vindication

## D. The Nebraska Attorney General Pattern

This selective publication strategy extends beyond federal courts. The Nebraska Attorney General's office has employed identical tactics for years, ensuring that unfavorable determinations receive maximum online visibility while burying documents that expose institutional failures or acknowledge citizen complaints as valid.

**The Universal Application:** Every level of government employs reputational curation to discourage systematic challenge. The strategy assumes rational actors who will trade truth for reputation preservation.

**The Strategic Flaw:** When applied to individuals who cannot neurologically accept logical impossibilities, reputational destruction becomes the catalyst for rather than deterrent to institutional accountability warfare.

## E. The Exposure Effect

Most institutional challengers never recognize the systematic nature of reputational curation because they exit the system before achieving sufficient pattern recognition. Plaintiff's decade-long persistence created the analytical framework necessary to document how courts weaponize publication discretion against challengers.

**The Pattern Recognition:** Only by surviving long enough to achieve multiple victories while documenting multiple defeats does the curation strategy become visible as systematic rather than coincidental.

This reputational warfare represents another layer of institutional abuse designed to protect corruption by making the cost of challenging it personally unbearable. Like all institutional abuse tactics, it depends on victims choosing silence over continued trauma.

For individuals whose brains cannot ignore mathematical impossibilities, silence becomes neurologically impossible regardless of reputational consequences.

# THE FUNDAMENTAL PROCEDURAL QUESTION: DISCOVERY VERSUS DISMISSAL WHEN DEFENDANTS CANNOT EXPLAIN MATHEMATICAL IMPOSSIBILITIES

This Court's July 11, 2025 order dismissing mathematical evidence as "insufficient" represents a fundamental procedural error that bypasses the basic requirements of Federal Rule 12(b)(6) analysis. Plaintiff does not seek a merits determination that fraud occurred - Plaintiff seeks the

basic procedural right to conduct discovery when Defendants have repeatedly stated they "don't know enough about our systems" to explain mathematical impossibilities.

When impression counts decrease from 9,965 to 9,892 during active billing, and Defendants respond forty-seven times with variations of "we cannot explain our own billing systems," factual development through discovery becomes mandatory, not discretionary. This Court cannot declare mathematical impossibilities "insufficient evidence" without first allowing Plaintiff to investigate how Defendants' systems create results that violate basic mathematical principles.



The procedural framework is clear: at the motion to dismiss stage, courts must accept factual allegations as true and draw all reasonable inferences in favor of the plaintiff. When those factual allegations include documented mathematical impossibilities that Defendants refuse or claim

inability to explain, dismissal becomes procedurally inappropriate regardless of this Court's ultimate views on the merits.

Defendants have not argued that numbers can travel backwards in time. They have not provided technical explanations for retroactive impression reduction. They have not claimed their billing system operates on principles unknown to mathematics. They have simply stated, repeatedly and on the record, that they lack sufficient knowledge of their own systems to respond to Plaintiff's evidence.

Under these circumstances, discovery is not just appropriate - it is constitutionally required. This Court cannot protect Defendants from having to explain their own billing systems simply because those explanations might prove embarrassing or legally problematic.

Notably, almost two full years after the first DMCA request, not only is an attorney using Plaintiff's image, but the original account still remains online and active today.

https://x.com/JustinERid99862?t=ZELBF6lZ3jKexGHcq2-KVA&s=09



# I. EMERGENCY FACTS REQUIRING IMMEDIATE RELIEF

## A. The Ongoing Criminal Enterprise

Brandon Joel Schwartz (California Bar #361655), a brand-new attorney admitted May 7, 2025 operating from virtual mailbox 1104 Corporate Way, Suite 244, Sacramento, CA (Pacific Workplaces mail forwarding service), is committing ongoing federal crimes:

1. Copyright Infringement (17 U.S.C. § 501): Using Plaintiff's copyrighted photograph as his Twitter profile image - the exact image at issue in this litigation
2. Criminal Harassment (47 U.S.C. § 223): Repeatedly calling Plaintiff's spouse a "whore," "prostitute," and "confirmed active prostitute"
3. Threats (18 U.S.C. § 875): "I can email your wife directly and tell her that she's a whore"
4. Obstruction (18 U.S.C. § 1503): Mocking federal proceedings while committing crimes using stolen evidence

## B. The Direct Connection to These Proceedings

Schwartz's criminal conduct directly exploits this Court's July 11, 2025 order refusing to examine mathematical evidence. His criminal enterprise specifically targets the same evidence this Court declared "insufficient."

## C. The Escalating Pattern

Timeline of Criminal Escalation:

- July 25, 2025: "Your wife is a whore"
- August 7, 2025: "confirmed former prostitute"
- August 16, 2025: "confirmed, active prostitute"
- August 18, 2025: "getting railed multiple times a day by hung, virile fans"

Each day of Court inaction enables further criminal escalation.

# II. THE JUDGE ALBRIGHT PATTERN: FROM PATENT SCANDAL TO PROTECTING THE LARGEST FRAUD IN HUMAN HISTORY

## A. This Court's Documented History of Requiring Federal Intervention

The Honorable Alan D. Albright has an established pattern requiring extraordinary federal correction. Academic analysis confirms Judge Albright "stands as the single greatest outlier in the modern federal judiciary with respect to mandamus," with a documented pattern "without parallel in recent judicial history":

- 15+ mandamus orders from the Federal Circuit for "clear abuse of discretion"
- Bipartisan Congressional condemnation for "unseemly and inappropriate conduct"
- Chief Justice Roberts intervention for creating "appearance of impropriety"
- Administrative orders from Chief Judge Garcia restricting case assignments as "a direct institutional response to the mandamus crisis"

*See comprehensive analysis: The Supervisory Writ: A Report on Mandamus Against Federal Judges and the Texas Patent Docket Anomaly, available at* [https://charterwestbank.com/wp-content/uploads/2025/08/Mandamus-Against-Federal-Judges-Report.pdf](https://charterwestbank.com/wp-content/uploads/2025/08/Mandamus-Against-Federal-Judges-Report.pdf); *Judge Albright Misconduct Documentation,* [https://charterwestbank.com/wp-content/uploads/2025/08/Judge-Albright-Misconduct-Inquiry-1.pdf](https://charterwestbank.com/wp-content/uploads/2025/08/Judge-Albright-Misconduct-Inquiry-1.pdf)

[https://charterwestbank.com/wp-content/uploads/2025/08/Identifying-Worst-Judges-Without-Conviction.pdf](https://charterwestbank.com/wp-content/uploads/2025/08/Identifying-Worst-Judges-Without-Conviction.pdf)

The pattern is escalating: From venue manipulation to mathematical denial.

## B. Act One: The Patent Forum-Selling Scandal (2020-2023)

This Court's first national controversy involved:

- Soliciting patent cases at lawyer conferences

- Promising favorable procedures to attract specific litigation
- Refusing to transfer cases despite clear Federal Circuit precedent
- Creating appearance of impropriety through "judge shopping"
- Requiring 15 mandamus interventions to stop

Result: Congressional investigation, Chief Justice rebuke, international embarrassment

## C. Act Two: The Mathematical Impossibility Protection Racket (2025-Present)

This Court's current scandal involves:

- Refusing to examine 361 screenshots of mathematical fraud
- Declaring impression counts traveling backwards "insufficient evidence"
- Protecting $2.9 billion in annual advertising theft
- Enabling licensed attorneys to commit federal crimes using stolen evidence
- Allowing Terms of Service to override federal copyright law

Predicted Result: Congressional criminal referral, institutional collapse, constitutional crisis

## D. The Devastating Escalation

**Patent Cases:** Affected hundreds of corporations, millions in litigation costs

**This Case:** Affects millions of advertisers, BILLIONS in annual fraud

This Court has graduated from bending procedural rules to denying mathematical reality.

# III. THE MATHEMATICAL IMPOSSIBILITIES THIS COURT REFUSES TO ACKNOWLEDGE

## A. Objective Evidence vs. Subjective Preference

Unlike the subjective "convenience" factors in patent venue disputes, mathematical impossibilities are objective reality:

1. **Time Travel Impossibility:** Impressions decreasing from 9,965 to 9,892 during active billing

2. **Logical Impossibility:** 112.80% completion with 0.00% delivery

3. **Causation Impossibility:** Past organic engagement credited to future promotional campaigns

4. **Mathematical Fraud:** Only $39 of actual results from $1,100 in billing (3.5% delivery rate)

5. **Technical Impossibility:** Even bot purges cannot reduce impression counts retroactively in hardwired billing systems - impressions are recorded at delivery and cannot be "undelivered" without manual database manipulation

## B. The "From Expertise to Amnesia" Perjury Pattern

X Corp's response strategy reveals a calculated transition from intellectual property law expertise to corporate amnesia that constitutes perjury and Rule 11 violations.

**March 2025 Motion to Dismiss:** X Corp demonstrated sophisticated knowledge of DMCA procedures, billing system operations, platform architecture, and copyright law implementation, filing detailed arguments about their technical capabilities and legal compliance frameworks. They argued extensively about Terms of Service enforceability, safe harbor protections, platform immunity doctrines, and complex copyright law interpretations - demonstrating mastery of every legal and technical aspect of their operations.

**July 2025 Answer:** The same corporate entity claimed to "lack knowledge" of their own billing systems, DMCA procedures, platform operations, and basic business functions - responding forty-seven times with variations of "we don't know enough about our systems to respond."

**The Mere Hours Response Pattern:** Most tellingly, X Corp's "amnesia" response was filed within mere hours of Plaintiff's mathematical evidence submission, after months of standard legal response delays. This response speed proves they were monitoring filings in real-time and had prepared their "ignorance" strategy in advance, knowing the mathematical evidence would be impossible to refute.

**The 90-Day Transformation:** X Corp transitioned from intellectual property law experts capable of complex federal court litigation to a company mystified by their own basic business operations in precisely ninety days.

This expertise-to-amnesia progression constitutes knowing falsification of sworn statements. Corporations cannot simultaneously claim sophisticated knowledge for offensive legal arguments while pleading ignorance of identical systems for defensive obligations.

## C. The "Promotional Sandbox" Forensic Methodology

Plaintiff's fraud detection methodology exposes the systematic nature of the mathematical manipulation through replicable forensic analysis.

**The Baseline Establishment:** Plaintiff established organic engagement baselines by observing natural post performance for 1-2 days before initiating promotional campaigns, creating controlled conditions for fraud detection.

**The Promotional Manipulation:** Upon campaign activation, Plaintiff documented systematic replacement of organic metrics with mathematically impossible promotional statistics, including retroactive attribution of past engagement to future campaigns.

**The Replicable Framework:** This methodology provides a "how-to" for detecting the alleged fraud, demonstrating deliberate systematic deception rather than technical glitches. Any advertiser can replicate this forensic approach to document identical manipulation patterns.

**The Smoking Gun Evidence:** Screenshots document named X Corp employees (Ryan @Ryanmh_X, Sushant Arora @suar0626) manually modifying Plaintiff's campaign metrics during active billing periods, proving conscious human intervention rather than automated technical errors. The times of these is stamped and correlates with fake dumps of numbers.



## D. The Systematic Fraud Calculation

**Plaintiff's documented experience shows 96.5% theft** - paying $1,100 but receiving only $39 in actual advertising delivery. Unless X Corp built an entire fraud system specifically targeting one individual (which defies logic and business sense), this represents the systematic fraud rate affecting all advertisers.

**The $2.9 Billion Annual Fraud Projection:** X Corp reports approximately $5 billion in annual advertising revenue. If Plaintiff's 3.5% delivery rate represents the norm rather than the exception, X Corp is systematically stealing $2.9 billion annually from advertisers worldwide. Large advertisers with millions of followers cannot monitor individual impression delivery like small advertisers can, making them even more vulnerable to this mathematical manipulation fraud.

This isn't selective targeting - it's systematic theft enabled by the impossibility of detection at scale.

## E. Why This Is Exponentially Worse Than Patent Forum-Selling

| Patent Scandal | Mathematical Denial Scandal |
|---|---|
| Bent procedural rules | Denies mathematical reality |
| Required 15 mandamus orders | Will require Congressional investigation |
| Cost millions in inefficient litigation | Enables $2.9 billion annual fraud |
| Affected corporate venue preferences | Destroys American institutional credibility globally |

# IV. THE CONTRIBUTORY COPYRIGHT/DMCA LEGAL IMPOSSIBILITY

This Court's July 11, 2025 order creates a legal framework that violates basic principles of logical consistency. The Court found Plaintiff's contributory copyright claims "plausibly alleged" while simultaneously dismissing direct DMCA claims, despite both requiring identical factual elements.

**Contributory Copyright Requirements:**

- Knowledge of direct infringement occurring
- Material contribution to ongoing infringement
- Ability to stop infringement but failure to do so

**DMCA Safe Harbor Violation Requirements:**

- Knowledge of direct infringement (via notice)
- Material contribution (platform hosting)
- Failure to expeditiously remove when required

The Court's finding that identical factual elements support one claim while failing to support another constitutes manifest legal error. Contributory copyright infringement cannot exist without underlying direct infringement - the same direct infringement this Court declared "insufficiently pleaded."

## The "Schrödinger's Lawsuit" Logical Paradox

This Court's contributory copyright ruling creates a quantum legal state where Plaintiff must simultaneously prove and be prohibited from proving identical factual elements.

**The Impossible Framework:** Contributory copyright requires proof of underlying direct infringement, but this Court dismissed direct DMCA claims based on identical evidence. Plaintiff must now prove direct infringement that this Court has declared cannot be proven.

**The Logical Contradiction:** The Court has created a legal environment where the same evidence is simultaneously sufficient (contributory copyright) and insufficient (direct DMCA claims) for identical factual determinations.

# V. THE CALIFORNIA CIVIL CODE § 1668 CONTRADICTION

The Court's application of California Civil Code § 1668 creates additional logical impossibilities. Section 1668 prohibits contracting away liability for intentional acts, yet this Court applied Terms of Service limitations to bar claims requiring proof of intentional conduct.

**The Intentional Conduct Paradox:**

- If X Corp's conduct was intentional (required for contributory copyright infringement), then § 1668 prohibits Terms of Service from barring claims based on that intentional conduct
- If X Corp's conduct was not intentional, then contributory copyright claims necessarily fail for lack of required intent
- The Court cannot simultaneously find intentional conduct sufficient for contributory copyright while allowing Terms of Service to excuse that same intentional conduct

This creates a constitutional crisis in contract law: either intentional conduct can be contractually excused (rendering § 1668 meaningless), or it cannot (rendering this Court's Terms of Service analysis legally invalid).

# VI. THE INSTITUTIONAL ABUSE FRAMEWORK: HOW JUDGE ALBRIGHT ENABLES SYSTEMATIC CRIME

## A. The Power-Procedure-Plausible Deniability Structure

As documented in our forensic analysis of institutional abuse across American schools, workplaces, and courts, abusive institutions follow identical patterns:

1. **Power Imbalance:** Judge vs. Litigant (like Principal vs. Student, Boss vs. Employee)

2. **Procedural Weaponization:** "Page limits" excuse to ignore evidence (like HR "investigations" that protect abusers)

3. **Plausible Deniability:** "Insufficient evidence" for mathematical impossibilities (like "personality conflicts" for systematic harassment)

This Court's behavior follows the exact institutional abuse playbook that enables predators, protects fraudsters, and silences victims nationwide.

*Comprehensive documentation available at: Systemic Abuse Analysis,*
*https://charterwestbank.com/wp-content/uploads/2025/08/Systemic-Abuse-Schools-Workplaces-Judiciary-1.pdf; Institutional Abuse Framework,*
*https://charterwestbank.com/wp-content/uploads/2025/08/Institutional-Abuse-Across-Systems-1.pdf*

## B. The Universal American Experience

Every American will recognize this Court's tactics:

- Every parent whose child was bullied while school officials claimed "insufficient evidence"
- Every employee whose harassment complaint was dismissed for "exceeding page limits"
- Every victim who was told their documented abuse was a "personality conflict"
- Every whistleblower who learned that reporting misconduct makes YOU the problem

This Court's mathematical denial resonates because it's the same institutional betrayal millions of Americans have experienced personally.

## C. The Penn State Institutional Protection Parallel

The progression is unmistakable:

**Penn State:** Ignored 40+ child abuse reports to protect football revenue

**This Court (Patents):** Ignored 15 mandamus orders to protect docket control

**This Court (Now):** Ignores mathematical impossibilities to protect $2.9 billion fraud

The escalation pattern: Procedural manipulation → Federal defiance → Mathematical denial → Constitutional crisis

## Wells Fargo: The Corporate Whistleblower Destruction Template

Wells Fargo created 3.5 million fake accounts while systematically destroying anyone who reported the fraud:

- Employees who reported fraud were fired for "performance issues" and "attitude problems"
- Managers who orchestrated the fraud received bonuses and promotions
- Congressional hearings revealed systematic retaliation against truth-tellers spanning years
- CEO John Stumpf claimed ignorance despite documented emails proving his knowledge
- Internal investigations designed to protect managers while eliminating whistleblowers
- HR procedures weaponized to create "performance documentation" justifying terminations

## USA Gymnastics: The Institutional Victim Gaslighting System

USA Gymnastics enabled Larry Nassar's abuse for decades through systematic evidence suppression:

- 70+ complaints dismissed as "misunderstandings" of "normal medical procedures"
- Victims told they were "confused" about standard athletic medical treatment
- Institutional investigations designed to protect Nassar's reputation, not examine evidence
- Systematic destruction of documentation and witness intimidation
- Olympic medal success used to justify ignoring victim reports
- Medical expertise weaponized to gaslight young athletes into doubting their own experiences

But this isn't just about Penn State, Wells Fargo, or USA Gymnastics. This is about every American who has lived through smaller versions of the same institutional betrayal:

- Every student whose bullying report was dismissed as "insufficient evidence"

- Every employee whose harassment complaint became a "performance issue"
- Every parent told their child's abuse was a "misunderstanding"
- Every whistleblower who learned that reporting wrongdoing makes YOU the problem
- Every victim who was told "we investigated ourselves and found no wrongdoing"
- Every person who knew something was wrong, had evidence it was wrong, reported it to people with power to fix it, and watched those people choose institutional protection over truth

The names change - Sandusky, Nassar, Albright - but the institutional logic remains identical. When Judge Albright refuses to examine mathematical impossibilities, he's using the same playbook that protected predators, enabled fraudsters, and silenced victims in every broken institution across America.

The difference is scale, not method. The trauma is identical whether it's a child ignored by a principal or a litigant dismissed by a federal judge. The betrayal cuts just as deep when it's your local school board as when it's the federal courthouse.

Every American reading this case will recognize their own institutional betrayal in this Court's mathematical denial.

# VII. THE BRANDON SCHWARTZ EXPERIMENT: PROOF OF INSTITUTIONAL FAILURE

## A. The Lesson This Court Taught

Brandon Schwartz, a licensed California attorney admitted May 7, 2025, observed this Court's July 11, 2025 order and reached the rational conclusion:

"If Judge Albright won't examine mathematical impossibilities worth billions, he certainly won't examine my federal crimes worth thousands."

## B. The Brandon Schwartz Professional Fraud

Brandon Schwartz represents the institutional failure's latest victim - a newly-licensed attorney whose professional judgment has been so corrupted by this Court's evidence denial that he believes federal crimes are acceptable practice.

**Professional Background:**

- **Admitted:** May 7, 2025 (3 months ago)
- **Business Entity:** "SCHWARTZ A PROFESSIONAL CORPORATION"
- **Office:** Virtual mailbox at mail forwarding service
- **Website:** SchwartzAPC.com advertising expertise in multiple practice areas:
    - "Civil Rights" (as in violating them through harassment and threats)
    - "Real Estate" (as in virtual mailbox rental agreements)
    - "Criminal Defense" (as in needing it for his own federal crimes)
    - "Employment Law" (as in unemployed clients after his representation)
    - "Business Formation" (as in forming criminal enterprises)
    - "Intellectual Property" (as in stealing copyrighted images)
    - "Personal Injury" (as in inflicting psychological trauma on victims)
    - "Family Law" (as in destroying families through harassment)
- **Website Language:** Uses "we" and "our firm" to suggest multiple attorneys
- **Actual Practice:** Federal crimes and harassment from a mail slot
- **Trial Experience:** Zero
- **Client Representation History:** None documented

Schwartz has indeed achieved expertise in his advertised practice areas - just not in the way potential clients would expect.

**The Professional Deception:** Schwartz's website uses plural language ("we," "our firm," "our attorneys") while listing eight complex practice areas that would require a team of experienced specialists. Potential clients visiting SchwartzAPC.com would reasonably believe they're hiring a full-service law firm with multiple experienced attorneys, not a 3-month licensee operating from a mail forwarding service who has never tried a case.

**The Client Trap:** Imagine a client researching Schwartz's impressive website, scheduling a consultation at what appears to be a professional office building, and only discovering at trial

that their "legal team" is actually one newly-licensed attorney with zero trial experience who spends his days committing federal crimes on Twitter. This bait-and-switch operation epitomizes the professional fraud this Court enables through its evidence denial.

**The Professional Calculation:** Schwartz spent years working toward bar admission while harassing Plaintiff, then immediately upon becoming licensed, escalated to federal crimes. A brand-new attorney felt comfortable committing copyright infringement and criminal harassment because this Court taught him that federal law doesn't apply to crimes against Plaintiff.

**The Industry Embarrassment:** While established attorneys build practices through competence and ethics, Schwartz announced to the legal profession: "I'm better than all of you, I can do whatever I want." He operates from a mail slot while claiming to practice "Civil Rights" - the same rights he violates daily through his criminal harassment enterprise.

Every legitimate attorney should be outraged that someone with 3 months of bar membership believes he can openly violate federal law during federal proceedings using stolen evidence, while advertising civil rights practice. This Court's enablement of Schwartz damages the entire legal profession's credibility.

## C. The Criminal Exploitation Strategy

Brandon's criminal enterprise exists because both X Corp and this Court systematically refuse to enforce established federal law:

**The Causation Chain:**

1. Original impersonator account uses Plaintiff's copyrighted image and false identity claims (still active today)
2. X Corp refuses multiple DMCA takedown requests for clear copyright violation (account remains online)
3. This Court refuses to issue temporary restraining order for ongoing copyright infringement (enabling continued violation)
4. Brandon observes that stealing Plaintiff's copyrighted image has no consequences (logical conclusion)

5. Brandon escalates to criminal harassment using the same protected stolen image (predictable result)

The original copyright-infringing impersonator account that sparked this litigation remains active and viewable today - nearly two years after the initial DMCA requests. This ongoing violation serves as a permanent advertisement to potential criminals that federal copyright law does not apply to crimes against Plaintiff.

Had this Court issued a standard temporary injunction for copyright infringement, both the original account and Brandon's criminal enterprise would have been prevented. Instead, this Court's refusal to enforce copyright law created a systematic criminal environment where every day of continued violation teaches additional potential criminals that federal law is optional when targeting Plaintiff.

## D. Mandamus Jurisprudence and the Doctrine of Extraordinary Supervisory Intervention

The issuance of supervisory writs mandamus necessitates satisfaction of the tripartite Cheney standard whereby petitioner must demonstrate: (1) no other adequate means to attain relief exists, (2) petitioner's right to issuance is clear and indisputable, and (3) the writ is appropriate under the circumstances per 28 U.S.C. § 1651(a). The extraordinary nature of mandamus relief contra Judge Albright's venue determinations reflects not mere disagreement with discretionary rulings, but rather systematic usurpation of appellate authority through persistent misapplication of the multifactor In re Volkswagen analysis, constituting judicial acts ultra vires that transcend the boundaries of legitimate discretionary authority and venture into the realm of clear legal error warranting supervisory correction through the extraordinary remedy.

The Federal Circuit's mandamus jurisprudence vis-à-vis the Western District demonstrates that when a district court's interpretation of § 1404(a) convenience factors becomes so systematically erroneous as to constitute de facto nullification of appellate precedent, the supervisory function of mandamus transforms from extraordinary remedy to necessary institutional recalibration mechanism, thereby establishing Judge Albright's venue denials as paradigmatic examples of judicial conduct warranting mandamus intervention under the established precedential framework governing extraordinary writs.

The mathematical impossibilities presented herein constitute an even more fundamental departure from adjudicatory norms than the venue transfer disputes that precipitated fifteen mandamus reversals, as numerical reality admits of no discretionary interpretation, unlike the multifactor balancing inherent in convenience determinations under governing transfer jurisprudence.

Both institutions chose to ignore established federal law, creating an environment where licensed attorneys reasonably conclude that federal crimes against Plaintiff are permissible. This Court doesn't create law - it enforces law. Its refusal to enforce copyright law directly enabled the criminal enterprise it now refuses to stop.

Every day this Court refuses to act:

- Another attorney learns crime pays if you choose powerless victims
- Another judge learns evidence is optional if you have institutional support
- Another institution learns accountability is theater if you control procedure

This isn't just failing to solve the problem - it's actively creating more criminals.

# VIII. THE EVIDENCE SUPPRESSION CONSTITUTIONAL CRISIS

This Court's procedural handling of evidence creates systematic due process violations that transcend the immediate case and establish dangerous precedent for federal court evidence standards.

**The Kafka-esque Evidence Framework:**

1. Court excludes video evidence on page limit grounds
2. Court dismisses claims based on "insufficient evidence"
3. Court ignores that excluded evidence contained the very proof it claims is missing
4. Court characterizes this circular logic as "thorough analysis"

The judicial process of excluding evidence then citing lack of evidence as grounds for dismissal violates fundamental due process protections. When courts can manufacture "insufficient

evidence" by refusing to examine submitted evidence, no evidentiary standard exists that could survive similar procedural manipulation.

**Document 35 Video Evidence:** Plaintiff submitted comprehensive video documentation of systematic billing manipulation. This Court's refusal to examine this material, followed by dismissal for "insufficient evidence," constitutes deliberate evidence suppression designed to manufacture grounds for dismissal.

# IX. THE JUDICIAL DISCRETION VERSUS FACT FABRICATION DISTINCTION

This Court's July 11, 2025 order crosses the line from judicial discretion into factual fabrication, placing judicial conduct outside the scope of judicial immunity.

**Documented Factual Fabrications:**

- Characterizing Plaintiff as suspended for "policy violations" when the record shows X Corp admitted "we made a mistake"
- Describing Plaintiff's professional telephone communication as "harassing" when audio documentation shows consistent use of "sir" and expressions of gratitude
- Declaring mathematical impossibilities "insufficient evidence" when screenshots document numbers traveling backwards in time

**The Immunity Limitation Principle:** Judicial immunity protects legal interpretation, discretionary rulings, and complex legal analysis. Judicial immunity does NOT protect factual fabrication, mathematical incompetence, or administrative fraud.

Reading documented evidence that 9,965 > 9,892 but writing that such evidence is "insufficient" constitutes documentable fraud that falls outside judicial immunity protections.

# X. THE CONSTITUTIONAL CRISIS THIS COURT IS CREATING

## A. The Threat to Democratic Foundations

When federal judges cannot distinguish mathematical impossibilities from valid evidence, constitutional government becomes impossible.

The Constitution assumes judicial competence in basic fact-finding. A judiciary that cannot acknowledge that 9,965 > 9,892 cannot:

- Protect property rights
- Enforce contracts
- Maintain rule of law
- Command public respect

## B. The Foreign Adversary Analysis

Foreign adversaries couldn't design a better operation to destroy American institutional credibility.

When Chinese state media can accurately report: "American federal judge cannot understand that 9,965 is more than 9,892," the damage to American soft power is incalculable.

Russia and China are studying this case as proof that American institutions are fundamentally broken.

## C. The International Mockery Amplification

**Patent Scandal Coverage:**

- Financial Times: "The Texas Judge Fighting for America's Patent Cases"
- Reuters: "How One Judge Created America's Patent Litigation Capital"

**Predicted Mathematical Denial Coverage:**

- Financial Times: "The Texas Judge Who Can't Count Backwards"
- Xinhua: "American Judge Proves U.S. Courts Can't Do Basic Math"
- RT: "Federal Judge Protects Billions in Fraud, Can't Understand Arithmetic"

- Al Jazeera: "The American Judge Who Forgot How Numbers Work"

The international humiliation will be exponential because mathematical incompetence is universally understood.

# XI. THE ADA VIOLATION: SYSTEMATIC DISCRIMINATION

## A. The Disability Targeting

This Court systematically discriminates against Plaintiff's documented ADHD by:

- Ignoring formal ADA accommodation requests
- Requiring acceptance of logical impossibilities
- Creating cognitive chaos through mathematical denial
- Enabling Brandon Schwartz to exploit disability-related vulnerabilities

From forum-selling to disability discrimination - the evolution continues.

## B. The ADA Accommodation: Neurological Necessity, Not Strategic Choice

Plaintiff's ADA accommodation request for logical consistency is not tactical manipulation but neurological necessity. Courts have long recognized ADHD-related needs for additional time, slower proceedings, and procedural assistance. Plaintiff's requirement for logical consistency represents the natural extension of established accommodation principles.

**The neurological reality:** ADHD brains cannot ignore significant logical inconsistencies that affect their lives. This is not a choice but a documented cognitive characteristic. When courts create environments where mathematical impossibilities are declared "valid evidence," they systematically disable ADHD cognitive processing.

Plaintiff has repeatedly requested the institutional "rulebook" that allows:

- Impression counts to travel backwards during billing
- 112.80% completion with 0.00% delivery
- Mathematical impossibilities to constitute "sufficient evidence"

- Logical contradictions to be acceptable judicial reasoning

No court has provided this rulebook because none exists. The system operates on institutional preference disguised as legal analysis, creating the exact cognitive chaos that disables ADHD processing.

Historical ADHD documentation confirms: Individuals with ADHD cannot voluntarily ignore significant logical inconsistencies affecting their lives. Nobody chooses to fight institutional corruption for a decade. The progression is predictable: ask one person, then another, then agencies, governors, federal courts - always believing the next level will follow evidence and logic. The discovery that no level follows evidence creates the neurological compulsion to continue until logical resolution is achieved.

This accommodation request is grounded in established neurological science, not legal strategy. Courts cannot simultaneously claim to provide equal access to justice while systematically creating logical chaos that disables specific cognitive processing types.

Plaintiff requested ADA accommodation for:

- Logical consistency in mathematical analysis
- Evidence-based rather than faith-based proceedings
- Protection from disability-exploiting harassment

This Court's response: Complete silence, total denial, continued abuse.

## C. The Revolutionary ADA Theory

Plaintiff's ADA argument represents the most brilliant legal theory ever conceived:

"I need logical consistency as an ADA accommodation" creates an impossible choice:

- Grant accommodation = Court must be logically consistent (exposes all institutional failures)
- Deny accommodation = Admits court intentionally operates illogically (proves discrimination)
- Ignore request = Violates federal ADA law (criminal liability)

This argument destroys every broken system by demanding institutional logic as a civil right.

# XII. THE CASE LAW CONSTITUTIONAL CHALLENGE

## A. The Fundamental Flaw in Judicial Precedent

The entire foundation of "case law" represents judicial overreach that contradicts constitutional separation of powers. If legislators create law and judges merely interpret it, how can judicial interpretations become binding law? The Constitution grants no authority for judges to create permanent legal precedent through their interpretations.

## B. The Democratic vs. Autocratic Paradox

If a judge's interpretation in a case can become binding law, then logically a jury's interpretation should carry equal or greater weight - twelve citizens representing democratic consensus versus one appointed official acting unilaterally.

The system's choice between jury and bench trials often depends on desired outcomes rather than legal principles. Identical cases with identical facts can produce judicial precedent or jury decisions based solely on procedural manipulation. This reveals case law as an institutional loophole allowing judges to legislate from the bench while maintaining the fiction of "interpretation."

## C. Mathematical Reality Superiority

Mathematical impossibilities require no case law, no precedent, no judicial interpretation. Numbers cannot travel backwards in time regardless of how many judges have previously ruled otherwise. When this Court refuses to acknowledge mathematical reality, it exceeds not just its authority but the bounds of rational thought itself.

# XIII. THE CONSTITUTIONAL APOCALYPSE: TERMS OF SERVICE OVERRIDE FEDERAL LAW

This Court's precedent that Terms of Service can bar claims based on federal statutory violations creates constitutional implications extending far beyond copyright law.

**The Dangerous Precedent:** If Terms of Service can override federal copyright law, identical logic applies to all federal statutory protections:

- Securities fraud ("Terms of Service disclaim investment accuracy")
- Drug trafficking ("Terms of Service prohibit illegal substances")
- Child exploitation ("Terms of Service require age verification")
- Wire fraud ("Terms of Service disclaim billing accuracy")

**The Constitutional Question:** Does this Court's ruling grant corporations authority to immunize themselves from federal criminal statutes through unilateral contract terms?

The logical extension of private contractual provisions overriding federal law enforcement represents judicial legislation that exceeds constitutional authority and threatens the supremacy of federal regulatory power.

# XIV. THE CRIMINAL INVESTIGATION CERTAINTY

## A. The Pattern That Triggers Federal Investigation

When a federal judge:

- Systematically protects billion-dollar fraud (current conduct)
- Enables ongoing federal crimes (Brandon Schwartz situation)
- Has required multiple federal interventions (documented patent history)
- Demonstrates pattern of favoring certain interests (proven track record)

Criminal investigation becomes inevitable, not speculative.

## B. The Question Federal Investigators Will Ask

"Why would a federal judge who required 15 mandamus orders for improper favoritism refuse to examine mathematical evidence of the largest advertising fraud in history?"

This Court's patent history provides context for the investigation, but not immunity from it.

## C. The Criminal Enterprise Elements

- Pattern of protecting specific interests ✓ (Patents, now X Corp)
- Systematic refusal to follow law ✓ (15 mandamus orders, mathematical denial)
- Enabling ongoing federal crimes ✓ (Brandon Schwartz enterprise)
- Billions in protected fraud ✓ ($2.9 billion annually)

The elements are complete. Investigation is inevitable.

# XV. THE CONGRESSIONAL INTERVENTION PREDICTION

## A. The Previous Congressional Letter (2021)

"Dear Chief Justice Roberts, We write to express our concern regarding the troubling concentration of patent litigation before a single judge in the Western District of Texas... Judge Albright has openly solicited cases at lawyers' meetings... This creates an appearance of impropriety which damages the federal judiciary's reputation..."

Result: Chief Justice intervention, administrative reform, national scandal

## B. The Next Congressional Letter (2025)

"Dear Chief Justice Roberts, We write regarding Judge Albright's troubling pattern of ignoring mathematical impossibilities while protecting what appears to be the largest advertising fraud in history. Despite receiving 15 mandamus orders for his patent conduct, Judge Albright now refuses to examine evidence that impression counts traveled backwards in time..."

Predicted Result: Criminal referral, institutional investigation, constitutional crisis

## C. The Escalation Certainty

This Court intimately knows the Congressional oversight process.

The only question is whether this Court wants to be the subject of:

- One Congressional investigation (patents), or
- Two Congressional investigations (patents + mathematical fraud)

History suggests this Court's choice, but the stakes are exponentially higher.

# XVI. THE JUDICIAL COMPETENCE CRISIS

## A. The Documented Pattern of Incompetence

After 15 mandamus orders, systematic procedural manipulation, and mathematical denial, competence questions are no longer speculative:

1. A judge who required 15 mandamus orders for basic venue law cannot claim competence for complex fraud analysis
2. Mathematical illiteracy is disqualifying for cases involving financial evidence
3. Pattern recognition failure suggests cognitive impairment requiring evaluation
4. Evidence hostility indicates bias requiring recusal

These aren't attacks - they're conclusions drawn from documented judicial conduct.

## B. The Recusal Imperative

No reasonable observer could expect this Court to fairly evaluate mathematical evidence when:

- This Court required 15 federal interventions for ignoring clear legal standards
- This Court has established pattern of protecting institutional interests over evidence
- This Court has already declared mathematical impossibilities "insufficient evidence"
- This Court enables ongoing federal crimes through evidence denial

Continued participation creates appearance of impropriety per established precedent.

# XVII. THE EVIDENCE DESTRUCTION EMERGENCY

## A. The Daily Damage

While this Court delays examination:

- X Corp destroys manipulation logs
- Digital evidence disappears permanently
- More victims suffer fraud
- Brandon Schwartz escalates crimes
- Foreign adversaries document American institutional failure

Every day of delay enables exponentially more evidence destruction.

## B. The Albright Pattern Repetition

**Patent cases:** This Court's transfer delays enabled forum manipulation

**Current case:** This Court's evidence delays enable fraud protection

The tactical approach is identical: Use procedural delay to prevent substantive examination.

## C. The Preservation Imperative

Immediate relief is required to:

- Stop ongoing evidence destruction
- Prevent Brandon Schwartz criminal escalation
- Preserve mathematical evidence before more disappears
- Maintain any remaining institutional credibility

# XVIII. THE BINARY CHOICE THIS COURT FACES (AGAIN)

## A. The Patent Precedent

This Court faced a choice with patent manipulation:

- **Option A:** Follow Federal Circuit precedent
- **Option B:** Require 15 mandamus orders

This Court chose Option B and became a national scandal.

## B. The Current Choice

This Court faces a choice with mathematical fraud:

- **Option A:** Examine evidence and acknowledge reality
- **Option B:** Require Congressional criminal investigation

Mathematical impossibilities are harder to explain than venue preferences.

## C. The Stakes Escalation

**Patent scandal:** Ego and procedural control

 **Current scandal:** $2.9 billion annual fraud and mathematical reality

The evidence is exponentially clearer. The stakes are exponentially higher. The international mockery will be exponentially worse.

# XIX. THE SUPREME COURT QUESTION

If this case reaches the Supreme Court, the question will be:

"Can a federal judge who required 15 mandamus orders for abusing discretion in patent cases claim any discretion to ignore mathematical impossibilities in fraud cases?"

The answer will complete the destruction of this Court's credibility.

# XX. THE MEDIA INEVITABILITY

## A. The Self-Writing Story

**Headline:** "Judge Albright Does It Again: From Patent Scandal to Protecting Billions in Fraud"

 **Subhead:** "The Texas Judge Who Required 15 Federal Interventions Now Can't Count Backwards"

**Lead:** "Judge Alan Albright, who transformed his court into America's patent litigation capital despite 15 federal rebukes, now faces questions about why he won't examine evidence showing advertising numbers traveling backwards in time..."

This story writes itself because it's the same story, just with bigger numbers and more obvious evidence.

## B. The Coverage Amplification

The patent scandal generated international coverage despite affecting only corporate litigation.

A judge protecting $2.9 billion in fraud while refusing to acknowledge basic mathematics will generate exponentially more coverage because:

- Mathematical incompetence is universally understood
- Billion-dollar fraud affects everyone
- Licensed attorney crime sprees create viral content
- American institutional failure fascinates global media

The coverage will be devastating and inescapable.

# XXI. THE ONE-SHOT ULTIMATUM

## A. The Institutional Failure Machinery Activation

This Court gets ONE opportunity to voluntarily examine mathematical evidence before the institutional failure machinery activates:

- Congressional letter drafting has begun
- Media investigation is underway
- Criminal investigation triggers are aligned
- International mockery content is preparing

The timing is no longer under this Court's control.

## B. The Point of No Return

Once the institutional failure machinery activates:

- Congressional intervention becomes mandatory
- Criminal investigation becomes inevitable
- Media coverage becomes unstoppable
- International mockery becomes permanent

This Court cannot stop what it has started, but it can still choose how the story ends.

# XXII. THE FIFTH CIRCUIT'S STRATEGIC CHOICE: SUPPORTING INSTITUTIONAL COMPETENCE OR PROTECTING JUDICIAL INCOMPETENCE

The Fifth Circuit faces a binary choice that exposes the system's priorities:

## A. Option A: Support Judge Albright

- Endorse a judge who required 15 mandamus orders for ignoring precedent
- Legitimize mathematical denial as acceptable judicial reasoning
- Protect a judge who has embarrassed the federal judiciary nationally
- Enable continued erosion of judicial credibility

## B. Option B: Support Constitutional Governance

- Enforce basic mathematical reality as legal standard
- Restore rule of law over judicial preference
- Demonstrate that federal courts can acknowledge objective evidence
- Choose institutional credibility over individual judicial protection

## C. The Strategic Question

Who is more dangerous to the federal system?

- **Judge Albright:** A documented pattern of judicial misconduct requiring repeated federal intervention, now escalated to mathematical denial
- **Plaintiff:** A pro se litigant demanding adherence to constitutional law and basic mathematical reality

Judge Albright has placed the Fifth Circuit in the uncomfortable position of choosing between supporting a repeatedly-reversed judge's latest defiance or acknowledging that 9,965 > 9,892. The mathematics remain non-negotiable regardless of judicial politics.

# XXIII. THE PROPHETIC COLLISION: WHEN THE MOST INSTITUTIONALLY FAILED JUDGE MEETS THE MOST SUCCESSFUL INSTITUTIONAL CHALLENGER

## A. The Historical Inevitability

This case represents a collision of unprecedented outliers in the American legal system:

**Judge Alan D. Albright:** Academic analysis confirms he "stands as the single greatest outlier in the modern federal judiciary" for appellate reversals, with institutional failure "without parallel in recent judicial history." When scholars attempted to rank the "Top 10 Most Mandamus-Reversed Judges," they could only identify two judges worth documenting - and Judge Albright ranked #1.

**Plaintiff Justin Riddle:** The inverse outlier who has achieved what most pro se litigants never accomplish: Nebraska Supreme Court victory, ownership of CharterWestBank.com after beating a major bank, forcing an entire judicial district to recuse, and systematic documentation of institutional logical failures. While Judge Albright represents historic judicial incompetence, Plaintiff represents historic institutional accountability success.

## B. The Neurological Inevitability

Plaintiff's documented ADHD creates a neurological inability to ignore logical inconsistencies - the exact institutional failures that define Judge Albright's career. Where others might accept "insufficient evidence" for mathematical impossibilities, Plaintiff's brain cannot resolve the cognitive dissonance between 9,965 and 9,892 during active billing.

This collision was neurologically inevitable. A judge who has made his career ignoring obvious legal standards was bound to encounter someone whose brain literally cannot ignore obvious logical failures.

## C. The Constitutional Moment

This case will answer the fundamental question: Does mathematical reality matter in American courts?

If Judge Albright can refuse to examine evidence that 9,965 > 9,892:

- Mathematical reality becomes optional in federal court
- Every institutional abuser learns that evidence doesn't matter
- The rule of law collapses into rule of preference
- America becomes a post-truth legal system

If mathematical reality prevails:

- Institutional accountability becomes possible
- Evidence-based justice is restored
- The most failed judge in federal history becomes the catalyst for systematic reform
- America chooses truth over institutional protection

## D. The Decade of Missed Opportunities

Over the past decade, dozens of people in positions of authority could have stopped this institutional cascade at any point:

- Charter West Bank: Could have simply fixed the document forgery
- Department of Banking and Finance: Could have investigated the obvious fraud

- Federal Reserve of Kansas City: Could have enforced banking regulations
- Nebraska Attorney General: Could have prosecuted document forgery
- Multiple Nebraska judges: Could have acknowledged basic legal principles
- X Corp: Could have followed DMCA law for clear copyright violation
- This Court: Could have issued standard temporary injunction for ongoing copyright infringement

Any one of these interventions would have allowed Plaintiff to return to normal life. Instead, each institutional failure taught the same lesson: evidence doesn't matter, law doesn't apply, truth is optional.

What Plaintiff ultimately recognized: This isn't about one case or one judge - this is about whether evidence-based justice exists in America. When clear document forgery can be ignored, when mathematical impossibilities can be called "insufficient evidence," when federal copyright law can be openly violated without consequence, the entire system has abandoned its foundational purpose.

If someone cannot win with bank document forgery (which nobody could misunderstand), mathematical impossibilities (which no honest person could dispute), and ongoing federal crimes (which no competent court could ignore), then winning isn't based on evidence - it's based on institutional preference.

This case will determine whether American justice operates on evidence or authority, mathematical reality or judicial denial, constitutional law or institutional protection.

## E. The Forced Evolution: Why No One Else Has Made It This Far

Once Plaintiff learned that evidence doesn't matter in American courts, continuing became both inevitable and necessary. No one inside the system will voluntarily expose systematic institutional failure because doing so requires surviving consistent losses designed to break challengers' resolve and resources.

**The system's perfect trap:**

- Underfunded challengers cannot survive multiple expensive lawsuits

- Overfunded challengers don't care enough to persist through systematic abuse
- The rare challenger with sufficient resources and determination discovers what Plaintiff learned: You must be prepared to lose every battle to win the war

Most people facing institutional corruption make the rational choice: walk away after the first or second loss. The system depends on this rational calculation. What the system didn't anticipate was someone who would treat each loss as data rather than defeat, each institutional betrayal as evidence rather than discouragement.

Plaintiff was forced into this role not by choice, but by neurological inability to accept logical impossibilities and sufficient resources to continue documenting them. This rare combination - cognitive compulsion plus survival capability - created the first challenger able to systematically expose institutional failure at the highest levels.

That's why this collision with Judge Albright was inevitable: the most institutionally failed judge in federal history was bound to encounter the only challenger capable of surviving long enough to fully document systematic institutional breakdown.

Notably, Plaintiff has developed Enigma70B205M, an AI system trained on 205 million words of legal briefs and institutional failure documentation, capable of replicating Plaintiff's analytical methods for future institutional accountability challenges. This ensures that the systematic exposure of institutional logical inconsistencies will continue regardless of any individual case outcome.*

*Available at llm-certification.com

**There are only two possible endings to this collision:**

**Option A: Judge Albright Acknowledges Mathematical Reality**

- Institutional accountability is possible
- Evidence matters in federal court
- Justice can prevail over institutional protection
- America chooses mathematical truth over judicial preference

**Option B: Judge Albright Continues Mathematical Denial**

- Proves every institutional failure analysis correct
- Demonstrates that federal courts operate beyond rational thought
- Shows that evidence is irrelevant in American justice
- Confirms that "every Judge Albright is in disguise" - systematic institutional corruption

This case will determine whether mathematical impossibilities or judicial impossibilities govern American law.

This Court is already studied in law schools as an example of judicial overreach requiring 15 federal interventions.

Without immediate correction, this Court will also be studied as an example of:

- Mathematical incompetence in billion-dollar fraud cases
- Evidence denial in the largest advertising theft in history
- Enabling licensed attorney federal crime enterprises
- Requiring Congressional intervention for both procedural manipulation AND mathematical reality denial

One judicial scandal suggests poor judgment. Two suggests a pattern requiring institutional intervention.

# XXIV. A NOTE ON RESPECT: FOR LAW, NOT LAWLESSNESS

Plaintiff has profound respect for:

- The Constitution and Federal Rules of Civil Procedure
- Mathematical reality and evidence-based proceedings
- The rule of law when fairly and consistently applied
- Judicial office when occupied by competent, honest jurists

Plaintiff does not respect:

- Judicial incompetence masquerading as discretion
- Mathematical denial disguised as legal analysis

- Evidence hostility cloaked in procedural technicalities
- Institutional protection of billion-dollar fraud

Respect is earned through conduct, not conferred through career choice. When a judge requires 15 mandamus orders for ignoring clear law, then refuses to examine mathematical impossibilities, respect becomes complicity with institutional failure.

Plaintiff's track record demonstrates respect for proper legal process: Successfully litigating against Charter West Bank through the Nebraska Supreme Court and acquiring CharterWestBank.com after years of institutional stonewalling. Most recently, Plaintiff filed four separate declaratory judgment actions challenging logical inconsistencies in Nebraska court procedures. The judicial response was instructive: one judge scheduled a hearing then physically fled the courtroom rather than address the legal questions, two judges refused to schedule hearings while demanding "defendants" for declaratory judgments (which require no defendants), and the fourth judge dismissed rather than answer whether courts can simultaneously claim contradictory jurisdictional grounds. On June 12, 2025, the entire Fourth Judicial District of Nebraska recused themselves from Plaintiff's case, requiring reassignment from outside the district. This pattern demonstrates that when courts cannot defend their logical inconsistencies, they choose institutional flight over legal analysis - exactly what this Court is attempting with mathematical impossibilities. In one case against the Nebraska Attorney General, Plaintiff served a subpoena via the courthouse's own security chief (captured on video), yet when the Attorney General failed to appear at the hearing, the court claimed "no service" while refusing to specify whether they meant the subpoena (which was served) or summons (which the judge had failed to sign). The Attorney General simply ignored a valid subpoena rather than appear and contest jurisdiction - demonstrating that even state officials will violate basic legal obligations when the alternative is confronting institutional inconsistencies. Plaintiff has systematically proven that legal victories and legal losses both demonstrate the same institutional failure - a system that cannot function when held to its own standards.

This isn't about attacking judges - it's about demanding they follow the same laws they swore to uphold.

# XXV. LEGAL STANDARD FOR EMERGENCY RELIEF

## A. Likelihood of Success on the Merits

Plaintiff will likely succeed because:

- Copyright infringement by licensed attorney is clear federal crime
- Mathematical impossibilities are objective evidence of fraud
- This Court's pattern of evidence denial is documented
- Brandon Schwartz's crimes are ongoing and escalating

## B. Irreparable Harm

Irreparable harm occurs daily through:

- Continued federal crimes using stolen evidence
- Evidence destruction enabling billion-dollar fraud
- Escalating harassment exploiting disability
- Institutional credibility collapse

## C. Balance of Hardships

The balance strongly favors relief:

- Plaintiff suffers ongoing federal crimes and disability discrimination
- Defendants suffer only requirement to follow federal law and acknowledge mathematics
- Public suffers from institutional failure and constitutional crisis

## D. Public Interest

The public interest demands:

- Stopping ongoing federal crimes by licensed attorneys
- Protecting constitutional rights and mathematical reality
- Maintaining institutional credibility and rule of law
- Preventing systematic criminal enterprise expansion

# XXVI. PRAYER FOR EMERGENCY RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

## A. Immediate Injunctive Relief

1. ENJOIN Brandon Joel Schwartz from using copyrighted material, making defamatory statements, and committing federal crimes using evidence from these proceedings
2. ORDER immediate preservation of all X Corp evidence before more destruction occurs
3. COMPEL examination of mathematical evidence this Court has refused to review
4. PROVIDE ADA accommodations for logical consistency in proceedings

## B. Institutional Accountability

5. ACKNOWLEDGE the pattern of requiring federal intervention and its escalation to mathematical denial
6. RECOGNIZE the choice between voluntary compliance and mandatory Congressional investigation
7. PREVENT additional criminal enterprises by establishing that evidence matters in federal court

## C. Constitutional Protection

8. RESTORE rule of law by acknowledging that mathematical impossibilities cannot constitute valid evidence
9. PROTECT constitutional rights by ending systematic evidence denial and disability discrimination
10. PRESERVE institutional credibility before complete collapse occurs

# XXVII. CONCLUSION: MATHEMATICAL REALITY IS NON-NEGOTIABLE

The Federal Circuit had to tell this Court 15 times that law matters.

Mathematics only needs to tell this Court once that 9,965 > 9,892.

This Court can either:

- Acknowledge reality voluntarily, or
- Become the only federal judge in history to require Congressional intervention for both procedural manipulation AND mathematical incompetence

Numbers don't respond to judicial preference. Billions in fraud don't disappear through procedural games. Brandon Schwartz's crimes don't vanish through willful blindness.

The stakes are exponentially higher than patents. The evidence is exponentially clearer than venue preferences. The international mockery will be exponentially worse than conference solicitations.

This Court knows what Congressional oversight feels like. This Court knows what mandamus orders mean. This Court knows what Chief Justice intervention entails.

The only question is whether this Court wants to experience all of it again, but worse, over something as simple as acknowledging that numbers cannot travel backwards in time.

Mathematical impossibilities remain impossible. Even for Judge Albright. Especially for Judge Albright. Particularly for the Judge Albright who already required 15 federal interventions.

History is watching. Again. But this time with calculators.

Respectfully submitted,

**JUSTIN RIDDLE**
Pro Se Plaintiff
Victor v. Charter West Bank (Nebraska Supreme Court)
Owner, CharterWestBank.com
402-813-2156
justinriddle1@gmail.com

Date: _____

## CERTIFICATE OF SERVICE

I hereby certify that on August 22nd, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**JUSTIN RIDDLE**

 Pro Se Plaintiff

## VERIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that:

- Judge Albright required 15 mandamus orders for patent manipulation and now refuses to examine mathematical impossibilities
- Brandon Schwartz commits ongoing federal crimes using stolen evidence from these proceedings
- The fraud protected approaches $2.9 billion annually while mathematical reality remains non-negotiable
- Congressional intervention becomes inevitable with each day of continued evidence denial
- This Court's credibility approaches zero while international mockery approaches infinity
- Emergency relief is required to prevent constitutional crisis and systematic criminal enterprise expansion
- All information included is believed to be true and correct

Executed on August 22nd, 2025

**JUSTIN RIDDLE**

## EMERGENCY ADDENDA

## TO THE FEDERAL CIRCUIT JUDGES WHO ISSUED 15 MANDAMUS ORDERS:

You were right about everything. It's happening again. This time with math. Emergency intervention required.

## TO THE CONGRESSIONAL OVERSIGHT COMMITTEES:

The judge you investigated for patent manipulation is now protecting the largest advertising fraud in history while refusing to acknowledge that 9,965 > 9,892. This is not hypothetical. This is happening now. The evidence is attached. Intervention is required. Again. Immediately.

## TO THE DEPARTMENT OF JUSTICE:

Licensed attorney Brandon Joel Schwartz is committing ongoing federal crimes using stolen evidence from federal proceedings while the presiding judge refuses to examine mathematical evidence of billion-dollar fraud. Criminal investigation is warranted.

## TO THE INTERNATIONAL MEDIA:

American federal judge cannot understand basic mathematics. Story available with documentation. This will be the biggest judicial scandal in American history.