# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

**JUSTIN RIDDLE,**

*Plaintiff,*

v. **Civil Action No. 1:25-cv-00073-ADA**

**X CORP.,**

*Defendant.*

# NOTICE OF INTENT TO FILE MANDAMUS PETITION

## Final Opportunity Before Federal Circuit Intervention

**TO THE HONORABLE ALAN D. ALBRIGHT:**

This notice serves to inform this Court that Petitioner will file a petition for writ of mandamus with the United States Court of Appeals for the Fifth Circuit within seven (7) days unless this Court immediately addresses the mathematical impossibilities and systematic corporate perjury documented in these proceedings.

**This is not another argument about our case. This is notice that your continued delays will force appellate intervention.**

# I. THE FUNDAMENTAL QUESTION: WHAT IS YOUR ENDGAME, YOUR HONOR?

Before documenting the mathematical impossibilities and systematic institutional coordination, this Court must answer a simple question: **What exactly do you think you're accomplishing here?**

## A. The Logical Impossibility of Your Current Position

Your Honor has created legal impossibilities that cannot be sustained:

**March 2025:** You found contributory copyright infringement "plausibly alleged" **July 2025:** You dismissed underlying direct copyright infringement claims with prejudice **Current Status:** You're deliberating whether to stay proceedings pending Cox v. Sony

**The Legal Reality:** Contributory copyright infringement cannot exist without underlying direct infringement. You cannot simultaneously find contributory infringement plausible while dismissing the direct infringement it depends upon.

**The Question:** If contributory infringement is possible, how can the underlying direct infringement be impossible?

## B. The Harm Analysis That Exposes Everything

Let's examine what harm X Corp claims would result from temporarily removing clear copyright infringement and impersonation:

**What X Corp Could Have Done:** Issue standard temporary removal pending investigation (routine platform procedure) **What X Corp Did:** Fought federal litigation for 8+ months to keep stolen content online **The Cost:** Millions in legal fees to defend keeping one stolen photograph active

**Your Honor, what legitimate business purpose justifies this expense to maintain copyright infringement?**

**Possible Explanations:**

1.  **Technical impossibility** - Contradicted by routine account suspensions platform performs daily

2.  **Resource burden** - A single content removal takes seconds, not months of federal litigation

3.  **Free speech concerns** - Copyright infringement receives no First Amendment protection

4. **Platform immunity** - Terms of Service cannot override federal criminal statutes

**The Only Remaining Explanation:** X Corp profits from maintaining copyright infringement and systematic harassment.

By claiming "harm" from removing stolen content, X Corp admits they derive benefit from maintaining federal crimes. Otherwise, what is their argument for keeping it online?

## C. The Billion-Dollar Corporation vs. Individual Absurdity

**Your Honor, consider what you're actually protecting:**

A billion-dollar corporation is spending millions in legal fees to defend its right to:

- Host stolen copyrighted material
- Enable systematic harassment campaigns
- Maintain mathematical impossibilities in billing systems
- Commit perjury through contradictory sworn statements

**Against a single individual asking for:**

- Basic copyright law enforcement
- Elementary arithmetic in billing systems
- Consistent corporate testimony under oath
- Standard platform terms of service compliance

**The Question:** What does X Corp lose by following federal law that justifies this level of resistance?

**The Answer:** If legal compliance would harm them, they're admitting systematic legal violations are central to their business model.

## D. Your Strategic Calculation

**Your Honor, you have three possible beliefs about your endgame:**

**Option 1:** The Fifth Circuit will rubber-stamp any decision you make regardless of mathematical evidence **Option 2:** You're buying time for systematic evidence destruction while maintaining plausible delay **Option 3:** You genuinely don't understand the logical contradictions you've created

**The Reality:** None of these options lead to sustainable outcomes. Mathematical impossibilities remain impossible regardless of appellate politics, evidence destruction, or judicial confusion.

## E. The Normal Response Standard

**In any normal situation involving clear copyright infringement and harassment:**

- Platform removes content immediately as standard procedure
- Investigation proceeds with content offline pending resolution
- Costs are minimal, legal exposure is eliminated
- Business continues without controversial material

**Your Honor, what legitimate institutional interest justifies deviating from this standard procedure for 8+ months of federal litigation?**

**The Answer:** There isn't one. The only logical explanation is that maintaining the violations serves institutional interests that override legal compliance.

# II. THE FUNDAMENTAL QUESTION EXPANSION: INSTITUTIONAL COORDINATION

At what point does a legal system become so divorced from reality that it stops being a legal system?

When a federal judge requires months to determine whether:

- Numbers can travel backwards in time
- Corporations can simultaneously know and not know their own operations
- Terms of Service override federal criminal law
- Page margins matter more than billion-dollar fraud

**We have reached that point.**

# II. WHAT THIS LOOKS LIKE IN OTHER INDUSTRIES

## If Hospitals Operated Like Federal Courts:

- **Patient:** "Doctor, my leg is broken. Here's the X-ray."
- **Doctor:** "Your medical complaint is 23 pages, but our policy allows only 20. We cannot examine the fracture."

- **Patient:** "But you can see the bone is snapped in half."
- **Doctor:** "Insufficient evidence. Also, your tone seems demanding."

## If Banks Operated Like Federal Courts:

- **Customer:** "Someone stole $1,100 from my account. Here are the transaction records."
- **Bank:** "We lack knowledge sufficient to admit or deny our own banking systems."
- **Customer:** "But these are your own computer printouts showing impossible transactions."
- **Bank:** "We'll need to stay this investigation pending a Supreme Court case about completely different banking regulations."

## If Airlines Operated Like Federal Courts:

- **Passenger:** "This plane is missing both engines."
- **Airline:** "Your safety complaint exceeds our character limits. Also, plaintiff fails to demonstrate irreparable harm from engine absence."
- **Passenger:** "People will die if this plane takes off."
- **Airline:** "Insufficient evidence that gravity exists."

## If Restaurants Operated Like Federal Courts:

- **Customer:** "This food is poisoned. People are collapsing."
- **Restaurant:** "We cannot examine the alleged toxins because your complaint uses an unauthorized font."
- **Customer:** "Three people just died from eating here."

- **Restaurant:** "Plaintiff seeks improper reconsideration of our previous ruling that food poisoning is insufficiently pleaded."

**Every other industry would face immediate shutdown for this level of dysfunction.**

# III. THE MATHEMATICAL IMPOSSIBILITIES EXPLAINED (SO THERE'S NO CONFUSION)

Since complex systems can sometimes appear confusing, let us explain exactly why these metrics are mathematically impossible - not complex, not interpretable, but impossible:

## A. The Impression Count Time Travel Problem

**What Happened:** Impression counts decreased from 9,965 to 9,892 during active billing

**Why This Is Impossible:** Impressions are cumulative counters. Like odometers on cars, they can only increase. Each impression delivered adds +1 to the total. **Mathematical Reality:** 9,965 + anything = more than 9,965, never 9,892 **Only Possible Explanations:** Manual database manipulation or billing system fraud

## B. The 112% Completion with 0% Delivery Paradox

**What Happened:** Campaign showing 112.80% completion rate with 0.00% actual delivery

**Why This Is Impossible:** Completion percentage measures delivery progress. 0% delivery means nothing was completed. **Mathematical Reality:** You cannot complete 112% of nothing **Analogy:** "I ate 112% of zero cookies" - mathematically meaningless

## C. The Retroactive Causation Violation

**What Happened:** Past organic engagement credited to future promotional campaigns

**Why This Is Impossible:** Effects cannot precede causes in time **Mathematical Reality:** Tuesday's activity cannot be caused by Wednesday's campaign launch **Only Possible Explanation:** Systematic data manipulation to inflate campaign metrics

## D. The Zero-Result Active Billing Fraud

**What Happened:** Multiple campaigns billing customers while delivering zero impressions, zero engagement, zero results **Why This Is Impossible:** Billing systems charge for services delivered, not services ignored

**Mathematical Reality:** Zero delivery should equal zero charges **Only Possible Explanation:** Theft through billing fraud

**These are not "complex systems" requiring expert interpretation. These are arithmetic violations that any elementary school student could identify.**

**Your Honor's Response:** Arguments about page limits and local rules.

**The Precedent This Sets:** If mathematical impossibilities become "insufficient evidence" in federal court, then:

- Accounting fraud becomes unprosecutable (defendants can claim "complex systems")
- Scientific evidence becomes optional (gravity is just one interpretation)
- Mathematical proof loses all legal weight (2+2=5 if defendants claim complexity)
- Federal courts abandon objective reality for subjective preference

**The Question:** If mathematical impossibilities and systematic corporate perjury don't warrant judicial attention, what does?

# IV. THIS IS NOT INCOMPETENCE; IT IS A DOCUMENTED PATTERN

This Court's abandonment of mathematical reality is not an isolated event of judicial confusion. It is the replication of a documented institutional playbook that has been deployed across multiple jurisdictions when confronted with Petitioner's evidence.

## A. The Nebraska Precedent: Institutional Flight from Evidence

When faced with inconvenient facts in Nebraska, the judiciary's response was not adjudication, but coordinated institutional evacuation—the first mass recusal in state history. On June 12, 2025, the entire Fourth Judicial District of Nebraska recused themselves rather than examine Petitioner's logical analysis of institutional contradictions.

This Court's refusal to acknowledge basic arithmetic is simply the federal equivalent of Nebraska's mass judicial flight from evidence. The pattern is identical: when presented with undeniable proof of institutional failure, courts choose procedural escape over substantive analysis.

## B. The Corporate Amnesia Template

Defendant X Corp. has already provided the template for this Court's actions:

- **March 2025:** Expert knowledge of platform operations in sophisticated legal arguments

- **July 2025:** Corporate amnesia claiming inability to understand their own systems

This Court's months-long deliberation over whether 9,965 > 9,892 is simply the judicial equivalent of X Corp's documented perjury. Both represent willful ignorance deployed to avoid confronting mathematical impossibilities.

## C. The Judge Who Chose This Case

The ultimate proof of this Court's bad faith is that this was not a case assigned by chance—it was a case personally selected by this Court. Judge Albright specifically reached in and grabbed this case from another judge's docket.

**He chose to preside over this matter, only to then spend months pretending he could not understand basic mathematics.**

He was not a passive observer assigned an unfortunate case. He was an active participant who willingly entered the theater and then feigned blindness when confronted with evidence requiring action.

## D. Mathematical Fraud vs. Geographic Typos: A Study in Judicial Priorities

This Court's priorities are a matter of public record. Months were spent in silent deliberation over whether 9,965 is greater than 9,892. Yet when Plaintiff made a geographic typo, the Court found time to issue a formal footnote admonishing the error.

**The message is clear:** In this Court, mathematical proof of billion-dollar fraud is "insufficient evidence," but a clerical error warrants immediate judicial attention. Procedure has not just trumped substance—it has become the shield for documented crime.

## E. The Multi-Jurisdictional Coordination

This pattern transcends individual judicial incompetence and reveals systematic institutional coordination:

- **Nebraska state courts:** Mass recusal rather than logical analysis
- **Texas federal court:** Mathematical denial and corporate perjury protection
- **Cross-jurisdictional timing:** Identical evidence-denial patterns involving the same litigant

When judicial districts across state lines exhibit identical evidence-denial patterns, coincidence becomes statistically impossible. This is not independent judicial error—this is coordinated institutional protection of systematic fraud.

# V. THE ATTORNEY EXPERIMENT: PROOF OF SYSTEM FAILURE

**The Test:** Petitioner consulted seven attorneys about this case, providing:

- Nebraska Supreme Court victory documentation
- CharterWestBank.com ownership proof
- Mathematical evidence of billion-dollar fraud
- Clear federal copyright violations

**The Result:** Zero attorneys would take the case.

**The Implication:** A legal system where mathematical impossibilities cannot attract legal representation is not a legal system—it is a protection racket for institutional actors.

Seven attorneys looked at documented billion-dollar fraud and said "no thanks." This is not a market failure. This is institutional capture so complete that the legal profession has abandoned the pretense of evidence-based advocacy.

# VI. THE COX COMMUNICATIONS DEFLECTION: COMPARING APPLES TO MATHEMATICAL IMPOSSIBILITIES

X Corp requests a stay pending *Cox Communications v. Sony Music Entertainment*, despite fundamental legal and factual differences that make Cox irrelevant to this case:

**Cox Communications (ISP Secondary Liability):**

- Internet service provider liability for subscriber infringement
- DMCA safe harbor protections for telecommunications infrastructure
- Whether ISPs must terminate repeat infringer accounts
- Third-party liability for indirect infringement

**This Case (Platform Direct Misconduct):**

- Platform's own billing fraud and mathematical impossibilities
- Platform's direct copyright infringement facilitation

- Platform's systematic evidence destruction
- Platform's perjury through contradictory sworn statements

**The Copyright Distinction:** While both cases involve copyright law, Cox addresses *secondary liability* (whether ISPs can be held responsible for subscriber actions), while this case involves *direct platform misconduct* (X Corp's own fraudulent billing systems and facilitation of infringement).

**The Mathematical Reality:** No Supreme Court decision will address whether impression counts can decrease from 9,965 to 9,892 during active billing periods. Mathematical impossibilities are not copyright interpretation questions.

**The Real Question:** Why does X Corp believe a case about ISP subscriber termination policies affects platform billing fraud?

**The Answer:** They don't. They need any available excuse to delay examination of mathematical evidence.

# VII. THE PAGE LIMIT HYPOCRISY: MATHEMATICAL FRAUD VS. FONT COMPLAINTS

## A. X Corp's "Judicial Resources" Theater

X Corp repeatedly argues that Petitioner's comprehensive evidence submissions "waste judicial resources" by exceeding page limits. This argument reveals stunning institutional priorities:

**X Corp's Calculation:**

- Mathematical proof of billion-dollar fraud = "excessive burden on judicial resources"

- Three years of discovery to prove what screenshots already demonstrate = "efficient use of court time"

- Font size violations = "important procedural enforcement requiring immediate attention"

**The Reality Check:** If a 47-page submission proving systematic fraud with mathematical impossibilities prevents three years of expensive discovery, which actually conserves judicial resources?

## B. The Efficiency Analysis

**Option A: Review comprehensive evidence now**

- Time required: Hours to examine mathematical impossibilities

- Cost to system: Minimal judicial reading time

- Outcome: Fraud exposed, case resolved, justice served

**Option B: Ignore evidence, proceed to discovery**

- Time required: Years of depositions, document review, expert testimony

- Cost to system: Millions in judicial resources, court time, administrative burden

- Outcome: Identical conclusion after years of expense

**X Corp's Preference:** Option B (maximum delay, maximum cost, minimum accountability)

**This Court's Choice:** Months spent deliberating whether to choose Option A or Option B

## C. The January 6th Standard

Federal courts examined thousands of hours of footage and millions of documents to prosecute January 6th defendants. Yet X Corp claims reviewing 361 screenshots of mathematical impossibilities constitutes an unreasonable burden on judicial resources.

**The Message:** Federal courts have unlimited time for government prosecutions but limited time for corporate fraud examination.

## D. The Seconds vs. Months Calculation

**Time required for normal human brain to recognize that 9,965 > 9,892:**

- Average person: 1-2 seconds
- Elementary school student: 3-5 seconds
- Judge Albright: 4+ months and counting

**The Mathematical Reality:** This Court has spent more time deliberating basic arithmetic than most people spend deciding what to have for breakfast.

**The Comparison:** Federal courts can issue emergency orders within hours when institutional interests are threatened, but require months to determine if impression counts can decrease during billing periods.

**Your Honor, the evidence literally speaks for itself in the time it takes human eyes to process two numbers. The only explanation for months of deliberation is willful blindness.**

# VIII. THE IMPOSSIBLE POSITION YOU'RE CREATING FOR THE FIFTH CIRCUIT

**Your Honor, if you force mandamus proceedings, you will place the Fifth Circuit in an untenable position:**

## A. The Fifth Circuit's Dilemma

If Petitioner files mandamus, the Fifth Circuit faces only bad options:

**Option 1: Grant Mandamus**

- Publicly acknowledge that a federal judge can't determine if 9,965 > 9,892
- Document for legal history that basic arithmetic required appellate intervention
- Establish precedent that mathematical reality is non-negotiable
- Add to Judge Albright's record of requiring extraordinary federal correction

**Option 2: Deny Mandamus and Issue Unpublished Affirmance**

- Confirm that mathematical impossibilities are acceptable evidence in federal court
- Validate the most mandamus-reversed judge in federal history over objective reality
- Create precedent that billion-dollar fraud is acceptable if procedurally protected
- Face inevitable Congressional investigation for protecting mathematical denial

**Option 3: Bury the Case with Non-Precedential Orders**

- Prove Petitioner's predictions about institutional coordination correct
- Demonstrate that federal courts will abandon objective truth to protect colleagues

- Confirm that the appellate system exists to shield rather than correct judicial incompetence

- Validate every allegation about systematic evidence denial

## B. What Petitioner Will Document

**The mandamus petition will state:**

*"This Court respectfully presents the Fifth Circuit with the question of whether mathematical reality is optional in federal court. The district court has spent months deliberating whether impression counts can decrease during billing periods—a question that violates basic arithmetic principles. We predict this Court will choose institutional protection over mathematical truth, as documented by Petitioner's analysis of systematic judicial coordination across multiple jurisdictions."*

## C. The Congressional Inevitability

**When the Fifth Circuit chooses Option 2 or 3** (as Petitioner predicts they will), the resulting Congressional investigation will focus on:

- How federal courts protect billion-dollar fraud through mathematical denial

- Why appellate courts shield judicial incompetence rather than correct it

- Whether American institutions can acknowledge objective reality

- How the same judge required 15+ interventions for legal precedent AND mathematical reality

**Your Honor, you are forcing the Fifth Circuit to choose between their institutional reputation and basic arithmetic. That is not a choice federal appellate judges should have to make.**

# X. THE SYSTEMATIC FAILURE DOCUMENTATION

This case serves a broader purpose: **comprehensive documentation of how American institutions respond when confronted with undeniable evidence.**

**The Pattern Across All Levels:**

- **Local banks:** Document forgery protected by regulatory silence
- **State agencies:** Mathematical evidence dismissed through bureaucratic procedure
- **State courts:** Mass judicial recusal rather than logical analysis
- **Federal courts:** Billion-dollar fraud protected by page limit enforcement

**The Consistency:** Every level chooses institutional protection over evidence examination.

**The Conclusion:** This is not coincidental institutional failure. This is systematic institutional coordination to protect wealth from accountability.

# XI. THE NEUROLOGICAL COMPULSION

Petitioner's documented ADHD creates neurological inability to ignore logical inconsistencies. This case continues not from choice but from cognitive necessity.

**The System's Miscalculation:** Institutional reputational warfare assumes rational actors who will trade truth for reputation preservation. Applied to someone neurologically

incapable of accepting mathematical impossibilities, reputational destruction becomes the catalyst for rather than deterrent to systematic exposure.

**The Result:** A decade of institutional accountability documentation that will continue regardless of any individual case outcome.

# XII. THE HISTORICAL RECORD

This brief will be studied in law schools as documentation of the moment American federal courts chose institutional protection over mathematical reality.

**Future scholars will ask:** How did a federal judge spend months deliberating whether impression counts can decrease during billing periods?

**The answer:** Because the system had abandoned evidence-based adjudication so completely that mathematical facts became legal opinions.

# XIII. THE SIMPLE CHOICE

**Your Honor, you have one decision:**

**Acknowledge that 9,965 > 9,892**, or require the Federal Circuit to explain basic arithmetic to a sitting federal judge.

Mathematics doesn't negotiate. Numbers don't care about judicial preference. Reality exists independently of institutional convenience.

The math remains the same regardless of how many procedural objections you sustain.

**You have seven (7) days.**

# CONCLUSION: THE END OF PRETENSE

We are no longer pretending this is about legal interpretation. We are no longer pretending procedures matter more than evidence. We are no longer pretending that wealth should purchase exemption from mathematical reality.

**This Court will either acknowledge that numbers cannot travel backwards in time, or it will complete the destruction of evidence-based adjudication in American federal court.**

The choice is yours, Your Honor. But the math remains constant regardless.

---

*Respectfully submitted,*

**JUSTIN RIDDLE**

*Pro Se Plaintiff*

*Documenter of Systematic Institutional Breakdown*

*The Person Who Should Not Have Had to Write This Brief*

402-813-2156

justinriddle1@gmail.com

**"When mathematical facts become legal opinions, the legal system has failed."**