# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

**JUSTIN RIDDLE,**

*Plaintiff,*

v. Case No. 1-25-CV-00073-ADA

**X CORP.,**

*Defendant.*

---

# MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)(3): THE CONSTITUTIONAL FOUNDATION FOR CITIZEN ACCESS TO JUSTICE

# TO MY FELLOW AMERICANS:

THE CONSTITUTIONAL CRISIS ONE JUDGE HAS CREATED FOR ALL AMERICANS:

I alert you today not as a self-represented litigant, but as an American, a father, a husband, a son, a friend, and an ally.

There is a cancer in our court system that is so deep, it threatens to kill our entire constitutional republic.

The following is not a story born of one unique experience of one individual, it's the story of the system that has repeatedly failed in a magnificently obvious way, broken down for clarity.

The story is about the root of the problem, those who have no accountability to the Constitution but their entire job is to enforce it.

While the trolls online and the trolls with titles feign ignorance on fundamentally basic simple things that any literal child would understand, one thing remains consistent. Everybody is terrified to address the merits of my complaints.

While this court pretends that form supersedes substance (in particular with self-represented litigants), this brief is here to remind America that the truth doesn't change regardless of who displays the most illogical emotion.

As I cycle through the simple and obvious details, history should never forget that a single judge decided after months of abusive tactics, that he would first flatly lie in print to the world to make me look bad, then he would dismiss because he was upset with me emotionally.

**Finally, I want you to consider if a murder victim's family was angry or upset at the process, or showed too much emotion, would a judge be allowed to dismiss the case against the murderer? The answer is obviously no, because that's not how the law works. Unfortunately in this courtroom with this defendant and this judge, that's exactly how the law works. Also known as however the judge says so.**

A single federal judge has decided that his personal dislike of one citizen's tone justifies allowing X Corp to continue stealing billions through documented mathematical fraud while denying constitutional protection to every American being robbed by the same systematic billing schemes.

**The Devastating Reality This Judge Has Created:** By dismissing this case WITH PREJUDICE based on page limits and tone rather than examining mathematical impossibilities, this Court has told X Corp: "Continue your documented billing fraud. Continue hosting stolen copyrighted content. Continue the mathematical impossibilities in your advertising systems. This Court will protect your ongoing crimes because we don't like how the victim presented his evidence."

**The Green Light for Ongoing Criminal Activity:** This dismissal doesn't just affect this case—it gives X Corp explicit judicial permission to:

- Continue the backwards-traveling impression counts (9,965 becoming 9,892)

- Continue the 112% completion rates with 0% delivery

- Continue billing customers for mathematical impossibilities

- Continue hosting stolen copyrighted content generating revenue through harassment campaigns

- Continue all systematic fraud because one federal judge prioritizes procedural preferences over mathematical evidence

**What This Judge Has Told Every American:** "X Corp can steal billions from you through documented mathematical fraud, and if you can't afford million-dollar legal representation while speaking in sufficiently deferential tones about being systematically robbed, you have no constitutional protection."

**THE NATIONAL IMPLICATIONS:** This case involves far more than individual financial harm. Unlike a property line dispute between neighbors affecting only those parties, X Corp's systematic fraud manipulates public discourse itself. The documented mathematical impossibilities prove X Corp can:

- **Artificially amplify messages** by inflating engagement metrics, creating false viral content that shapes public opinion
- **Suppress legitimate voices** by throttling reach while billing for full delivery, silencing dissent through economic warfare
- **Manipulate democratic processes** by curating which political messages receive genuine distribution versus mathematical fiction
- **Deceive the American public** about which ideas have authentic support versus manufactured engagement

**The Constitutional Crisis for Democracy:** When platforms can make any message appear to have 50,000 views while actually delivering zero engagement, they control American political discourse through systematic deception. This judge's protection of these mathematical

impossibilities gives judicial approval for the manipulation of democratic processes through billing fraud.

**What This Dismissal Authorizes:** X Corp can continue deciding which Americans get heard and which get silenced, while stealing billions through the mathematical impossibilities this Court refused to examine. Public discourse becomes a corporate commodity purchased through fraud rather than earned through legitimate engagement.

When American courts—from Nebraska state courts to Texas federal courts—systematically ignore due process, abandon truth, reject evidence, and protect ongoing federal crimes, the Constitution itself has been abandoned.

**The Fundamental Reality:** Every court I have appeared before chooses institutional protection over constitutional law:

- **Nebraska**: Entire judicial district recused itself rather than examine evidence
- **Texas**: Federal judge protects ongoing copyright infringement while dismissing the victim's claims
- **Pattern**: Identical constitutional violations across state and federal jurisdictions

**The Ongoing Crime This Court Protects:** My copyrighted images remain hosted on X Corp's platform TODAY—generating revenue through impersonation and harassment campaigns while this Court spends months deliberating whether to examine the evidence.

**The Constitutional Impossibility This Court Created:** Finding "contributory copyright infringement" while dismissing underlying direct copyright infringement—a legal impossibility that exists only to protect ongoing federal crimes.

**The Mathematical Fraud That Followed:** When I documented their billing system fraud (9,965 impressions becoming 9,892, 112% completion with 0% delivery), this Court spent months unable to determine basic arithmetic rather than stop ongoing crimes.

**The Smoking Gun Retaliation:** When I filed Notice of Intent to Seek Mandamus if this Court could not address mathematical impossibilities within seven days, this Court dismissed the case WITH PREJUDICE within days—proving that judicial misconduct accelerates when accountability is threatened.

This motion documents the complete destruction of fundamental constitutional principles:

- **Due Process**: Evidence excluded without examination, then its absence cited for dismissal
- **Equal Protection**: Corporate criminals receive judicial protection while crime victims face procedural punishment
- **Honest Adjudication**: Judges lying on official records to protect institutional interests
- **Constitutional Supremacy**: Private Terms of Service override federal criminal law

When federal judges cannot determine that 9,965 > 9,892 while protecting ongoing copyright infringement, impersonation, and harassment, the Constitution is not being interpreted—it is being destroyed.

---

# I. THE CONSTITUTIONAL CRISIS THIS COURT HAS CREATED

## A. The Mathematical Foundation No Court Can Ignore

The evidence this Court has spent months avoiding establishes mathematical fraud that transcends legal interpretation:

**EXHIBIT 1: The Impossible Decreasing Numbers**

- Time 1: 9,965 impressions delivered and billed

- Time 2 (50 minutes later): 9,892 impressions delivered, billing continued

- Mathematical reality: Cumulative counters cannot decrease

- This Court's response: Six months of "deliberation" followed by dismissal for "insufficient evidence"

**EXHIBIT 2: The 112.80% Completion Paradox**

- Campaign completion: 112.80%

- Actual delivery: 0.00%

- Billing: Full charges applied

- Mathematical reality: Zero delivery cannot equal 112% completion

- This Court's protection: Terms of Service override mathematical impossibilities

**EXHIBIT 3: The Time Travel Billing Scheme**

- Past organic engagement credited to future promotional campaigns

- Physical reality: Causation cannot flow backwards in time

- This Court's ruling: Constitutional law yields to corporate convenience

## B. The Constitutional Violation This Court Cannot Cure

**The Equal Protection Crisis:** This Court applies different evidentiary standards based on the sophistication of legal representation rather than the quality of evidence presented.

**The Due Process Violation:** This Court excludes video evidence on "page limit" grounds, then dismisses for "insufficient evidence"—creating a Kafka-esque system where evidence is excluded then its absence cited as grounds for dismissal.

**The First Amendment Destruction:** This Court allows Terms of Service to override federal copyright law, creating a system where private contracts can void constitutional protections.

**The Fundamental Truth:** When federal courts cannot acknowledge that 9,965 > 9,892, the constitutional guarantee of equal justice under law has been abandoned.

---

# II. THE NEBRASKA PRECEDENT: PROOF OF SYSTEMATIC INSTITUTIONAL FAILURE

## A. The Complete Judicial Surrender

While this Court deliberated mathematical impossibilities, identical evidence forced the complete surrender of Nebraska's Fourth Judicial District. On June 12, 2025, the entire district recused itself rather than examine mathematical evidence.

**Official Order of Recusal:** "As Presiding Judge of the District Court of the Fourth Judicial District, the Court hereby recuses all District Judges of the Fourth Judicial District and directs reassignment to a District Judge from outside the Fourth Judicial District."

**Translation**: An entire judicial district officially admitted it cannot handle one citizen's legal challenges and formally surrendered jurisdiction rather than face continued exposure.

**The Unprecedented Nature**: While mass judicial recusals have occurred perhaps four or five times in U.S. history, those involved situations where all judges had direct financial stakes (like pay raise disputes). This case represents something entirely different—an entire judicial district surrendering rather than examine one citizen's evidence of institutional coordination.

## B. The Strategic Genius: Creating Impossible Choices

Here's how I forced that surrender. At the Nebraska Supreme Court, I delivered this ultimatum:

"Every single tax funded agency was either incapable of reading or conspired to harm a citizen... if you're not in the club the law is not just discretionary it's irrelevant... to affirm the decision of the lower court there must be a question of law if a question exists in any of your minds it should be asked right now to stop this cycle abuse"

**The Binary Choice I Created:**

1. Give him the website → Acknowledge his legal competence and right to challenge institutions

2. Uphold lower court → Explain how "over two dozen trained experts" couldn't understand basic legal requirements

**The Unprecedented Nature of What They Chose:** This wasn't just any Supreme Court case or any website. I had purchased CharterWestBank.com—the website of an existing financial institution—and when the system tried to prevent me from obtaining it through systematic institutional coordination, the Nebraska Supreme Court was forced to choose between

explaining how every tax-funded agency "misunderstood" basic legal requirements or simply giving me a bank's website.

**They chose to give me the bank's website.**

**The Historical Significance:** In the entirety of American legal history, no person has ever purchased an existing company's website and successfully retained ownership through litigation—not a small business, not a corporation, and certainly not a financial institution. This separates this case from any previous corporate litigation victories. I accomplished this with CharterWestBank.com—not some corner store or payday loan operation, but a legitimate bank that was incompetent enough not to own their own website and allowed their trademark to expire, creating a perfect storm I strategically exploited.

**The Perfect Storm Achievement:** A bank screwed me, the system screwed me when I complained, so I bought their website to continue complaining—and when the system screwed me again, I ultimately ended up owning the bank's website. This represents a level of strategic legal thinking that has never been accomplished against any company, let alone a financial institution. The Nebraska Supreme Court literally transferred a bank's digital assets rather than admit systematic coordination against a single citizen.

**What This Proves About Systematic Corruption:** The system is so comprehensively corrupt that when forced into a binary choice between acknowledging institutional incompetence or granting unprecedented relief, they chose to transfer a financial institution's digital property rather than explain how every tax-funded agency simultaneously "misunderstood" basic legal requirements.

## C. The Pattern: Why They're All Terrified

**The Truth:** I don't just win cases. I force entire judicial systems to expose themselves or surrender completely.

**The Nebraska judges knew what Judge Albright knows:** Once I get discovery or a jury, it's not just game over for this case - it's exposure of the entire systematic fraud that protects corporate power over citizen rights.

---

# III. THE FOUR-PHASE JUDICIAL MISCONDUCT PROTOCOL

## A. How the Con Game Actually Works

After 17,000+ pages of documentation across multiple jurisdictions, I've identified the exact four-phase protocol that corrupt judges use to protect corporate defendants:

**PHASE 1: CREATE JURISDICTION PROBLEMS**

- *Nebraska*: Refused mandatory recusal motion for clear bias
- *Texas*: Personal docket seizure, immediate corporate deference

**PHASE 2: LIE ON THE OFFICIAL RECORD**

- *Nebraska*: "Scheduling lie" - wrote that defense scheduled hearing when transcript shows plaintiff did with judge present
- *Texas*: "Policy violation fiction" - claimed plaintiff upset about policies when X Corp admitted "we made a mistake"

**PHASE 3: BLOCK APPELLATE ACCESS**

- *Nebraska*: Created "two appeals fiction" to reject valid appellate brief

- *Texas*: Found contributory copyright infringement while dismissing direct infringement (legal impossibility)

**PHASE 4: COORDINATE INSTITUTIONAL PROTECTION**

- *Nebraska*: Attorney General published false information, resulted in subpoena under oath July 1, 2025

- *Texas*: Private email publication to justify mathematical impossibility protection

## B. The Pattern Documentation

**The Beautiful Consistency:** Identical evidence-protection outcomes across state and federal jurisdictions demonstrates systematic institutional mastery rather than coincidental coordination.

**The Self-Convicting System:** When judicial districts exhibit identical evidence-denial patterns involving the same litigant, coincidence becomes statistically impossible. This is not independent judicial error—this is coordinated institutional protection of systematic fraud.

---

# IV. THE TIMELINE THAT CONVICTS THE SYSTEM

## A. The Proof of Judicial Capacity When Threatened

**January 2025**: Case filed with clear copyright infringement and mathematical fraud evidence

**January-July 2025**: 180+ days of complete silence on emergency motions **First Ultimatum**:

24-hour deadline given for response

**Court Response**: Immediate admonishment and procedural threats **Mathematical Evidence Status**: Still unexamined

**September 8th, 2025**: Mandamus notice filed with seven-day deadline **Court Response**: Case dismissed WITH PREJUDICE within days **Mathematical Evidence Status**: Still unexamined after months

**The September 11th Symbolism**: This Court chose September 11th, 2025 to dismiss this case WITH PREJUDICE—a date symbolizing institutional collapse, chosen after months of delay when any date would have sufficed for legitimate case management.

**The Smoking Gun**: This Court demonstrated perfect capacity for rapid response when judicial authority was threatened, while spending months unable to determine if 9,965 > 9,892.

## B. What This Timeline Proves Beyond Any Doubt

**Judicial Competence**: The Court can act quickly when motivated—proving months of delay were intentional, not incapacity.

**Institutional Priorities**: Protecting judicial authority from accountability receives immediate attention; stopping ongoing federal crimes receives months of "deliberation."

**Retaliation Pattern**: Every attempt to seek constitutional accountability results in immediate judicial punishment—proving the system protects itself rather than constitutional law.

**Constitutional Violation**: When courts respond to procedural threats faster than mathematical evidence of ongoing crimes, due process has been abandoned for institutional protection.

## C. The Questions That Expose Complete Judicial Breakdown

**If contributory copyright infringement is "plausibly alleged," why no immediate injunction?**

- Standard legal practice: Stop ongoing infringement immediately pending resolution

- This Court's choice: Allow continued copyright infringement while dismissing victim's claims

- Constitutional question: Why protect ongoing federal crimes while punishing crime victims?

**If contributory infringement exists, why no discovery or hearings?**

- Standard legal practice: Discovery to determine scope of infringement and damages

- This Court's choice: No hearings, no discovery, no case management—only delays protecting ongoing crimes

- Constitutional question: What legitimate judicial purpose is served by protecting documented federal crimes?

**The Fundamental Questions This Court Cannot Answer:**

1. What judicial purpose is served by allowing ongoing copyright infringement to continue generating revenue?

2. What constitutional authority permits federal courts to protect mathematical impossibilities?

3. What legitimate case management explains responding to authority threats in hours while "deliberating" arithmetic for months?

4. What legal principle allows private Terms of Service to override federal criminal statutes?

## D. The Two Possible Explanations for This Court's Conduct

**Explanation 1: Systematic Institutional Protection**

- This Court protects corporate crime as part of wealth-based justice system

- Delays serve institutional interests in excluding citizens from meaningful legal protection

- Mathematical impossibility protection maintains corporate immunity from evidence-based accountability

**Explanation 2: Direct Judicial Corruption**

- This Court's historical document manipulation suggests potential financial incentives

- The extreme delays in addressing mathematical evidence while protecting ongoing crimes raises questions about judicial independence

- The immediate retaliation against accountability attempts suggests personal investment in case outcomes

**The Constitutional Crisis Either Way:** Whether this represents systematic institutional capture or individual judicial corruption, the result is identical: federal courts serve corporate power rather than constitutional law, mathematical evidence is subordinated to institutional convenience, and citizen access to justice depends on wealth rather than legal merit.

---

# V. THE ATTORNEY AVOIDANCE PROOF OF SYSTEMATIC CORRUPTION

## A. The Impossible Economics That Expose Everything

**The Financial Reality of This Case:**

- **Documented billing fraud**: Billions across X Corp's systems over years

- **Willful copyright infringement**: $150,000 per occurrence statutory damages

- **Mathematical impossibilities**: Undisputed evidence of systematic fraud

- **Attorney contingency potential**: 40% of billion-dollar recovery

**The Market Test That Failed:**

- **Seven attorneys consulted**: All declined representation

- **Offered payment**: Money wasn't the barrier

- **Firm-changing money**: Any smart attorney could retire on this case

- **Perfect evidence**: Mathematical proof no expert disputes

## B. The Question That Exposes Judicial Corruption

**Why would attorneys avoid guaranteed billion-dollar recoveries?**

The only logical explanation: Attorneys know the system is rigged. They understand that no amount of evidence matters when judges can:

- Spend months "deliberating" whether 9,965 > 9,892

- Protect mathematical impossibilities through procedural sophistication

- Retaliate immediately against accountability attempts

- Dismiss WITH PREJUDICE when mandamus is threatened

**The Economic Logic of Attorney Avoidance:** Attorneys recognize that X Corp can outspend any law firm in judicial corruption. When billion-dollar corporations can purchase judicial protection from mathematical reality, evidence quality becomes irrelevant to case outcomes.

## C. The Institutional Capture This Proves

**The Traditional Market:** Attorneys compete for high-value cases with strong evidence **The Current Reality:** Attorneys avoid cases that threaten institutional power regardless of financial incentives **The Constitutional Crisis:** When billion-dollar evidence cannot attract legal representation, the system serves power rather than law

**The Beautiful Proof:** If mathematical impossibilities and willful copyright infringement generating billions in damages cannot overcome judicial corruption, no evidence can. The legal profession's refusal to engage proves they understand the game is rigged beyond repair.

## D. The Judicial Incentive Structure This Exposes

**The Question:** What can X Corp offer judges that exceeds billion-dollar case value for attorneys?

**Possible Answers:**

- **Post-judicial employment**: Corporate legal positions worth millions
- **Institutional protection**: Judicial immunity from accountability
- **System preservation**: Maintaining wealth-based justice that protects all corporate defendants
- **Direct compensation**: Financial incentives that this Court's document manipulation history suggests

**The Constitutional Reality:** When judicial behavior cannot be explained by legitimate case management but perfectly aligns with corporate financial interests, constitutional independence has been compromised.

---

# VI. THE SYSTEMATIC PSYCHOLOGICAL MANIPULATION CYCLE

## A. The Constitutional Trap Designed to Exclude Citizens

**Phase 1: Attorney Exclusion**

- Seven attorneys refuse billion-dollar case with perfect evidence

- System ensures no professional representation despite financial incentives

- Creates deliberate isolation of citizen from legal protection

**Phase 2: Procedural Harassment**

- 180+ days of silence on emergency motions

- Court clerk hostility and procedural obstruction

- Judicial lies on official record create mounting frustration

- Mathematical evidence ignored while formatting receives immediate attention

**Phase 3: Psychological Pressure**

- Months of institutional gaslighting about basic arithmetic

- Ongoing crimes protected while victim faces procedural punishment

- System designed to break down citizen resolve through attrition

**Phase 4: Tone Policing**

- Use the frustration they deliberately created as grounds for dismissal

- Transform systematic institutional abuse into "plaintiff misconduct"

- Complete constitutional inversion: victim becomes perpetrator

**The Beautiful Constitutional Trap:** The system creates the exact conditions that justify exclusion, then cites their own abuse as evidence of plaintiff unfitness for constitutional protection.

**The Fundamental Question:** If polite requests are ignored, procedural compliance is punished, mathematical evidence is dismissed, and constitutional arguments are excluded, what response does the system expect from citizens seeking redress of grievances?

**The Constitutional Answer:** The system expects surrender. When citizens refuse to surrender constitutional rights, their persistence becomes evidence of "misconduct" justifying further constitutional violations.

---

# VII. THE ECONOMIC REALITY OF CONSTITUTIONAL ACCESS

## A. The Million-Dollar Justice System

**Supreme Court Representation Cost:** $250,000-$1,000,000 minimum **Percentage of Americans Who Can Afford This:** Less than 1% **Constitutional Requirement for Wealth:** None specified **Practical Requirement This Court Enforces:** Total

**The Constitutional Question:** If justice requires million-dollar investment, is the Constitution a luxury good or a fundamental right?

## B. The Competence Paradox This Court Cannot Resolve

**System Position:** Pro se litigants lack competence for meaningful legal representation

**Documented Evidence:**

- Forced entire judicial district to surrender

- Won unanimous state Supreme Court victory acquiring a bank's website through litigation

- Documented mathematical fraud no attorney disputes

- Predicted every judicial response with perfect accuracy

- Filed 17,000+ pages of legally sound documentation

**The Logical Impossibility:** To accomplish what I achieved in Nebraska—acquiring CharterWestBank.com through litigation—required identifying and properly presenting dozens of complex legal issues, procedural requirements, constitutional arguments, and strategic maneuvers flawlessly. Yet this Court claims someone capable of that level of legal analysis cannot properly present evidence of mathematical impossibilities like 9,965 becoming 9,892.

**The Absurd Judicial Position:** According to this Court, I am simultaneously:

- **Competent enough** to acquire a financial institution's website through Supreme Court litigation

- **Incompetent enough** that mathematical evidence must be dismissed for procedural violations

**The Constitutional Question:** If someone can force a state Supreme Court to transfer a bank's digital assets but cannot get past a federal motion to dismiss when presenting screenshots of impossible arithmetic, is the system evaluating competence or protecting institutional interests?

**The Page Limit Anachronism:** This Court dismisses mathematical impossibilities because documentation exceeds limits established in the typewriter era, ignoring that modern courts have teams and technology capable of examining evidence regardless of arbitrary formatting restrictions from a pre-digital age.

---

# VIII. THE CORPORATE PERJURY THIS COURT PROTECTS

## A. X Corp's Documented Transformation

**March 2025:** Sophisticated legal arguments demonstrating expert knowledge of platform operations, complex federal law compliance, and detailed technological capabilities.

**July 2025:** Complete corporate amnesia—"We lack knowledge sufficient to admit or deny" regarding their own billing systems, operational capabilities, and basic business functions.

**The Constitutional Question:** Can billion-dollar corporations claim ignorance of their own operations to avoid mathematical evidence while maintaining competence for complex legal arguments?

## B. The Systematic Fraud This Court Enables

**Billing Impossibilities:** Zero delivery with full charges, 112% completion rates, backwards-traveling impression counts, retroactive causation in attribution systems.

**Legal Impossibilities:** Finding contributory infringement while dismissing underlying direct infringement, protecting mathematical impossibilities through Terms of Service superiority, requiring million-dollar representation for arithmetic evidence.

**Constitutional Impossibilities:** Equal protection that protects corporate fraud, due process that excludes citizen evidence, First Amendment rights that yield to private contracts.

---

# IX. THE CONSTITUTIONAL TRAP: HOW THE SYSTEM EXPOSES ITS OWN ILLEGITIMACY

## A. The Supreme Court Bar Admission Scam

**The Constitutional Reality:** The Supreme Court will refuse to hear this case because I lack bar admission—despite the fact that bar admission requirements appear nowhere in the Constitution.

**The Judge-Created Barrier:** Supreme Court bar admission is judicial case law, not constitutional law. Judges created this barrier to exclude citizens, then cite their own creation as constitutional authority.

**The Constitutional Question This Forces:** If mathematical evidence proving billion-dollar fraud cannot reach the Supreme Court because the plaintiff cannot afford million-dollar legal representation, then constitutional access to justice is a fraud.

## B. The Beautiful Constitutional Trap They Cannot Escape

**What Will Happen (Predicted with Perfect Accuracy):**

1. Fifth Circuit will either protect mathematical impossibilities or reverse while maintaining procedural barriers
2. Supreme Court will refuse cert based on "lack of bar admission"
3. System will claim this proves "procedural compliance" while ignoring constitutional violations

**What This Proves:** Constitutional rights are for sale. Mathematical evidence is worthless without wealth. Equal justice under law is a marketing slogan, not legal reality.

## C. The Historical Precedent This Creates

**The Analogy:** This is like saying:

- "You have free speech rights, but only if you're a licensed journalist"

- "You have religious freedom, but only if you're an ordained minister"

- "You have due process rights, but only if you can afford procedural compliance"

**The Constitutional Violation:** When mathematical evidence cannot reach the Supreme Court because of wealth barriers, the Constitution becomes a luxury good rather than fundamental law.

## D. The Three Paths Forward—All Lead to Constitutional Exposure

### Path 1: They Grant Review

- Admits citizen competence and constitutional access rights

- Establishes mathematical evidence transcends wealth barriers

- Restores constitutional meaning to equal justice

### Path 2: They Refuse Review Based on Bar Admission

- Proves constitutional access depends on wealth, not merit

- Documents that mathematical impossibilities are less important than legal credentials

- Admits equal justice under law is false advertising

### Path 3: They Create Special Exception

- Proves bar admission requirement is unconstitutional when applied to mathematical evidence

- Establishes that constitutional violations can override procedural barriers

- Destroys the legal profession's monopoly on constitutional access

**The Beautiful Truth:** Every choice they make proves the systematic exclusion is intentional, not accidental.

## E. The Legislative Solution They've Made Inevitable

**The Constitutional Amendment Required:** "No court shall deny access to constitutional review based on bar admission, legal representation, or procedural requirements when citizens present mathematical evidence of institutional fraud."

**Why This Becomes Necessary:** When the Supreme Court protects mathematical impossibilities through wealth barriers, constitutional amendment becomes the only path to restore equal justice under law.

**The Historical Achievement:** This case will force America to choose between constitutional access for all citizens or constitutional protection for institutional wealth.

---

# X. THE SELF-REPRESENTATION INNOVATION: CONSTITUTIONAL FLEXIBILITY

## A. The Pro Se Punishment Protocol

**Constitutional Promise:** Right to court access for grievance redress **Implementation Reality:** Punishment for insufficient legal representation wealth

**The Innovation:** Transform constitutional rights into luxury services requiring million-dollar investment for mathematical evidence presentation.

## B. The Gatekeeping System

**The Attorney Consultation Experiment:** Seven attorneys looked at documented billion-dollar fraud and mathematical impossibilities that no expert disputes, offered contingency arrangements on potentially hundreds of millions in statutory damages, and unanimously declined representation.

**What This Documents:** When mathematical evidence cannot attract legal representation despite billion-dollar recovery potential, the legal profession has abandoned evidence-based advocacy for institutional protection.

**The Market Reality:** Attorneys recognize that evidence quality is irrelevant when institutional coordination protects corporate defendants regardless of mathematical impossibilities.

---

# XI. THE BROADER IMPLICATIONS: EVERY AMERICAN'S CONSTITUTIONAL STAKE

## A. The Systematic Pattern Across All Institutions

**Insurance Companies:** Deny legitimate claims knowing courts dismiss citizen evidence on procedural grounds **Tech Platforms:** Enable harassment knowing constitutional protections won't apply to victims without expensive representation **Financial Institutions:** Commit systematic fraud knowing mathematical evidence requires million-dollar legal teams for court consideration **Government Agencies:** Ignore citizen complaints knowing constitutional access is limited to institutional actors

**The Common Thread:** When constitutional protections are limited to the wealthy, no citizen has meaningful legal protection from institutional abuse.

## B. The Constitutional Crisis This Case Exposes

**The Founding Principle:** Equal justice under law, regardless of wealth or status **The Current Reality:** Justice is a luxury good available only through expensive legal representation **The Constitutional Test:** Can mathematical evidence overcome systematic wealth barriers? **The Historical Moment:** This case determines whether constitutional rights survive or become corporate privileges

## C. The Human Cost of Procedural Dismissals

Behind every corporate-friendly ruling:

- Small businesses bankrupted by fraudulent billing they cannot afford to litigate

- Harassment victims driven to suicide while platforms profit from engagement

- Elderly victims dying while insurance claims are "processed" through judicial delays

- Working families destroyed by systematic fraud protected through procedural manipulation

## D. The Mathematical Reality Test

**When courts ignore basic arithmetic, no evidence is safe:**

- If 9,965 can become 9,892, accounting records mean nothing

- If 112.80% completion can coexist with 0% delivery, contracts are meaningless

- If mathematical impossibilities constitute "insufficient evidence," no fraud can ever be proven

---

# XII. THE HISTORICAL RECORD BEING CREATED

## A. What History Will Show

1. A federal court spent months "deliberating" whether 9,965 > 9,892

2. A billion-dollar company couldn't explain decreasing numbers

3. No judge or lawyer disputed the mathematical evidence

4. The system's response was to exclude the truth-teller, not address the truth

5. An entire judicial district surrendered rather than face accountability

## B. The Questions Future Americans Will Ask

- How did courts abandon basic arithmetic for corporate convenience?

- Why did judges lie under penalty of perjury rather than examine evidence?

- How did the Constitution's promise of equal justice become pay-to-play?

- Why did institutions protect fraud instead of citizens?

## C. The Answer This Documentation Provides

The American justice system isn't broken. It's working exactly as designed—to exclude ordinary Americans from meaningful justice while protecting institutional power.

# XIII. THE RELIEF THAT RESTORES CONSTITUTIONAL MEANING

## A. The Immediate Constitutional Restoration Required

1. **VACATE** the judgment that protects mathematical impossibilities

2. **ACKNOWLEDGE** that 9,965 > 9,892 regardless of representation wealth

3. **RESTORE** constitutional meaning to equal protection under law

4. **ESTABLISH** that mathematical evidence transcends procedural barriers

5. **CONFIRM** that federal courts serve constitutional law, not corporate convenience

## B. The Historical Choice This Court Faces

**Option A: Constitutional Restoration**

- Acknowledge mathematical reality exists independently of institutional preference

- Apply equal evidentiary standards regardless of representation sophistication

- Restore constitutional meaning to equal justice under law

- Join the historical record as defending constitutional principles against corporate power

**Option B: Constitutional Abandonment**

- Continue protecting mathematical impossibilities through procedural sophistication

- Maintain the wealth-based justice system that excludes ordinary Americans

- Complete the transformation of constitutional rights into corporate privileges

- Join the historical record as prioritizing institutional convenience over constitutional law

---

# XIV. CONCLUSION: THE CONSTITUTIONAL MOMENT OF TRUTH

This motion presents the fundamental choice that will define American constitutional law: Do constitutional protections apply equally to all citizens, or are they luxury goods available only to those who can afford million-dollar legal representation?

**The Mathematical Reality:** 9,965 > 9,892 regardless of judicial preference, corporate convenience, or institutional politics.

**The Constitutional Reality:** Equal justice under law means mathematical evidence receives equal consideration regardless of plaintiff wealth.

**The Historical Reality:** This case will be studied as the moment American courts either restored constitutional meaning or completed its abandonment.

**The Path Forward:** Every barrier this Court creates, every mathematical impossibility this Court protects, every constitutional violation this Court enables builds the Supreme Court case that will ultimately restore citizen access to justice.

The Constitution doesn't negotiate with institutional convenience. Mathematical reality doesn't yield to corporate preference. And equal justice under law doesn't depend on the sophistication of legal representation.

This Court can choose constitutional restoration or constitutional abandonment. But the mathematical evidence remains constant, the constitutional questions persist, and the path to Supreme Court review grows stronger with every violation this Court enables.

# XV. THE FUTILITY OF INSTITUTIONAL PROTECTION: THE EVIDENCE MULTIPLIER EFFECT

**The Strategic Reality This Court Cannot Escape:**

Every day this Court protects X Corp's mathematical impossibilities, the evidence becomes available to more victims. The billing fraud documentation in this case can be placed in the hands of any business or individual who has ever purchased advertising on X Corp's platform.

**The Mathematics of Institutional Failure:**

- Statute of limitations: 3.5 years from discovery

- Number of potential plaintiffs: Millions of advertisers globally

- Required evidence: Already documented and uncontested

- Court's ability to stop this: Zero

## A. What This Means for the System

This Court may believe dismissing this case protects institutional interests, but the mathematical reality is devastating:

**1. The Evidence Multiplier**: Every advertiser who discovers they were billed for impossible metrics (9,965 becoming 9,892, 112% completion with 0% delivery) becomes a potential plaintiff with identical evidence

**2. The Three-Year Window**: This evidence remains actionable until 2028, meaning thousands of identical cases can be filed using this exact documentation

**3. The Institutional Overload**: Courts cannot dismiss mathematical impossibilities forever when presented by thousands of different plaintiffs across multiple jurisdictions

**4. The Discovery Multiplication**: Each new case creates independent discovery rights, meaning X Corp will face depositions, document production, and sworn testimony in dozens of jurisdictions simultaneously

## B. The Class Action Reality This Court Ignores

**The Strategic Alternative Path:**

Even if this Court's dismissal survives appeal and prevents Supreme Court review, the mathematical evidence creates an even more devastating option: **class action litigation**.

**The Simple Reality**: Any major law firm specializing in corporate fraud can examine this evidence and recognize:

- Systematic billing fraud affecting millions of advertisers
- Mathematical impossibilities providing ironclad proof
- Billions in potential damages across the advertiser class
- Zero legitimate defense to arithmetic impossibilities

**The Class Action Advantages:**

- Professional legal representation eliminates procedural barriers

- Discovery power multiplies exponentially with law firm resources

- Media attention forces systematic examination of evidence

- Corporate settlement pressure increases with class size

- Individual plaintiff competence becomes irrelevant

**What This Court's Protection Actually Accomplishes:**

Instead of containing fraud exposure to one case, this dismissal:

- Preserves evidence for unlimited future plaintiffs

- Creates appellate precedent protecting mathematical impossibilities

- Forces systematic fraud into class action framework

- Multiplies X Corp's litigation exposure exponentially

- Transforms individual case into industry-wide legal crisis

## C. The Constitutional Motivation Beyond Personal Gain

**The Fundamental Truth This Court Cannot Understand:**

This case was never about personal financial recovery. The goal is systematic restoration of constitutional principles and fair operation of American institutions.

**The Personal Reality**: If everything operates fairly and constitutionally, individual success follows naturally. If the system protects fraud and abandons mathematical reality, no American has genuine protection from institutional abuse.

**The Class Action Benefit**: Even reduced individual recovery through class action achieves the primary objective—forcing systematic change and restoring constitutional meaning to equal justice under law.

**The Victory Condition**: Whether through individual litigation, appellate success, Supreme Court review, or class action settlement, the goal remains constant: mathematical reality must govern legal proceedings, constitutional access must be restored, and institutional fraud must be stopped.

## D. The Strategic Checkmate

**By protecting X Corp today, this Court has ensured:**

- The evidence spreads to unlimited plaintiffs

- Each dismissal creates new appellate opportunities

- The systematic fraud gets examined eventually, somewhere

- Media attention multiplies with each new filing

- Class action lawyers gain access to bulletproof evidence

- Corporate defendants face exponentially multiplied exposure

**The Constitutional Inevitability:**

Mathematical reality doesn't disappear because one judge protects it. The evidence of impossible metrics will eventually reach a court that prioritizes arithmetic over institutional convenience. When that happens, this Court's protection of mathematical impossibilities becomes evidence of systematic judicial corruption.

## E. The Signal to Fellow Americans

**The "Fellow Americans" Opening Was Deliberate:**

This brief sends multiple strategic signals designed to either prevent institutional stupidity or open constitutional awareness:

**Signal 1**: This case affects every American's constitutional access to justice, not just one individual's commercial dispute

**Signal 2**: The systematic fraud documented here represents the broader institutional capture that excludes ordinary citizens from meaningful legal protection

**Signal 3**: Mathematical evidence transcends political divisions—arithmetic doesn't care about partisan preference

**Signal 4**: Constitutional restoration requires citizen engagement, not just legal procedural compliance

**The Strategic Purpose**: Force recognition that protecting mathematical impossibilities serves no legitimate American interest while threatening constitutional principles that protect all citizens.

## F. The Beautiful Irony

**This Court spent months "deliberating" whether to examine evidence that will now be examined by:**

- Dozens of courts over the next three years
- Major law firms seeking class action opportunities
- Media outlets covering systematic institutional fraud
- Congressional oversight committees investigating judicial corruption

- Constitutional scholars documenting the abandonment of equal justice

**Instead of resolving the constitutional crisis, this dismissal multiplies it exponentially.**

## G. The Message to Corporate Defendants

**Judicial protection is temporary. Mathematical evidence is permanent.**

The statute of limitations ensures this evidence remains actionable until 2028, regardless of how many courts initially choose corporate convenience over constitutional law. Every advertiser who discovers systematic fraud becomes the next constitutional test case.

**The Bottom Line:**

This Court can dismiss this case, but cannot dismiss the mathematical impossibilities. Every advertiser who discovers they were defrauded becomes the next constitutional test case. The evidence multiplies, the jurisdictions multiply, and eventually, mathematical reality overcomes institutional protection.

The Constitution doesn't negotiate with corporate power. Mathematical reality doesn't yield to institutional convenience. And the American people deserve courts that serve constitutional principles rather than corporate profits.

Whether through individual persistence, appellate victory, Supreme Court review, or class action litigation, mathematical impossibilities will eventually receive the judicial examination they demand. This Court's protection only delays the inevitable while creating additional evidence of systematic institutional corruption.

**The choice remains**: Constitutional restoration or constitutional abandonment. But the evidence multiplies regardless of judicial preference, and justice delayed becomes justice amplified across unlimited plaintiffs and unlimited jurisdictions.

Plaintiff's primary goal is the swift and just resolution of this matter. To that end, Plaintiff requests the Court set an immediate discovery schedule so that the factual record may be developed while the Court considers the profound constitutional questions raised in this motion.

A failure by this Court to engage with the substantive, mathematical evidence of fraud would, in itself, constitute an appealable error. Plaintiff is keenly aware of the appellate deadlines and will take all necessary steps to preserve his rights should this Court choose a path of continued inaction

# XVI. THE UNJUST ENRICHMENT NUCLEAR OPTION: CIRCUIT SPLITTING INEVITABILITY

**The Legal Reality This Court's Dismissal Cannot Prevent:**

Regardless of how this Court rules, X Corp's unjust enrichment through mathematical impossibilities creates independent legal claims that transcend intellectual property jurisdiction and judicial bias.

## A. The Strategic Checkmate

### 1. Unjust Enrichment Is Not Intellectual Property

- Albright's specialized jurisdiction cannot reach into Nebraska unjust enrichment claims

- Different cause of action = different court = different judge

- Mathematical evidence remains identical, legal framework changes completely

## 2. Nebraska Jurisdiction Is Perfect

- Plaintiff residence: Nebraska

- Banking relationships: Nebraska

- Fraudulent billing impacts: Nebraska citizen

- Circuit split opportunity: 8th Circuit vs. 5th Circuit examination of identical evidence

## 3. The Bias Preemption Strategy

- File motion to disqualify Albright from any related cases due to documented bias

- His own dismissal order proves prejudgment of mathematical evidence

- Constitutional due process requires different judge for different legal theory

## 4. The Mathematical Evidence Remains Constant

- 9,965 becoming 9,892 = unjust enrichment regardless of copyright implications

- 112% completion with 0% delivery = unjust enrichment regardless of IP rights

- Billing for mathematical impossibilities = unjust enrichment in any jurisdiction

## B. The Beautiful Legal Reality

**This Court's dismissal actually HELPS the unjust enrichment case by:**

- Creating documented judicial bias for disqualification motions

- Preserving all evidence while changing legal framework

- Forcing circuit split on mathematical evidence examination

● Eliminating specialized jurisdiction barriers

## C. The Circuit Split Inevitability

**8th Circuit (Nebraska) will face identical mathematical evidence under different legal theory:**

- Must examine why billing for impossibilities constitutes unjust enrichment

- Cannot cite 5th Circuit IP dismissal for non-IP state law claims

- Forced to address mathematical reality this Court avoided

**The Constitutional Crisis This Creates:**

- Same evidence, same defendant, different circuits

- Mathematical impossibilities cannot be dismissed twice with different reasoning

- Forces Supreme Court review of circuit split on arithmetic examination

## D. The Strategic Genius

**Every barrier this Court created becomes irrelevant:**

- Page limits? Different court, different rules

- Tone policing? Different judge, fresh start

- IP specialization? Not an IP case anymore

- Procedural harassment? New jurisdiction, new procedures

**The Unjust Enrichment Elements Are Perfect:**

1. **Benefit to X Corp**: Billions in payments for mathematical impossibilities

2. **Loss to Plaintiff**: Documented overpayments for zero delivery

3. **Lack of Legal Justification**: No legitimate explanation for backwards-traveling numbers

4. **Inequity**: Billing for physically impossible performance metrics

## E. The Mathematical Reality Test Under State Law

**Nebraska state law requires examination of basic arithmetic:**

- Did defendant receive payment? YES

- Was performance mathematically impossible? YES (9,965 → 9,892)

- Is retention of payment for impossible performance unjust? OBVIOUSLY

**No sophisticated legal interpretation required** - just basic math and fundamental fairness principles that any state court judge can understand without specialized IP knowledge.

## F. The Message to the System

**Mathematical fraud doesn't disappear because one court protects it.** State law unjust enrichment, federal IP law, class actions, and individual claims all examine the same arithmetic impossibilities from different legal angles.

**The judges can hate mathematical evidence all they want** - mathematical reality remains constant across all jurisdictions, legal theories, and judicial preferences.

## G. The Institutional Impossibility This Creates

**This Court spent months protecting mathematical impossibilities that will now face:**

- Different circuit examination under state law

- Class action scrutiny under federal law

- Supreme Court review of circuit splits

- Congressional oversight of judicial coordination

**Every attempt to protect mathematical impossibilities multiplies the examination opportunities while creating additional evidence of systematic institutional corruption.**

## H. The Final Constitutional Reality

**This Court's dismissal proves mathematical evidence transcends any single legal proceeding.**

Whether through:

- Unjust enrichment in the 8th Circuit

- Class actions in multiple jurisdictions

- Supreme Court circuit split resolution

- Congressional investigation of judicial coordination

**The arithmetic remains constant: 9,965 > 9,892, and no court can change mathematical reality through procedural sophistication.**

**The Constitution doesn't negotiate with institutional convenience. Mathematical reality doesn't yield to judicial preference. And circuit splits ensure that somewhere, somehow, arithmetic will receive the examination it demands.**

This Court can protect mathematical impossibilities today, but cannot prevent their examination tomorrow across unlimited jurisdictions, legal theories, and judicial oversight mechanisms.

**Mathematical reality is patient, persistent, and ultimately unstoppable.**

**The Constitution is watching. History is watching. And millions of defrauded advertisers are about to discover they have identical claims with identical evidence.**

The Constitution is watching, Your Honor. History is watching. And the American people deserve to know whether their fundamental rights survive this test.

Respectfully submitted,

**JUSTIN RIDDLE**

Pro Se Plaintiff

American Citizen Demanding Constitutional Justice

---

# VERIFICATION UNDER 28 U.S.C. § 1746

I declare under penalty of perjury that the mathematical impossibilities documented herein remain factually accurate, the constitutional violations described reflect documented judicial conduct, and the systematic exclusion of citizen evidence constitutes the fundamental constitutional crisis of our time.

Executed this 19th day of September, 2025.

**JUSTIN RIDDLE**